IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP, | ) Case No. 2:11-cv-3695-RDP |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **December 10, 2012** and was attended by:

   William Anthony Davis, III, and H. Thomas Wells, III for Plaintiff; and

   Bradley J. Smith for Defendants.

2. Pre-Discovery Disclosures. The parties will exchange by **January 25, 2013** the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following:

   Discovery will be needed on the following subjects: Defendants' knowledge and/or belief of the veracity of the statements made in the letters referenced in the Complaint, as well as Defendants' motivation in making such statements.

All fact discovery commenced in time to be completed by: **September 30, 2013**.

Maximum of **40** interrogatories by each party to any other party. [Responses due **30** days after service.]

Maximum of **30** requests for admission by each party to any other party. [Responses due **30** days after service.]

Maximum of **15** depositions by plaintiff(s) and **15** by defendant(s), unless a greater amount is stipulated to between the parties or ordered by the Court on a showing of good cause.

Each deposition is limited to a maximum of **7** hours unless extended by agreement of parties. For purposes of any 30(b)(6) deposition that requires the testimony of more than one individual, the 30(b)(6) deposition is limited to a maximum of **10** hours of total time, which only includes time questioning and giving testimony (excluding breaks, or any other time not on the record), unless extended by agreement of parties or by leave of Court for good cause shown.

Reports from retained experts under Rule 26(a)(2) due from plaintiff **October 11, 2013**, and defendants shall have until **November 1, 2013** to depose said experts.

Reports from retained experts under Rule 26(a)(2) (including any rebuttal experts to the experts of plaintiff) due from defendants **October 25, 2013** and plaintiff shall have until **November 15, 2013**, the expert discovery deadline, to depose said experts.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties contemplate the need for a confidentiality order and will submit one to the Court for approval.

No further amendments to pleadings are allowed without leave of Court.

All potentially dispositive motions should be filed by **December 18, 2013**, with responses due **January 17, 2014**, and replies due **January 31, 2014**.

Settlement possibilities are unknown at this time.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff(s) and defendant(s) per pretrial order, or 30 days before trial.

Parties should have **7** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by early 2014.

<u>Synopsis of the case</u>:  Plaintiff claims that Defendants published defamatory statements accusing Plaintiff of immoral and criminal conduct. Plaintiff claims that none of these statements are true, and that Defendants knew the statements were false and/or acted with reckless disregard to whether they were false or not.  Plaintiff seeks compensatory and punitive damages, and such other further relief as the Court or jury deems just.

Defendants deny statements were false or defamatory.  Defendants plead statements are protected by absolute, constitutional or qualified privilege. Defendant further pleads the absence of malice and the truth as defenses.

<u>Mediation</u>:  The parties will advise the Court whether mediation would be helpful in resolving the case.

Dated:   December 11, 2012.

                                            /s/ William Anthony Davis, III
                                            William Anthony Davis, III (ASB-5657-D65W)
                                            H. Thomas Wells, III (ASB-4318-H62W)
                                            STARNES DAVIS FLORIE LLP
                                            P.O. Box 59812
                                            Birmingham, AL  35259
                                            (205) 868-6000
                                            fax: (205) 868-6099

                                            *Attorneys for Plaintiff Drummond Company, Inc.*

/s/ Bradley J. Smith (w/permission)
Bradley J. Smith, Esq.
Clark, Hair & Smith, P.C.
1000 Urban Center Drive
Suite 125
Birmingham, Alabama 35242

*Attorney for Defendants*