# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:11-CV-3695-RDP |
| **TERRENCE P. COLLINGSWORTH,** et al., | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on the Motion for Admission *Pro Hac Vice* (Doc. #37) filed on April 22, 2013 by counsel of record seeking the admission of Sara E. Kropf. The Motion (Doc. #37) is **CONDITIONALLY GRANTED**.

**On or before April 29, 2013**, Attorney Kropf **SHALL**:

1. Pay the filing fee of $50.00, and

2. Certify to the court that she has read and understands:

   (a) any local rules applicable in this District;

   (b) the Alabama State Bar Pledge of Professionalism which can be accessed at http://www.alabar.org/service/Pledge.cfm; and

   (c) this court's CM/ECF requirements.

Failure to submit the above items will result in vacatur of the conditional grant of the motion.

**DONE** and **ORDERED** this ___23rd___ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE