FILED
2013 Apr-25  PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC., | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRENCE P. COLLINGSWORTH, | ) | Case No. 2:11-cv-3695-RDP |
| individually and as agent of Conrad & | ) | |
| Scherer, LLP; and CONRAD & | ) | |
| SCHERER, LLP, | ) | |
| | ) | |
| Defendants . | ) | |

## NOTICE OF COMPLIANCE WITH ORDER

Drummond Company, Inc., through the undersigned counsel, hereby provides notice to the Court of the compliance with the Court's Order (Doc. 39) conditionally granting the Motion for Admission *Pro Hac Vice* of Sara E. Kropf. The $50 filing fee was paid on April 24, 2013, and attached as Exhibit A is the declaration of Ms. Kropf certifying that she has read and understands the local rules applicable in this District, the Alabama State Bar Pledge of Professionalism and this court's CM/ECF requirements.

Dated:      April 25, 2013

Respectfully submitted,

/s/ H. Thomas Wells, III
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
STARNES DAVIS FLORIE LLP
P.O. Box 59812
Birmingham, AL  35259
(205) 868-6000
fax: (205) 868-6099

*Attorneys for Drummond Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley J. Smith, Esq.
Clark, Hair & Smith, P.C.
1000 Urban Center Drive
Suite 125
Birmingham, Alabama 35242

/s/ H. Thomas Wells, III
H. Thomas Wells, III (ASB-4318-H62W)