# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:11-cv-03695-RDP |
| ) | |
| ) | |
| ) | |
| TERRENCE P. COLLINGSWORTH, ) | |
| individually and as agent of Conrad & ) | |
| Scherer, LLP; and CONRAD & ) | |
| SCHERER, LLP. ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF SARA E. KROPF IN SUPPORT OF HER MOTION FOR ADMISSION *PRO HAC VICE*

I, Sara E. Kropf, hereby declare as follows:

1. I am an attorney admitted to practice in the District of Columbia (Bar No. 481501), the State of Maryland, the United States District Court for the District of Maryland and the District of Columbia, and United States Courts of Appeal for the Second, Third, Fourth, Eleventh and District of Columbia Circuits.

2. I practice in the District of Columbia at the Law Office of Sara Kropf PLLC, 1001 G Street, NW, Suite 800, Washington, DC 20001, tel: (202) 627-6900, fax: (202) 347-0316.

3. I have previously been admitted *pro hac vice* before this Court in the following matters:

- *Balcero, et al. v. Drummond Co.*, No. 09-CV-1041-RDP (N.D. Ala.);

- *Baloco, et al. v. Drummond Co., Inc. et al.*, No. 09-CV-557-RDP (N.D. Ala.); and

- *In re Juan Aquas Romero v. Drummond Co., Inc.*, No. 03-CV-575-KOB and consolidated cases (N.D. Ala.).

4. I hereby certify that I have read, understand and agree to be bound by the local rules applicable in this District, the Alabama State Bar Pledge of Professionalism, and this court's CM/ECF requirements.

I hereby state under penalty of perjury that the statements above are true and correct.

Date: April 25, 2013.

_____
Sara E. Kropf