IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:11-cv-3695-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF H. THOMAS WELLS, III**

I, H. Thomas Wells, III, hereby declare as follows:

1. I am a partner in the law firm of Starnes Davis Florie, LLP and an attorney for Plaintiff Drummond Company, Inc. ("Drummond"). I submit this declaration in support of Drummond's Motion to Compel Answers to Interrogatories and Production of Documents, and Motion to Extend Limitation on Requests for Production ("Drummond's Motion"). This declaration is based on my personal knowledge.

2. Attached as exhibits to Drummond's Motion are true and correct copies of the following exhibits:

> **Exhibit A**    January 18, 2011 Letter (excluding attachments) from Terry Collingsworth to the Prime Minister of the Netherlands, and others
>
> **Exhibit B**    February 4, 2011 Letter from Mr. Collingsworth to the Vice Minister of the Netherlands, and others
>
> **Exhibit C**    September 19, 2011 Letter (excluding attachments) from Mr. Collingsworth to the President and CEO of Itochu Corporation
>
> **Exhibit D**    Defendants' Answers to Drummond's First Interrogatories
>
> **Exhibit E**    Defendants' Response to Drummond's First Request for Production

{B1618863}

| | |
|---|---|
| **Exhibit F** | April 29, 2013 Letter from T. Wells to B. Smith |
| **Exhibit G** | June 3, 2013 Letter from T. Wells to B. Smith |
| **Exhibit H** | Defendants' Amended Answers to Drummond's First Interrogatories |
| **Exhibit I** | Defendants' Second Amended Response to Drummond's First Request for Production |
| **Exhibit J** | Defendants' Answers to Drummond's Second Interrogatories |
| **Exhibit K** | Defendants' Response to Drummond's Second Request for Production |
| **Exhibit L** | June 25, 2013 Email from T. Wells to B. Smith |
| **Exhibit M** | Defendants' Amended Answers to Drummond's Second Interrogatories |
| **Exhibit N** | Declaration of Jairo de Jesus Charris Castro ("Charris"), translation page dated September 3, 2009 |
| **Exhibit O** | July 16, 2008 Charris testimony before the Fiscalia, along with translation |
| **Exhibit P** | July 17, 2008 Charris testimony before the Fiscalia, along with translation |
| **Exhibit Q** | Photograph of Mr. Collingsworth posing with Libardo Duarte |
| **Exhibit R** | Complaint filed in *Llanos Oil Exploration Ltd. v. Drummond Company, Inc., et al.*, No. 6:05-cv-00580-JA-DAB (M.D. Fla.) |
| **Exhibit S** | "News" page from the Llanos Oil website (www.llanosoil.com) |
| **Exhibit T** | July 21, 2007 article from *Semana* magazine regarding Javier Ernesto Ochoa Quiñónez |

3.      After the June 29, 2012 discovery deadline in *Balcero v. Drummond Company, Inc.*, No. 2:09-cv-1041-RDP (N.D. Ala.), counsel for the *Balcero* plaintiffs produced on August 16, 2012 and January 4, 2013 documents reflecting payments to certain witnesses.

*Payments to Jairo de Jesus Charris Castro ("Charris")*

4.      Included in the documents produced on January 11, 2013 were bank deposit slips showing payments of approximately 1,500,000 Colombian pesos per month from July 30, 2009 through January 4, 2013, true and correct copies of which are attached hereto as **Exhibit U**.

These payments are summarized on the chart attached hereto as **Exhibit V**, and total 62,796,850 pesos—which at current exchange rates would equal $34,428.10.[1]

5.  All but one of the bank slips shows a payment from either Ricardo Garzon or Yineth Baeza to Claudia Pinzon—the wife of Charris. The July 30, 2009 payment was from Ricardo Garzon to Mery Luz Molina Morales. According to an email from Ms. Baeza (true and correct copy, with certified translation, attached hereto as **Exhibit W**), she represents herself to be an "assistant to the lawyers handling the case" including "Doctor Francisco"—believed to be Francisco Ramirez. According to biographical information available at http://www.ilae.edu.co/Directivas/ConsejoAdministrativo/directordeprocesosdeinfo.php (attached hereto as **Exhibit X**), Ricardo Garzon is a "Field Attorney" in Colombia for International Rights Advocates and Conrad & Scherer.

