IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2:11-cv-3695-RDP |
| TERRENCE P. COLLINGSWORTH, | ) |
| individually and as agent of Conrad & Scherer, | ) |
| LLP; and CONRAD & SCHERER, LLP, | ) |
| | ) |
| Defendants . | ) |

**DRUMMOND COMPANY, INC.'S SUPPLEMENTAL EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS, AND MOTION TO EXTEND LIMITATION ON REQUESTS FOR PRODUCTION**

William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
P.O. Box 59812
Birmingham, AL  35259
(205) 868-6000
fax: (205) 868-6099

Sara E. Kropf
LAW OFFICE OF SARA KROPF PLLC
1001 G St. NW, Suite 800
Washington, DC 20001
(202) 627-6900

*Attorneys for Drummond Company, Inc.*

{B1619269}                                    1

COMES NOW Drummond Company, Inc., and pursuant to this Court's instructions, re-files Exhibits P through JJ to its Motion to Compel Answers to Interrogatories and Production of Documents, and Motion to Extend Limitation on Requests for Production (Dkt. 43). These Exhibits were previously identified in the Declaration of H. Thomas Wells, III (Dkt. 43-1).

| EXHIBIT | DESCRIPTION |
|---|---|
| **Exhibit P** | July 17, 2008 Charris testimony before the Fiscalia, with certified translation |
| **Exhibit Q** | Photograph of Mr. Collingsworth posing with Libardo Duarte |
| **Exhibit R** | Complaint filed in *Llanos Oil Exploration Ltd. v. Drummond Company, Inc., et al.*, No. 6:05-cv-00580-JA-DAB (M.D. Fla.) |
| **Exhibit S** | "News" page from the Llanos Oil website (www.llanosoil.com) |
| **Exhibit T** | July 21, 2007 article from *Semana* magazine regarding Javier Ernesto Ochoa Quiñónez |
| **Exhibit U** | Bank deposit slips showing payments of approximately 1,500,000 Colombian pesos per month from July 30, 2009 through January 4, 2013 |
| **Exhibit V** | Payment Summary Chart |
| **Exhibit W** | Email from Ms. Baeza, with certified translation |
| **Exhibit X** | Ricardo Garzon's biographical information |
| **Exhibit Y** | Email from Charris to Yineth Baeza, with certified translation |
| **Exhibit Z** | Lorraine Leete information from IRA website |
| **Exhibit AA** | April 15, 2011 email from Duarte to L. Leete, with certified translation |
| **Exhibit BB** | April 18, 2011 wire transfer confirmation from the account of Conrad & Scherer to Leydi Johana Perez Valencia |
| **Exhibit CC** | Series of emails on April 20, 2011 between Duarte and L. Leete, with certified translations |
| **Exhibit DD** | April 29, 2011 wire transfer confirmation from the account of Conrad & Scherer to Katerin Durango Avendaño |
| **Exhibit EE** | November 28, 2011 wire confirmation of a transfer from Conrad & Scherer account in the amount of $2,084 for the benefit of Celina Lombardi Nieves |
| **Exhibit FF** | April 8, 2008 email from Susana Tellez at Conrad & Scherer to Jose Pinzon discussing a MoneyGram transfer, and a May 14, 2008 email from Rebecca Pendleton to Jose Pinzon confirming a MoneyGram transfer of 401,673.15 pesos |

| **Exhibit GG** | Chain of emails between Ms. Pendleton and Halcon in October and November 2008 discussing an agreement to provide Halcon with payments on the 15th of every month |
|---|---|
| **Exhibit HH** | Various receipts for wire transfers of approximately $1,250 per month to Jose Pinzon from January 9, 2009 through August 3, 2012 |
| **Exhibit II** | Conrad & Scherer we pages of Richard Gordon, Andy Tejeda, Jeremy Puentes and Jonathan Castano |
| **Exhibit JJ** | Cover letter for the August 16, 2012 production of documents |

Respectfully submitted,

/s/ H. Thomas Wells, III
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
P.O. Box 59812
Birmingham, AL  35259
(205) 868-6000
fax: (205) 868-6099

/s/ Sara E. Kropf
Sara E. Kropf
LAW OFFICE OF SARA KROPF PLLC
1001 G St. NW, Suite 800
Washington, DC 20001
(202) 627-6900

*Attorneys for Drummond Company, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on **July 2, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Clark, Jr., Esq.
Bradley J. Smith, Esq.
Clark, Hair & Smith, P.C.
1000 Urban Center Drive
Suite 125
Birmingham, Alabama 35242

/s/ H. Thomas Wells, III
H. Thomas Wells, III (ASB-4318-H62W)