FILED
2013 Jul-19 PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV-11-P-3695-S |
| ) | |
| TERRENCE P. COLLINGSWORTH, ) | |
| individually and as agent of Conrad & ) | |
| Scherer, LLP; and CONRAD & ) | |
| SCHERER, LLP. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF BRADLEY J. SMITH

I Bradley J. Smith hereby declares as follows:

I am a partner in the law firm of Clark, Hair & Smith, P.C. and an attorney for Defendants Terrence P. Collingsworth, and Conrad & Scherer, LLP. I submit this Declaration in support of Defendants' Response to Drummond's Motion to Compel Answers to Interrogatories and Request for Production of Documents and Motion to Extent Limitation of Request for Production. This Declaration is based on my personal knowledge. Attached are exhibits to the Response to Plaintiff's Motion to Compel. The attached are true and correct copies of the following exhibits:

      Exhibit A    Defendants' Amended Answers to Drummond's First Interrogatories

      Exhibit B    Defendants' Second Amended Responses to Drummond's First Request for Production

      Exhibit C    Defendants' Amended Answers to Drummond's Second Interrogatories

| | |
|---|---|
| Exhibit D | Defendants' Answers to Drummond's Second Request for Production |
| Exhibit E | William R. Scherer Affidavit |
| Exhibit F | Terrence P. Collingsworth Affidavit |

I hereby state under penalty of perjury that the statement above is true and corrected.

Executed this the 18th day of July, 2013 in Birmingham, Alabama.

_____
Bradley J. Smith