IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP, | ) Case No. 2:11-cv-3695-RDP ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF H. THOMAS WELLS, III

I, H. Thomas Wells, III, hereby declare as follows:

1.  I am a partner in the law firm of Starnes Davis Florie, LLP and an attorney for Plaintiff Drummond Company, Inc. ("Drummond"). I submit this declaration in support of Drummond's Motion to Compel Answers to Interrogatories and Production of Documents, and Motion to Extend Limitation on Requests for Production (Doc. 43) and Drummond's Reply in support thereof. This declaration is based on my personal knowledge.

2.  Attached as exhibits to Drummond's Reply are true and correct copies of the following exhibits:

    **Exhibit KK**  Deposition Excerpts of Elvira Avendano Padilla, Vianny Manjarrez Melo, Elsi Leonor Padilla Rosado, Alfonso Lozano Jaramillo, Dubis Mayorga, & Carlos Latorre

    **Exhibit LL**  Alabama State Bar Opinion 1997-02

    **Exhibit MM**  *Balcero* Plaintiffs' Amended Responses to Defendants' Second Interrogatories

    **Exhibit NN**  Declaration of Oscar José Ospino Pacheco, alias "Tolemaida"

{B1631139}

I hereby state under penalty of perjury that the statements above are true and correct.

Date:  July 29, 2013.

_____
H. Thomas Wells, III

{B1631139}