IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DRUMMOND COMPANY, INC.,                )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )
                                       )
TERRENCE P. COLLINGSWORTH,             )      Case No. 2:11-cv-3695-RDP
individually and as agent of Conrad & Scherer, )
LLP; and CONRAD & SCHERER, LLP,        )
                                       )
        Defendants.                    )
                                       )

## DECLARATION OF H. THOMAS WELLS, III

I, H. Thomas Wells, III, hereby declare as follows:

1.      I am a partner in the law firm of Starnes Davis Florie, LLP and an attorney for

Drummond Company, Inc. ("Drummond") in the above captioned matter.  I submit this

declaration in support of Drummond's Response in Opposition to Defendants' Motion to Compel

(Doc. 52).  This declaration is based on my personal knowledge.

2.      Attached hereto are true and correct copies of the following:

**Exhibit A**   -   June 3, 2013 Letter from T. Wells to B. Smith

**Exhibit B**   -   June 10, 2013 Email from T. Wells to B. Smith

**Exhibit C**   -   June 21, 2013 Letter from T. Wells to B. Smith, enclosing a
                    disc containing documents Bates-labeled DCI V. TC
                    000784 through 000878

**Exhibit D**   -   Document DCI v. T.C. 000866-000869, which was
                    included on the disc enclosed with the June 21, 2013 letter
                    attached hereto as Exhibit C

**Exhibit E**   -   Document DCI v. T.C. 000789-000865, which was
                    included on the disc enclosed with the June 21, 2013 letter
                    attached hereto as Exhibit C

{B1648772}

**Exhibit F**   -   Drummond's Initial Disclosures, served on Defendants on January 31, 2013

I hereby state under penalty of perjury that the statements above are true and correct.

Date: September 4, 2013.

_____
H. Thomas Wells, III