IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:11-cv-3695-RDP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DECLARATION OF H. THOMAS WELLS, III**

I, H. Thomas Wells, III, hereby declare as follows:

1. I am a partner in the law firm of Starnes Davis Florie, LLP and an attorney for Plaintiff Drummond Company, Inc. ("Drummond"). I submit this declaration in support of Drummond's Motion to Compel Answers to Interrogatories and Production of Documents, and Motion to Extend Limitation on Requests for Production (Doc. 43), Drummond's Reply in support thereof (Doc. 50), and Drummond's Supplemental Brief. This declaration is based on my personal knowledge.

2. Attached as exhibits to Drummond's Supplemental Brief are true and correct copies of the following exhibits:

| | |
|---|---|
| **Exhibit OO** | Declaration of Terrence P. Collingsworth in Support of Defendants' Motion to Quash Drummond's Subpoena to Mr. Daniel Kovalik |
| **Exhibit PP** | Email between Mr. Kovalik and Jose Joaquin Pinzon (CS 000809) |
| **Exhibit QQ** | Defendants' October 2, 2013 Letter |
| **Exhibit RR** | Declaration of Paul Wolf |

{B1666093}

**Exhibit SS**   Emails between Mr. Collingsworth and Albert van Bilderbeek dated June 29, 2010 (CS 000907-909)

**Exhibit TT**   Emails between Mr. Collingsworth and Albert van Bilderbeek dated August 24, 2010 (CS 000979-980)

**Exhibit UU**   Defendants' Privilege Log

**Exhibit VV**   Emails between Mr. Collingsworth and Albert van Bilderbeek dated December 9, 2010 (CS 001011-1012)

**Exhibit WW**   Emails between Mr. Collingsworth and Albert van Bilderbeek dated December 14, 2010 (CS 001028-001030)

**Exhibit XX**   Email between Mr. Collingsworth and Victoria Ryan dated January 18, 2011 (CS 001246)

**Exhibit YY**   Emails between Mr. Collingsworth, Victoria Ryan and Albert van Bilderbeek dated February 2 through February 3, 2011 (CS 001247)

**Exhibit ZZ**   Email between Mr. Collingsworth and Albert van Bilderbeek dated June 17, 2011 (CS 001034)

**Exhibit AAA**   "Attorney Cooperation Agreement" between Mr. Collingsworth and Ivan Otero (CS 001251)

3.   On October 3, 2013, Defendants produced over 400 pages of documents pertaining to payments to Halcon and Charris, the vast majority of which predate Defendants' January 2013 production in *Balcero*. Virtually all of these documents are in Spanish, and due to their late production Drummond has been unable to complete the translation and review process for the entire production.

I hereby state under penalty of perjury that the statements above are true and correct.

Date: October 8, 2013.

_____
H. Thomas Wells, III

{B1666093}