FILED

2013 Nov-25  PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 9

## Fw: PETICION DE JAIRO JESUS CHARRIS CASTRO " INTERNO"

Abogados Asociados [abogados.aso@hotmail.com]
**Sent:** Friday, June 22, 2012 1:36 PM
**To:**   Lorraine Leete [lorrainemleete@gmail.com]; Susana Tellez

**From:** LISSETH ANDREA BALLSTEROS PINZÒN
**Sent:** Tuesday, April 13, 2010 1:44 PM
**To:** abogados.aso@hotmail.com
**Subject:** PETICION DE JAIRO JESUS CHARRIS CASTRO " INTERNO"

INSTITUTO NACIONAL PENITENCIARIO Y CARCELARIO I.N.P.E.C. CARCEL NACIONAL LA PICOTA BOGOTA.

FECHA: ABRIL 10 /2010

SEÑORES :  OFICINA ONG. BOGOTA COLOMBIA.
DOCTORA: GINA.

E.      S.      M.

REFERENCIA: SOLICITUD DE PETICION A SU DESPACHO PARA QUE SU OFICINA DE LA VIABILIDAD DE MI ASUNTO.

El suscrito de la referencia, obrando como ciudadano en el ejercicio del derecho constitucional. Que me otorga el articulo superior recluido actualmente en la carcel nacional la picota Bogota . D.C. PABELLON 12 PAS "A"  PISO Nª 1 alta seguridad, me permito allegar muy respetuosamente, este documento con el fin que su oficina de la viabilidad de mi petición, **CARACTER URGENTE**

Doctora Gina , le pido a usted con todo respeto atienda a a mi sustento, Doctora, tengo que mandar a mi familia de donde la tengo a la ciudad de Barranquilla, por problema de salud con mi suegra y muchos problemas donde tengo a mi familia mi suegra tiene 82 años y mi nucleo familiar no cuenta con una e.p.s donde lo que ustedes le consignan a mi esposa se invierte en gastos y le estoy  solicitando a usted me den viabilidad .
El gran problema que tiene mi familia con el factor economico, es el siguiente:
la propietaria de la casa informo a mi señora que a mas tardar el 30 del mes en curso tenia que desocupar el apartamento y mi familia no puede estar mas en ese sector.

Por este motivo y por un posible traslado de reclusorio a la ciudad de Barranquilla les pido el favor de ayudar a mi familia con los gastos, viaticos para la movilidad a la ciudad de Barranquilla ya que el viaje esta previsto para la primera semana de l mes de marzo mi familia se va a movilizar en este mes a esa ciudad por tal motivo tambien se les pide la colaboracion de la temprana consignacion de la mensualidad posiblemente del 1 al 4 de marzo les agradezco en lo que a mi y a mi familia se les pueda colaborar.

Doctora, a continuacion de hago la relacion de los gastos mensuales de mi familia

| | |
|---|---|
| Arriendo mensual con servicios. | $ 600.000. |
| Alimentaciòn mensual | 600.000. |
| Gastos mensuales de Vanessa Charris educaciòn, e.p.s, y transporte. | 150.000. |
| Gastos mensuales de Camilo A. Ballesteros educaciòn, e.p.s, y transporte. | 150.000. |

PLS00004696

Gastos mensuales de  Lisseth Ballesteros      400.000.
carrera intermedia e.p.s. y transporte

Gastos mensuales de Claudia Pinzon        200.000
educaciòn, e.p.s., y medicina

Gastos mensuales de Beatriz Pinzon        200.000
educaciòn, e.p.s, y medicinas.

Total gastos mensuales        $ 2.300.000


Relaciono las edades de mi familia:

Beatriz Pinzon Viuda de Hernandez      82 Años.


Claudia Elena pinzon de Ballesteros      46 Años.


Lisseth Andrea Ballesteros Pinzon      18 Años.


Camilo Andres Ballesteros Rios      8 Años.


Vanessa Alexandra Charris Pinzon      7 Años.


Doctora Gina por varias ocasiones el doctor Ricardo Garzon Cardenas con cc 7.723.389 de Neiva  Huila de esa misma corporación de abogados O.N.G.  hizo que se le entregara un proyecto que consistia en la cotizacion de un negocio  y esa propuesta fue enviada a la oficina principal O.N.G.  estados unidos y no e tenido respuesta positiva.

Doctora le solicito  a usted muy respetuosamente la viabilidad **"URGENTE"** de esta solicitud.

que nuestro Dios la bendiga y la proteja.


GRACIAS

Favor comunicarse con mi esposa a los cel:  320 573 6061  -  314 424 5023

Atentamente:     **INTERNO**

Jairo Jesus Charris Castro
cc 8.763.120 de Soledad Atlantico
TD 57214 PABELLON 12 PAS "A"
piso n 1 alta seguridad
la picota Bogota D.C  I.N.P.E.C

Al momento de recibir este correo por favor confirmar
GRACIAS

Explore the seven wonders of the world Learn more!

