IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DRUMMOND COMPANY, INC., )
)
    Plaintiff, )
)
vs. )
) Case No. 2:11-cv-3695-RDP-TMP
TERRENCE P. COLLINGSWORTH, )
individually and as agent of Conrad & Scherer, )
LLP; and CONRAD & SCHERER, LLP, )
)
    Defendants. )

## DECLARATION OF H. THOMAS WELLS, III

I, H. Thomas Wells, III, hereby declare as follows:

1. I am a partner in the law firm of Starnes Davis Florie, LLP and an attorney for Plaintiff Drummond Company, Inc. ("Drummond"). I submit this declaration in support of Drummond's Motion to Compel Answers to Interrogatories and Production of Documents, and Motion to Extend Limitation on Requests for Production (Doc. 43), Drummond's Reply in support thereof (Doc. 50), Drummond's Supplemental Brief (Doc. 62), and Drummond's Supplemental Brief Pursuant to The Court's Directions at the October 10, 2013 Hearing. This declaration is based on my personal knowledge.

2. Paul Wolf voluntarily provided to Drummond's counsel a copy of a legal memorandum related to Mr. Collingsworth's ATS litigation against Chiquita which was referenced in his previously filed declaration (Doc. 62-5 at 7). Mr. Wolf explained that the memorandum had been provided to him as a member of a large group of plaintiffs' counsel in the *Chiquita* case. A true and correct copy of this memorandum is attached hereto as **Exhibit A**.

3. Attached hereto are true and correct copies of the following exhibits:

{B1694098}

**Exhibit B** – Conrad & Scherer press release identifying Piper Hendricks as an "associate at Conrad & Scherer, LLP"

**Exhibit C** - Email from Mark Moody dated 10/8/2013

**Exhibit D** – Hearing Transcript

**Exhibit E** – Screen capture of word search for "security" in Piper Hendricks memo

**Exhibit F** – September 25, 2009 Article from VerdadAbierta.com

**Exhibit G** – Article from Cambio.com.co

I hereby state under penalty of perjury that the statements above are true and correct.

Date: December 6, 2013.

_____
H. Thomas Wells, III