# Exhibit C

(TO BE FILED UNDER SEAL)