IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TERRENCE P. COLLINGSWORTH, )<br>individually and as agent of Conrad & Scherer, )<br>LLP; and CONRAD & SCHERER, LLP, )<br>)<br>Defendants. )<br>) | Case No. 2:11-cv-3695-RDP-TMP |

## DECLARATION OF H. THOMAS WELLS, III

I, H. Thomas Wells, III, hereby declare as follows:

1. I am a partner in the law firm of Starnes Davis Florie, LLP and an attorney for Plaintiff Drummond Company, Inc. ("Drummond"). I submit this declaration in support of Drummond's Motion to Compel Answers to Interrogatories and Production of Documents, and Motion to Extend Limitation on Requests for Production (Doc. 43), Drummond's Reply in support thereof (Doc. 50), Drummond's Supplemental Brief (Doc. 62), Drummond's Supplemental Brief Pursuant to The Court's Directions at the October 10, 2013 Hearing (Doc. 78), and Drummond's Reply Brief Pursuant to The Court's Directions at the October 10, 2013 Hearing. This declaration is based on my personal knowledge.

2. Attached hereto are true and correct copies of the following exhibits:

**Exhibit A** – Oct. 18, 2010 Collingsworth Email (CS 820-830)

**Exhibit B** – Email chain with Bradley Smith

**Exhibit C** – *Balcero* Plaintiffs' July 5, 2011 Interrogatory Responses

**Exhibit D** – *Balcero* Plaintiffs' May 16, 2012 Interrogatory Responses

{B1700723}

Exhibit E – Expert Report of R. Bernard Harwood, Jr.

Exhibit F – July 2010 emails and Collingsworth letter representing that Moneygram payments to Jose Pinzon are for "fieldwork" (CS 2136-2138)

Exhibit G – Relevant excerpts of Samario's March 12, 2012 Letters Rogatory Testimony

Exhibit H – Relevant excerpts of El Tigre's Letters Rogatory March 22, 2012 Letters Rogatory Testimony

Exhibit I – Relevant excerpts of Jamie Blanco's May 25, 2012 Letters Rogatory Testimony

Exhibit J – Aug. 16, 2013 Wells Letter

Exhibit K – Oct. 8, 2013 Wells Email enclosing Supplemental Document Production

Exhibit L – July 8, 2013 Message from Charris' wife regarding "monthly aid" payments

Exhibit M – June 20, 2012 Pinzon email (CS 2339)

3. Based upon my review of the discovery responses and documents produced by Drummond in *Balcero*, the Defendants received more than 294,000 pages of documents in response to 264 requests for production, answers to four sets interrogatories, and testimony from more than 20 witnesses. Drummond also produced a privilege log to the Defendants with 997 entries of all documents withheld on claims of privilege, subject to the parties' agreement of the documents that were required to be logged.

I hereby state under penalty of perjury that the statements above are true and correct.

Date: December 20, 2013.

H. Thomas Wells, III

{B1700723}