IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP, | ) Case No. 2:11-cv-3695-RDP-TMP ) ) ) ) |
| Defendants. | ) ) |

**DRUMMOND COMPANY, INC.'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

COMES NOW Drummond Company, Inc. ("Drummond"), the Plaintiff in this matter, and requests leave to file the following documents under seal:

- **Exhibit R** - Isnardo Ropero Payments Documents

Western Union produced these documents in response to one of Drummond's subpoenas and stamped them "Confidential." Thus, they are subject to the Stipulated Protective Order (Doc. 91), which requires them to be filed under seal. Drummond has attached a proposed order granting this motion for this Court's consideration as "Exhibit 1."

WHEREFORE, PREMISES CONSIDERED, Drummond Company, Inc., respectfully requests that the Court GRANT its Motion for Leave to File Documents Under Seal.

Respectfully submitted,

| | |
|---|---|
| */s/ H. Thomas Wells, III* | */s/ Sara E. Kropf* |
| William Anthony Davis, III (ASB-5657-D65W) | Sara E. Kropf |
| H. Thomas Wells, III (ASB-4318-H62W) | LAW OFFICE OF SARA KROPF PLLC |
| Benjamin T. Presley (ASB-0136-I71P) | 1001 G St. NW, Suite 800 |
| STARNES DAVIS FLORIE LLP | Washington, DC 20001 |
| P.O. Box 59812 | (202) 627-6900 |
| Birmingham, AL  35259 | |
| (205) 868-6000 | |
| fax: (205) 868-6099 | |

*Attorneys for Drummond Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 2, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Clark, Jr., Esq.
Bradley J. Smith, Esq.
Eric D. Bonner, Esq.
Clark, Hair & Smith, P.C.
1000 Urban Center Drive
Suite 125
Birmingham, Alabama 35242

*/s/ H. Thomas Wells, III*
H. Thomas Wells, III (ASB-4318-H62W)

{B1752003}