IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DRUMMOND COMPANY, INC.,      )
                                        )
       Plaintiff ,             )
                                          )
                                          )
vs.                                       )
                                          )   Case No. 2:11-cv-3695-RDP-TMP
TERRENCE P. COLLINGSWORTH,  )
individually and as agent of Conrad & Scherer,  )
LLP; and CONRAD & SCHERER, LLP,  )
                                          )
       Defendants .          )

**DRUMMOND COMPANY, INC.'S MOTION TO SEAL AND FOR LEAVE TO FILE REDACTED EXHIBIT**

William Anthony Davis, III (ASB-5657-D65W)    Sara E. Kropf
H. Thomas Wells, III (ASB-4318-H62W)      LAW OFFICE OF SARA KROPF PLLC
Benjamin T. Presley (ASB-0136-I71P)       1001 G St. NW, Suite 800
STARNES DAVIS FLORIE LLP            Washington, DC 20001
P.O. Box 59812                          (202) 627-6900
Birmingham, AL  35259
(205) 868-6000
fax: (205) 868-6099

*Attorneys for Drummond Company, Inc.*

{B1752500}

COMES NOW Drummond Company, Inc., and hereby moves to seal Exhibit J (Doc. 101-11) to its Emergency Motion for Sanctions (Doc. 101). Exhibit J contains bank account information and an address which should have been redacted. Undersigned counsel for Drummond, Benjamin T. Presley, takes full responsibility for this error. Drummond also asks this Court for leave to file the attached, redacted Exhibit J.

Respectfully submitted,

*/s/ Benjamin T. Presley*                      */s/ Sara E. Kropf*

| | |
|---|---|
| William Anthony Davis, III (ASB-5657-D65W) | Sara E. Kropf |
| H. Thomas Wells, III (ASB-4318-H62W) | LAW OFFICE OF SARA KROPF PLLC |
| Benjamin T. Presley (ASB-0136-I71P) | 1001 G St. NW, Suite 800 |
| STARNES DAVIS FLORIE LLP | Washington, DC 20001 |
| P.O. Box 59812 | (202) 627-6900 |
| Birmingham, AL 35259 | |
| (205) 868-6000 | |
| fax: (205) 868-6099 | |

*Attorneys for Drummond Company, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **April 2, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Clark, Jr., Esq.
Bradley J. Smith, Esq.
Eric D. Bonner, Esq.
Clark, Hair & Smith, P.C.
1000 Urban Center Drive
Suite 125
Birmingham, Alabama 35242

*/s/ Benjamin T. Presley*
Benjamin T. Presley (ASB-0136-I71P)