UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:11-CV-03695-RDP-TMP |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } |
| Defendants. | } |

## ORDER

In accordance with the hearing held on April 21, 2014, it is hereby **ORDERED** as follows:

(1) Defendants' Motion to Quash (Doc. #74) is **DENIED**. Microsoft **SHALL** provide all subpoena documents to Judge Putnam **on or before May 2, 2014**.

(2) Plaintiff's Emergency Motion for Sanctions (Doc. #104) is **DENIED WITHOUT PREJUDICE** for the reasons stated on the record. However, Defendants **SHALL** continue to maintain and preserve in their present form all computer servers, hard drives, email accounts, and all other electronic files or data storage systems which have been utilized by Defendants' litigation team during their entire pursuit of litigation against Drummond.

(3) Defendants' Cross-Motion to Compel (Doc. #114) is hereby **ADMINISTRATIVELY TERMINATED** due to the parties' failure to meet and confer prior to its filing.

(4)  In light of the court's termination of Defendants' Cross-Motion to Compel (Doc. #114), Plaintiff's Motion to Strike (Doc. #116) is rendered **MOOT** and is hereby **ADMINISTRATIVELY TERMINATED**.

(5)  Defendants **SHALL** deliver copies of their previously produced privilege logs to Judge Putnam's chambers **on or before April 24, 2014**.

(6)  Defendants **SHALL** file a report with Judge Putnam **on or before April 24, 2014** which indicates whether they are agreeable to the appointment of a special master for assistance in discovery matters.

(7)  The briefing deadlines as to Defendants' Motion to Quash (Doc. #113) are hereby **EXTENDED** as follows: (a) Plaintiff's response brief **SHALL** be filed **on or before April 24, 2014**, and (b) Defendants' reply brief **SHALL** be filed **on or before May 2, 2014**.

(8)  The parties **SHALL** meet and confer about all outstanding discovery issues in this case, including what discovery agreements can be reached, what discovery disputes remain, and timing of the submission of updated privilege logs to Judge Putnam.

(9)  The parties are hereby **ORDERED** to brief the applicability of the crime-fraud exception or any other basis for waiver of privilege and/or work product protection as relates to discovery in this case.  As discussed at the hearing, the parties' respective briefs will be due on dates related to their submission of their respective privilege logs.

**DONE** and **ORDERED** this April 21, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE