

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:11-CV-3695-RDP |
| TERRENCE P. COLLINGSWORTH, individually and as an agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP, | ) |
| Defendants. | ) |

## REPORT ORDERED BY APRIL 21, 2014 ORDER

Come now Defendants Terrence P. Collingsworth and Conrad & Scherer, LLP and pursuant to Judge Proctor's April 21, 2014 Order, state as follows:

1. Defendants are agreeable to the appointment of a Special Master for assistance in discovery matters.

2. Defendants agree to split evenly between the parties costs associated with the translation of documents to be reviewed *in camera*.

DATED: April 24, 2014

Respectfully submitted,

/s/ Bradley J. Smith
Bradley J. Smith
STATE BAR ID: ASB-6847-B52S
CLARK, HAIR & SMITH, P.C.
1000 Urban Center Drive, Suite 125
Birmingham, AL 35242
Tel.: (205) 397-2900
Fax: (205) 397-2901
bsmith@chslaw.com

*Attorney for Defendants Terrence P. Collingsworth and Conrad & Scherer, LLP*

## CERTIFICATE OF SERVICE

I, Bradley J. Smith, hereby certify that on this 24th day of April, 2014, a true and correct copy of the foregoing was served on the following parties via the Court's CM/ECF system:

William Anthony Davis, III, Esq.
H. Thomas Wells, III, Esq.
Benjamin T. Presley
Starnes Davis Florie, LLP
P.O. Box 59812
Birmingham, AL 35259

Sara E. Kropf
LAW OFFICE OF SARA KROPF PLLC
1001 G Street NW, Suite 800
Washington, D.C. 20001

/s/ Bradley J. Smith
Bradley J. Smith