IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11-cv-03695-RDP-TMP |
| ) | |
| TERRENCE P. COLLINGSWORTH, ) | |
| *Individually and as agent for* ) | |
| *Conrad & Scherer, LLP*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to discussions in the Discovery Conference held on May 1, 2014, the parties shall submit to the court the following:

1. By no later than May 9, 2014, the defendant shall produce all documents associated with the privilege log submitted to the court on April 24, 2014.

2. By no later than May 15, 2014, the parties shall jointly submit a proposed order appointing a special master in the case and delineating the proposed duties of the special master.

3. By no later than June 16, 2014, the parties each shall file a global motion to compel production of all outstanding discovery.

4.  By no later than July 1, 2014, the defendant shall produce privilege logs and accompanying documents consistent with the order entered by United States District Judge R. David Proctor on October 15, 2013. (Doc. 64).

DONE and ORDERED this 1st day of May, 2014.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE