IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TERRENCE P. COLLINGSWORTH, )<br>individually and as agent of Conrad & )<br>Scherer, LLP; and CONRAD & )<br>SCHERER, LLP. )<br>)<br>    Defendants. ) | CV-11-P-3695-S |

**NOTICE REGARDING DEFENDANT'S MOTION TO COMPEL**

Comes now the Defendants, Terrence P. Collingsworth and Conrad & Scherer, LLP and provides notice to the Court regarding Defendant's Motion to Compel (Doc. 132).

1.    On July 15, 2014 Defendants filed its Motion to Compel Pursuant to Rule 26(b)((5)(B). (Doc. 132).

2.    The motion is a discovery motion and the parties agree the motion should be handled by Special Master T. Michael Brown.

Dated: July 18, 2014

Respectfully submitted,

/s/ Bradley Smith

Bradley J. Smith
(State Bar ID: ASB-6847-B52S)
Clark, Hair & Smith, P.C.
1000 Urban Center Drive, Suite 125
Birmingham, Alabama 35242
Tel: 205-397-2900
Fax: 205-397-2901
bsmith@chslaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the below counsel on the 18th day of July, 2014 via electronic mail and/or the CM/ECF system:

William Anthony Davis, III, Esq.
H. Thomas Wells, III, Esq.
Starnes Davis Florie, LLP
P.O. Box 59812
Birmingham, Alabama 35259
205-868-6000
205-868-6099

Sara E. Kropf
LAW OFFICE OF SARA KROPF PLLC
1001 G Street NW, Suite 800
Washington, D.C. 20001

*s/Brad Smith*
Of Counsel