IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **TERRENCE P. COLLINGSWORTH,** ) | **CV- 2:11-CV-3695-RDP** |
| individually and as the agent of Conrad & ) | |
| Scherer, LLP; and **CONRAD &** ) | |
| **SCHERER, LLP,** ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING CERTAIN OUTSTANDING DISCOVERY ISSUES

1. On May 28, 2014, T. Michael Brown was appointed as Special Master pursuant to the Order of the Honorable R. David Proctor. (Document # 129). The Court ordered the Special Master to oversee discovery in this matter, including the resolution of all disputes between the Parties with respect to any aspect of discovery. The Court also ordered the Special Master to entertain all motions for relief brought by the Parties concerning discovery, as well as all issues in any pending discovery motions not yet fully adjudicated, and promptly issue written Reports & Recommendations thereon.

2. On October 15, 2013, this Court entered an ORDER (Document # 64) ("the October Order") addressing a number of issues, including, but not limited to, the scope of certain specific discovery requests made by Plaintiff.

3. In accordance with the Court's October Order, the Special Master ORDERS as follows:

1

a. On or before November 17, 2014, Defendants shall either produce, or put on a privilege log and produce to the Special Master for *in camera* review, those documents referenced as "financing documents" in the October Order.

b. On or before November 24, 2014, Defendants shall supplement their responses to Interrogatories No. 2 and No. 8 from Drummond's Third Interrogatories.

c. On or before November 24, 2014, Defendants shall supplement their responses regarding whether Defendants have made payments to Charris anytime after September 1, 2013.

d. On or before November 24, 2014, Defendants shall produce the declarations of Juan Carlos Rojas and Aristide Antonia Serna Maldonado identified in Defendants' Rule 26 Initial Disclosures, as well as any documents reflecting payments to those two individuals.

e. On or before November 24, 2014, Defendants shall produce, in native format, any photographs of Defendant, Terry Collingsworth, posing with any witness in the *Balcero* litigation. If Defendants cannot produce any photographs in native format, Defendants shall provide an explanation as when it last had the photograph and where the photograph last existed in native format.

f. On or before November 24, 2014, Defendants shall produce, or put on a privilege log and produce to the Special Master for *in camera* review, those documents referenced in the Court's October Order as "**billing records**" or "**payments to**

witnesses" or "**communications with Mr. Otero**" or "**communications with Llanos Oil regarding Drummond and/or Colombian paramilitaries**".

g. In accordance with this Report and Recommendation, should the Defendants seek to raise an objection to the production or logging of the items in the above-referenced paragraphs, such objection must be served on the Special Master and the Plaintiff on or before November 14, 2014.

h. Counsel for both parties will attend a meeting with the Special Master beginning at 8:30 am Central time, on November 18, 2014, at the Law Offices of Bradley Arant Boult Cummings, LLP.

/s/ T. Michael Brown
T. Michael Brown
Special Master