FILED
2016 Jan-07 PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.,** | }<br>} |
| Plaintiff, | }<br>}<br>} |
| v. | }      Case No.: 2:11-CV-3695-RDP<br>} |
| **TERRENCE P. COLLINGSWORTH,** et al., | }<br>}<br>}<br>} |
| Defendants. | } |

## ORDER

The court held a telephonic conference on December 29, 2015, for the purpose of discussing the status of the case. (Doc. #420). In accordance with that conference and by agreement of the parties:

1. Defendants' Motion to Stay Pending Summary Judgment Ruling in Insurance Coverage Proceedings (Doc. #412) is **MOOT**.

2. Certain aspects of discovery will continue forward during the pendency of the interlocutory appeal of the Memorandum Opinion and Order (Doc. #417) dated December 7, 2015. Specifically, the court may entertain objections to the Report and Recommendation of Special Master Regarding Various Third Party Subpoenas (Doc. #409) and, based upon that ruling and if necessary, certain documents may be produced to the Special Master for *in camera* review and/or preservation. In addition, Letters Rogatory may be sent in accordance with the Hague protocol for the discovery of certain bank records.

3. The parties are **DIRECTED** to work with the Special Master in order to update the preservation order that was previously entered in this case. (*See* Docs. #105, 119).

4.  When forensic expert reports are produced in the *Dole* case in the Superior Court for Los Angeles County, California, on or about January 6, 2016, those reports **SHALL** also be delivered to the Special Master in this case. The parties **SHALL**, in conjunction with the Special Master, develop a procedure for consideration of the spoliation issues that are looming in this case. (Docs. #283, 287, 383). Following the conclusion of that procedure, the Special Master **SHALL** file a Report and Recommendation on the spoliation issues if necessary.

5.  In light of recently discovered information that Oscar David Perez Bertel ("Yuca") may have received security payments in *Balcero* contrary to direct testimony from Terrence Collingsworth at the September 2015 crime/fraud exception hearing (Doc. #429) and elsewhere, the parties are **DIRECTED** to work with the Special Master in developing a plan for addressing the potential discoverability of documents related to payments to Yuca. Following the conclusion of that process, the Special Master **SHALL** file a Report and Recommendation with the court addressing the discoverability of those documents as well as a recommendation on whether the Memorandum Opinion and Order (Doc. #417) of December 7, 2015 should be supplemented such that the Eleventh Circuit has all relevant information necessary to make a ruling on the interlocutory appeal.

**DONE** and **ORDERED** this 7th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE