# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.**           ) | |
|           )   | |
|    **Plaintiff,**        ) | |
|           ) | |
| **v.**          ) | |
|           ) | **CIVIL ACTION NUMBER:** |
| **TERRENCE P. COLLINGSWORTH,**       ) | **CV- 2:11-CV-3695-RDP** |
| individually and as the agent of Conrad &    ) | |
| Scherer, LLP; and **CONRAD &**       ) | |
| **SCHERER, LLP,**                    ) | |
|           ) | |
|    **Defendant.**        ) | |

## REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING FORENSIC EXPERT DISCOVERY

      1.    On May 28, 2014, T. Michael Brown was appointed as Special Master pursuant to the Order of the Honorable R. David Proctor. (Doc. 129). The Court ordered the Special Master to oversee discovery in this matter, including the resolution of all disputes between the Parties with respect to any aspect of discovery. The Court also ordered the Special Master to entertain all motions for relief brought by the Parties concerning discovery, as well as all issues in any pending discovery motions not yet fully adjudicated, and promptly issue written Reports & Recommendations thereon.

      2.    The Special Master has before him issues relating to the parties' forensic computer experts, production of documents by the experts, and the upcoming depositions of those experts, all relating to claims of spoliation. [1]

---

[1] The Court administratively terminated Plaintiff's Motion for Spoliation Sanctions (Doc. 283); however, the Court left open the option of Plaintiff re-filing the Motion after the experts had submitted reports and further discovery had been done.

3. At the hearing on Plaintiff's Renewed Motion for Sanctions and Request for Evidentiary Hearing (Doc. 174) before the Court in September 2015, the Court indicated its intention that this case follow the protocol established in the Dole Food Company, Inc. ("Dole") case pending in the Superior Court of Los Angeles County, California ("the Dole litigation"), as that protocol relates to the forensic computer experts, who have been retained as experts in this matter and in the Dole litigation.

4. Mr. Dennis Williams has been retained as a computer forensics expert by Defendants in this case and by Conrad & Scherer LLP in the Dole litigation. His expert report(s) is being offered in both actions.

5. Mr. Spencer Lynch has been retained as a computer forensics expert by Plaintiff in this case and by Dole in the Dole litigation. His expert report(s) is being offered in both actions.

6. The Special Master has been informed by the parties that the deposition of Mr. Williams in the Dole litigation has been scheduled for February 10, 2016.

7. After conferring with the parties and the parties being unable to reach a compromise as to the place, date, time and circumstances related to the deposition of Mr. Williams in this case, the Special Master makes the following recommendation:

8. The deposition of Mr. Williams shall occur in Birmingham, Alabama, where this case is pending, at a date and time agreeable to the parties and based upon the availability of Mr. Williams, but no later than February 26, 2016, except for good cause shown.

9. During discussions between counsel and the Special Master, counsel for Plaintiff agreed to reimburse Defendants for the travel expenses of Mr. Williams in attending his

deposition in Birmingham. The Special Master recommends that the parties work together to accomplish this reimbursement.

10.     The Special Master also notes that discovery in this case is governed by the Federal Rules of Civil Procedure, and as such, the depositions of Mr. Williams and of Mr. Lynch shall be conducted in accordance with those Rules.

11.     Because the parties have requested prompt resolution of these issues, the Special Master recommends that any objections to this Report & Recommendation be filed with the Court by Tuesday, January 26, 2016, with responses to such objections by Friday, January 29, 2016.

DATED: January 21, 2016

*/s/ T. Michael Brown*
T. Michael Brown
Special Master