IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:11-cv-3695-RDP-TMP |
| **TERRENCE P. COLLINGSWORTH,** individually and as agent of Conrad & Scherer, LLP; and **CONRAD & SCHERER, LLP,** | ) |
| Defendants. | ) |

## PARTIES' JOINT REPORT

COME NOW the Plaintiff Drummond Company, Inc. ("Plaintiff") and the Defendants Terrence P. Collingsworth and Conrad & Scherer, LLP (collectively, "Defendants") and file this Joint Report in response to the Court's March 28, 2018 Order (Doc. 506).[1]

1. Should we re-engage this litigation at this point in time?

   **Parties' joint position:** No, Conrad & Scherer has filed a petition for rehearing in its Eleventh Circuit interlocutory appeal.

   **Conrad & Scherer's additional position:** C&S believes that a mandate will issue from the Eleventh Circuit at some point, even though C&S's appeal was interlocutory in nature and dismissed in part. *See* **FRAP 41(b); 11th Cir. R. 41-3. Under FRAP 41(d)(1), C&S's petition for rehearing stays issuance of the mandate "until disposition of the petition . . . unless the court orders otherwise." FRAP 41(d)(1). Until the mandate issues, the District Court remains divested of jurisdiction over the order on appeal.** *Zaklama v. Mount Sinai Med. Ctr.*, **906 F.2d 645, 649 (11th Cir. 1990)** ("This court retains jurisdiction over an appeal until it has issued a mandate to implement its disposition."); *Winnett v. Saline Cty. Jail*, **372 F. App'x 688, 689–90 (8th Cir. 2010)** (noting that mandate issued in an interlocutory appeal and citing circuit court case for the proposition that "issuance of mandate formally marks end of appellate jurisdiction; jurisdiction returns to tribunal to which mandate is directed, for such proceedings as may be appropriate").

---

[1] Undersigned counsel for the parties conducted a telephonic meet and confer on April 4, 2018.

{B2827453}

2. If so, what are the next steps to be taken?

   **Parties' joint position:  N/A**

3. Should the Special Master continue to review and sort documents subject to his review?

   **Parties' joint position:  No, the Special Master should refrain from conducting any further review in this regard until Conrad & Scherer's interlocutory appeal is final and a mandate issues.**

4. Is any discovery necessary regarding the recent events occurring in Colombia ostensibly relating to the now-closed *Balcero* case?

   **Parties' joint position:  The parties do not presently believe that discovery is necessary on this issue.**

   **Plaintiff's additional position:  Drummond reserves its right to later seek this Court's leave to conduct discovery on this issue should it subsequently learn of new information relating to these events.**

   **Defendants' additional position: Defendants reserve the right to oppose any future effort by Drummond to seek discovery in *this* case regarding the now-closed *Balcero* case.**

5. Any other suggestion for how this litigation should proceed.

   **Parties' joint position:  The parties have no specific proposals or suggestions for the Court in this regard.**

          Respectfully submitted,

          */s/ H. Thomas Wells, III*
          William Anthony Davis, III (ASB-5657-D65W)
          H. Thomas Wells, III (ASB-4318-H62W)
          Benjamin T. Presley (ASB-0136-I71P)
          STARNES DAVIS FLORIE LLP
          P.O. Box 59812
          Birmingham, AL  35259
          (205) 868-6000
          Fax: (205) 868-6099
          *Attorneys for Drummond Company, Inc.*

{B2827453}

          */s/ William T. Paulk (w/ permission)*
          Robert K. Spotswood
          Michael T. Sansbury
          William T. Paulk
          SPOTSWOOD SANSOM & SANSBURY LLC
          1819 5th Avenue N., Suite 1050
          Birmingham, Alabama 35203
          Telephone: (205) 986-3620
          rks@spotswoodllc.com
          msansbury@spotswoodllc.com
          wpaulk@spotswoodllc.com
          *Attorneys for Conrad & Scherer, LLP*


          */s/ Terrence P. Collingsworth (w/ permission)*
          Terrence P. Collingsworth
          621 Maryland Avenue NE
          Washington, D.C. 20002
          Phone:  (202) 255-2198
          tc@iradvocates.org
          *Pro se*


## **CERTIFICATE OF SERVICE**

      I hereby certify that on **April 16, 2018,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notice to the following counsel of record.

Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
1819 5th Avenue N., Suite 1050
Birmingham, Alabama 35203
Telephone: (205) 986-3620
rks@spotswoodllc.com
msansbury@spotswoodllc.com
wpaulk@spotswoodllc.com

Terrence P. Collingsworth
621 Maryland Avenue NE
Washington, D.C. 20002

Phone: (202) 255-2198
tc@iradvocates.org

                    */s/ H. Thomas Wells, III*
                    H. Thomas Wells, III (ASB-4318-H62W)

4

{B2827453}