
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC. et al.,** | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | **Case No.: 2:11-cv-3695-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH,** et al., | } | |
| | } | |
| | } | |
| Defendants. | } | |

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC., et al.,** | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | **Case No.:  2:15-CV-506-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } | |
| | } | |
| | } | |
| Defendants. | } | |

## ORDER

This matter is before the court on an informal report from the Special Master regarding a dispute about the timing, scope, and location of Defendant Collingsworth's deposition. The issue **SHALL** be briefed as follows:

1. **On or before October 31, 2023**, interested parties **SHALL** file simultaneous initial briefs of no more than fifteen pages setting forth their position on the timing, scope, and location of Defendant Collingsworth's deposition.

2. **On or before November 6, 2023**, interested parties **SHALL** file simultaneous

responsive briefs of no more than ten pages.

    **DONE** and **ORDERED** this October 19, 2023.

                                                     **R. DAVID PROCTOR**
                                                   UNITED STATES DISTRICT JUDGE