# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., and DRUMMOND, LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 2:15-cv-00506-RDP |
| TERRENCE P. COLLINGSWORTH, *et al.* | ) ) ) |

### DECLARATION OF FRANCISCO RAMIREZ CUELLAR

I, Francisco Ramirez Cuellar, declare as follows:

1. My name is Francisco Ramirez Cuellar. I am over the age of 19 years, have personal knowledge of the matters set forth in this Declaration, and can testify under oath to all the facts herein.

2. I file this declaration pursuant to the Court's June 26, 2023 Order, Doc. 218, which provides, "Before the depositions of these witnesses[1] may take place, each Defendant in this case SHALL file with the court an affidavit or declaration, under oath, stating that Defendant (1) has not at any time provided ANY PAYMENT OR OTHER FINANCIAL ASSISTANCE IN ANY FORM to these witnesses or their families, and (2) is not aware of any one else making ANY PAYMENT OR OTHER FINANCIAL ASSISTANCE IN ANY FORM to these witnesses and/or their families." Doc. 218 ¶ 2.

3. I have not at any time provided any payment or other financial assistance to Jose Arstides Peinado Martinez ("Peinado") or his family.

---

[1] "'These witnesses' are Jhon Jairo Esquivel Cuadrado (El Tigre), Alcides Manuel Mattos Tabares (Samario), Jairo Jesus Charris Castro (Charris), Jose Arstides Peinado Martinez (Peinado), Oscar David Perez Bertel (Yuca), Oscar Jose Ospino Pacheco (Tolemaida), Javier Ernesto Ochoa Quinonez (El Mecanico), and Jose Del Carmen Gelvez Albarracin (El Canoso)." Doc. 218 ¶ 2, n.1.

4. I am not aware of anyone else making any payment or providing any other financial assistance in any form to Peinado or his family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Francisco Ramirez Cuellar

Executed in Boston, Massachusetts on December 15, 2023.