IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRENCE P. COLLINGSWORTH, ) <br> individually and as agent of Conrad & Scherer, ) <br> LLP; and CONRAD & SCHERER, LLP, ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-3695-RDP-TMP <br><br> **Partially Opposed** |

### DRUMMOND COMPANY, INC.'S
### MOTION FOR EXTENSION OF PAGE LIMITATIONS

COMES NOW Drummond Company, Inc. ("Drummond") and respectfully requests an extension of the default page limitations in the Court's initial Scheduling Order (Doc. 42). As grounds for its request, Drummond states as follows:

1. Following the crime-fraud hearing in September 2015, this Court administratively terminated without prejudice Drummond's Renewed Motion for Sanctions with directions that it "be re-filed following the resolution of the crime/fraud issue addressed during the September 1, 2, and 3 evidentiary hearing." Doc. 383 (Sept. 21, 2015 Text Order).

2. Drummond intends to file a Renewed Motion for Sanctions the week of February 12, 2024.

3. On February 8, 2024, Drummond asked Defendants whether they would oppose a request by Drummond for 60 pages for its renewed sanctions motion. Ex. 1 (Meet and Confer Correspondence). Drummond made clear that it would be agreeable to a reciprocal page extension for Defendants' responses and to an extension of the default briefing schedule. *Id.* Defendants

1

responded on February 9, 2024, stating that they oppose a request for 60 pages, but do not oppose a request for 40 pages.  *Id.*

4. Drummond respectfully submits that its request for 60 pages is reasonable given the importance of the issue, as well as the time span and breadth of misrepresentations and misconduct.  The brief is already written, is currently just over 60 pages, and the recitation of the facts warranting sanctions is more than 40 pages.  This was necessary for several reasons.  Every deponent has disclaimed any memory of what they knew and when they knew it as it relates to virtually every misrepresentation at issue, requiring Drummond to piece this information together through emails and other documents produced pursuant to the crime-fraud exception.  Explaining how these documents fit together is made more difficult than in an ordinary case because Defendants consistently spoke in code when talking about their witness payments, requiring further context and discussion of related documents to explain what was actually going on.

5. Drummond is seeking the severest of sanctions, and they are warranted here.  The crime-fraud discovery has proven that Defendants' purported excuses presented during the crime-fraud hearing for their repeated misrepresentations were themselves lies.  *See, e.g., Littler v. Martinez*, 2020 WL 42776, at *23 (S.D. Ind. Jan. 3, 2020) (default judgment was the only appropriate sanction because a "party who lies in their declaration or during their deposition and then lies under oath during a hearing about his misconduct does not deserve another opportunity to commit perjury.").  Drummond therefore believes it is appropriate for all parties to have ample opportunity to set forth their respective positions on the facts, which is why Drummond offered the Defendants a reciprocal 60-page response brief.

WHEREFORE, Drummond respectfully requests that this Court allow Drummond's forthcoming Renewed Motion for Sanctions to be 60 pages.

Respectfully submitted,

| | |
|---|---|
| */s/ H. Thomas Wells, III* | */s/ Sara E. Kropf* |
| William Anthony Davis, III (ASB-5657-D65W) | Sara E. Kropf |
| H. Thomas Wells, III (ASB-4318-H62W) | Kropf Moseley PLLC |
| Benjamin T. Presley (ASB-0136-I71P) | 1001 H. Street NW, Suite 1220 |
| STARNES DAVIS FLORIE LLP | Washington, DC 20005 |
| 100 Brookwood Place, 7th Floor | (202) 627-6900 |
| Birmingham, AL 35209 | |
| (205) 868-6000 | |
| fax: (205) 868-6099 | |

*Attorneys for Drummond Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 9, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*/s/ H. Thomas Wells, III*
H. Thomas Wells, III (ASB-4318-H62W)

2789895.1