FILED
2024 Feb-09 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

# Ben Presley

| | |
|---|---|
| **From:** | Terrence Collingsworth <tc@iradvocates.org> |
| **Sent:** | Friday, February 9, 2024 10:28 AM |
| **To:** | William Paulk |
| **Cc:** | Ben Presley; Bob Spotswood; Tony Davis; Trey Wells; Brown, T. Michael; Miller, Carly |
| **Subject:** | Re: Drummond v. Collingsworth |

I join Conrad & Scherer's position.
Terry Collingsworth
202-543-5811
202-255-2198 (cell)

> On Feb 9, 2024, at 11:19 AM, William Paulk <wpaulk@spotswood.com> wrote:
>
> Ben,
>
> Conrad & Scherer opposes Drummond's request for an extension of up to 60 pages for its renewed motion for sanctions. Conrad & Scherer will not oppose a request for up to 40 pages for Drummond's motion. We will circle back with you on a page extension for any responses and a briefing schedule once we have seen Drummond's motion.
>
> Regards,
>
> William
>
> ## William Paulk
> **Spotswood Sansom & Sansbury LLC**
> Partner
>
> Financial Center | 505 20th St N, Ste 700
> Birmingham, AL 35203
> Direct Dial: 205.986.3624 | LinkedIn
>
> <image003.png>
>
> ---
>
> **From:** Ben Presley <bpresley@starneslaw.com>
> **Sent:** Thursday, February 8, 2024 2:30 PM
> **To:** William Paulk <wpaulk@spotswood.com>; Bob Spotswood <rks@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>
> **Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
> **Subject:** RE: Drummond v. Collingsworth

William,

Drummond's motion will seek default judgment and monetary sanctions in the Defamation case against C&S and Collingsworth based on misrepresentations in discovery responses, court filings, sworn testimony, and open court.  We intend to file our motion next week.  We will not be asking Judge Proctor to suspend case deadlines while that motion is pending.  Consistent with Drummond's prior motions and with Judge Proctor's prior order, Drummond will separately re-file a motion for spoliation sanctions, but we do not currently anticipate needing additional pages for that motion.  *See Defamation* Doc. 383 (Sept. 21, 2015 Text Order) (administratively terminating without prejudice both Drummond's renewed motion for sanctions and Drummond's motion for spoliation sanctions and directing that they "be re-filed following the resolution of the crime/fraud issue addressed during the September 1, 2, and 3 evidentiary hearing").

Regards,
Ben

<image004.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com


<image005.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Thursday, February 8, 2024 1:51 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond v. Collingsworth

Ben,

As you know, we have been more than accommodating in the past on requests for extensions of page limits and briefing deadlines. But, Drummond's request below, which we are hearing about for the first time only 24 hours before you intend to file something with the Court, is a much more serious request with significant implications for this case. In order to assess the request, please let us know the following:

1. Exactly what sanctions does Drummond seek, and against which defendant(s)? For example:
    1. Is Drummond seeking discovery sanctions only, or will it also be seeking spoliation sanctions?
    2. Is Drummond seeking defense-terminating sanctions?
2. When does Drummond intend to file its motion?

3. If Drummond seeks to strike all defenses of one or both defendants, is Drummond willing to ask the Court to suspend all case deadlines until its motion is resolved?

It is noteworthy that in our negotiations over the amended scheduling order last summer, Drummond never advised the Court of its intent to renew its motion for sanctions or explain how the scheduling order should account for such a motion.

I will do my best to get you an answer by 3 pm tomorrow, but I cannot guarantee I will be able to do so given the short notice.

William

---

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Thursday, February 8, 2024 12:26 PM
**To:** William Paulk <wpaulk@spotswood.com>; Bob Spotswood <rks@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
**Subject:** Drummond v. Collingsworth

William, Bob, and Terry,

We are going to request from the Court a page extension for Drummond's Renewed Motion for Sanctions. We will be asking for 60 pages, and we plan to submit this request by 3:00 p.m. tomorrow. Please let us know your position on this request. We are willing to agree to a reciprocal page extension for any responses, and we are also agreeable to jointly proposing a briefing schedule to Judge Proctor that provides additional time for responses and replies.

Please let us know your position on this issue.

Thanks,
Ben

<image004.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

<image005.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

4