# Exhibit 4

| | |
|---|---|
| **From:** | Terrence Collingsworth <tc@iradvocates.org> |
| **To:** | Eric Hager; Charity Ryerson |
| **Sent:** | 7/10/2014 1:20:21 PM |
| **Subject:** | FW: dole doc production affidavit |
| **Attachments:** | 6.7.08 Tijeras interview.wpd |

**From:** Terrence Collingsworth
**Sent:** Thursday, July 10, 2014 1:18 PM
**To:** Charity Ryerson
**Subject:** RE: dole doc production affidavit

Let me think about the email thing. I think we were able to find most of those but it may be that they were lost on my mac when I gave it to my niece I need to ask Susana

Eric, do you think we need to log internal documents, like the attached, that went only to co-counsel

**From:** Charity Ryerson
**Sent:** Thursday, July 10, 2014 1:16 PM
**To:** Terrence Collingsworth
**Subject:** RE: dole doc production affidavit

This is a little different than what I was thinking of, since it doesn't mention your email failure. As I recall from SPP, there was a period of a year or two, maybe in 2010, when we lost all of your emails for some reason. Do you know what I'm talking about?

We may want to give the other info in this letter though in an affidavit as well.

Also, I want to take back my statement earlier in response to your I drive documents not needing to be logged because "internal": My understanding is that we are saying we will not log internal *emails*, but any other work product that is responsive should be logged. As I drive documents aren't emails, they don't fall into this. Is that not how you're thinking? If we say we're not logging any internal "documents" at all, I think we're going to have more of a problem there.

**From:** Terrence Collingsworth
**Sent:** Thursday, July 10, 2014 12:11 PM
**To:** Charity Ryerson
**Subject:** RE: dole doc production affidavit

We did it by letter, attached

**From:** Charity Ryerson
**Sent:** Thursday, July 10, 2014 12:52 PM
**To:** Terrence Collingsworth
**Subject:** dole doc production affidavit

Hey Terry, do you want to do an affidavit explaining the period for which we don't have emails for you to accompany the production, just to get out in front of that issue? Do you have one from libel we could just adapt here?

CS_TC104142