FILED

2024 Feb-15  PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

| From: | James F. Carroll </O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JFC> |
|---|---|
| To: | Richard Drath; William R. Scherer, III |
| Sent: | 1/16/2013 6:49:58 PM |
| Subject: | RE: English litigation |

I assume TC has no authority to enter into an agreement like this on behalf of Conrad & Scherer (and should not be allowed to enter into one of course).  He can't be trusted.

P.S.   I'd like to talk with WRS about dumping TC's practice (or modifying it) again.  Richard, can you give me a little summary of things that I might use in speaking with him?

**From:** Richard Drath
**Sent:** Wednesday, January 16, 2013 1:43 PM
**To:** William R. Scherer, III; James F. Carroll
**Subject:** Fw: English litigation


**richard drath**
**633 s. federal highway**
**suite 800**
**ft. lauderdale, fl 33301**

**954-847-3340 - office**
**954-770-7009 - cell**
**954-252-3810 - fax**

**rdrath11@yahoo.com**

----- Forwarded Message -----
**From:** Terrence Collingsworth <TC@conradscherer.com>
**To:** Richard Drath <rdrath11@yahoo.com>; William R. Scherer <WScherer@conradscherer.com>
**Sent:** Wednesday, January 16, 2013 1:35 PM
**Subject:** English litigation

See article below. Martyn Day is the lawyer who wants to do the Cerrejon and BP Colombia cases with us and file them in England. We are working on an agreement

http://www.americanlawyer.com/PubArticleTAL.jsp?id=1202580604002&Alien_Tort_Backup_Plan&slreturn=20130016125141