# Exhibit 11

Message

| | |
|---|---|
| **From**: | Lorraine Leete [lorrainemleete@gmail.com] |
| **Sent**: | 6/11/2012 2:27:22 AM |
| **To**: | Terrence Collingsworth [/O=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bb5c886cc3bc4205b61792dd91b8ff31-tc] |
| **CC**: | Susana Tellez [/O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ST] |
| **Subject**: | Re: Que?? |

Translated message:

Hi Terry, Maggie, and Lorraine,



WORK PRODUCT

On another matter, I think we can count on having authorization for the testimonies of the people in Valledupar. Logistics will be necessary to have an adequate location and presence of the witnesses.

The theme of Charris is moving slowly, but it can be done.

Finally, the matter of the brothers has caused serious inconveniences and the security for those in Valledupar has not arrived yet. I look forward to hearing from you.

Warm greetings, IO


2012/6/10 Terrence Collingsworth <tc@iradvocates.org>


Terry Collingsworth
202-543-5811
202-255-2198 (cell)

Begin forwarded message:
**From:** Iván Alfredo Otero Mendoza <oteromivan@hotmail.com>
**Date:** June 10, 2012 9:32:14 PM EDT

**To:** <tc@iradvocates.org>
**Cc:** "Maggie C. Crosby" <MCrosby@conradscherer.com>, Lorraine Leete <lorrainemleete@gmail.com>
**Subject: Entrevistas.**

Hola Terry, Maggie y Lorraine.



WORK PRODUCT

De otra parte, creo q podemos contar con la autorización para los dos testimonios de las personas de Valledupar. Se hace necesaria una logística para adecuación de sitios y comparecencia de los declarantes.

El tema de Charris va caminando lento, pero se puede hacer.

Por último, el tema de los hermanos ha causado graves inconvenientes y la seguridad de los de Valledupar aun no llega. Espero noticias.

Mi saludo afectuoso,

Ivan Otero.


--

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications
Privacy Act, 18 U.S.C. 2510-2521.  It is legally privileged.  The information it contains
is confidential information and is intended only for the use of the individual or entity
named above.  If the reader of this message is not the intended recipient, or the
employee or agent responsible for delivering it to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of the communication is strictly
prohibited.  If you have received this e-mail in error, please notify me immediately by
return e-mail, and delete all copies of the message from your computer.