FILED
2024 Feb-15  PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 2:11-cv-3695-RDP-TMP

## DRUMMOND COMPANY, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Drummond Company, Inc. ("Drummond") requests leave to file under seal the following documents:

- An unredacted copy of Drummond's Renewed Motion for Sanctions; and
- Exhibits 5, 6, 20, 44, 46, 60, 82, and 104 thereto.

These Exhibits are quoted and/or described in Drummond's Renewed Motion for Sanctions and have been designated "Confidential" by the Defendants. By requesting leave to file these documents under seal, Drummond does not concede that any of the information in these Exhibits can properly be construed as "Confidential."

WHEREFORE, Drummond Company, Inc., respectfully requests that the Court GRANT its Motion for Leave to File Documents Under Seal.

2790743.1

Respectfully submitted,

*s/ H. Thomas Wells, III*
William Anthony Davis, III
H. Thomas Wells, III
Benjamin T. Presley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099
wad@starneslaw.com
htw@starneslaw.com
btp@starneslaw.com

Sara E. Kropf
KROPF MOSELEY PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

*Attorneys for Drummond Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 15, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ H. Thomas Wells, III*
H. Thomas Wells, III

2790743.1