FILED
2024 Feb-19  PM 05:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC.,           )<br>                                   )<br>Plaintiff,                          )<br>                                   )<br>    v.                             )<br>                                   )<br>TERRENCE P. COLLINGSWORTH, et al., )<br>                                   )<br>Defendants.                         )<br> | Case No 2:11-cv-3695-RDP<br>("*Defamation*") |
| DRUMMOND COMPANY, INC., et al.,   )<br>                                   )<br>Plaintiffs,                         )<br>                                   )<br>    v.                             )<br>                                   )<br>TERRENCE P. COLLINGSWORTH, et al., )<br>                                   )<br>Defendants.                         )<br> | Case No 2:15-cv-0506-RDP<br>("*RICO*") |

### JOINT REPORT REGARDING PROPOSED BRIEFING SCHEDULE FOR SANCTIONS AND SPOLIATION MOTIONS

Pursuant to the Court's February 12 Order, *Defamation* Doc. 774, Defendants Conrad & Scherer, LLP and Terrence Collingsworth ("Defendants"), and Plaintiffs Drummond Company, Inc. and Drummond Ltd. ("Plaintiffs"),[1] submit this joint report regarding a proposed briefing schedule on Plaintiffs' motions for discovery and spoliation sanctions.

1.      On February 9, 2024, Plaintiffs filed a motion for extension of page limitations in the *Defamation* case for a forthcoming motion for sanctions. *See Defamation* Doc. 772. That motion was partially opposed. *See id*; *see also Defamation* Doc. 773.

---

[1] Drummond Ltd. is a plaintiff in the *RICO* case only.

**Error! Unknown document property name.**

2

2. On February 12, 2024, the Court granted Plaintiffs' motion for extension of page limitations. *Defamation* Doc. 774. That order also provided as follows: "Within seven (7) days, the parties SHALL meet and confer and provide the court with a proposed briefing schedule on this motion and on the anticipated spoliation motion." *Id.*

3. On February 15, 2024, Plaintiff Drummond Company, Inc. filed a motion for terminating sanctions in the *Defamation* case. Doc. 775. That motion spanned 60 pages and included 134 exhibits, totaling 2,341 pages (according to PACER). *See* Doc. 775; Ex. 1.

4. Also on February 15, Plaintiffs filed a motion for spoliation sanctions in the *Defamation* and *RICO* cases. This motion also sought case terminating sanctions in both cases against Mr. Collingsworth and Conrad & Scherer. *See Defamation* Doc. 776; *RICO* Doc. 278.

5. On February 16, Plaintiffs deposed former Conrad & Scherer administrative assistant and paralegal, Susana Tellez, in Washington, D.C. Counsel for Defendants and Plaintiffs attended this deposition in person.

6. On February 19, undersigned counsel for Conrad & Scherer proposed that Defendants have 120 days to respond to Plaintiffs' motions, making their responses due on Friday, June 14, 2024. *See* Ex. 2 (meet and confer email). Counsel for Conrad & Scherer also noted that it was reserving its right to potentially seek a stay of both cases given the nature of relief Plaintiffs sought in their motions. Mr. Collingsworth agreed with Conrad & Scherer's proposal. *Id.*

7. Undersigned counsel for Plaintiffs responded that Plaintiffs would not agree to a 120-day response deadline but would consider a "reasonable proposed response deadline." *Id.* Plaintiffs proposed a 21-day reply deadline.

**<u>Defendants' Position</u>**

Defendants' request for 120 days to respond to both of Plaintiffs' motion is reasonable. Plaintiffs have clearly been working on these motions for years. Plaintiffs' motions present a complex and voluminous set of issues that will require substantial time for Defendants to respond.

Defendants' request is also reasonable considering the timing of the filing of Plaintiffs' motions. Curiously, Plaintiffs elected to file their motions before they even deposed Mr. Collingsworth. But rather than filing their motions months ago, as they could have done, Plaintiffs waited to file them on the eve of expert discovery starting, which is followed very closely by dispositive motion deadlines. Defendants' request for 120 days accounts for the very significant upcoming deadlines in these cases, and would allow the motions to be fully briefed by the time the Court considers the parties' dispositive motions on the merits. *See, e.g.*, *Cunningham v. Hamilton Cnty., Ohio*, 527 U.S. 198, 205 (1999) ("[A] Rule 37(a) sanctions order often will be inextricably intertwined with the merits of the action. An evaluation of the appropriateness of sanctions may require the reviewing court to inquire into the importance of the information sought or the adequacy or truthfulness of a response."); *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 869 (3d Cir. 1984) (identifying the meritoriousness of the parties' claims and defenses as one factor in assessing case-terminating sanctions); *Qantum Commc'ns Corp. v. Star Broad., Inc.*, 473 F. Supp. 2d 1249, 1277-78 (S.D. Fla. 2007) (entering default judgment in favor of plaintiff only after ruling on plaintiff's motion for summary judgment and noting that defendants' misconduct "was closely intertwined with the merits of the case").[2]

Finally, contrary to Plaintiffs' statement in its meet-and-confer email, Conrad & Scherer did not "admit[] that it is going to seek a total stay of both cases." Instead, Conrad & Scherer

---

[2] In addition, as Mr. Collingsworth noted in his meet-and-confer email, his trial in the *Chiquita* MDL proceeding is scheduled to begin on April 22. *See* Ex. 2.

**Error! Unknown document property name.**

clarified that it did not intend to waive its right to seek a stay by complying (as it must do) with the Court's order to provide a proposed briefing schedule. Conrad & Scherer has not decided whether it will seek a stay of these cases in light of Plaintiffs' request for terminating sanctions in both cases, but it continues to reserve its right to seek such a stay.

Defendants respectfully request they be afforded 120 days (to Friday, June 14, 2024) to respond to Plaintiffs' serious and lengthy motions for discovery and spoliation sanctions. Defendants do not oppose Plaintiffs' request for 21 days to file their reply briefs.

**Plaintiffs' Position**

Drummond respectfully submits that the following deadlines are reasonable:

- Defendants' Oppositions due on or before April 1, 2024
- Drummond's Reply Briefs due on or before April 22, 2024

This briefing schedule gives Defendants 46 days to file their oppositions—more than double the amount of time parties are provided to respond to summary judgment motions under Appendix II to this Court's Scheduling Order.

The central theme of Drummond's motions is simple:  Collingsworth and C&S knowingly and repeatedly lied to this Court and Drummond, and when they were caught, lied again. Drummond's motions contain no new or novel legal arguments, and the facts laid out in the motions have been known to Defendants for more than a decade.  Defendants' request for four months to file opposition briefs unreasonably delays this Court's resolution of an issue that is important for both this litigation and the United States District Court for the Northern District of Alabama.

Error! Unknown document property name.

Dated: February 19, 2024

                                        Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Defendant Conrad & Scherer, LLP*

*s/ Terrence P. Collingsworth (w/ permission)*
Terrence P. Collingsworth
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, DC 20002
Phone: 202-543-5811
tc@iradvocates.org

*Pro se and Attorney for International Rights Advocates*

*s/ Benjamin T. Presley (w/ permission)*
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099

*Attorneys for Drummond Company, Inc. and Drummond Ltd.*

## **CERTIFICATE OF SERVICE**

      I certify that on February 19, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

s/ *William T. Paulk*
William T. Paulk

6