FILED
2024 Feb-19 PM 05:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

**Document Selection Menu**

Multiple Documents

To view the main document and its attachments without incurring a PACER fee, click on the hyperlinks displayed on this menu. You may incur a PACER fee to view CM/ECF documents from hyperlinks within the documents.

Select the document you wish to view.

| | **Document Number:** | ☑ | [775](#) | 67 pages | 1.3 MB |
|---|---|---|---|---|---|
| | **Attachment** | | **Description** | **Pages** | **Size** |
| ☑ | [1](#) | | Exhibit 1 | 2 pages | 21.1 KB |
| ☑ | [2](#) | | Exhibit 2 | 2 pages | 83.2 KB |
| ☑ | [3](#) | | Exhibit 3 | 54 pages | 2.8 MB |
| ☑ | [4](#) | | Exhibit 4 | 9 pages | 1.4 MB |
| ☑ | [5](#) | | Exhibit 5 | 1 page | 55.9 KB |
| ☑ | [6](#) | | Exhibit 6 | 1 page | 55.9 KB |
| ☑ | [7](#) | | Exhibit 7 | 146 pages | 938.7 KB |
| ☑ | [8](#) | | Exhibit 8 | 4 pages | 74.7 KB |
| ☑ | [9](#) | | Exhibit 9 | 2 pages | 62.3 KB |
| ☑ | [10](#) | | Exhibit 10 | 2 pages | 70.3 KB |
| ☑ | [11](#) | | Exhibit 11 | 4 pages | 1.4 MB |
| ☑ | [12](#) | | Exhibit 12 | 5 pages | 182.1 KB |
| ☑ | [13](#) | | Exhibit 13 | 4 pages | 78.1 KB |
| ☑ | [14](#) | | Errata 14 | 52 pages | 1.5 MB |
| ☑ | [15](#) | | Exhibit 15 | 2 pages | 1.4 MB |
| ☑ | [16](#) | | Exhibit 16 | 127 pages | 6.6 MB |
| ☑ | [17](#) | | Exhibit 17 | 2 pages | 103.1 KB |
| ☑ | [18](#) | | Exhibit 18 | 7 pages | 358.9 KB |
| ☑ | [19](#) | | Exhibit 19 | 10 pages | 893.9 KB |
| ☑ | [20](#) | | Exhibit 20 | 1 page | 56.2 KB |
| ☑ | [21](#) | | Exhibit 21 | 76 pages | 3.1 MB |
| ☑ | [22](#) | | Exhibit 22 | 3 pages | 2.5 MB |
| ☑ | [23](#) | | Exhibit 23 | 19 pages | 1.5 MB |
| ☑ | [24](#) | | Exhibit 24 | 10 pages | 875.8 KB |
| ☑ | [25](#) | | Exhibit 25 | 33 pages | 2.1 MB |
| ☑ | [26](#) | | Exhibit 26 | 101 pages | 507.1 KB |
| ☑ | [27](#) | | Exhibit 27 | 4 pages | 105.5 KB |
| ☑ | [28](#) | | Exhibit 28 | 2 pages | 1.1 MB |
| ☑ | [29](#) | | Exhibit 29 | 2 pages | 852.7 KB |
| ☑ | [30](#) | | Exhibit 30 | 5 pages | 916.3 KB |
| ☑ | [31](#) | | Exhibit 31 | 2 pages | 316.3 KB |
| ☑ | [32](#) | | Exhibit 32 | 4 pages | 819.7 KB |

