# EXHIBIT 2

# William Paulk

| | |
|---|---|
| **From:** | Ben Presley <bpresley@starneslaw.com> |
| **Sent:** | Monday, February 19, 2024 5:09 PM |
| **To:** | William Paulk; Terrence Collingsworth |
| **Cc:** | Trey Wells; Bob Spotswood; Tony Davis |
| **Subject:** | RE: Drummond briefing schedule |
| **Attachments:** | 2024.02.19 DRAFT Joint report on sanctions and spoliation briefing schedule (SSS edits) (2800371.1).docx |

William,

Attached is a version with Drummond's position inserted.



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Monday, February 19, 2024 4:26 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Tony Davis <TDavis@starneslaw.com>
**Subject:** RE: Drummond briefing schedule

C&S and Terry have signed off, subject to review of, and further editing in response to, Drummond's insert. Attached is a revised draft with minor redlines.

**From:** William Paulk
**Sent:** Monday, February 19, 2024 3:46 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Tony Davis <TDavis@starneslaw.com>
**Subject:** RE: Drummond briefing schedule

Ben,

We believe 120 days is reasonable given the length of Drummond's motions and the seriousness of the issues they raise. Attached please find a draft joint report. I am still waiting on final client approval, but am sharing this now in the interests of time. We reserve the right to make additional edits as we finalize with the client or in response to Drummond's inserts.

William

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Monday, February 19, 2024 1:48 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>; William Paulk <wpaulk@spotswood.com>
**Cc:** Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Tony Davis <TDavis@starneslaw.com>
**Subject:** RE: Drummond briefing schedule

William and Terry,

We are willing to consider a reasonable proposal, but 120 days is excessive.  Drummond's motion contains no new or novel legal arguments, and the facts in Drummond's motion have been known to Defendants for more than a decade.  Furthermore, C&S essentially admits that it is going to seek a total stay of both cases even if it were to get 120 days to respond.  For all these reasons, Drummond will not agree to unreasonably delay Judge Proctor's resolution of this serious issue.

If Defendants are willing to provide a reasonable proposed response deadline, please do so.  If not, please prepare a draft joint filing for our review with a placeholder to insert Drummond's position on your request.

With respect to Drummond's reply brief, we propose 21 days from the opposition deadline date.

Ben



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Monday, February 19, 2024 12:37 PM

**To:** William Paulk <wpaulk@spotswood.com>
**Cc:** Trey Wells <TWells@starneslaw.com>; Ben Presley <bpresley@starneslaw.com>; Bob Spotswood <rks@spotswood.com>
**Subject:** Re: Drummond briefing schedule

William's proposal seems reasonable to me. I note that our Chiquita trial has been reset for April 22 so if it goes beyond a reasonable projected date, I reserve the possibility of requiring additional time.
Terry Collingsworth
202-543-5811
202-255-2198 (cell)

> On Feb 19, 2024, at 1:20 PM, William Paulk <wpaulk@spotswood.com> wrote:
>
> Trey and Ben,
>
> In accordance with the Court's February 12 Text Order (Doc. 774), C&S proposes that it have up to 120 days to respond to Drummond's sanctions and spoliation motions, making the responses due on Friday, June 14, 2024. C&S proposes this briefing schedule in accordance with the Court's order but without waiving its right to seek a stay of both the *Defamation* and *RICO* cases in light of the relief Drummond seeks. I don't know what Terry's position is on a response deadline.
>
> Please let us know Drummond's position on its proposed reply deadline.
>
> Also, as we read the Text Order, both Defendants are allowed to file up to a 60-page brief in response to Drummond's sanctions motion.
>
> William
>
> ## William Paulk
> **Spotswood Sansom & Sansbury LLC**
> Partner
>
> Financial Center | 505 20th St N, Ste 700
> Birmingham, AL 35203
> Direct Dial: 205.986.3624 | LinkedIn
>
> <image002.png>
>
> <mime-attachment>

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.