IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC. et al.,** } | | |
| Plaintiffs, } | | |
| } | | |
| v. } | | |
| } | | |
| **TERRENCE P. COLLINGSWORTH,** } | Case No.: 2:11-cv-3695-RDP | |
| et al., } | | |
| } | | |
| Defendants. } | | |

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC., et al.,** } | | |
| } | | |
| Plaintiffs, } | | |
| } | | |
| v. } | Case No.:   2:15-cv-506-RDP | |
| } | | |
| **TERRENCE P. COLLINGSWORTH, et** } | | |
| al., } | | |
| } | | |
| Defendants. } | | |

# **ORDER**

This matter is before the court on the parties' Joint Report Regarding Proposed Briefing Schedule for Sanctions and Spoliation Motions. On February 15, 2024, Drummond filed a Renewed Motion for Sanctions in the defamation case and a Motion for Spoliation Sanctions in both of these cases. In advance of filing those Motions, Drummond sought to extend the court's page limitations. The court granted that Motion and directed the parties to meet and confer regarding a briefing schedule on the anticipated motions.

The Joint Report reveals that the parties were unable to agree on a briefing schedule. The court **ORDERS**:

1. **On of before May 1, 2024**, the relevant Defendants **SHALL** respond to the pending Motions for Sanctions;

2. Drummond's replies in support of the Motions **SHALL** be filed **on or before May 22, 2024**.

**DONE** and **ORDERED** this February 20, 2024.

                                            R. DAVID PROCTOR
                                            UNITED STATES DISTRICT JUDGE