FILED

2024 Mar-06  PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

**Ben Presley**

---

**From:** Paige Byrd <paige@bainandassociates.com>
**Sent:** Tuesday, February 27, 2024 7:30 AM
**To:** Ben Presley
**Subject:** Collingsworth on the record time


Keri with our office said you needed our on the record time for Collingsworth, see below:
2/20/24:    6:51
2/21/24:    6:55
Total On Record Time:    13:46

If you need anything further, I am in the office all day today.

--
Paige Byrd
Litigation Trial Consultant; Legal Videographer; Video Department Administrator
Bain & Associates Court Reporting
505 20th Street North, Suite 1250 Birmingham, AL 35203
 Toll Free:  1-888-326-0594

Huntsville, Birmingham, Montgomery, Mobile

We at Bain & Associates know you have many options to choose from. Thank you for choosing us.

NOTICE:  The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system.  If you have any questions concerning this message, please contact the sender.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.