FILED
2024 Mar-06 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

| | |
|---|---|
| **From:** | Terrence Collingsworth |
| **To:** | Tony Davis; Trey Wells; Ben Presley |
| **Cc:** | Brown, T. Michael; Miller, Carly; William Paulk |
| **Subject:** | TPC Travel costs |
| **Date:** | Monday, March 4, 2024 8:19:14 AM |
| **Attachments:** | Westin Hotel AL 2.19 to 2.22.pdf |
| | Hertz Receipt AL 2.19 to 2.22.pdf |
| | AA Flight to AL 2.19 to 2.22.pdf |
| | DCA Parking 2.19 to 2.22 .pdf |

Drummond Counsel,

As per Judge Proctor's Order (Doc. 770) that Drummond cover travel costs for my deposition held in Alabama Feb 20 and 21, attached are receipts for the following expenses:

| | |
|---|---|
| Air travel | $633 |
| Westin Hotel | $1470.95 |
| Hertz Car Rental | $365.36 |
| Parking DCA | $105 |
| | |
| TOTAL | $2,574.31 |

Please send a check for $2,574.31 payable to INTERNATIONAL RIGHTS ADVOCATES, INC. to 621 Maryland Ave NE
Washington DC 20002

Terry

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Home   Terrence p  English ▾   Search AA.com®

**American Airlines**   PLAN TRAVEL   TRAVEL INFORMATION   AADVANTAGE° 

# Choose flights

« New search

## Your trip summary

**Main**

Round trip (non-refundable)

**$633** per person

Total $632.20 (all passengers)
Includes taxes and carrier-imposed fees
Price and tax information

**Make my trip refundable**
No change fees; cancel any time
Round trip

**+$101** per person

[ Make it refundable ]

Bag and optional fees

**DEPART**
Washington, DC to Birmingham, AL
Monday, February 19, 2024

1:55 PM → 3:17 PM   2h 22m   Nonstop   Main
AA4529   E75-Embraer 175

Operated by Republic Airways as American Eagle

Details | Change

**RETURN**
Birmingham, AL to Washington, DC
Thursday, February 22, 2024

10:50 AM → 1:54 PM   2h 4m   Nonstop   Main
AA5186   CR7-Canadair RJ 700

Operated by PSA Airlines as American Eagle

Details | Change

## Upgrade to Main Plus

Round trip (non-refundable)

**+$94** per person

Total $726.20 (all passengers)

[ Upgrade ]

**More seat and bag benefits**

- No change fees (difference in ticket price may apply) [1]
- Complimentary access to Main Cabin Extra and Preferred seats if available
- 1 more free checked bag than Main Cabin (max of 2) [2]
- Preferred boarding (Group 5) [2]