FILED
2024 Mar-06 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 4

| | |
|---|---|
| **From:** | Terrence Collingsworth |
| **To:** | Trey Wells |
| **Cc:** | Brown, Mike; Ben Presley; Tony Davis; Bob Spotswood; William Paulk; Anil Mujumdar; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) ; Albert@vanbilderbeek.com; Miller, Carly |
| **Subject:** | Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP) |
| **Date:** | Wednesday, January 3, 2024 5:46:56 PM |
| **Attachments:** | 0.png<br>1.png |

I gave you my available dates.
Terry Collingsworth
202-543-5811
202-255-2198 (cell)

On Jan 3, 2024, at 6:07 PM, Trey Wells <TWells@starneslaw.com> wrote:

Terry, given all the schedules involved, and the number of dates Judge Proctor provided, we need to know all your availability in the proposed dates. For example, you were previously scheduled for trial from mid-January to mid-February which has now been continued, so it seems improbable you would have no availability in that time frame. Please provide all possibilities so we can get this confirmed with all involved and get back to Judge Proctor.
Thanks,
Trey

<0.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com

<1.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Tuesday, January 2, 2024 11:44 AM
**To:** Brown, Mike <mbrown@bradley.com>
**Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>

**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Thanks Mike and Happy New Year.
My preference is Feb 22-23.
Feb 20-21 are also possible. Cheers
Terry Collingsworth
202-543-5811
202-255-2198 (cell)

> On Jan 2, 2024, at 12:25 PM, Brown, Mike <mbrown@bradley.com> wrote:
>
> All:
> Happy New Year to you.
> I spoke to Judge Proctor's office this morning.
> In addition to January 8,9 and 10, Judge has available January 22, 23, 29, 30 and 31
> Also February 7,8,9, 12, 14, 16, 20, 21, 22 and 23.
> As for logistics, they would think that the deposition could be most easily done in the large 8th floor judicial conference room.
> Out of courtesy to the Court, I think it would be good if you all would go ahead and lockdown the dates so that the Court can block out the conference room etc.
>
> Thanks,
> Mike
>
> **T. Michael Brown**
> Partner | Bradley
> mbrown@bradley.com
> d: 205.521.8462
> c: 205-218-5035
>
> **From:** Brown, Mike
> **Sent:** Saturday, December 30, 2023 10:32 AM
> **To:** Terrence Collingsworth <tc@iradvocates.org>
> **Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com)

<oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

All Judge Proctor is still reviewing his calendar.
The earliest he could do would be January 8/9/10.
I hope to be back in touch Tuesday with more dates.
Mike

Sent from my iPhone


On Dec 25, 2023, at 3:13 PM, Terrence Collingsworth <tc@iradvocates.org> wrote:


Ben, appreciate the Christmas greeting. Attached please find our first request for production of documents to Drummond. Cheers, Terry

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Friday, December 22, 2023 12:52 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
**Subject:** Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Terry,

Please see the attached letter and enclosed discovery requests.  Merry Christmas.
<image001.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209

(205) 868-6057 - Fax: (205) 868-6099

www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

<12.25.23 TPC and IRA Defs 1st RFPs to Drummond.pdf>

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.