FILED
2024 Mar-06 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

| | |
|---|---|
| **From:** | Ben Presley |
| **To:** | Terrence Collingsworth; William Paulk; Bob Spotswood; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com); Anil Mujumdar; albert@vanbilderbeek.com |
| **Cc:** | Tony Davis; Trey Wells; Brown, T. Michael; Miller, Carly |
| **Subject:** | Drummond v. Collingsworth |
| **Date:** | Tuesday, February 13, 2024 11:43:53 AM |
| **Attachments:** | 2024.02.13 Notice of Deposition of Terry Collingsworth(2791501.1) (2791916.1).pdf |

Defendants,

Please see the attached Notice of Deposition for Mr. Collingsworth. We will send the Zoom information once we receive it from the court reporter.

Regards,
Ben

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. <br><br> vs. <br><br> TERRENCE P. COLLINGSWORTH, et al. <br>_____ <br><br> DRUMMOND COMPANY, INC., et al. <br><br> v. <br><br> TERRENCE P. COLLINGSWORTH, et al. | Case No. 2:11-cv-3695-RDP <br> (*Defamation*) <br><br><br><br> Case No. 2:15-cv-0506-RDP <br> (*RICO*) |

## **NOTICE OF DEPOSITION OF TERRENCE P. COLLINGSWORTH**

Please take notice that on the date and time and at the place listed below, Drummond Company, Inc. and Drummond Ltd. (hereinafter "Drummond") will take the deposition testimony upon oral examination of Terrence P. Collingsworth, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure before a notary public, or before some other officer authorized to administer oaths, for the purpose of discovery and/or for use as evidence in these actions. The deposition will be recorded by both stenographer and audiovisual means:

**Place:** Hugo L. Black United States Courthouse
8th Floor Judicial Conference Room
1729 5th Ave. N.
Birmingham, AL 35203

**Date:** Tuesday, February 20, 2024 (*this deposition will continue through at least February 21, 2024, pursuant to Court order*)

**Time:** 9:00 a.m. CT

2791501.1

**DOCUMENT REQUESTS PURSUANT TO FED. R. CIV. P. 30(b)(2) and 34**

1. From November 1, 2015 to the present, all documents and communications which reflect or relate to payments made by You or anyone associated or affiliated with any Defendant in the *RICO* case to any witness, or to the lawyer for or relative of any witness, who claims, or has ever claimed, that Drummond supported the AUC.

2. From November 1, 2015 to the present, all communications with any witness, or the intermediary or attorney for any witness, who claims or has ever claimed that Drummond supported the AUC.

3. All documents and communications relating to the $1,500,000 loan You received on or about September 9, 2011. This includes, without limitation, documents and communications which relate to either (i) how this money was used, or (ii) the ancillary agreements involving Albert Van Bilderbeek, James Ellwood, Herman de Leeuw, Paul Akkermans, NICOX BV, and HPL Metals BV.


*s/ Benjamin T. Presley*
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
Tel: (205) 868-6000 / Fax: (205) 868-6099

*Attorneys for Drummond Company, Inc. and Drummond Ltd.*

2791501.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2024, I served a copy of the foregoing on the following parties and/or counsel of record via e-mail:

Robert K. Spotswood
William T. Paulk
SPOTSWOOD SANSOM &
SANSBURY LLC
Financial Center
505 20th Street N.
Birmingham, AL 35203
Telephone: (205) 986-3620
rks@spotswoodllc.com
wpaulk@spotswoodllc.com

Anil Mujumdar
DAGNEY LAW
2120 1st Ave. N.
Birmingham, Alabama 35203
Phone: (205) 974-4860
Fax: (205) 419-9701
anil@dagneylaw.com

Albert Van Bilderbeek
albert@vanbilderbeek.com

Ivan Otero
oteromivan@hotmail.com

Terrence P. Collingsworth
621 Maryland Avenue NE
Washington, D.C. 20002
Phone: (202) 255-2198
tc@iradvocates.org

Special Master T. Michael Brown
Carly Miller
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
mbrown@babc.com
camiller@babc.com

                                              *s/ Benjamin T. Presley*
                                              Benjamin T. Presley