
FILED
2024 Mar-06  PM 06:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **From:** | Terrence Collingsworth |
| **To:** | Trey Wells; William Paulk; Brown, Mike; Anil Mujumdar |
| **Cc:** | Ben Presley; Tony Davis; Bob Spotswood; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com); albert@vanbilderbeek.com; Miller, Carly |
| **Subject:** | RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP) |
| **Date:** | Wednesday, February 28, 2024 7:44:00 PM |
| **Attachments:** | RE Drummond Company Inc, et al. v. Terrence P. Collingsworth et al. (215-cv-00506-RDP).msg |
| | image001.png |
| | image002.png |

Mike, Drummond is not fairly describing the discussion leading up to selecting TWO DAYS for my deposition. In the email that Trey sent you, attached again, about halfway down, Drummond says to you:

"Mike, none of the other defendants have responded regarding their availability Feb. 20-22.  Therefore, in order to confirm dates on Judge Proctor's calendar, **Drummond asks that you relay to Judge Proctor that he can pick a <u>two day span in the Feb. 20-22 window</u> that works best for him**." (emphasis added)

We always assumed a two-day commitment based on Drummond's specific assertion.


Regards, Terry



**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Wednesday, February 28, 2024 5:58 PM
**To:** William Paulk <wpaulk@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>; Brown, Mike <mbrown@bradley.com>; Anil Mujumdar <anil@dagneylaw.com>
**Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)


Mike, we did not learn we needed to be out of the courthouse by 5:30 until the first day of the deposition, when I asked Sally if there was a hard stop time.  In advance of the deposition you had sent some logistical information from the Court that did not mention any hard stop time (attached).

In the lead up to Mr. Collingsworth's deposition, after the Court had provided potential dates, we asked Mr. Collingsworth to provide all of his availability on those dates, and he provided Feb. 20, 21, 22, and 23 (attached).  While we were certainly hopeful we could complete the deposition in two days, we never agreed to taking any less than the 16 hours provided by the Court's order.  In the deposition notice sent to defendants a week in advance of the deposition, we noted the time as "Tuesday, February 20, 2024 (*this deposition will continue through **at least** February 21, 2024, pursuant to Court order*)."  Based on Mr. Collingsworth's previously provided availability, we did not

have any notice of any conflict in continuing the deposition through February 22 (or the 23rd for that matter).



H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Wednesday, February 28, 2024 1:54 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>; Brown, Mike <mbrown@bradley.com>; Anil Mujumdar <anil@dagneylaw.com>
**Cc:** Trey Wells <TWells@starneslaw.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

I don't recall any advance discussion about needing a third day, and I also did not learn that we needed to be out of the courthouse by 5:30 until near the end of the first day.

William

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Wednesday, February 28, 2024 1:14 PM
**To:** Brown, Mike <mbrown@bradley.com>; Anil Mujumdar <anil@dagneylaw.com>
**Cc:** Trey Wells <TWells@starneslaw.com>; William Paulk <wpaulk@spotswood.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-

RDP)

Thanks Mike. There was no advance discussion. I was asked by Drummond, as was the Court, to identify TWO DAYS the week of February 20-23 (Feb 19 is a holiday) and we agreed on Feb 20 and 21. There was no discussion of a day 3 until the end of the second day and Drummond was short 2.5. hours of the 16.

I was told by Drummond at the end of day 1 that we would need to stop at 5:30.

I'm sure others, including William, can confirm all this if there is any debate. Regards, Terry

---

**From:** Brown, Mike <mbrown@bradley.com>
**Sent:** Wednesday, February 28, 2024 1:56 PM
**To:** Anil Mujumdar <anil@dagneylaw.com>
**Cc:** Trey Wells <TWells@starneslaw.com>; William Paulk <wpaulk@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Judge Proctor wants to know 2 things. Had the parties communicated in Ada Vance about needing the third day?
When did the parties learn that they had to be out at 5:30?

