| | |
|---|---|
| **From:** | Brown, Mike |
| **To:** | Trey Wells |
| **Cc:** | William Paulk; Terrence Collingsworth; Ben Presley; Tony Davis; Bob Spotswood; Anil Mujumdar; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com); albert@vanbilderbeek.com; Miller, Carly |
| **Subject:** | RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP) |
| **Date:** | Thursday, February 15, 2024 1:05:30 AM |

All:

Reminder from Judge Proctor:

Regarding the parties accessing the 8th Floor conference room in advance of the deposition to set up, please remind them that Monday Feb. 19 is a federal holiday and the court is closed. So this Friday would be better. They are free to leave things there if they need to.

**T. Michael Brown**
Partner | Bradley
mbrown@bradley.com
d: 205.521.8462
c: 205-218-5035

---

**From:** Brown, Mike
**Sent:** Tuesday, February 13, 2024 10:22 AM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** William Paulk <wpaulk@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

All:

I asked the below questions to the Court. Answers are below.

Let me know if you have any questions.

1. What time does Judge Proctor want to start? Does <u>9am</u> work?

    **Whatever works for the parties. 9 a.m. is fine. The conference room door should be open, if not come to chambers.**

2. Will Judge Proctor be there the entire time or in and out?

    **Judge may sit in for periods of time, but will be in and out.**

3. Will anyone else from your office be there the entire time?

    **No, but I will be in the office and available. If we're needed, the parties can call chambers at (205) 278-1980 or come around and buzz to be admitted to chambers.**

4. Does the Judge want me or Carly to attend?

    **Up to the parties, but Judge will want one or both of you to be available in case there is any misbehavior. He may call you to come over and meet with the parties and us to resolve any issues.**

5. What room will the parties need to go to?

    **8th Floor Judicial Conference Room. Go past the entrance to the 8th Floor courtroom, and it will be the door straight ahead. There are also witness rooms they can have access to.**

6. Can they access that room beforehand to set up video equipment?

    **Yes, just let us know when so we can open the conference room.**

7. Will there be a problem with having it set up for Zoom?

**No problem at all.**


On Feb 13, 2024, at 10:18 AM, Trey Wells <TWells@starneslaw.com> wrote:


They are planning to have a Zoom feed.  We'll get them to coordinate with the court to make sure there are no technical issues at the courthouse that need to be addressed.

<0.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com

<1.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Tuesday, February 13, 2024 9:15 AM
**To:** Trey Wells <TWells@starneslaw.com>; Brown, Mike <mbrown@bradley.com>
**Cc:** Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Trey, have you confirmed with the court reporting service that they can provide a Zoom feed from the courthouse? I can't think of why they couldn't unless there are IT/security related issues.

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Tuesday, February 13, 2024 8:13 AM
**To:** Brown, Mike <mbrown@bradley.com>
**Cc:** Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Mike, have you received any further confirmation on the location in the courthouse of Mr. Collingsworth's deposition?  Also, we're assuming a 9am start time both days, but obviously defer to the Court's preference on that.  Would it be possible for you to check to see what the Court would like to do?
Thanks,
Trey

<image001.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor

Birmingham, AL 35209

(205) 868-6083 - Fax: (205) 868-6099

www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Brown, Mike <mbrown@bradley.com>
**Sent:** Tuesday, January 9, 2024 4:28 PM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** Terrence Collingsworth <tc@iradvocates.org>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

All,
Judge Proctor is definitely available and has blocked off 2/20 and 2/21. He may have an issue on 2/22, so he did not block that off but he may be available.
They are looking to reserve the 8th floor.
Will check in on that again closer to time.

Sent from my iPhone

> On Jan 9, 2024, at 2:34 PM, Trey Wells <TWells@starneslaw.com> wrote:
>
> Mike, none of the other defendants have responded regarding their availability Feb. 20-22.  Therefore, in order to confirm dates on Judge Proctor's calendar, Drummond asks that you relay to Judge Proctor that he can pick a two day span in the Feb. 20-22 window that works best for him.
> Thanks,
> Trey

<0.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com

<1.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

---

**From:** Trey Wells
**Sent:** Thursday, January 4, 2024 2:21 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

All other defendants, please advise as to your availability Feb. 20-22 for Mr. Collingsworth's deposition.  We need to find at least two consecutive days in that time frame that will work for everyone.
Thanks,
Trey

