2/6/24, 4:49 PM  Case 2:11-cv-03695-RDP   Document 784-3   Filed 03/06/24   Page 1 of 1   FILED
American Airlines - Your trip summary                    2024 Mar-06 PM 06:56
                                                          U.S. DISTRICT COURT
                        Home    Terrence p  English ▼   Search AA.com®   N.D. OF ALABAMA

**American Airlines**  PLAN TRAVEL   TRAVEL INFORMATION   AADVANTAGE° 

# Choose flights

« New search

## Your trip summary

**Main**

Round trip (non-refundable)

**$633** per person

Total $632.20 (all passengers)

Includes taxes and carrier-imposed fees
Price and tax information

**Make my trip refundable**
No change fees; cancel any time
Round trip

**+$101** per person

[ Make it refundable ]

Bag and optional fees

**DEPART**

Washington, DC to Birmingham, AL
Monday, February 19, 2024

1:55 PM → 3:17 PM    2h 22m    Nonstop    Main

AA4529   E75-Embraer 175

Operated by Republic Airways as American Eagle

Details | Change

**RETURN**

Birmingham, AL to Washington, DC
Thursday, February 22, 2024

10:50 AM → 1:54 PM    2h 4m    Nonstop    Main

AA5186   CR7-Canadair RJ 700

Operated by PSA Airlines as American Eagle

Details | Change

## Upgrade to Main Plus

Round trip (non-refundable)

**+$94** per person

Total $726.20 (all passengers)

[ Upgrade ]

More seat and bag benefits

- No change fees (difference in ticket price may apply) [1]
- Complimentary access to Main Cabin Extra and Preferred seats if available
- 1 more free checked bag than Main Cabin (max of 2) [2]
- Preferred boarding (Group 5) [2]

