| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 0:08-md-01916-KAM In Re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation Order |
| Date: | Tuesday, January 9, 2024 2:33:43 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 1/9/2024 at 2:23 PM EST and filed on 1/9/2024

**Case Name:** In Re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation
**Case Number:** 0:08-md-01916-KAM
**Filer:**
**Document Number:** 3557

**Docket Text:**
ORDER RESETTING TRIALS FOR BELLWETHER ONE A AND BELLWETHER ONE B PLAINTIFFS. Bellwether One A claims Jury Trial set for 4/22/2024 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Bellwether One B claims Jury Trial set for 7/15/2024 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Signed by Judge Kenneth A. Marra on 1/9/2024. *See attached document for full details.* (ir)


**0:08-md-01916-KAM Notice has been electronically mailed to:**

Adam V. Orlacchio     Orlacchio@blankrome.com

Agnieszka M. Fryszman     afryszman@cohenmilstein.com, aouoba@cohenmilstein.com, efilings@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com, mgriechen@cohenmilstein.com, XReyesTorres@cohenmilstein.com

Alan Benjamin Rose     arose@mrachek-law.com, blewter@mrachek-law.com, mchandler@mrachek-law.com

Alan Graham Greer     agreer@daypitney.com, hvidal@daypitney.com

Albert L. Frevola , Jr     al@frevolalaw.com, cricket@frevolalaw.com, yahima@frevolalaw.com

Alexa Claire Gebert     agebert@conradscherer.com

Alison K. Clark     aclark@sbtklaw.com

Anthony DiCaprio     ad@humanrightslawyers.com

Anton Metlitsky     ametlitsky@omm.com

Ardith M. Bronson     ardith.bronson@dlapiper.com, ardith-bronson-6368@ecf.pacerpro.com, docketingchicago@dlapiper.com, tratasha.mccloud@us.dlapiper.com

Arturo Carrillo     acarrillo@law.gwu.edu

Ashley L. Arnett     aarnett@elllaw.com

Benjamin Hoffman     benjamin@earthrights.org

Benjamin D. Brown     bbrown@cmht.com

Bradley Marcus     bmarcus@orrick.com

Charles B. Wayne     charles.wayne@dlapiper.com

Christopher Stephen Polaszek     chris@polaszeklaw.com

Cynthia Stencel Betz     cbetz@mccarter.com

Daniel Arthur Casey     dan.casey@klgates.com

Daniel R. Karon     dkaron@karonllc.com

David B. Hennes     David.Hennes@ropesgray.com

David R. Boyd     dboyd@bsfllp.com

David S. Krakoff     dkrakoff@orrick.com

Derick Roberson Vollrath     dvollrath@mnrlawfirm.com, rrivas@mnrlawfirm.com

Diana Leigh Martin     dmartin@cohenmilstein.com, enotices@cohenmilstein.com, lcuomo@cohenmilstein.com

Dianna Walsh Lamb     dianna.lamb@friedfrank.com

Dimitri D. Portnoi     dportnoi@omm.com

Douglass A. Mitchell     dmitchell@bsfllp.com

Earl Silbert     earl.silbert@dlapiper.com

Edward Soto     edward.soto@weil.com, ann.merlin@weil.com, edward-soto-1991@ecf.pacerpro.com, joan.lewis@weil.com, lauren.alexander@weil.com, nicole.comparato@weil.com, sv.ecf@weil.com

Eli R. Mattioli     eli.mattioli@klgates.com

Elissa J. Preheim     elissa.preheim@aporter.com

Eric J. Hager     ehager@conradscherer.com, ogonzalez@conradscherer.com

Eric L. Zagar     ezagar@sbtklaw.com

Frank A. Dante     Dante@blankrome.com

Fred Owen Goldberg     fgoldberg@bergersingerman.com, drt@bergersingerman.com, DRT@ecf.inforuptcy.com, mramos@bergersingerman.com, sprince@bergersingerman.com

Gabriela Paola Valentin Diaz     gpvalentind@gmail.com

Halie Sara Klein     hklein@willkie.com, ebower@willkie.com, maodc1@willkie.com, swastler@willkie.com, zcobb@willkie.com

