| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 0:08-md-01916-KAM In Re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation Set/Reset Hearings |
| **Date:** | Wednesday, February 7, 2024 4:46:41 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 2/7/2024 at 4:45 PM EST and filed on 2/7/2024

| | |
|---|---|
| **Case Name:** | In Re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation |
| **Case Number:** | 0:08-md-01916-KAM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set Hearings per DE [3570]: Pretrial Conference set for 3/25/2024 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. (ir)**


**0:08-md-01916-KAM Notice has been electronically mailed to:**

Adam V. Orlacchio     Orlacchio@blankrome.com

Agnieszka M. Fryszman     afryszman@cohenmilstein.com, aouoba@cohenmilstein.com, efilings@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com, mgriechen@cohenmilstein.com, XReyesTorres@cohenmilstein.com

Alan Benjamin Rose     arose@mrachek-law.com, blewter@mrachek-law.com, mchandler@mrachek-law.com

Alan Graham Greer     agreer@daypitney.com, hvidal@daypitney.com

Albert L. Frevola , Jr     al@frevolalaw.com, cricket@frevolalaw.com, yahima@frevolalaw.com

Alexa Claire Gebert    agebert@conradscherer.com

Alison K. Clark    aclark@sbtklaw.com

Anthony DiCaprio    ad@humanrightslawyers.com

Anton Metlitsky    ametlitsky@omm.com

Ardith M. Bronson    ardith.bronson@dlapiper.com, ardith-bronson-6368@ecf.pacerpro.com, docketingchicago@dlapiper.com, tratasha.mccloud@us.dlapiper.com

Arturo Carrillo    acarrillo@law.gwu.edu

Ashley L. Arnett    aarnett@elllaw.com

Benjamin Hoffman    benjamin@earthrights.org

Benjamin D. Brown    bbrown@cmht.com

Bradley Marcus    bmarcus@orrick.com

Charles B. Wayne    charles.wayne@dlapiper.com

Christopher Stephen Polaszek    chris@polaszeklaw.com

Cynthia Stencel Betz    cbetz@mccarter.com

Daniel Arthur Casey    dan.casey@klgates.com

Daniel R. Karon    dkaron@karonllc.com

David B. Hennes    David.Hennes@ropesgray.com

David R. Boyd    dboyd@bsfllp.com

David S. Krakoff    dkrakoff@orrick.com

Derick Roberson Vollrath    dvollrath@mnrlawfirm.com, rrivas@mnrlawfirm.com

Diana Leigh Martin    dmartin@cohenmilstein.com, enotices@cohenmilstein.com, lcuomo@cohenmilstein.com

Dianna Walsh Lamb    dianna.lamb@friedfrank.com

Dimitri D. Portnoi    dportnoi@omm.com

Douglass A. Mitchell    dmitchell@bsfllp.com

Earl Silbert    earl.silbert@dlapiper.com

Edward Soto     edward.soto@weil.com, ann.merlin@weil.com, edward-soto-1991@ecf.pacerpro.com, joan.lewis@weil.com, lauren.alexander@weil.com, nicole.comparato@weil.com, sv.ecf@weil.com

Eli R. Mattioli     eli.mattioli@klgates.com

Elissa J. Preheim     elissa.preheim@aporter.com

Eric J. Hager     ehager@conradscherer.com, ogonzalez@conradscherer.com

Eric L. Zagar     ezagar@sbtklaw.com

Frank A. Dante     Dante@blankrome.com

Fred Owen Goldberg     fgoldberg@bergersingerman.com, drt@bergersingerman.com, DRT@ecf.inforuptcy.com, mramos@bergersingerman.com, sprince@bergersingerman.com

Gabriela Paola Valentin Diaz     gpvalentind@gmail.com

Halie Sara Klein     hklein@willkie.com, ebower@willkie.com, maodc1@willkie.com, swastler@willkie.com, zcobb@willkie.com

