**Terrence Collingsworth**

| | |
|---|---|
| **From:** | Terrence Collingsworth |
| **Sent:** | Wednesday, March 6, 2024 11:27 AM |
| **To:** | Terrence Collingsworth |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation CXC7M5 |

**From:** United Airlines <Receipts@united.com>
**Sent:** Monday, February 5, 2024 7:09 AM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Subject:** eTicket Itinerary and Receipt for Confirmation CXC7M5



Mon, Feb 05, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# CXC7M5

---

### Flight 1 of 2 UA667                                       Class: United Economy (S)

| Tue, Mar 26, 2024 | Tue, Mar 26, 2024 |
|---|---|
| **08:25 AM** | **11:22 AM** |
| Washington, DC, US (IAD) | Los Angeles, CA, US (LAX) |

### Flight 2 of 2 UA2159                                      Class: United Economy (V)

| Tue, Apr 02, 2024 | Tue, Apr 02, 2024 |
|---|---|
| **12:05 PM** | **08:03 PM** |
| Los Angeles, CA, US (LAX) | Washington, DC, US (IAD) |