FILED
2024 Apr-26 AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

Terry, that's PHENOMENAL NEWS. Thanks for sharing. This may actually bring a real 'ending' to the book as well.

I've finished it, apart for the last three chapters, that I want to write as soon as there is good news about Henk, your case against Drummond or otherwise.

If it all takes too long, I'll publish it in December by the latest, but I'd prefer some closure.

Albert has read the whole book now: this morning he let me know he thought it was brilliant. We will have some changes to discuss, but I didn't expect anything else. I want the translation set in motion as well, so I can send you the parts you star in in English very shortly.

What do you expect to be the result of this new testimony? Will this change anything on Drummond's side?

Thanks again. You have my utmost respect for the work you do and the things you set in motion by doing it.

Cheers!

Peter

**Van:** Terrence Collingsworth [mailto:tc@iradvocates.org]
**Verzonden:** woensdag 28 september 2011 16:37
**Aan:** Peter Smolders
**CC:** Albert
**Onderwerp:** new witness

Peter I can now officially tell you that our new witness is Jamie Blanco Maya and he will be our star. He can show with financial docs how drummond paid the AUC through him. He would charge them say $100 for food services that cost only $10 and he would pass the rest on to AUC as per an agreement with Drummond's Jim Adkins.

We will have his declaration in about 10 days.

Hope the book is coming along well?

Cheers, Terry

**From:** Peter Smolders <peter@beteretekst.nl>
**Date:** Fri, 26 Aug 2011 15:35:12 +0200
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Subject:** RE: TC res[ponses

Hi Terrence,

Thanks.

Do I understand correctly – after speaking with Albert – that there is at least ONE more inmate you would like to take a deposition of during your Colombian tour, starting September 13th?

Cheers,

Peter

**Van:** Terrence Collingsworth [mailto:tc@iradvocates.org]
**Verzonden:** donderdag 25 augustus 2011 16:25
**Aan:** Peter Smolders
**CC:** 'Susana Tellez'
**Onderwerp:** TC res[ponses
**Urgentie:** Hoog

Hey Peter. I've just returned from the beach and have a pile of stuff here. My quick responses:

1) Earlier, we discussed the Drummond press release, after the Duarte statement. Do you know if Drummond published that press release somewhere? Was it in a newspaper or something like that?

Yes, Drummond paid to have the release published in several newspapers in Colombia, including El Tiempo, where it was a full page on the back cover [do you have the reslease itself? We have a copy from El Tiemp]

2) Except for the veiled threats you saw in the release, what did you think about the facts Drummond's talking about? Could it be that Duarte's statement is inaccurate at some (or even many) points? And what does that mean, in your opinion?

Duarte, like anyone else after 10 years, likely made some timing mistakes and geography mistakes,

IRA-005343

but his court testimony is unassailable — he regularly saw and interacted with Mike Tracy, Drummond's president of mining operations, who testified that he never saw a paramilitary, let alone met with one

3) Are there any plans to undertake action against Fabio Echeverri?

Yes, he is on our list of witnesses we are asking the Colombian government to compel to appear at a deposition in Colombia

Simple question: can someone refuse a deposition? Were Jimenez, Drummond and the others free to talk to your lawyers in December 05, for instance, or did they have to?

Current managerial employees of a company defendant MUST appear through a simple notice of deposition. With former employees, if they are in the US, we issue a simply subpoena from the court and they MUST appear — this would include Jim Adkins, the star of the show. Former employees in Colombia can only be compelled by the Colombian government. With these people, like Fabio, we have issued a Letters Rogatory asking the Colombian government to compel their appearance at a deoposition

Albert told me there well be an event in court on September 13th. What will that be and what's it about?

Starting Sept 13, assuming we get the formal permission from the govt of Colombia, we will be taking the depositions of Samario, El Tigre, Charris and Duarte in their prisons. See attached. We can do this because they agreed to appear voluntarily.

Cheers, Terry

IRA-005344