FILED
2024 Apr-26  AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2



Financial Center
505 20th Street North, Suite 700
Birmingham, Alabama 35203
Phone: 205.986.3620 Fax: 205.986.3639
www.spotswood.com

William T. Paulk
Direct Dial: 205.986.3624
Email: wpaulk@spotswood.com

September 22, 2023

**Via Electronic Mail**

H. Thomas Wells, III
STARNES DAVIS FLORIE LLP
P.O. Box 598512
Birmingham, AL 35259-8512
TWells@starneslaw.com

      Re:    *Drummond Company, Inc. v. Terrence P. Collingsworth et al.*, 2:11-CV-3695-RDP (N.D. Ala.), and *Drummond Company, Inc. et al. v. Terrence P. Collingsworth et al.*, 2:15-CV-506-RDP (N.D. Ala.)

Dear Trey:

    I am writing in response to our meet and regarding deposition scheduling and the Court's recent orders directing the parties to file a supplement joint report regarding deposition scheduling by October 2. *See RICO* Doc. 248; *Defamation* Doc. 752.

    Below are the "Tier 1" depositions C&S would like to schedule listed roughly the order we prefer to take them. With the exception of the depositions of Drummond's corporate representatives, we would like to schedule these in October and November. Also, enclosed as Appendix A is a revised list of all witnesses C&S reserves the right to depose, which we have edited to reflect the corrections discussed during the meet and confer.

**Tier 1 Depositions**

1. Salvatore Mancuso
2. Jaime Blanco
3. Mike Tracy - contact through Drummond counsel
4. Jose Miguel Linarez Martinez - contact through Drummond counsel
5. Augusto Jimenez Mejia - contact through Drummond counsel
6. Alfredo Araujo - contact through Drummond counsel
7. Jim Adkins

        8. Rule 30(b)(6) depositions of the corporate representatives of Drummond Company, Inc. and Drummond, Ltd.

We have discussed with C&S the possibility of some witnesses being deposed through written questions. C&S prefers that we proceed with live testimony rather than written questions. If any of Drummond's Colombian witnesses intend to assert a privilege based upon some right against self-incrimination, please provide us with written notice, at least one month before their depositions, of the contours of that privilege, including the basis and scope. As the parties asserting the privilege, those witnesses would have the burden of establishing the basis for it and its application in this domestic, civil proceeding. Also, please let us know if we will need a translator for depositions of any of Drummond's Colombian witnesses.

With respect to Mancuso's deposition, we have asked Drummond twice whether it agrees that we can move forward with scheduling and taking of Mancuso's deposition in light of the exchange with the Court during the August 16, 2023 hearing.[1] Please let us know Drummond's position. If necessary, we intend to file a motion seeking an order directing Immigration and Customs Enforcement and/or the Department of Homeland Security to make Mancuso available for a deposition on or before October 15 at the Stewart Detention Facility in Lumpkin, Georgia.

With respect to Jaime Blanco's deposition, we are checking his availability to be deposed in October and November. If he has only limited availability during those months, we intend to prioritize the scheduling of his deposition over witnesses who have more availability.

We plan on sending Rule 30(b)(6) notices for Drummond Company, Inc. and Drummond Ltd. next week so that Drummond can begin identifying corporate representative(s) to testify on its behalf. Although we have listed these as Tier 1 depositions, we intend to schedule them after Drummond completes its document production. Thus, please begin looking at dates in January 2024 that will work for the corporate representative(s) Drummond selects. We are happy to schedule a meet and confer with you about the amount of time that will be allotted for these depositions. *See RICO* Doc. 242 ¶ 3; *Defamation* Doc. 748 ¶ 3.

Although we have not listed letters rogatory depositions in the Tier 1 category, we intend to prioritize them over other depositions (including ones for which the parties have agreed on dates) if and when the Colombian authorities begin making these witnesses available.

Finally, please let us know whether Drummond agrees that any trial or deposition testimony taken in *Romero*, *Baloco*, or *Balcero* can be used in the *Defamation* and *RICO* cases,

---

[1] During that hearing, the Court inquired whether Mr. Ramirez's provision of a declaration was the "last item that we would need to accomplish to take Mancuso's deposition," to which Drummond's counsel responded, "Yes, sir." *RICO* Doc. 241 (Aug. 16, 2023 Hr'g Tr.) at 11:5-7. After further discussion, the Court then stated, "So we're going to look to take him [Mancuso] by mid-September, then. All right." *Id.* at 11:17-18.

H. Thomas Wells, III
September 22, 2023
Page 3 of 5

subject to any admissibility objections that would apply had that testimony been taken in the *Defamation* and *RICO* cases.

                                            Sincerely,

                                            */s/ Wm T. Paulk*

                                            William T. Paulk

Cc (via email only):
Mike Brown
Carly Miller
Tony Davis
Trey Wells
Terry Collingsworth
Greg Foster
Anil Mujumdar
Albert van Bilderbeek
Bob Spotswood

**Appendix A - C&S Revised Deponent List (updated September 22, 2023)**

1. Salvatore Mancuso
2. Mike Tracy - contact through Drummond counsel
3. Jose Miguel Linarez Martinez - contact through Drummond counsel
4. Augusto Jimenez Mejia - contact through Drummond counsel
5. Alfredo Araujo - contact through Drummond counsel
6. Jim Adkins
7. Rule 30(b)(6) depositions of the corporate representatives of Drummond Company, Inc. and Drummond, Ltd. - contact through Drummond counsel
8. Jaime Blanco
9. Michael J. Madigan
10. William Jeffress - contact through Drummond counsel
11. Col. Ricardo Linero Gonzalez
12. Col. Jorge Garzon
13. Col. Luis Carlos Rodríguez
14. General Victor Alvarez Vargas - contact through Drummond counsel (Drummond confirming)
15. Allen Lang - contact through Drummond counsel
16. G.W. Norman - contact through Drummond counsel (Drummond confirming)
17. Ricardo Urbina - contact through Drummond counsel
18. Carolina Riano - contact through Drummond counsel
19. Bernard Harwood - contact through Drummond counsel (The parties have agreed that previously-identified expert witnesses should be deposed during the expert discovery phase rather than the fact discovery phase.)
20. Joel Raymer
21. Alvaro Acevedo
22. Letters rogatory witnesses (*Defamation* Docs. 734 - 741)
23. DL Lobb
24. Edgar Hernando Ruiz Vargas - contact through Drummond counsel (Drummond confirming)
25. Mike Zervos
26. General Rafael Pena Rios - contact through Drummond counsel (Drummond confirming)
27. Colonel Arturo Cifuentes - contact through Drummond counsel (Drummond confirming)
28. Alejandro Ruiz - contact through Drummond counsel (Drummond confirming)

29. Viginorte representatives
30. Debra Peel - contact through Drummond counsel
31. Cesar Agudelo - contact through Drummond counsel (Drummond confirming)
32. Louis Fernando Echeverry
33. C&S reserves the right to take the deposition of any witness identified by any other party, regardless of whether the other party elects to depose that witness or not.
34. C&S reserves its right to cross-notice the deposition of any witness noticed or subpoenaed for a deposition by any other party.
35. C&S reserves its right to notice or subpoena for a deposition any witness whose identity (or involvement in these cases or relevance to them) becomes known at a future date.