FILED
2024 Apr-26 AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

# Ben Presley

| | |
|---|---|
| **From:** | William Paulk <wpaulk@spotswood.com> |
| **Sent:** | Wednesday, September 27, 2023 3:25 PM |
| **To:** | Ben Presley; Tony Davis; Trey Wells |
| **Cc:** | Brown, Mike; Miller, Carly; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org); Anil Mujumdar; Greg Foster; albert@vanbilderbeek.com; Bob Spotswood |
| **Subject:** | RE: Drummond v. Collingsworth - C&S correspondence |

Ben,

Thanks for your email. To be clear, C&S does not control the scheduling of deponents 1-5, nor it is able to coordinate the depositions Susana Tellez, Rebecca Pendleton, and Lorraine Leete.

Do you have time for a short call tomorrow morning to discuss some other aspects of scheduling?

William

---

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Tuesday, September 26, 2023 8:27 AM
**To:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

William,

We will look at dates for Mike Tracy, Augusto Jimenez, Jose Miguel Linares, Alfredo Araujo. On DCI 30(b)(6) and DLTD 30(b)(6), we propose that both sides agree to take 30(b)(6) depositions in January and report that to Judge Proctor. Then, once January approaches and we exchange 30(b)(6) notices with topics, each side can determine who their rep(s) will be and nail down exact dates. Below are Drummond's Tier 1 depositions. Please provide proposed deposition dates for these deponents in November, December, and January.

1. Ivan Otero
2. Francisco Ramirez
3. Albert Van Bilderbeek
4. Terry Collingsworth
5. IRA 30(b)(6)
6. C&S 30(b)(6)
7. Eric Hager
8. Al Frevola
9. Brad Smith
10. Ken McNeil

This list assumes that Defendants are unable or unwilling to coordinate the depositions of Susana Tellez, Rebecca Pendleton, and Lorraine Leete. Please advise if that is not the case. We will send a separate letter responding to the other issues raised in your Sept. 22 letter.

Thanks,
Ben



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

---

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Friday, September 22, 2023 11:22 AM
**To:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

Drummond Counsel,

Please see the attached letter regarding depositions. Thank you.

William


# William Paulk

**Spotswood Sansom & Sansbury LLC**
Partner

Financial Center | 505 20th St N, Ste 700
Birmingham, AL 35203
Direct Dial: 205.986.3624 | LinkedIn



---

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Wednesday, September 13, 2023 5:01 PM

2

**To:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

Defendants' Counsel,

Below please find Drummond's list of witnesses. We look forward to speaking with everyone tomorrow.

- Christian Levesque (already set for Sept. 18, 2023)
- Ivan Otero
- Francisco Ramirez
- Albert Van Bilderbeek
- Terry Collingsworth
- IRA 30(b)(6)
- C&S 30(b)(6)
- Lorraine Leete
- Eric Hager
- Al Frevola
- Brad Smith
- Ken McNeil
- Professor Steven Hobbs
- Susana Tellez
- Parker Waichman, LLP
- Rebecca Pendleton

Drummond reserves its rights, subject to the provisions of Judge Proctor's Amended Scheduling Orders, to cross notice depositions noticed or subpoenaed by the Defendants.

Regards,
Ben



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Wednesday, September 13, 2023 4:51 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

Drummond Counsel,

Please see the attached letter in advance of tomorrow's meet and confer.

For those who intend to participate in the meet and confer, we can use the conference number below.

Dial in: 205-730-0439; conference ID 334060#

One-touch dialing for smartphone users: 205-730-0439,,334060#

Thank you.

William

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Tuesday, September 12, 2023 4:05 PM
**To:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

No problem. 10:00 a.m. CT works.



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Tuesday, September 12, 2023 3:52 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

That's fine with me. Can we plan on 10 Central Thursday morning though?


**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Tuesday, September 12, 2023 3:11 PM
**To:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

William,

Let's exchange lists by the close of business tomorrow, followed by a meet and confer on Thursday morning. We propose 9:00 a.m. CT. Please let us know if that works for your side.

Thanks,
Ben



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Monday, September 11, 2023 4:16 PM
**To:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth -

5

International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

All,

I am writing in response to the portion of Drummond's September 7 letter addressing the parties' joint report due to the Court this Friday. C&S proposes that the parties exchange by close of business tomorrow a list of witnesses they may depose, to be followed by a meet and confer on Wednesday afternoon or Thursday morning. I am available Wednesday afternoon (except 2-3 Central) and all Thursday morning.

William

**From:** Ben Presley <bpresley@starneslaw.com>
**Sent:** Thursday, September 7, 2023 6:22 PM
**To:** William Paulk <wpaulk@spotswood.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

Bob and William,

Please see the attached letter that responds to Bob's letter of August 25.

Regards,
Ben



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Friday, August 25, 2023 4:08 PM
**To:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Ben Presley <bpresley@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Terrence Collingsworth -

International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Anil Mujumdar <anil@dagneylaw.com>; Greg Foster <greg@fosterlawnow.com>; albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** Drummond v. Collingsworth - C&S correspondence

Drummond Counsel,

Please see the attached letter from Bob. Thank you.

William


# William Paulk

**Spotswood Sansom & Sansbury LLC**
Partner

Financial Center | 505 20th St N, Ste 700
Birmingham, AL 35203
Direct Dial: 205.986.3624 | LinkedIn



> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.