# Exhibit 4



Financial Center
505 20th Street North, Suite 700
Birmingham, Alabama 35203
Phone: 205.986.3620 Fax: 205.986.3639
www.spotswood.com

William T. Paulk
Direct Dial: 205.986.3624
Email: wpaulk@spotswood.com

October 18, 2023

**Via Electronic Mail**

Benjamin T. Presley
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
bpresley@starneslaw.com

      Re:    *Drummond Company, Inc. v. Terrence P. Collingsworth et al.*, 2:11-CV-3695-RDP (N.D. Ala.), and *Drummond Company, Inc. et al. v. Terrence P. Collingsworth et al.*, 2:15-CV-506-RDP (N.D. Ala.)

Dear Ben:

      I am responding to your September 29 and October 13 letters regarding depositions. As I mentioned yesterday, I am planning to respond by the end of this week (or early next) to your questions about our proposal for using prior deposition and trial testimony from the underlying cases in the *Defamation* and *RICO* cases.

      With respect to Jaime Blanco, we have been holding November 7 and 8 open for taking his deposition in Colombia. I just learned, however, that one of the Fiscalia prosecutors has scheduled an interview with him (the details of which I do not have) on November 9. As a result, he would like to reschedule his deposition until after November 9. I believe he is available on November 10 and 11, although Drummond previously identified the 10th as one of its "blackout" dates and the 11th is a Saturday. If Drummond can make either of those dates work, I will do so as well, and I will confirm Blanco's availability. If those dates do not work, please let me know and I will try to get some alternative dates from him.

      I also want to confirm some of the logistics of taking Blanco's deposition we discussed yesterday. Veritext can host the deposition (in-person and with a remote option) and provide a federally-certified court reporter in Colombia. Veritext can also provide two interpreters, for which I understand the parties will agree to split the cost. Please let me know if Drummond has any concerns about this arrangement and will consent to the giving of the oath by the court reporter. I will also explore hotel options and check with you before reserving any conference room space.

Benjamin T. Presley
October 18, 2023
Page 2 of 2

  Finally, I know Trey's September 7 letter addressed a number of discovery issues between the parties. We plan to respond to that letter next week and will address any issues that remain outstanding.

          Sincerely,

          *Wm T. Paulk*

          William T. Paulk

Cc (via email only):
Mike Brown
Carly Miller
Tony Davis
Trey Wells
Terry Collingsworth
Greg Foster
Anil Mujumdar
Albert van Bilderbeek
Bob Spotswood