6.  Also produced was an email from Charris to Yineth Baeza requesting additional money for his family's potential move to Barranquilla. A true and correct copy of this email, along with a certified translation, is attached hereto as **Exhibit Y**.

*Payments to Libardo Duarte  ("Duarte" a/k/a "Bam Bam")*

7.  Included in the documents produced on January 11, 2013 were a series of emails and wire transfer confirmations reflecting payments to individuals at the direction of Duarte. Many of the email communications involved Lorraine Leete, who has been involved in the Balcero litigation as a member of plaintiffs' litigation team, and according to the website of International Rights Advocates ("IRA") (true and correct copy attached hereto as **Exhibit Z**), she is an attorney with the IRA.

---

[1] Based on Treasury Reporting Rates of Exchange as of March 31, 2013, *available at* http://fms.treas.gov/intn.html#rates.

{B1618863}                                                       3

8.  True and correct copies of the following exhibits relating to payments at the direction of Duarte are attached hereto:

**Exhibit AA**   April 15, 2011 email from Duarte to L. Leete, with certified translation

**Exhibit BB**   April 18, 2011 wire transfer confirmation from the account of Conrad & Scherer to Leydi Johana Perez Valencia

**Exhibit CC**   Series of emails on April 20, 2011 between Duarte and L. Leete, with certified translations

**Exhibit DD**   April 29, 2011 wire transfer confirmation from the account of Conrad & Scherer to Katerin Durango Avendaño

9.  Also produced among the documents relating to payments at the direction of Duarte is a November 28, 2011 wire confirmation of a transfer from the same Conrad & Scherer account to the same bank in Colombia in the amount of $2,084 for the benefit of Celina Lombardi Nieves (true and correct copy attached hereto as **Exhibit EE**).

*Payments to alias "Halcon"*

10.  Among the documents produced August 16, 2012 and January 4, 2013 were documents reflecting payments to Jose Joaquin Pinzon Diaquiz, which Mr. Collingsworth recently revealed in supplemental answers to Drummond's second interrogatories were for the benefit of alias "Halcon." There is an April 8, 2008 email from Susana Tellez at Conrad & Scherer to Jose Pinzon discussing a MoneyGram transfer, and a May 14, 2008 email from Rebecca Pendleton to Jose Pinzon confirming a MoneyGram transfer of 401,673.15 pesos (true and correct copies of these emails are attached hereto as **Exhibit FF**). Dan Kovalik is copied on both of these emails. There is also a chain of emails between Ms. Pendleton and Halcon in October and November 2008 discussing an agreement to provide Halcon with payments on the 15th of every month (a true and correct copy of which is attached hereto as **Exhibit GG**).

11. Included in the documents produced August 16, 2012 are various receipts for wire transfers of approximately $1,250 per month to Jose Pinzon from January 9, 2009 through August 3, 2012 (true and correct copies of which are attached hereto as **Exhibit HH**). The payments total $50,000. The 2009 through 2011 payments all came from individuals in Florida—Richard Gordon, Andy Tejeda, Jeremy Puentes and Jonathan Castano. Internet sites suggest that all of these people are (or were) Conrad & Scherer employees (true and correct copies of these web pages are attached hereto as **Exhibit II**). The payments in 2012 were made by Maggie Crosby, who is an employee of Conrad & Scherer in Washington, D.C., and who wrote the cover letter for the August 16, 2012 production of documents enclosing the receipts referenced in this paragraph (a true and correct copy of that cover letter is attached hereto as **Exhibit JJ**).

I hereby state under penalty of perjury that the statements above are true and correct.

Date: July 1, 2013.

_____
H. Thomas Wells, III