## Fw: RESPUESTA PETICION DE JAIRO

**Abogados Asociados [abogados.aso@hotmail.com]**
**Sent:** Friday, June 22, 2012 1:37 PM
**To:** Lorraine Leete [lorrainemleete@gmail.com]; Susana Tellez

**From:** ABOGADOS ASOCIADOS
**Sent:** Friday, April 16, 2010 3:45 PM
**To:** lisseth92diva@hotmail.com
**Subject:** RESPUESTA PETICION DE JAIRO

**Bogotá, 16 de Abril de 2010**

Señor:

**JAIRO JESUS CHARRIS CASTRO**

E.          S.          M.

**REF: Respuesta a su petición.**

Cordial saludo,

Ante todo dejo en claro que yo no soy abogada, solamente la asistente de los abogados que llevan el caso, me halaga el que me diga "doctora" pero no lo soy; respecto a su solicitud lamento no tenerle muy buenas noticias, hablé con el Doctor Francisco y la respuesta es lo siguiente:

1. Si efectivamente a usted lo trasladan de cárcel, si se corren con los gastos del trasteo de su familia, de lo contrario no.
2. Se seguirá consignando MILLON QUINIENTOS MIL PESOS $1.500.000 mensualmente.
3. La propuesta que la señora Claudia nos presentó fue negada, puesto que sí estamos en disposición de ayudarles pero esta propuesta se excedía.

Dejo en claro que si su familia se traslada de ciudad nosotros no correremos con ningún gasto.

Quedo atenta a sus comentarios y le recuerdo que para cualquier inquietud puede comunicarse al mismo teléfono de siempre, espero puedan solucionar sus problemas.

Atentamente

PLS00004699

**Yineth Baeza (yina)**

**Asistente.**

## *ABOGADOS ASOCIADOS*

Connect to the next generation of MSN Messenger  <u>Get it now!</u>



# Confirmación consignación

1 message

**Lorraine Leete <lorraine@riseup.net>**                                    Fri, Apr 29, 2011 at 5:12 PM
To: katix14@hotmail.com

Saludos Katerin,

He adjuntado la confirmación de la consignación de $2500 del 29 de abril.

Debe llegar a Colombia para el lunes o martes.

Favor de llamarme con cualquiera inquietud o pregunta.

Sinceramente,
Lorraine Leete

--



CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C.
2510-2521. It is legally privileged. The information it contains is confidential information and is intended
only for the use of the individual or entity named above. If the reader of this message is not the intended
recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have
received this e-mail in error, please notify me immediately by telephone at **(510) 643-7849** and by return e-mail,
and delete all copies of the message from your computer.

📎 **Katerin Wire Confirmation2.doc**
24K

From: wireroom@1stunitedbankfl.com [mailto:wireroom@1stunitedbankfl.com]
Sent: Friday, April 29, 2011 4:59 PM
To: Catherine H. Salomon
Subject: [Cust Out Wire Advice - eMail] Message ID:110429165512CL01 Advice
Code:OTCSADEM

From: 1st United Bank Wire Transfer Dept.


In accordance with your instructions, we have DEBITED your account: **********0106
for $2,500.00.


FRB Confirmation: 20110429MMQFMP96000255

Originating Routing Number:        067014987
Originating Bank Short Name:        1ST UNITED BANK
Originating Reference Number:  110429165512CL01

Beneficiary Institution
COLOCOBMXXX
BANCOLOMBIA S.A.
CARRERA 52 NR 50-20
FLOOR 9
MEDELLIN COLOMBIA

Party to be Paid or Credited
**********7984
KATERIN DURANGO AVENDANO
ANTIOQUIA COLOMBIA

PLS00005025



lorraine leete <lorrainemleete@gmail.com>

## Confirmation code for Celina Lombordi Nieves wire

**Lorraine Leete <lorrainemleete@gmail.com>**                Fri, Dec 2, 2011 at 3:20 PM
To: milenalombardy@hotmail.com

FRB Confirmation: 20111128MMQFMP96000143

Originating Routing Number:     067014987
Originating Bank Short Name:     1ST UNITED BANK
Originating Reference Number:   111128161325EB01

Beneficiary Institution
COLOCOBMXXX
BANCOLOMBIA S.A.
CARRERA 52 NR 50-20
FLOOR 9
MEDELLIN COLOMBIA

Party to be Paid or Credited
**********4649
CELINA LOMBARDI NIEVES

Payment Originator Information
**********0106
CONRAD & SCHERER LLP
OPERATING ACCOUNT
PO BOX 14723
FT LAUDERDLAE, FL     -

Additional Info:

Bank to Bank Info:

Our Wire Dept Phone number is 561 616-3100
Our direct Wire Fax number is 866 493-6323

—

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C.
2510-2521.  It is legally privileged.  The information it contains is confidential information and is intended
only for the use of the individual or entity named above.  If the reader of this message is not the intended

recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of the communication is strictly prohibited.  If you have
received this e-mail in error, please notify me immediately by return e-mail, and delete all copies of the message
from your computer.

PLS00005027