| | | | | |
|---|---|---|---|---|
| ☑ | [33](#) | Exhibit 33 | 4 pages | 2.2 MB |
| ☑ | [34](#) | Exhibit 34 | 4 pages | 2.0 MB |
| ☑ | [35](#) | Exhibit 35 | 5 pages | 720.9 KB |
| ☑ | [36](#) | Exhibit 36 | 3 pages | 831.7 KB |
| ☑ | [37](#) | Exhibit 37 | 3 pages | 104.9 KB |
| ☑ | [38](#) | Exhibit 38 | 5 pages | 1.0 MB |
| ☑ | [39](#) | Exhibit 39 | 2 pages | 1.0 MB |
| ☑ | [40](#) | Exhibit 40 | 2 pages | 544.5 KB |
| ☑ | [41](#) | Exhibit 41 | 4 pages | 2.2 MB |
| ☑ | [42](#) | Exhibit 42 | 2 pages | 1.3 MB |
| ☑ | [43](#) | Exhibit 43 | 59 pages | 380.3 KB |
| ☑ | [44](#) | Exhibit 44 | 1 page | 56.5 KB |
| ☑ | [45](#) | Exhibit 45 | 9 pages | 656.4 KB |
| ☑ | [46](#) | Exhibit 46 | 1 page | 56.1 KB |
| ☑ | [47](#) | Exhibit 47 | 9 pages | 935.6 KB |
| ☑ | [48](#) | Exhibit 48 | 9 pages | 652.8 KB |
| ☑ | [49](#) | Exhibit 49 | 29 pages | 1.8 MB |
| ☑ | [50](#) | Exhibit 50 | 2 pages | 87.5 KB |
| ☑ | [51](#) | Exhibit 51 | 3 pages | 766.5 KB |
| ☑ | [52](#) | Exhibit 52 | 14 pages | 780.5 KB |
| ☑ | [53](#) | Exhibit 53 | 3 pages | 92.8 KB |
| ☑ | [54](#) | Exhibit 54 | 4 pages | 916.3 KB |
| ☑ | [55](#) | Exhibit 55 | 5 pages | 194.6 KB |
| ☑ | [56](#) | Exhibit 56 | 32 pages | 1.2 MB |
| ☑ | [57](#) | Exhibit 57 | 5 pages | 120.8 KB |
| ☑ | [58](#) | Exhibit 58 | 32 pages | 5.7 MB |
| ☑ | [59](#) | Exhibit 59 | 51 pages | 2.8 MB |
| ☑ | [60](#) | Exhibit 60 | 1 page | 56.2 KB |
| ☑ | [61](#) | Exhibit 61 | 33 pages | 1.9 MB |
| ☑ | [62](#) | Exhibit 62 | 28 pages | 309.4 KB |
| ☑ | [63](#) | Exhibit 63 | 269 pages | 748.5 KB |
| ☑ | [64](#) | Exhibit 64 | 2 pages | 763.5 KB |
| ☑ | [65](#) | Exhibit 65 | 10 pages | 8.4 MB |
| ☑ | [66](#) | Exhibit 66 | 162 pages | 5.1 MB |
| ☑ | [67](#) | Exhibit 67 | 82 pages | 3.3 MB |
| ☑ | [68](#) | Exhibit 68 | 49 pages | 2.5 MB |
| ☑ | [69](#) | Exhibit 69 | 45 pages | 2.2 MB |
| ☑ | [70](#) | Exhibit 70 | 38 pages | 3.4 MB |
| ☑ | [71](#) | Exhibit 71 | 30 pages | 1.5 MB |
| ☑ | [72](#) | Exhibit 72 | 95 pages | 7.6 MB |
| ☑ | [73](#) | Exhibit 73 | 2 pages | 103.4 KB |
| ☑ | [74](#) | Exhibit 74 | 65 pages | 4.0 MB |