Thanks,
Mike

Sent from my iPhone


On Feb 27, 2024, at 3:04 PM, Anil Mujumdar <anil@dagneylaw.com> wrote:

Hey, y'all:

This tracks my discussion with Drummond's counsel.  I represent both Rebecca and Francisco and agreed to both being deposed outside of time.

I appreciate everyone working with me on this.

Take care,

anil

On Tue, Feb 27, 2024 at 11:24 AM Trey Wells <TWells@starneslaw.com> wrote:

> William, when we had to postpone Mr. Ramirez's deposition in November, we were dealing with Anil on rescheduling and discussed with him combining the depositions of Mr. Ramirez and Ms. Pendleton (who Anil also represents). Due to various conflicts and certain medical issues with Mr. Ramirez, we were unable to get a date for Mr. Ramirez's deposition until now, but this has been something we've been working on with Anil since long before the discovery cutoff. Anil, please chime in if I've misstated anything.
>
> <0.png>
> H. Thomas Wells, III - Attorney
> 100 Brookwood Place, 7th Floor
> Birmingham, AL 35209
> (205) 868-6083 - Fax: (205) 868-6099
> www.starneslaw.com
>
> <1.png>
>
> NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.
>
> **From:** William Paulk <wpaulk@spotswood.com>
> **Sent:** Friday, February 23, 2024 9:06 AM
> **To:** Trey Wells <TWells@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Brown, Mike <mbrown@bradley.com>
> **Cc:** Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>

**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

What is Drummond's position as to why it can take Rebecca's deposition after the discovery cutoff?

---

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Thursday, February 22, 2024 4:52 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>; William Paulk <wpaulk@spotswood.com>; Ben Presley <bpresley@starneslaw.com>; Brown, Mike <mbrown@bradley.com>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Yes, I believe they will be coming here, but again Anil please correct me if I'm wrong.

<image001.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

---

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Thursday, February 22, 2024 4:50 PM

**To:** Trey Wells <TWells@starneslaw.com>; William Paulk
<wpaulk@spotswood.com>; Ben Presley <bpresley@starneslaw.com>;
Brown, Mike <mbrown@bradley.com>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Bob Spotswood
<rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván
Alfredo Otero Mendoza (oteromivan@hotmail.com)
<oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly
<CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P.
Collingsworth, et al. (2:15-cv-00506-RDP)

Would this be in Alabama?

---

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Thursday, February 22, 2024 2:43 PM
**To:** William Paulk <wpaulk@spotswood.com>; Terrence Collingsworth
<tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Brown,
Mike <mbrown@bradley.com>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Bob Spotswood
<rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván
Alfredo Otero Mendoza (oteromivan@hotmail.com)
<oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly
<CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P.
Collingsworth, et al. (2:15-cv-00506-RDP)

All, we've been in touch with Anil who said Mr. Ramirez can be available for
deposition on Mar. 1 or 4.  We will also be taking the deposition of Rebecca
Pendleton at the same time.  Apparently in light of his recent heart issue,
Mr. Ramirez' doctor has advised that he should not do anything stressful
for more than 45 minutes at a time, at which point he needs to take a
break.  So the current plan would be to depose Ms. Pendleton during the
time Mr. Ramirez has to break.  Anil, let me know if I've misstated anything
on the medical issue.  Please let us know which date everyone prefers.

<image001.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209

(205) 868-6083 - Fax: (205) 868-6099

www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Monday, February 19, 2024 1:35 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Brown, Mike <mbrown@bradley.com>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Drummond Counsel,

Below is a link to the 310 documents we sent to Terry for his review on February 7. Terry has authorized us to produce these documents without waiver of objections regarding relevancy and privilege, and while preserving all rights for appeal. I will send the password separately.

Sharefile Link:   https://conradscherer.sharefile.com/d-sbd39c94322cf4f7993481a794477d140
Bates Range:   CSWRS-017393 - CSWRS-018354
Doc Count:   310
Page Count:   962
Zip Name:   20240219_CSWRS_PROD008.zip
Zip Password:   [sent in email separate from Sharefile link]

William

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Monday, February 12, 2024 2:37 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Brown, Mike <mbrown@bradley.com>
**Cc:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

That should work.