---

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Thursday, January 4, 2024 7:32 AM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth,

et al. (2:15-cv-00506-RDP)

To preclude any further communications with Drummond counsel for the next few weeks, let me be as clear as possible. My Mother just died and, due to her multistate connections, we will be having funeral services on January 9 and January 12 in different locations. This means:

1. I will NOT be communicating regarding outstanding discovery or scheduling issues until after my Mother's funeral.
2. I will NOT be supplementing my discovery responses by January 3, 2024, as (unreasonably) requested in Ben Presley's December 22, 2023, letter to me. I will endeavor to do so by January 31, 2024, well before my deposition.
3. I provided two sets of dates in February (Feb 22-23 OR Feb 20-21) for my deposition that Judge Proctor was also available. We need to firm that up. Once the dates are confirmed, Drummond counsel needs to inform me who to deal with to have Drummond make my travel arrangements for my involuntary trip to Birmingham.
4. Ivan Otero will check with and confirm a date to finish Jaime Blanco's deposition. Due to Mr. Blanco's need to testify in Drummond's criminal trial in Colombia, I believe he was looking to February 6 or 7, but we will confirm this.

Terry

**From:** Terrence Collingsworth
**Sent:** Wednesday, January 3, 2024 6:47 PM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

I gave you my available dates.
Terry Collingsworth
202-543-5811
202-255-2198 (cell)

> On Jan 3, 2024, at 6:07 PM, Trey Wells <TWells@starneslaw.com> wrote:

Terry, given all the schedules involved, and the number of dates Judge Proctor provided, we need to know all your availability in the proposed dates. For example, you were previously scheduled for trial from mid-January to mid-February which has now been continued, so it seems improbable you would have no availability in that time frame. Please provide all possibilities so we can get this confirmed with all involved and get back to Judge Proctor.
Thanks,
Trey

<0.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com

<1.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Tuesday, January 2, 2024 11:44 AM
**To:** Brown, Mike <mbrown@bradley.com>
**Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Thanks Mike and Happy New Year.
My preference is Feb 22-23.
Feb 20-21 are also possible. Cheers

Terry Collingsworth
202-543-5811
202-255-2198 (cell)

> On Jan 2, 2024, at 12:25 PM, Brown, Mike <mbrown@bradley.com> wrote:
>
> All:
> Happy New Year to you.
> I spoke to Judge Proctor's office this morning.
> In addition to January 8,9 and 10, Judge has available January 22, 23, 29, 30 and 31
> Also February 7,8,9, 12, 14, 16, 20, 21, 22 and 23.
> As for logistics, they would think that the deposition could be most easily done in the large 8th floor judicial conference room.
> Out of courtesy to the Court, I think it would be good if you all would go ahead and lockdown the dates so that the Court can block out the conference room etc.
>
> Thanks,
> Mike
>
> **T. Michael Brown**
> Partner | Bradley
> mbrown@bradley.com
> d: 205.521.8462
> c: 205-218-5035
>
> ---
>
> **From:** Brown, Mike
> **Sent:** Saturday, December 30, 2023 10:32 AM
> **To:** Terrence Collingsworth <tc@iradvocates.org>
> **Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza

(oteromivan@hotmail.com)
<oteromivan@hotmail.com>;
albert@vanbilderbeek.com; Miller, Carly
<CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

All Judge Proctor is still reviewing his calendar. The earliest he could do would be January 8/9/10.
I hope to be back in touch Tuesday with more dates.
Mike

Sent from my iPhone

> On Dec 25, 2023, at 3:13 PM, Terrence Collingsworth <tc@iradvocates.org> wrote:
>
> Ben, appreciate the Christmas greeting. Attached please find our first request for production of documents to Drummond. Cheers, Terry
>
> **From:** Ben Presley <bpresley@starneslaw.com>
> **Sent:** Friday, December 22, 2023 12:52 PM
> **To:** Terrence Collingsworth <tc@iradvocates.org>
> **Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván

Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
**Subject:** Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Terry,

Please see the attached letter and enclosed discovery requests. Merry Christmas.
<image001.png>
Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

<12.25.23 TPC and IRA Defs 1st RFPs to Drummond.pdf>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.