Ian Kenneth Hochman     ihochman@willkie.com, dringger@willkie.com, maodc-dcd@willkie.com

J Birt Reynolds     breynolds@milberg.com

James Copley Gavigan , Jr     jgavigan@jonesfoster.com, mmacfarlane@jonesfoster.com

James Kellogg Green     jkg@jameskgreenlaw.com, karen@jameskgreenlaw.com

James M. Garland     jgarland@cov.com

James T. Parkinson     jparkinson@orrick.com

Jason Husgen     jhusgen@milberg.com

Jeffrey Adam Neiman     jneiman@mnrlawfirm.com, mordenes@mnrlawfirm.com

Jeffrey B. Maletta     jeffrey.maletta@klgates.com

Joelle Freeman     jfreeman@willkie.com

John De Leon     jdeleon@chavez-deleon.com, agreenstein@chavez-deleon.com, barry111rb@gmail.com, info@chavez-deleon.com

John Scarola    scarolateam@searcylaw.com

John Brian Thomas Murray , Jr    jb.murray@squirepb.com, eservice@gunster.com, jbmurray@gunster.com, jfirogenis@gunster.com

John E. Hall    jhall@cov.com

John Michael Burman    jmb@reidburmanlaw.com, amn@reidburmanlaw.com, jwr@reidburmanlaw.com

Jonathan Davenport    jdavenport@bsfllp.com

Jonathan C. Reiter    jcreiter@jcreiterlaw.com

Jonathan M. Sperling    jsperling@cov.com

Jose E. Arvelo    jarvelo@cov.com

Judith Brown Chomsky    jchomsky@igc.org

Julie A. Kearns    jkearns@rgrdlaw.com

K. Lee Blalack , II    lblalack@omm.com

Karen Caudill Dyer    nyecfnotice@cwt.com

Kevin M. Bandy    kbandy@ulmer.com

Kiersten A. Taylor    kierstent@hbsslaw.com

Kristi Stahnke McGregor    kristi@ewlawllc.com, barry@ewlawllc.com, joy@ewlawllc.com

Lauren E. O'Donnell    ODonnell@BlankRome.com, ARC@BlankRome.com

Leslie Mitchell Kroeger    lkroeger@cohenmilstein.com, enotices@cohenmilstein.com, mcolla@cohenmilstein.com

Liza J. Brackman    LBrackman@blankrome.com

Louis D. Abrams    Abrams-L@blankrome.com

Lucinda J. Bach    lucinda.bach@dlapiper.com

Manuel Antonio Garcia-Linares    mgarcialinares@daypitney.com, athomsen@daypitney.com, edavila@daypitney.com

Marco Simons    marco@earthrights.org, elizabeth-glusman-4422@ecf.pacerpro.com

Marissa Vahlsing    marissa@earthrights.org

Martin S. Krezalek     martin.krezalek@blankrome.com

Maryum Jordan     maryum@earthrights.org

Matthew Ronald Chaves     mchaves@mnrlawfirm.com

Maya Sikand     Maya@earthrights.org

Melanie S. Carter     MCarter@blankrome.com

Melissa Fundora Murphy     MFMurphy@blankrome.com

Meredith L. Schultz     mschultz@bsfllp.com, achristie@bsfllp.com, dknowlton@bsfllp.com, meredith-schultz-5857@ecf.pacerpro.com

Michael L. Cioffi     cioffi@blankrome.com, chart@blankrome.com, kbandy@blankrome.com, ootting@blankrome.com, suzanne.mehl@blankrome.com

Michelle Harrison     michelle@earthrights.org

Newton Patrick Porter     nporter@porterandkorvick.com

Nicholas A. Gravante , Jr     nicholas.gravante@cwt.com

Nicole Jordan Comparato     nicole.comparato@weil.com

Patrick J. Coughlin     patc@rgrdlaw.com

Patrick T. O'Neill     poneill@conradscherer.com

Paul David Wolf     paulwolf@yahoo.com

Paul L. Hoffman     hoffpaul@aol.com

Peter James Cambs     pcambs@gadclaw.com, CUrbanowski@gadclaw.com, JDelgado@gadclaw.com, KKeefer@gadclaw.com