Ian Kenneth Hochman     ihochman@willkie.com, dringger@willkie.com, maodc-dcd@willkie.com

J Birt Reynolds     breynolds@milberg.com

James Copley Gavigan , Jr     jgavigan@jonesfoster.com, mmacfarlane@jonesfoster.com

James Kellogg Green     jkg@jameskgreenlaw.com, karen@jameskgreenlaw.com

James M. Garland     jgarland@cov.com

James T. Parkinson     jparkinson@orrick.com

Jason Husgen     jhusgen@milberg.com

Jeffrey Adam Neiman     jneiman@mnrlawfirm.com, mordenes@mnrlawfirm.com

Jeffrey B. Maletta     jeffrey.maletta@klgates.com

Joelle Freeman     jfreeman@willkie.com

John De Leon     jdeleon@chavez-deleon.com, agreenstein@chavez-deleon.com, barry111rb@gmail.com, info@chavez-deleon.com

John Scarola     _scarolateam@searcylaw.com

John Brian Thomas Murray , Jr     jb.murray@squirepb.com, eservice@gunster.com, jbmurray@gunster.com, jfirogenis@gunster.com

John E. Hall     jhall@cov.com

Jonathan Davenport     jdavenport@bsfllp.com

Jonathan C. Reiter     jcreiter@jcreiterlaw.com

Jonathan M. Sperling     jsperling@cov.com

Jose E. Arvelo     jarvelo@cov.com

Judith Brown Chomsky     jchomsky@igc.org

Julie A. Kearns     jkearns@rgrdlaw.com

K. Lee Blalack , II     lblalack@omm.com

Karen Caudill Dyer     nyecfnotice@cwt.com

Kevin M. Bandy     kbandy@ubglaw.com

Kiersten A. Taylor     kierstent@hbsslaw.com

Kristi Stahnke McGregor     kristi@ewlawllc.com, barry@ewlawllc.com, joy@ewlawllc.com

Lauren E. O'Donnell     ODonnell@BlankRome.com, ARC@BlankRome.com

Leslie Mitchell Kroeger     lkroeger@cohenmilstein.com, enotices@cohenmilstein.com, mcolla@cohenmilstein.com

Liza J. Brackman     LBrackman@blankrome.com

Louis D. Abrams     Abrams-L@blankrome.com

Lucinda J. Bach     lucinda.bach@dlapiper.com

Manuel Antonio Garcia-Linares     mgarcialinares@daypitney.com, athomsen@daypitney.com, edavila@daypitney.com

Marco Simons     marco@earthrights.org, elizabeth-glusman-4422@ecf.pacerpro.com

Marissa Vahlsing     marissa@earthrights.org

Martin S. Krezalek     martin.krezalek@blankrome.com

Maryum Jordan     maryum@earthrights.org

Matthew Ronald Chaves     mchaves@mnrlawfirm.com

Maya Sikand     Maya@earthrights.org

Melanie S. Carter     MCarter@blankrome.com

Melissa Fundora Murphy     MFMurphy@blankrome.com

Meredith L. Schultz     mschultz@bsfllp.com, achristie@bsfllp.com, dknowlton@bsfllp.com, meredith-schultz-5857@ecf.pacerpro.com

Michael L. Cioffi     cioffi@blankrome.com, chart@blankrome.com, kbandy@blankrome.com, ootting@blankrome.com, suzanne.mehl@blankrome.com

Michelle Harrison     michelle@earthrights.org

Newton Patrick Porter     nporter@porterandkorvick.com

Nicholas A. Gravante , Jr     nicholas.gravante@cwt.com

Nicole Jordan Comparato     nicole.comparato@weil.com

Patrick J. Coughlin     patc@rgrdlaw.com

Patrick T. O'Neill     poneill@conradscherer.com

Paul David Wolf     paulwolf@yahoo.com

Paul L. Hoffman     hoffpaul@aol.com

Peter James Cambs     pcambs@gadclaw.com, CUrbanowski@gadclaw.com, JDelgado@gadclaw.com, KKeefer@gadclaw.com