| | | | | |
|---|---|---|---|---|
| ☑ | [75](#)  | Exhibit 75  | 9 pages  | 7.4 MB |
| ☑ | [76](#)  | Exhibit 76  | 2 pages  | 1.1 MB |
| ☑ | [77](#)  | Exhibit 77  | 2 pages  | 76.6 KB |
| ☑ | [78](#)  | Exhibit 78  | 2 pages  | 1.2 MB |
| ☑ | [79](#)  | Exhibit 79  | 32 pages | 1.4 MB |
| ☑ | [80](#)  | Exhibit 80  | 4 pages  | 247.2 KB |
| ☑ | [81](#)  | Exhibit 81  | 2 pages  | 1.0 MB |
| ☑ | [82](#)  | Exhibit 82  | 1 page   | 56.2 KB |
| ☑ | [83](#)  | Exhibit 83  | 2 pages  | 1.1 MB |
| ☑ | [84](#)  | Exhibit 84  | 2 pages  | 1.6 MB |
| ☑ | [85](#)  | Exhibit 85  | 2 pages  | 705.6 KB |
| ☑ | [86](#)  | Exhibit 86  | 2 pages  | 1.1 MB |
| ☑ | [87](#)  | Exhibit 87  | 3 pages  | 1.6 MB |
| ☑ | [88](#)  | Exhibit 88  | 3 pages  | 144.4 KB |
| ☑ | [89](#)  | Exhibit 89  | 2 pages  | 841.1 KB |
| ☑ | [90](#)  | Exhibit 90  | 3 pages  | 46.9 KB |
| ☑ | [91](#)  | Exhibit 91  | 3 pages  | 88.1 KB |
| ☑ | [92](#)  | Exhibit 92  | 5 pages  | 2.2 MB |
| ☑ | [93](#)  | Exhibit 93  | 3 pages  | 85.6 KB |
| ☑ | [94](#)  | Exhibit 94  | 12 pages | 146.7 KB |
| ☑ | [95](#)  | Exhibit 95  | 2 pages  | 78.7 KB |
| ☑ | [96](#)  | Exhibit 96  | 3 pages  | 1.4 MB |
| ☑ | [97](#)  | Exhibit 97  | 3 pages  | 121.1 KB |
| ☑ | [98](#)  | Exhibit 98  | 4 pages  | 179.3 KB |
| ☑ | [99](#)  | Exhibit 99  | 3 pages  | 1.2 MB |
| ☑ | [100](#) | Exhibit 100 | 3 pages  | 71.7 KB |
| ☑ | [101](#) | Exhibit 101 | 4 pages  | 1.4 MB |
| ☑ | [102](#) | Exhibit 102 | 2 pages  | 585.8 KB |
| ☑ | [103](#) | Exhibit 103 | 2 pages  | 1.8 MB |
| ☑ | [104](#) | Exhibit 104 | 1 page   | 58.7 KB |
| ☑ | [105](#) | Exhibit 105 | 2 pages  | 705.4 KB |
| ☑ | [106](#) | Exhibit 106 | 10 pages | 396.1 KB |
| ☑ | [107](#) | Exhibit 107 | 78 pages | 452.1 KB |
| ☑ | [108](#) | Exhibit 108 | 82 pages | 448.5 KB |
| ☑ | [109](#) | Exhibit 109 | 2 pages  | 145.4 KB |
| ☑ | [110](#) | Exhibit 110 | 3 pages  | 76.2 KB |
| ☑ | [111](#) | Exhibit 111 | 2 pages  | 73.6 KB |
| ☑ | [112](#) | Exhibit 112 | 2 pages  | 391.6 KB |
| ☑ | [113](#) | Exhibit 113 | 4 pages  | 1.7 MB |
| ☑ | [114](#) | Exhibit 114 | 2 pages  | 424.2 KB |
| ☑ | [115](#) | Exhibit 115 | 2 pages  | 312.1 KB |
| ☑ | [116](#) | Exhibit 116 | 2 pages  | 149.9 KB |

| | | | | |
|---|---|---|---|---|
| ☑ | 117 | Exhibit 117 | 2 pages | 146.8 KB |
| ☑ | 118 | Exhibit 118 | 2 pages | 110.9 KB |
| ☑ | 119 | Exhibit 119 | 3 pages | 56.7 KB |
| ☑ | 120 | Exhibit 120 | 3 pages | 299.2 KB |
| ☑ | 121 | Exhibit 121 | 3 pages | 399.7 KB |
| ☑ | 122 | Exhibit 122 | 3 pages | 115.3 KB |
| ☑ | 123 | Exhibit 123 | 2 pages | 175.9 KB |
| ☑ | 124 | Exhibit 124 | 5 pages | 5.5 MB |
| ☑ | 125 | Exhibit 125 | 2 pages | 111.6 KB |
| ☑ | 126 | Exhibit 126 | 2 pages | 1.2 MB |
| ☑ | 127 | Exhibit 127 | 2 pages | 1.4 MB |
| ☑ | 128 | Exhibit 128 | 2 pages | 1.4 MB |
| ☑ | 129 | Exhibit 129 | 2 pages | 320.2 KB |
| ☑ | 130 | Exhibit 130 | 2 pages | 1.2 MB |
| ☑ | 131 | Exhibit 131 | 4 pages | 116.6 KB |
| ☑ | 132 | Exhibit 132 | 4 pages | 72.2 KB |
| ☑ | 133 | Exhibit 133 | 3 pages | 1.8 MB |
| ☑ | 134 | Exhibit 134 | 3 pages | 2.7 MB |

[View Selected] or [Download Selected]    2341 pages    156.6 MB