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Saturday, February 10, 2024 10:29 AM
**To:** Brown, Mike <mbrown@bradley.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Terry,

Please let us know if you will agree to produce the documents from this set over which you are not claiming privilege by next Friday, 2/16.

Thank you,
Ben

<image001.png>
Benjamin Presley - Attorney

100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Brown, Mike <mbrown@bradley.com>
**Sent:** Friday, February 9, 2024 10:54 AM
**To:** Ben Presley <bpresley@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Terry I do not have any authority to suspend the rules of discovery.  My email was to encourage the parties to attempt to work through any issues knowing that everyone is facing certain deadlines.  It appears that you all will try and do so, which I know the Court will appreciate.

Mike

**T. Michael Brown**
Partner | Bradley
mbrown@bradley.com
d: 205.521.8462
c: 205-218-5035

**From:** Ben Presley <bpresley@starneslaw.com>

**Sent:** Thursday, February 8, 2024 11:58 AM
**To:** Terrence Collingsworth <tc@iradvocates.org>; Brown, Mike
<mbrown@bradley.com>
**Cc:** William Paulk <wpaulk@spotswood.com>; Tony Davis
<TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob
Spotswood <rks@spotswood.com>; Anil Mujumdar
<anil@dagneylaw.com>; Iván Alfredo Otero Mendoza
(oteromivan@hotmail.com) <oteromivan@hotmail.com>;
Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P.
Collingsworth, et al. (2:15-cv-00506-RDP)

Mike,

These documents are relevant and very important, and Mr. Collingsworth
has not explained below why anything I stated in my email yesterday is not
correct.  Drummond is simply asking that Mr. Collingsworth review and
produce these documents, which C&S has already gathered and
determined are responsive, far enough in advance of his deposition such
that we are able to review them.  This is consistent with the process that
the parties have followed to date with respect to the crime-fraud review,
i.e., C&S gathers, reviews, and provides sets of documents to Mr.
Collingsworth which he reviews and are then produced to Drummond.

In the interest of reaching a compromise, and to accommodate Mr.
Collingsworth's other commitments, we request that they be produced no
later than next Friday, 2/16.

Ben

<image001.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Thursday, February 8, 2024 11:02 AM
**To:** Brown, Mike <mbrown@bradley.com>
**Cc:** Ben Presley <bpresley@starneslaw.com>; William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)


Mike, as I noted, I'm traveling. I'm about to get off a train in NYC and will be engaged until my return Monday afternoon.

The one absolutely indisputable fact is Drummond and CS were engaged in a discovery process that resulted in me receiving late yesterday afternoon a stack of documents to review. I did not participate in that process and thus had no control over the timing. As always I will endeavor to review them as soon as I can.

More fundamentally, I object to Drummond's now regular practice of assuming the normal discovery rules and practices no longer apply and they go straight to you to complain about me not meeting a deadline that I did not know about until they sought relief from you. I certainly realize Mike that you did not initiate this latest issue and are merely responding to Drummond's request for (premature) relief, but I did not consent to nor does the consent order appointing a Special Master suspend the discovery rules. Step one for Drummond under the applicable rules and processes would be to first make a proposal to me and then initiate a meet and confer if we are unable to reach agreement on a reasonable time to review the documents at issue.