Pravin Rajesh Patel     pravin.patel@weil.com, pravin-patel-8728@ecf.pacerpro.com, sv.ecf@weil.com

Preston Burton     pburton@orrick.com

Rachel L. Braunstein     rachel.braunstein@friedfrank.com

Ramon Alvaro Rasco     rrasco@podhurst.com, mvalledor@podhurst.com, nrussell@podhurst.com

Richard Herz     rick@earthrights.org

Richard E. Berman     RBerman@BlankRome.com, Bocaeservice@BlankRome.com,

dalessi@blankrome.com

Robert C. Josefsberg     rjosefsberg@podhurst.com, esherr@podhurst.com, mvalledor@podhurst.com

Robert Donald Wike Landon , III     rlandon@bergersingerman.com, drt@bergersingerman.com, drt@ecf.courtdrive.com, thydes@bergersingerman.com

Robert J. Meyer     rmeyer@willkie.com

Robert M. Stern     rstern@omm.com

Robert Stanton Jones     stanton.jones@aporter.com

Robin Winchester     rwinchester@sbtklaw.com

Roger M. Adelman     radelman@erols.com

Ronald Richard Parry     rrparry@strausstroy.com

Ronald Searle Guralnick     rgacquit@bellsouth.net

Rosemary McKenna     McKenna@blankrome.com

Sean Powers     sean@earthrights.org

Sigrid Stone McCawley     smccawley@bsfllp.com, dknowlton@bsfllp.com, jarnold@bsfllp.com, jgerardi@bsfllp.com, sigrid-mccawley-4908@ecf.pacerpro.com

Stephen J. Golembe     golembes@golembelaw.com, mschwartz@jcreiterlaw.com

Stephen N. Zack     szack@bsfllp.com, carmen-washenko-5195@ecf.pacerpro.com, Cwashenko@BSFLLP.com, stephen-zack-4984@ecf.pacerpro.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com

Terrence P. Collingsworth     tc@iradvocates.org, acollingsworth@iradvocates.org, sgough@iradvocates.org

Terry Collingsworth     tc@conradscherer.com

Theodore Jon Leopold     tleopold@cohenmilstein.com, lcuomo@cohenmilstein.com

Thomas H. Stewart     stewart@blankrome.com

Tony P. Korvick     tkorvick@porterandkorvick.com

Victoria Mesa-Estrada     vmestrada@searcylaw.com, mesateam@searcylaw.com, victoria@mesaestradalaw.com

William J. Wichmann     wwichmann@me.com, wwichmann@icloud.com

William R. Scherer     wrs@conradscherer.com, cpengel@conradscherer.com, cpengel@conrahscherer.com, crotondo@conradscherer.com, ekreiling@conradscherer.com, jlira@conradscherer.com, jmintz@conradscherer.com, KVonHilsheimer@conradscherer.com, pkoper@conradscherer.com

William Todd Thomas     tthomas@bsfllp.com, hgreen@bsfllp.com, todd-thomas-0237@ecf.pacerpro.com

Wyatt Gjullin     wyatt@earthrights.org

**0:08-md-01916-KAM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

All Porter Plaintiffs 15cv81585(Terminated)
2887 SW 33 Avenue
Miami, FL 33133

Alexander Puerta(Terminated)
14421 SW 88 Street
Apt. 405-M
Miami, FL 33186

Ann DeSear Wiles
Buckley LLP
1250 24th Street N.W.
Suite 700
Washington, DC 20037

Elizabeth Bower
Willkie Farr & Gallagher LLP


Jeffrey P. Hinebaugh
Dinsmore & Shohl LLP


Jorge Porter(Terminated)
2887 SW 33 Avenue
Miami, FL 33133

Libia Puerta(Terminated)
6013 NW 201 Terrace
Hialeah, FL 33015

Nathaniel A. Tarnor
Hagens Berman Sobol Shapiro, LLP
555 Fifth Avenue

Suite 1700
New York, NY 10017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/9/2024] [FileNumber=24027388-0
] [3f28f81d6fe69fb5a5c27c96c596ccc8984d1652f23672127a74990e97f3f39c694
6f26c68b7eec80f2efa694ddc54c71df661fed669c7e77c108eb60cd152e2]]