Pravin Rajesh Patel     pravin.patel@weil.com, pravin-patel-8728@ecf.pacerpro.com, sv.ecf@weil.com

Preston Burton     pburton@orrick.com

Rachel L. Braunstein     rachel.braunstein@friedfrank.com

Ramon Alvaro Rasco     rrasco@podhurst.com, mvalledor@podhurst.com, nrussell@podhurst.com

Richard Herz     rick@earthrights.org

Richard E. Berman     RBerman@BlankRome.com, Bocaeservice@BlankRome.com, dalessi@blankrome.com

Robert C. Josefsberg     rjosefsberg@podhurst.com, esherr@podhurst.com, mvalledor@podhurst.com

Robert Donald Wike Landon , III     rlandon@bergersingerman.com, drt@bergersingerman.com, drt@ecf.courtdrive.com, thydes@bergersingerman.com

Robert J. Meyer     rmeyer@willkie.com

Robert M. Stern     rstern@omm.com

Robert Stanton Jones     stanton.jones@aporter.com

Robin Winchester     rwinchester@sbtklaw.com

Roger M. Adelman     radelman@erols.com

Ronald Richard Parry     rrparry@strausstroy.com

Ronald Searle Guralnick     rgacquit@bellsouth.net

Rosemary McKenna     McKenna@blankrome.com

Sean Powers     sean@earthrights.org

Sigrid Stone McCawley     smccawley@bsfllp.com, dknowlton@bsfllp.com, jarnold@bsfllp.com, jgerardi@bsfllp.com, sigrid-mccawley-4908@ecf.pacerpro.com

Stephen J. Golembe     golembes@golembelaw.com, mschwartz@jcreiterlaw.com

Stephen N. Zack     szack@bsfllp.com, carmen-washenko-5195@ecf.pacerpro.com, Cwashenko@BSFLLP.com, stephen-zack-4984@ecf.pacerpro.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, nicolleh@hbsslaw.com

Terrence P. Collingsworth     tc@iradvocates.org, acollingsworth@iradvocates.org, sgough@iradvocates.org

Terry Collingsworth     tc@conradscherer.com

Theodore Jon Leopold     tleopold@cohenmilstein.com, lcuomo@cohenmilstein.com

Thomas H. Stewart     stewart@blankrome.com

Tony P. Korvick     tkorvick@porterandkorvick.com

Victoria Mesa-Estrada     vmestrada@searcylaw.com, mesateam@searcylaw.com, victoria@mesaestradalaw.com

William J. Wichmann     wwichmann@me.com, wwichmann@icloud.com

William R. Scherer     wrs@conradscherer.com, cpengel@conradscherer.com, cpengel@conrahscherer.com, crotondo@conradscherer.com, ekreiling@conradscherer.com, jlira@conradscherer.com, jmintz@conradscherer.com, KVonHilsheimer@conradscherer.com, pkoper@conradscherer.com

William Todd Thomas     tthomas@bsfllp.com, hgreen@bsfllp.com, todd-thomas-

0237@ecf.pacerpro.com

Wyatt Gjullin    wyatt@earthrights.org

**0:08-md-01916-KAM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

All Porter Plaintiffs 15cv81585(Terminated)
2887 SW 33 Avenue
Miami, FL 33133

Alexander Puerta(Terminated)
14421 SW 88 Street
Apt. 405-M
Miami, FL 33186

Ann DeSear Wiles
Buckley LLP
1250 24th Street N.W.
Suite 700
Washington, DC 20037

Elizabeth Bower
Willkie Farr & Gallagher LLP


Jeffrey P. Hinebaugh
Dinsmore & Shohl LLP


Jorge Porter(Terminated)
2887 SW 33 Avenue
Miami, FL 33133

Libia Puerta(Terminated)
6013 NW 201 Terrace
Hialeah, FL 33015

Nathaniel A. Tarnor
Hagens Berman Sobol Shapiro, LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017