If I'm wrong about this and missed an order from the Court suspending the discovery rules and appointing the Special Master the immediate referee of all discovery disputes, please let me know. I will send you Drummond's responses to my recent RFPs in which they completely stonewalled and

applied a unilateral discovery period cutoff to themselves of 2008 while apparently expecting me and the other defendants to respond in perpetuity to their requests. I asked them for a meet and confer, after which I expect to have to file a motion to compel, but if I can short cut that and go straight to you for relief, please let me know. I'll send Drummond's laughable responses to you when I return to my office Monday. Regards,

Terry Collingsworth

202-543-5811

202-255-2198 (cell)


> On Feb 8, 2024, at 10:30 AM, Brown, Mike <mbrown@bradley.com> wrote:
>
> Terry,
> I need a bit more information from you as to why we are in this posture at this late date, and why what Drummond is saying is not correct.  And a proposal regarding what you can potentially do.
>
> Mike
>
> **T. Michael Brown**
> Partner | Bradley
> mbrown@bradley.com
> d: 205.521.8462
> c: 205-218-5035
>
> ---
>
> **From:** Terrence Collingsworth <tc@iradvocates.org>
> **Sent:** Wednesday, February 7, 2024 5:12 PM
> **To:** Ben Presley <bpresley@starneslaw.com>
> **Cc:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>;

Albert@vanbilderbeek.com; Brown, Mike
<mbrown@bradley.com>; Miller, Carly
<CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P.
Collingsworth, et al. (2:15-cv-00506-RDP)

For the record, Drummond is grossly misconstruing the
documents at issue and most are irrelevant. Further, is not
remotely possible for me to review these largely duplicative
documents by Feb 14. I am traveling tomorrow through
Monday Feb 12.
Terry Collingsworth
202-543-5811
202-255-2198 (cell)

> On Feb 7, 2024, at 5:42 PM, Ben Presley
> <bpresley@starneslaw.com> wrote:

> William – thank you for the update.

> Mike – It is my understanding from both a review of
> C&S's attached responses and a call with William
> that these 310 documents consist of documents
> that C&S located when conducting a search in
> response to Drummond's 4th RFPs Nos. 8-21.  RFP
> Nos. 8-17 relate to the $1,500,000 loan that Mr.
> Collingsworth received in Sept. 2011, the written
> agreements relating to that loan, and the various
> entities and individuals involved.  That loan
> agreement and other related agreements were
> previously produced as part of the IRA
> recertification process.  Drummond explained why
> they are relevant in RICO Doc. 256, pp. 3-11.
>   Requests 18-21 relate to specific text messages
> that were produced by C&S and Mr. Collingsworth.
> These 310 documents will likely be important and
> directly relevant to these issues.  In light of Mr.
> Collingsworth's upcoming deposition on February

20th in Birmingham, we request that Mr.
Collingsworth be directed to produce to
Drummond all documents from this set over which
he is not claiming privilege on or before next
Wednesday, February 14th, along with a privilege
log of any documents he believes are privileged
(either in whole or in part).

Thank you,
Ben

<0.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

<1.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain
legally privileged and confidential information and/or protected health information
(PHI) intended solely for the use of the recipients named above. If you are the intended
recipient, please be aware that forwarding this message to others may result in a waiver
of these privileges. If the reader of this message is not the intended recipient, you are
hereby notified that any reading, dissemination, distribution, copying, or other use of
this message or its attachments is strictly prohibited. If you have received this
transmission in error, please notify the sender immediately by telephone at (205) 868-
6000 and permanently delete this email and any attachments, including all copies and
backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Wednesday, February 7, 2024 3:44 PM
**To:** Ben Presley <bpresley@starneslaw.com>;
Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey
Wells <TWells@starneslaw.com>; Bob Spotswood
<rks@spotswood.com>; Anil Mujumdar
<anil@dagneylaw.com>; Iván Alfredo Otero
Mendoza (oteromivan@hotmail.com)
<oteromivan@hotmail.com>;
albert@vanbilderbeek.com; Brown, T. Michael
<mbrown@bradley.com>; Miller, Carly
<CaMiller@bradley.com>

**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Following up on my email below, we sent Terry today approximately 310 documents for his review.

William

---

**From:** William Paulk
**Sent:** Monday, February 5, 2024 5:42 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Drummond Counsel:

Below please find a link to C&S's document production in response to Drummond's Fourth RFPs. As noted in its written responses to some of the requests, C&S is sending Terry a set of documents for his review. We will be producing a privilege log of responsive documents that were withheld or produced with redactions.

The link below also contains documents responsive to the RFPs over which we have been negotiating for more than a year, including RFPs

relating to Mancuso, Jarley Maya Sanchez, Bill Scherer's Gmail, "pressure" campaigns, and paramilitary photos.

C&S continues to preserve its objections to the production and/or admissibility of any privileged documents produced pursuant to the crime-fraud order. I will send the password for the production separately.

Sharefile link:
https://conradscherer.sharefile.com/d-sb117e5a97c31455c95e5451624708101
Bates Range:     CSWRS-002730 - CSWRS-017383
Doc Count:       1,350
Page Count:      14,654
Zip Name:        20240205_CSWRS_PROD006.zip
Zip Password:    [sent in email separate from Sharefile link]

## William Paulk

**Spotswood Sansom & Sansbury LLC**
Partner

Financial Center | 505 20th St N, Ste 700
Birmingham, AL 35203
Direct Dial: 205.986.3624 | LinkedIn

<image001.png>

---

**From:** William Paulk
**Sent:** Monday, January 22, 2024 4:17 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood

<rks@spotswood.com>; Anil Mujumdar
<anil@dagneylaw.com>; Iván Alfredo Otero
Mendoza (oteromivan@hotmail.com)
<oteromivan@hotmail.com>;
albert@vanbilderbeek.com; Brown, T. Michael
<mbrown@bradley.com>; Miller, Carly
<CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v.
Terrence P. Collingsworth, et al. (2:15-cv-00506-
RDP)

Drummond Counsel,

Attached please find C&S and Bill Scherer's
responses and objections to Drummond's
discovery requests served on December 23.

Regards,

William

---

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Saturday, December 23, 2023 9:02 AM
**To:** William Paulk <wpaulk@spotswood.com>;
Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey
Wells <TWells@starneslaw.com>; Bob Spotswood
<rks@spotswood.com>; Anil Mujumdar
<anil@dagneylaw.com>; Iván Alfredo Otero
Mendoza (oteromivan@hotmail.com)
<oteromivan@hotmail.com>;
albert@vanbilderbeek.com; Brown, T. Michael
<mbrown@bradley.com>; Miller, Carly
<CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v.
Terrence P. Collingsworth, et al. (2:15-cv-00506-
RDP)

William,

Please see the attached discovery requests to C&S and Bill Scherer.

Regards,
Ben

<image002.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

<image003.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Friday, December 22, 2023 5:12 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-

RDP)

Drummond Counsel,

Please see the attached discovery requests.

Regards,

William

## William Paulk

**Spotswood Sansom & Sansbury LLC**
Partner

Financial Center | 505 20th St N, Ste 700
Birmingham, AL 35203
Direct Dial: 205.986.3624 | LinkedIn

<image004.png>

---

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Friday, December 22, 2023 11:52 AM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Tony Davis <TDavis@starneslaw.com>; Trey
Wells <TWells@starneslaw.com>; Bob Spotswood
<rks@spotswood.com>; William Paulk
<wpaulk@spotswood.com>; Anil Mujumdar
<anil@dagneylaw.com>; Iván Alfredo Otero
Mendoza (oteromivan@hotmail.com)
<oteromivan@hotmail.com>;
albert@vanbilderbeek.com; Brown, T. Michael
<mbrown@bradley.com>; Miller, Carly
<CaMiller@bradley.com>
**Subject:** Drummond Company, Inc., et al. v.
Terrence P. Collingsworth, et al. (2:15-cv-00506-
RDP)

Terry,

Please see the attached letter and enclosed discovery requests.  Merry Christmas.

<image002.png>

Benjamin Presley - Attorney

100 Brookwood Place, 7th Floor

Birmingham, AL 35209

(205) 868-6057 - Fax: (205) 868-6099

www.starneslaw.com

<image003.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

<2024.01.22 CS-WRS Objs. & Resp. to DRs' 4th RFPs (signed) (2782959.1).pdf>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.