FILED

2024 Apr-26  AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

CONFIDENTIAL

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF ALABAMA

3              SOUTHERN DIVISION

4   DRUMMOND COMPANY, INC.,

5         Plaintiff,

6   Vs.                    2:11-CV-3596 RDP

7   TERRENCE P. COLLINGSWORTH,

8   et al.,

9         Defendants.

10        ***

11  DRUMMOND COMPANY, INC.

12  et al.,

13  Vs.

14  TERRENCE P. COLLINGSWORTH,

15  et al.,

16              CONFIDENTIAL

17      DEPOSITION OF JAIME BLANCO MAYA

18            DECEMBER 11, 2023

19

20              STIPULATION

21      IT IS STIPULATED AND AGREED, by and

22  between the parties through their respective

23  counsel, that the deposition of JAIME BLANCO

CONFIDENTIAL

Page 2

1 MAYA, taken before Susan Masters Goldman,
2 Alabama Certified Court Reporter, License
3 Number 83, and Notary Public, at Grand Hyatt
4 Bogota, Calle 24 A #57 - 60, Bogata, Colombia
5 111321, on December 11, 2023, at or about
6 9:33 a.m.
7    IT IS FURTHER STIPULATED AND AGREED
8 that the signature to and the reading of the
9 deposition by the witness is waived, the
10 deposition to have the same force and effect
11 as if full compliance had been had with all
12 laws and rules of Court relating to the
13 taking of deposition.
14    IT IS FURTHER STIPULATED AND AGREED
15 that it shall not be necessary for any
16 objections to be made by counsel as to any
17 questions, except as to form or leading
18 questions, and that counsel for the parties
19 may make objections and assign grounds at the
20 time of the trial, or at the time said
21 deposition is offered in evidence, or prior
22 thereto.
23    IT IS FURTHER STIPULATED AND AGREED

Page 3

1 that notice of the filing of the deposition
2 by the Commissioner is waived.
3
4     INDEX
5 EXAMINATION BY      PAGE NO.
6 Mr. Paulk    12
7 Mr. Collingsworth    139
8
9     EXHIBITS
10 DEFENDANT'S EXHIBIT NO:    PAGE
11 Exhibit 1 Statement    31
12 Exhibit 2 E-mail    33
13 Exhibit 3 Contract    47
14 Exhibit 4 Offer    47
15 Exhibit 5 Offer    48
16 Exhibit 6 Contract    48
17 Exhibit 7 Letter    71
18 Exhibit 8 Agreement    97
19 Exhibit 9 Declaration    102
20 Exhibit 10 Sentencing Document    106
21 Exhibit 11 Plea Document    114
22 Exhibit 12 10/15 Report    118
23 Exhibit 13 Judicial Police Report  119

Page 4

1 EXHIBITS CONTINUED:
2 Exhibit 14 Reports    125
3 Exhibit 15 Document    125
4 Exhibit 16 JEP Document    126
5 Exhibit 17 Resolution 5015    129
6 Exhibit 18 JEP Resolution    137
7 Exhibit 19 Video    140
8 Exhibit 20 Resolution    146

Page 5

1     APPEARANCES
2 BEFORE:
3   Susan Masters Goldman, Alabama Certified
4   Court Reporter, License Number 83, and
5   Notary Public (Via Zoom)
6 APPEARING ON BEHALF OF THE PLAINTIFFS:
7   William Anthony Davis, III, Esq. (Via Zoom)
8   H. Thomas Wells, III
9   Benjamin T. Presley, Esq.
10   Blake Andrews, Esq.
11   Anna Katherine Sherman, Esq. (Via Zoom)
12   Starnes Davis & Florie, LLP
13   100 Brookwood Place, 7th Floor
14   Birmingham, Alabama 35209
15 APPEARING OF BEHALF OF THE DEFENDANT:
16   William T. Paulk, Esq.
17   Spotswood Sansom & Sansbury, LLC
18   700 Financial Center
19   Birmingham, Alabama 35203
20
21   Terrence P. Collingsworth Esq.
22   621 Maryland Avenue NE
23   Washington, D.C. 20002

2 (Pages 2 - 5)

CONFIDENTIAL

Page 6

1 ALSO PRESENT VIA ZOOM:
2     Gregg Holderman Concierge
3     Claudia Villalbe, Interpreter
4     Michail Yakovlev, Videographer
5 ALSO PRESENT:
6     Augusto Jimenez
7     Jose Miguel Linares
8     Maria Serna
9     Ivan Otero
10    Juan Compo
11    Cesar Pinilla
12    Paula Cadavid
13    Eric Hager
14
15
16
17
18
19
20
21
22
23

Page 7

1      I, Susan Masters Goldman, Alabama
2 Certified Court Reporter, License Number 83,
3 acting as Notary Public, certify that on this
4 date as provided by Rule 30 of the Alabama
5 Rules of Civil Procedure, and the foregoing
6 stipulations of counsel, there came before me
7 at Grand Hyatt Bogota, Calle 24 A #57 - 60,
8 Bogata, Colombia 111321, on December 11, 2023
9 at or about 9:33 a.m., JAIME BLANCO MAYA,
10 witness in the above cause, for oral
11 examination, whereupon, the following
12 proceedings were had:
13      VIDEOGRAPHER:  Good morning.  We are
14 going on the record at 9:33 a.m. Eastern
15 Standard time on December 11th of 2023.
16 Please note that this deposition is being
17 conducted via Zoom.  The quality of recording
18 depends on the quality of camera and internet
19 connection of participates.
20      What is seen from the witness and heard
21 on screen is what will be recorded.  Audio
22 and video recordings will continue to take
23 place unless all parties agree to go off the

Page 8

1 record.
2      This is Media Unit 1 of the
3 video-recorded deposition of Jaime Blanco
4 Maya in the matter of Drummond Company, Inc.,
5 et al, versus Terrence Collingsworth, et al.
6 This deposition is being conducted remotely
7 using digital technology.
8      My name is Michail Yakovlev and I'm the
9 videographer, the court reporter is Susan
10 Goldman, both from Veritext Legal Solutions.
11      Will counsel please introduce
12 themselves and all parties they represent,
13 after which the court reporter will swear in
14 the witness.
15      MR. PAULK:  William Paulk for Conrad
16 and Scherer and Bill Scherer and on the Zoom
17 feed is Eric Hager from Conrad and Scherer.
18      MR. COLLINGSWORTH:  Terrence
19 Collingsworth and I'm representing myself.
20      MR. WELLS:  Trey Wells for the Drummond
21 plaintiffs.
22      MR. PRESLEY:  Ben Presley for the
23 Drummond plaintiffs.

Page 9

1      MS. SHERMAN:  On Zoom, Anna Katherine
2 Sherman for the Drummond plaintiffs.
3      THE REPORTER:  Is that all?
4      MR. WELLS:  That's all counsel, yes.
5      THE REPORTER:  Claudia, I need to swear
6 you in if you'll raise your right hand.
7      (Court Reporter swears in interpreter.)
8
9        JAIME BLANCO MAYA,
10 after having been first duly sworn, testified
11 as follows:
12
13      THE REPORTER:  Usual stipulations,
14 Attorneys?
15      MR. PAULK:  That's fine.
16      MR. WELLS:  Yes.  We will designate
17 this deposition confidential pursuant to the
18 protective order.
19      We also have a few preliminary
20 objections that we will handle as the
21 deposition goes forward.  Number one, we were
22 advised mid to last week that the court
23 reporter, videographer, and translator would

3 (Pages 6 - 9)

CONFIDENTIAL

Page 10

1 all be remote instead of in person. So to
2 the extent the video quality or the
3 deposition is otherwise unusable, we object
4 to its use.
5      We also received nine documents at
6 about 7:45 last night from Terry
7 Collingsworth --
8      THE REPORTER: I'm getting an internet
9 connection unstable.
10     INTERPRETER: All counsel present, this
11 is the interpreter speaking, do you want or
12 need the interpreter to interpret your
13 objections throughout the deposition.
14     MR. WELLS: This is Trey Wells again.
15     I'm restating my objections and I
16 think we're proving it out here right now.
17     We were advised mid to late last week
18 that instead of being physically present,
19 that the reporter, videographer and
20 translator were going to be participating
21 remotely. To the extent that that causes the
22 video to be unusable or in any way difficult
23 to understand, interpret or hear, we object

Page 11

1 to its use.
2      We were also provided via e-mail about
3 7:45 last night nine documents from Terry
4 Collingsworth that he intends to use during
5 the deposition today. We object to the use
6 of these unproduced documents or questions
7 about them.
8      We also received this morning an audio
9 file that is represented to be testimony from
10 some other person in the JEP process which
11 has also not previously been provided to us.
12 It's all in Spanish. We have not been able
13 to review it and we object to its use as
14 well.
15     MR. COLLINGSWORTH: This is Terrence
16 Collingsworth. I'll briefly respond. As Mr.
17 Wells knows, as I represented, I received
18 those documents yesterday from Mr. Blanco and
19 I produced them shortly thereafter.
20     MR. BLANCO: I apologize, but I came
21 here to participate in these proceedings. I
22 do not speak English. Apparently, this
23 hearing has already started, but I don't know

Page 12

1 what is going on.
2      Would you kindly translate that for me?
3      MR PAULK: Would you please tell Mr.
4 Blanco that we just had some preliminary
5 objections that the parties are working
6 through?
7      MR. BLANCO: All right.
8 EXAMINATION BY MR. PAULK:
9    Q. Good morning, Mr. Blanco.
10   A. Good morning.
11   Q. Would you please tell me your full
12 name?
13   A. My full name is Jaime Blanco Maya, I'm
14 seventy-one years of age, and I'm Colombian.
15   Q. And you have sat for a deposition
16 before; correct?
17   A. Yes, in the beginning of my own
18 detention, I had appeared before in one of
19 these depositions. I really don't remember
20 because so many years have gone by, and as
21 you can understand, once you reach a certain
22 age, your mind fails you, but I do -- I do
23 remember the deposition, I appeared before

Page 13

1 U.S. authorities, that I do remember, so I
2 understand how this process works.
3    Q. Thank you. If you need a break at any
4 point, please let me know and we will
5 accommodate that. Okay?
6      And I apologize for the delay we had in
7 getting the technical difficulties worked
8 out. Thank you.
9    A. Okay.
10   Q. Can you read English?
11   A. No.
12   Q. Do you speak English?
13   A. No.
14   Q. Are you being represented by counsel
15 today?
16   A. Yes. Before the JEP in regard to
17 restoration, I have been appointed an
18 attorney who is going to observing these
19 proceedings, his name is Cesar Pinilla. And
20 because of his schedule -- scheduling
21 conflict, he won't be here until
22 approximately 10:00 a.m.
23   Q. So you do expect to have a lawyer

CONFIDENTIAL

Page 14

1 present at some point during the deposition
2 today?
3    A.  I prefer that we get started with these
4 proceedings, and once he arrives, he can join
5 the proceedings then.
6    Q.  Is he representing you personally or is
7 he just responsible for overseeing your case
8 as it moves through the JEP?
9    A.  Well, he is an attorney, he was
10 assigned to me by the JEP because of the
11 JEP's self representation system.  So he was
12 the attorney assigned to me in order to
13 assist me and to be present with me in any
14 proceedings.
15    Q.  Did you do anything to prepare for your
16 deposition today?
17    A.  Would you repeat that again, please?
18       THE INTERPRETER:  Would you like the
19 interpreter to go ahead and repeat it?
20       MR. PAULK:  Yes, please.
21    A.  Well, as far as preparing, no, I did
22 not prepare.
23       What I did do, I reviewed some of the

Page 15

1 things that I said before the JEP Restorative
2 Justice, that I am undergoing currently under
3 the JEP.  I made a commitment to them that I
4 will tell the truth.  And because of that, I
5 was released.  So I'm a free man now.  So I
6 cannot step outside of those things where I
7 was told by the JEP and those things that in
8 due time they will be able to corroborate.
9       So I definitely reviewed those things
10 that happened before my release about two
11 years ago and the statements that I gave in
12 regards to what is the topics regarding my
13 commitment with the Restorative Justice and
14 the JEP.
15    Q.  Did you review any prior testimony that
16 you had given in cases involving Drummond?
17    A.  Well, yes.  Yes, of course.  And as I
18 said before, this is -- this statement that I
19 will be giving -- this testimony I will be
20 giving will be in regards to only the topics
21 that we are dealing, meaning the false
22 testimony and accusations that have been made
23 against me here in Colombia and the bribing

Page 16

1 charges against me in the United States.
2       So I will not step out of those things
3 within this jurisdiction and if there are any
4 questions that are asked of me that don't
5 have to do with this process, I will not
6 answer them.
7    Q.  Did you meet with anyone in preparation
8 for your deposition today?
9    A.  Well, yes.  Yes, I reviewed some
10 documents.  I was trying to ask and figure
11 out how this process was going to proceed.
12       So I met with Ivan Otero and that
13 second name that was just mentioned.  I met
14 with Terry Collingsworth and Ivan Otero.
15    Q.  When did you meet with Mr. Otero?
16    A.  Well, we are friends from the same
17 town, so we have been friends for quite a
18 long time.  Whenever we meet up, we play
19 dominos, we have a beer, we have a drink.
20       So ever since I have been released, I
21 visit Valledupar at least every three months
22 after I was released from prison in order to
23 meet with him and see him and greet him.

Page 17

1    Q.  Did you meet with Mr. Otero and
2 Collingsworth together in preparation for
3 your deposition?
4    A.  Well, as I told you before, when we
5 met, it was somewhat of an informal meeting,
6 it was to get him to explain to me the topics
7 of this deposition.  There was no need to
8 prepare for this deposition because the
9 statement that I gave to the JEP is the same
10 thing that I'm going to say here.
11       So it is clear in my mind and I just
12 quickly reviewed the statements that I gave
13 to the JEP.
14    Q.  When did you last meet with
15 Collingsworth before today?
16    A.  Well, I got out of prison on October
17 the 27th of 2021.  And since I got out, the
18 first time that I saw him, and I think it was
19 because he had not come to Colombia or if he
20 did perhaps he didn't tell me that he had
21 been to Colombia, so the last time I saw him
22 was four years, that was before my release
23 when I was still detained and he came to

5 (Pages 14 - 17)

CONFIDENTIAL

Page 18

1 visit me when I was still an inmate there.
2      So I think that I didn't talk to him
3 for four or five years.  And I am sure that
4 during the two years and two months that I
5 have been released -- which since I have been
6 released, I have not talked to him and
7 neither has he come to Colombia.
8      So he does not speak Spanish, so
9 whenever we had a meeting, we had to be very
10 formal since we had to use the services of a
11 translator because he does not speak Spanish
12 and I do not speak English, so our
13 communication was not very fluent.
14    Q.  Did you meet with Collingsworth
15 yesterday?
16    A.  Yes, we had a burger together.
17    Q.  Who was at that meeting?
18    A.  Attorney Ivan Otero -- I'm sorry, Ivan
19 Otero and his son, they were present who
20 happens to be here today.
21    Q.  How long did the four of you all meet
22 yesterday?
23      THE INTERPRETER:  Sorry, the

Page 19

1 interpreter didn't get the phrase of what the
2 witness said.
3    A.  Well, I went to their hotel and we had
4 lunch in the a.m.  and then After that, at
5 about 1:00 p.m., we went across the street
6 from where the hotel is and we had a burger.
7 And then after that, I went to rest.
8    Q.  Has anyone offered you any sort of
9 benefit or assistance for testifying today?
10    A.  No, no one has offered me anything --
11 well, let me clarify something.  I am not
12 awaiting any money or expecting any money
13 rather.
14      Well, there is something I would like
15 to clarify.  There is no maximum amount of
16 money that anyone can have that can buy you
17 freedom, and that was something that I
18 obtained, I obtained my freedom and that is a
19 benefit that money cannot buy.  I just wanted
20 to clarify that.
21    Q.  Besides money, has anyone offered you
22 any sort of assistance or benefit in order to
23 induce you to testify today?

Page 20

1    A.  No, no one has because simply this is
2 going to be a repeat of the version that I
3 had already had given to the special
4 jurisdiction.  So, no, I wasn't offered any
5 kind of benefit and the jurisdiction, the
6 JEP, they basically want to be on watch, and
7 that is why I have obtained the most
8 important component of this goal, my freedom
9 which was the product of me telling the
10 truth.
11      And so the trial will be here simply to
12 confirm -- that I will verify rather that I
13 will not be stepping out of the boundaries of
14 what I have already stated to the JEP.
15    Q.  Has anyone offered or given any type of
16 benefit or assistance to any of your family
17 members or anyone associated with you?
18    A.  No.  The only benefit that I enjoy at
19 this very moment is a plan -- security plan
20 that they are -- that is being provided; a
21 vehicle with two escorts that have been
22 provided by the Colombian government for my
23 protection.

Page 21

1      So that is the only person, entity, or
2 State that is providing any kind of benefit
3 at this time.
4    Q.  Do you recall previously giving a
5 deposition in 2012 in a case that Mr.
6 Collingsworth had filed against Drummond?
7    A.  Yes.  I remember, yes.
8    Q.  And before that deposition you had been
9 convicted of having some role in the deaths
10 of Valmore Locarno and Victor Hugo Orcasita;
11 correct?
12      THE INTERPRETER:  Would you please
13 repeat the question?
14      MR. PAULK:  Can you read it back to
15 him, please?
16      THE INTERPRETER:  Madam Court Reporter.
17      (Reporter reads requested portion.)
18    A.  Yes, that is correct, but let me see.
19 I was not clear as to the date when I
20 testified before the American authorities,
21 but do let me tell you the following:
22      In 2011, that was the completion of the
23 trial stage of my case, and it was found that

6 (Pages 18 - 21)

CONFIDENTIAL

Page 22

1  I had a nexus to the deaths of Mr. Locarno
2  and Mr. Orcasita, so therefore I was
3  sentenced to four hundred and fifty months
4  starting in 2013.
5      But if we go back just a little bit, in
6  2012, I testified before the American
7  authorities but I was already done with the
8  trial, I was simply awaiting sentencing by
9  the judge.
10    Q. Thank you. That's what I wanted to
11 clarify was that when you testified before
12 the American authorities in the Drummond case
13 you had not actually been sentenced yet;
14 correct?
15    A. Yes, that is correct.
16    Q. I'm going to show you the sentencing
17 document in a few minutes, but I first want
18 to ask you to tell us how many months were
19 you sentenced to?
20    THE INTERPRETER: I need more
21 clarification as to what the witness means.
22    A. Well, it is not necessary for you to
23 show me the document since I have a

Page 23

1  memorandum in my pocket which I will show to
2  all of the parties. It is a document that
3  has -- it's eighty pages long and I will give
4  everyone access and anyone participating in
5  this process today will have access to my
6  sentence.
7      Q. Is that one of the documents that you
8  gave to Mr. Collingsworth yesterday?
9      MR. COLLINGSWORTH: There is a
10 correction in the translation. She said
11 eight pages --
12    THE INTERPRETER: So sorry. Eighty
13 pages.
14    A. Yes, I did give it to him yesterday,
15 gave him the file yesterday. Yes, I did turn
16 them over to him.
17    THE INTERPRETER: The interpreter would
18 like to clarify when the witness is talking
19 about memory, if he's talking about an
20 external memory, a technical memory. Just a
21 minute.
22    The interpreter would like to make a
23 correction for the record. The witness was

Page 24

1  referring to a thumb drive, an external
2  memory drive he said, and this is the
3  interpretation of his answer.
4      A. I will turn it in here. There are ten
5  files here on this external memory and I
6  would like to clarify that I will not answer
7  any questions if I cannot corroborate my
8  answers with documentation because then it
9  would be an improper question.
10    So this information, this is something
11 that was proven, this is the statement that I
12 gave before the special jurisdiction which
13 can be corroborated with documents. Even
14 after a year of making these assertions to
15 the special jurisdiction, they were able to
16 verify and realized that everything that I
17 had told was the truth.
18    So, again, I will not answer any
19 questions unless I can support them, back
20 them up with documentation.
21    MR. WELLS: Strike the answer as
22 non-responsive.
23    Q. (BY MR. PAULK) Mr. Blanco, how many

Page 25

1  months in prison were you sentenced to for
2  having some role in the death of Locarno and
3  Orcasita?
4      A. I was sentenced to four hundred and
5  fifty-five months in prison. If I'm not
6  mistaken, I was also sentenced to pay --
7  ordered to pay the amount of $2,500 monthly
8  Colombian salaries as well.
9      Q. Can you briefly explain what you were
10 convicted and sentenced for?
11    A. Well, that is my sentence as per the
12 Colombian authorities. This is a fact.
13    So how can I explain what my sentence
14 was when it is contained in the documentation
15 that I am attaching hereto, and that has to
16 do -- refers to the sentence, what I'm going
17 to be turning in today.
18    Now, for this sentence, the sentence is
19 not based on reality because I was determined
20 to be the decisionmaker or the one who made
21 the determinations pursuant to what they call
22 the proven truth.
23    At any point, this will be clarified,

7 (Pages 22 - 25)

CONFIDENTIAL

Page 26

1 but as of now I simply submitted a sentence
2 and an agreement to the topics that would be
3 dealt with.
4    Q.  Is that criminal case still ongoing or
5 is it over?
6    A.  Well, see, in Colombia there is what is
7 called the ordinary justice which is an
8 adversarial system.  So I was first sentenced
9 in the first trial court and the second trial
10 court.  There is a certain force that we use
11 in Colombia.
12       THE INTERPRETER:  The interpreter needs
13 a minute, please, to confirm term.
14    A.  This is an annulment or quashing
15 procedure.
16       This case goes before the highest
17 judicial system in Colombia, the Supreme
18 Court.  But then the Supreme Court took this
19 request for annulment and what they did, they
20 turned it over to the transitional justice
21 which is where the case is being held at this
22 point -- or handled at this point, rather.
23    Q.  When you say transitional justice, are

Page 27

1 you referring to the JEP?
2    A.  It is transitional.  Yes, it is the
3 JEP.  It is transitional as far as
4 restorative justice which is not an
5 adversarial system.
6       So what they do, they look into the
7 case in-depth in order to determine the
8 compensation that would be given to the
9 victims and it also deals with the true
10 conflict that is in -- happening with things
11 in Colombian.
12       So, yes, it is not adversarial, it is
13 transitional and restorative in nature.
14       MR. WELLS:  Strike as non-responsive.
15    Q.  (BY MR. PAULK) In order to be accepted
16 into the JEP, do you have to tell the truth
17 when you're giving statements to the JEP?
18       MR. WELLS:  Object to form.
19       THE INTERPRETER:  The interpreter heard
20 an objection.  May the witness answer the
21 question?
22       MR. PAULK:  He may answer.
23       THE INTERPRETER:  Very well.

Page 28

1 Counselor, will you kindly repeat the
2 question in order to be accepted by the JEP?
3    Q.  (BY MR. PAULK)  Are you required to
4 tell the truth in any statements that you
5 give to the JEP?
6       MR. WELLS:  Object to form.
7    A.  Well, as I said in the beginning, the
8 JEP transitional jurisdiction, it's similar,
9 to corroborate and the vindication found for
10 the victims.
11       The main component and the leading
12 purpose of the JEP is to find and to get to
13 the truth; that is the main purpose, the
14 leading purpose to get to the truth.
15       Many people went to the JEP in order to
16 have their statements corroborated.  But then
17 when they could not corroborate the
18 truthfulness of their statements that they
19 made, they were expelled by the JEP.
20       In my case, the contrasting
21 information, the investigated information,
22 accepted my truth as being the truth.
23       And for that reason, I am therefore

Page 29

1 enjoying the benefits that I'm enjoying
2 today.
3    Q.  (BY MR. PAULK) The statements that you
4 have made to the JEP have been truthful then;
5 correct?
6       MR. WELLS:  Object to form.
7    A.  That is correct, yes, it is.
8    Q.  (BY MR. PAULK) Mr. Blanco, the case
9 that you previously gave a deposition in
10 involving Mr. Collingsworth and Drummond we
11 refer to as the Balsaro case.  So I may refer
12 to it as the Balsaro case today.  Okay?
13       THE INTERPRETER:  I'm sorry, Counselor,
14 would you repeat the case with Collingsworth
15 and --
16       MR. PAULK:  Drummond.
17       THE INTERPRETER:  I'm sorry?
18       MR. PAULK:  Drummond.
19       THE INTERPRETER:  Oh, yes, thank you.
20    A.  Well, I didn't know that before, but
21 now I have this information because, see, in
22 Colombia, Balsaro is those people who get
23 around on the rafts, water rafts.

8 (Pages 26 - 29)

CONFIDENTIAL

Page 30

1    Q.  Balsaro was the name of one of the
2  plaintiffs in that case.
3    A.  Well, it is possible that during that
4  deposition I dealt with some topics related
5  to the homicide and other things as well.
6        But what I do want to clarify that I'm
7  only going to answer questions here that have
8  to do with the topic of the bribes in the
9  United States and the false testimony in
10 Colombia because I have made this commitment
11 to the JEP that I would do so.
12       Now, do not wear yourself out by asking
13 questions that do not have anything to do
14 with the topic that we're dealing with here,
15 meaning the bribes in the U.S. and false
16 testimony in Colombia.
17       Let me clarify here that there are two
18 proceedings going on in the Colombian
19 ordinary justice system.  One of them is
20 being handled at the 251st Prosecutor's
21 Office, and this has to do with the
22 conspiracy to commit an offense and homicide.
23       And the other one is being handled by

Page 31

1  the 5th Court, and that one, that 5th
2  prosecution or Prosecutor's Office has to do
3  with the false testimony case.
4        I have requested the prosecution in the
5  5th prosecution's office to please forward
6  all of my cases to the JEP because the JEP is
7  the court that has jurisdiction on all of
8  these cases, but it hasn't been sent over
9  yet.
10   Q.  Do you recall before you testified in
11 the Balsaro case at your deposition that you
12 signed a declaration, signed a --
13       THE REPORTER:  William, we lost you.
14   A.  Yes, I remember.
15       (Defendant's Exhibit 1 was marked and
16 attached.)
17   Q.  (BY MR. PAULK) I'm handing you what I
18 have marked as Defendant's Exhibit 1.
19       For our coordinator, it's Tab 3.
20       THE INTERPRETER:  Counselor, the
21 interpreter needs clarification for
22 translating a term accurately.  When we are
23 talking about the defendant, are we talking

Page 32

1  about the criminal defendant or a civil
2  defendant?
3        MR. PAULK:  When I mark the exhibits,
4  I'm referring to the to defendant in this
5  case, this civil case.
6        THE INTERPRETER:  The civil case.
7  Thank you.  Because in Spanish we have a
8  different term for it, a defendant in a civil
9  action versus a defendant in a criminal
10 action.
11       So for the sake of clarity, thank you
12 very much.  I appreciate it.
13       MR. PAULK:  Thank you.
14       Hold on.  That's the wrong tab.  I
15 think you need to look for -- we need
16 Defendant's Tab 3.
17   Q.  (BY MR. PAULK)  While we're looking for
18 that online, I'm going to hand you what I
19 have marked as Defendant's Exhibit 1 and ask
20 you to review it.  There's a Spanish
21 translation at the front and here is where
22 the English starts (indicating).
23   A.  Well, based on the heading and also on

Page 33

1  the signature, yes, that is my signature
2  supposing, of course, that nothing has been
3  changed or edited.  Even though the pages are
4  not identified, that is the statement that I
5  gave at the time.
6    Q.  And you can see on the last page that
7  it looks like you signed it sometime in
8  October of 2011.  Do you see that?
9    A.  Yes, that is correct.
10   Q.  And before signing this declaration,
11 did you meet with Mr. Collingsworth?
12   A.  Yes, sir.
13   Q.  Do you recall when you first met Mr.
14 Collingsworth?
15   A.  Well, as to remembering that clearly,
16 no, the first time, but I do remember having
17 met him.  I remember having talked to him
18 whenever he visited a few times talking to
19 him.
20   Q.  I'm going to hand you what I'm marking
21 as Defendant's Exhibit 2 which is Tab 16,
22 Defendant's Tab 16.
23       (Defendant's Exhibit 2 was marked and

9 (Pages 30 - 33)

CONFIDENTIAL

Page 34

1 attached.)
2      THE CONCIERGE:  Counselor, I'm having a
3 few issue with the exhibits I need to speak
4 with you about.
5    Q.  (BY MR. PAULK)  My question is whether
6 this refreshes your recollection about around
7 the time that you first met Mr.
8 Collingsworth?
9    A.  Well, I would have to go to my computer
10 and figure how many e-mails I received in
11 eleven years, a month, and sixteen days
12 during my incarceration.  This is dated
13 2/19/2011.  So in order to find out whether I
14 sent this or not, I would have to go and look
15 it up in my computer and to see all the
16 e-mails that I sent.
17      But it does say here -- clearly says
18 "Greetings, I hope all is going well," and it
19 is signed by Allie, which I believe was the
20 translator that was being used at the time.
21    Q.  And this is your e-mail address; isn't
22 it, at the top of the bottom e-mail heading?
23    A.  Correct.  Yes, that is correct, Jaime

Page 35

1 Blanco1999@yahoo.com, yes, that is correct.
2    Q.  Mr. Collingsworth sent this e-mail to
3 some other people and you are not copied on
4 it.
5      I'm going to read the first sentence of
6 Mr. Collingsworth's e-mail and the translator
7 is going to translate it.
8      He says, "This guy can deliver
9 everything and now understands that the
10 defendant company is throwing him under the
11 bus."
12      Do you know who Mr. Collingsworth was
13 referring to when he says the defendant
14 company?
15      THE INTERPRETER:  The interpreter would
16 like to clarify, just repeat something for
17 accuracy.
18    A.  Look, I was not copied on that e-mail,
19 neither did I have any knowledge of this
20 e-mail.  I presume that when they are talking
21 about the defendant company, they were
22 referring to Drummond, although at the time I
23 didn't have any knowledge of any proceedings

Page 36

1 going on in Colombia.  So I presume that they
2 are talking about Drummond.  Again, I was not
3 copied on the e-mail, nor did I have
4 knowledge about its contents, so I cannot
5 really say anything about that.  I cannot say
6 that I had knowledge about this.
7    Q.  Do you know what Mr. Collingsworth
8 meant when he says that you now understand
9 that the defendant company is throwing him
10 under the bus?
11      MR. WELLS:  Object to the form.
12    A.  I don't have the ability to understand
13 at this very moment what it was that was
14 meant, but, yes, there is a term that is used
15 in common jargon here that is the equivalent
16 of throwing somebody under the bus is when
17 they tell the truth about this person.
18    Q.  (BY MR. PAULK) Do you recall if by
19 February 19, 2011 you had provided any
20 statements implicating Drummond in the deaths
21 of the two union leaders?
22      THE INTERPRETER:  February 19, 2011
23 just to clarify?

Page 37

1      MR. PAULK:  Yes.
2      THE INTERPRETER:  Thank you.
3      This is the interpreter speaking.  Mr.
4 Blanco is talking to the interpreter at this
5 point.  First, his answer was the
6 following --
7    A.  Well, let me see.  I don't remember
8 based on the date, but I want to --
9      THE INTERPRETER:  This is the part
10 where he is addressing the interpreter --
11 since my explanation is going to be long,
12 what I propose is that I stop or pause in
13 order to give an explanation of what really
14 happened, took place.
15      The interpreter said, yes.  As a matter
16 of fact, the interpreter was about to ask all
17 parties and also to instruct the witness to
18 kindly pause in between these utterances just
19 to ensure that the interpretation is complete
20 and accurate.
21      The interpreter is now interpreting
22 back to Mr. Blanco what she stated to
23 counsel.

10 (Pages 34 - 37)

CONFIDENTIAL

Page 38

1    Thank you, Mr. Blanco, because that
2  makes the interpreter's job easier.
3    Q. (BY MR. PAULK) If I may, let me ask a
4  series of questions, Mr. Blanco.
5    Do you recall if by February 2011 you
6  had come to the conclusion or belief that
7  Drummond might be accusing you of having
8  responsibility for the union leaders'
9  murders?
10    MR. WELLS: Object to the form.
11    A. No -- well, I'm not clear as to this
12  date, but let me tell you the follow
13  narrative --
14    MR. PAULK: Let's let the interpreter
15  get that down.
16    THE INTERPRETER: The interpreter needs
17  just one minute, please.
18    A. Let me share with you this narrative.
19  Back in March of 2012 -- 2021, the president
20  and then vice-president of Grumo were killed.
21    So that lead --
22    Q. (BY MR. PAULK) Hold on. Hold on.
23    THE INTERPRETER: The interpreter needs

Page 39

1  to ask for clarification as to the word that
2  was used by the witness. The interpreter
3  wants to make sure that she is interpreting
4  this accurately. One of the definitions
5  would be to kill, but it also could be to
6  finalize, so the interpreter would ask for
7  clarification.
8    MR. PAULK: I think there may also be
9  confusion on the dates.
10    MR. WELLS: She said 2021. I think he
11  was referring to --
12    THE INTERPRETER: 2001, I'm so sorry.
13  March 12th of 2001.
14    Thank you very much for the
15  clarification.
16    MR. PAULK: I think it's March --
17    THE INTERPRETER: March 12th, 2001.
18    A. Yes, 2001, March 12th.
19    THE INTERPRETER: Also, the interpreter
20  would like to make sure that when he used the
21  word it means killed.
22    Just one more clarification for the
23  sake of the interpreter needs to look up a

Page 40

1  term.
2    A. Back in March 12th of 2001 when the
3  then president, then vice-president, were
4  killed, this caused a great number of doubts
5  against two individuals, Jaime Blanco Maya
6  and Alfredo Araujo.
7    And as a matter of fact, at the burial
8  of the union leaders, there were some people
9  screaming. They were screaming --
10    THE INTERPRETER: The interpreter
11  looked up the term, and it means -- I would
12  like to confirm with the witness -- the
13  interpreter would like to ask for
14  clarification.
15    Senior Blanco --
16    A. Yes, there were just screaming. There
17  was a rally going on versus the two of us.
18    Now, there is something, though, that I
19  would like to clarify here, and that I would
20  like to clarify that I am not accusing in any
21  way from Mr. Araujo because these things that
22  were being said against us in this was
23  against the two of us.

Page 41

1    Due to those events on March 12th,
2  2001, due to these events, I negotiated with
3  the multi-national company Drummond in order
4  to end early the contract that I had with
5  them for services.
6    And as a product of such agreement, the
7  transactions and the purchase and sale, these
8  documents are also in the files on the thumb
9  drive that I will be submitting, and because
10  of the voluntary actions of all the parties
11  participating in these negotiations, meaning
12  Drummond and ISA, there is a document, the
13  document that I already told you about that I
14  would be presenting, in that document we
15  kindly entered this agreement that had been
16  reached in regards to the early termination
17  of my contract of my business with the
18  company, and that agreement was not signed by
19  any of the officers of Drummond, officers in
20  Colombia, because the amount exceeds five
21  hundred thousand.
22    THE INTERPRETER: The interpreter wants
23  to clarify.

11 (Pages 38 - 41)

CONFIDENTIAL

Page 42

1     A.  So for that reason because this
2 agreement exceeded that amount of five
3 hundred thousand U.S. dollars, this document
4 was executed by Mike --
5        THE INTERPRETER:  The interpreter
6 apologizes to ask for the pronunciation.  Is
7 it Zervos?
8        MR. PAULK:  Zervos, Z-E-R-V-O-S.
9     Q.  Mr. Maya --
10       MR. WELLS:  I move to strike everything
11 in that answer except for the original answer
12 to the question did he believe -- allege that
13 Drummond had throw him under the bus, and I
14 think his answer was, no, I don't know or no
15 and everything after that we would move to
16 strike.
17       MR. COLLINGSWORTH:  And I object to you
18 misstating the testimony which will be
19 recorded.
20    Q.  (BY MR. PAULK) Mr. Blanco, you
21 mentioned that you had a contract with
22 Drummond; is that right?
23    A.  Correct.

Page 43

1     Q.  Can you explain briefly what was the
2 contract for?
3     A.  The contract was for the provision of
4 food for the participants.  And what I mean
5 by the daily participants, or the
6 participants who carried out a daily roles, I
7 mean the operators as well as the workers
8 themselves, meaning not including the
9 executives.
10    Q.  And are you referring to workers who
11 worked for Drummond performing their mining
12 operations in Colombia?
13    A.  Yes, that is correct, meaning the
14 people who did the labor, who worked in the
15 mines, the workers there, the machine
16 operators, the people who did the work, but
17 not the benefactors.
18       MR. COLLINGSWORTH:  Can we take a
19 five-minute break?
20       MR. PAULK:  We are going to take a
21 five-minute break.
22       VIDEOGRAPHER:  Off the record at 11:01
23 a.m.

Page 44

1        (Short recess was had.)
2        VIDEOGRAPHER:  On the record at 11:14
3 a.m.
4        MR. PAULK:  I've got two things I would
5 like to say on the record.
6        First is, I think we covered this, but
7 for our interpreter, I don't think we need to
8 translate any objections that are not
9 instructing the witness not to answer.
10       THE INTERPRETER:  Very well.
11       MR. PAULK:  Thank you.
12    Q.  (BY MR. PAULK) And the second is, Mr.
13 Blanco, I appreciate that you have a lot of
14 information that you want to share today and
15 I'm going to do my best to try to ask you
16 questions that get out that information.  But
17 especially because we have a court reporter
18 in place, I'll just ask you to please try to
19 answer as concisely as possible the questions
20 that I ask.  I apologize if it seems like I'm
21 rude when I'm stopping you, but it's very
22 difficult for her to answer very long
23 statements.  Thank you.

Page 45

1        THE INTERPRETER:  You meant the
2 interpreter and not the court reporter?
3        MR. PAULK:  The interpreter, yes.
4 Thank you.
5     A.  Yes, precisely.  And I would like to
6 summarize the narrative that I was giving.
7        I had a contract with the
8 multi-national company through which I would
9 be providing food.  This contract was signed
10 in 1996 and it ended in -- on August 30th,
11 2001 or late July as agreed by both parties.
12       MR. WELLS:  I move to strike as
13 nonresponsive.
14       I would just like to state this for the
15 record.  During the break, Mr. Blanco left
16 the room with Mr. Otero and had some
17 discussion that I'm not aware of what they
18 discussed.
19       I'm, not making accusations because
20 they may not be familiar with process in the
21 United States, but this is being recorded for
22 trial purposes and trial witnesses are not
23 permitted to speak to the parties in between

12 (Pages 42 - 45)

Page 46

1 their testimony while they are testifying at
2 trial.
3      We request that no further discussions
4 during breaks about the testimony occur.
5      THE INTERPRETER:  The interpreter would
6 like to go ahead and render the
7 interpretation.
8      MR. COLLINGSWORTH:  I would add to
9 that, though, that Mr. Wells began by saying
10 he wasn't making accusations and he ended by
11 saying there cannot be discussions about the
12 testimony.
13      He doesn't know what they were
14 discussing and I think it's improper to
15 assume that there was something improper
16 going on.
17      Q.  (BY MR. PAULK)  Mr. Blanco, before the
18 break, you were telling us about your
19 contract and you just told us that you
20 entered into it in 1996 and that it ended in
21 either late July or August 2001.  Is that
22 correct?
23      A.  That is correct.

Page 47

1      Q.  Mr. Blanco, can you please let me ask a
2 question, please, and then we will -- my
3 question is, why did your contract end?
4      A.  Because the parties came to an
5 agreement to end the contract as it appears
6 on the document that I will be attaching.  It
7 was a mutual agreement between the parties to
8 end this contract.
9      (Defendant's Exhibit 3 was marked and
10 attached.)
11      Q.  (BY MR. PAULK) I'm going to hand you
12 what I'm marking as Defendant's Exhibit 3.
13 Is this your original contract with Drummond
14 -- first contract with Drummond?
15      MR. WELLS:  Object to the form.
16      A.  No, this is not the contract, these are
17 offers that I used to convey to Drummond.
18 These were offers that I was -- commercial
19 offers -- or business offers rather that we
20 had to submit to Drummond which eventually --
21 and then become in the contract.
22      Q.  Thank you for that clarification.
23      (Defendant's Exhibit 4 was marked and

Page 48

1 attached.)
2      Q.  (BY MR. PAULK) I'm now handling you
3 Defendant's Exhibit 4.  Is this another one
4 of the offers?
5      A.  Yes, they are still offers.
6      Q.  Now, I'm handing you Defendant's
7 Exhibit 5.
8      (Defendant's Exhibit 5 was marked and
9 attached.)
10      Q.  (BY MR. PAULK) Is this another offer?
11      A.  These are documents that go together
12 with the offers, these contain prices.  But
13 the contract documents, it hasn't been -- I
14 didn't remember the exact documents, by the
15 way, these documents, but the contract itself
16 has not been presented as being the contract
17 that was signed on July of 1996 with the
18 multi-national Drummond.
19      (Defendant's Exhibit 6 was marked and
20 attached.)
21      Q.  (BY MR. PAULK) I'm going to hand you
22 what I'm going to mark as Defendant's Exhibit
23 6.  Is this the contract?

Page 49

1      A.  Perfect now.  Yes, this is Contract
2 Number CS02596, and this is the contract that
3 -- according to what it says, it establishes
4 the initial contract relationship with
5 Drummond -- oh, wait.  Let me see it.  I
6 didn't remember this.  This is signed by.
7      THE INTERPRETER:  Interpreter speaking
8 phonetically, Delbert Lee.
9      A.  I don't remember, but he was the
10 vice-president of operations.  He was the
11 manager of the mines according -- and he was
12 the person who signed the contract.  Yes.
13 This is the contract -- oh, no.  No, no, no,
14 no.  No, this is dated 7/13/1996.  And
15 according to this, this was signed here by
16 Mr. Linares who is the current president;
17 that is, Jose Miguel Linares.
18      But the initial contract, I don't know
19 why that is who signed it because he was not
20 the president at the time, he was the
21 vice-president of corporate issues.  I think
22 that he was the vice-president of these
23 corporate issues, but he had to deal with

CONFIDENTIAL

Page 50

1 legal matters involving the contract. At the
2 time, that was his role. He was not a
3 decisionmaker at the time, but he was the one
4 who dealt with all the legal contract issues
5 within the company.
6    Q. Do you believe that Drummond signed the
7 original contract that governed your
8 relationship with Drummond?
9    THE INTERPRETER: Counselor, so sorry,
10 the interpreter needs you to please repeat
11 the question.
12    Q. Who do you recall at Drummond signed
13 the initial contract that governed your
14 relationship with Drummond?
15    THE INTERPRETER: The interpreter is
16 going to go ahead and repeat the
17 interpretation.
18    A. Linares. Linares was who signed it.
19    THE INTERPRETER: I'm sorry, the
20 interpreter is having some trouble hearing
21 the witness.
22    A. The contract has both of our
23 signatures. The contract was signed by Jose

Page 51

1 Linares, the representation of the
2 multi-national Drummond, and he signed the
3 original contract with me with my business.
4 I signed on behalf of my business and he
5 signed on behalf of Drummond.
6    Q. So you said that the contract was then
7 terminated by mutual agreement in August or
8 July of 2001. Do you have any idea why your
9 contract was terminated?
10    MR. WELLS: Object to the form.
11    A. It is clear as per the documents that
12 this contract was terminated pursuit to
13 mutual agreement if the parties want to take
14 a look at it or if anybody wants to look at
15 it. An agreement -- this mutual agreement it
16 is an agreement between two individuals and
17 it can be terminated. In this case, it was a
18 mutual agreement to terminate.
19    If anybody wants to open up this
20 contract, you can look at the contract
21 itself, not the heading. It is clear this
22 was a bilateral agreement between the parties
23 to terminate this contract.

Page 52

1    There is something here I would like to
2 clarify.
3    Q. Hold on, Mr. Blanco.
4    MR. PAULK: For our exhibit
5 coordinator, do you have my exhibits
6 available?
7    THE CONCIERGE: Not yet. I apologize.
8 I'm working on it.
9    Q. (BY MR. PAULK) Mr. Blanco, aside from
10 what the document that's on your thumb drive
11 says, did you have discussions with anyone at
12 Drummond about why your contract was being
13 terminated?
14    A. We let's see. Let's say that we
15 conducted a time analysis and the bottom line
16 for the termination of this contract was
17 because of the union members. Since there
18 was no logical reason -- since there was no
19 logical basis to terminate this contract, I
20 sat down with Mr. Linares and we mutually
21 agreed in this decision to terminate the
22 contract, and in exchange I received the
23 amount of $350,000.

Page 53

1    THE INTERPRETER: I'm sorry, the
2 interpreter didn't hear the purpose of this
3 money, so I ask the witness to repeat.
4    A. So I received the amount of $350,000
5 and that was for the purchase of both real
6 estate and non-real estate property. There
7 was also a compensation in the sum of
8 $150,000 for the early termination of the
9 contract and also benefits that were paid to
10 my employees, but this was an agreement
11 between two individuals.
12    Other than that, there was no issue
13 with the termination of the contract.
14    Q. Did Drummond pay you the money that the
15 termination agreement required them to pay
16 you?
17    A. I did receive this money
18 satisfactorily, yes. It is very clear in the
19 contract as I said before that this contract
20 was not signed by Mr. Linares, but it was
21 signed by Mike Zervos. I received the
22 $600,000, and this was the compensation for
23 myself and also for my employees. So, yes,

14 (Pages 50 - 53)

Page 54

1 the contract was complied with
2 satisfactorily.
3     There is something, though, that I had
4 want to clarify. The signatures that appear
5 on the documents are those of Mr. Zervos and
6 Jaime Blanco, meaning myself. And since we
7 weren't in the U.S., we don't really use
8 notaries, there are two witnesses who signed
9 this, and one of them was Mr. Jose Linares,
10 and this will -- and this you will be able to
11 see in the documents I will be attaching.
12   Q. After you and Drummond signed this
13 termination agreement, did your business
14 relationship with Drummond end?
15   A. Yes, this ended the formal relationship
16 between us. During the period of time that
17 the investigation was ongoing and also the
18 death of the union leaders, and this took a
19 very long time, occasionally I met with
20 Attorney Jaime Bernal Cuellar who was the
21 attorney for Drummond, and we met in his
22 offices in the evening to let Drummond know
23 that I had concerns about being detained,

Page 55

1 but, no, we didn't have any other dealings
2 other than that.
3     Attorney Jaime Bernal Cuellar who
4 represents Drummond, Drummond's interest, he
5 did come and visit me when I was in prison,
6 but, no, I did not have any other dealings or
7 relationships with Drummond.
8   Q. Why were you concerned about being
9 detained?
10   A. Well, I gave a voluntary statement to
11 the prosecutor, the 12th prosecution dealing
12 with human rights. And consequently, there
13 was an injunction -- the finding was that
14 there would be an injunction and it would be
15 considered that I had nothing to do with the
16 murders of the union leaders.
17     Then I knew that more evidence would be
18 going forward as part of the process and I
19 know that sooner or later I was going to be
20 detained for the same.
21   Q. And were you eventually detained?
22   A. Yes, that is correct. I was detained
23 on September 6th, 2010.

Page 56

1   Q. Between the date that your contract was
2 terminated in 2001 and when you were detained
3 in 2010, did you have any further discussions
4 with Drummond about the termination of your
5 contract?
6   A. The only person that I had any contact
7 with and I already told you this was around
8 2008 was Attorney Jaime Bernal Cuellar who
9 was Drummond's attorney. So whenever I spoke
10 to him, I spoke to him on behalf of Drummond.
11   Q. Why were you speaking with him in 2008?
12   A. Because I know I was going to be
13 apprehended, so I knew what kind of trouble I
14 was in -- I wanted to know what kind of
15 trouble I was in.
16     THE INTERPRETER: Sorry, correction.
17   Q. Why did you feel like you should
18 communicate with a lawyer for Drummond about
19 that?
20   A. Well --
21     THE INTERPRETER: Interpreter needs a
22 minute to put her thoughts together.
23   A. Well, the topic that was dealt with

Page 57

1 just so it's clear, at the time was that I
2 wanted Drummond to know what my legal
3 situation was. So he came to visit me when I
4 was detained at the facility where I was
5 detained. He started visiting me when I was
6 there in custody to offer assistance in
7 regards to these legal difficulties that I
8 was going through.
9   Q. Why did you want Drummond to know about
10 these legal difficulties?
11   A. Well, who is this individual Jaime
12 Bernal Cuellar? I sought him because he is a
13 prestigious attorney in Columbia. Is he a
14 former general counsel -- Attorney General
15 for the nation in the past.
16     So I wanted to let Drummond know what
17 my situation was in case I would be detained
18 so they could help me.
19     And so then afterwards I left to go to
20 Venezuela for two years. And upon my return,
21 I was detained. And as I said, Mr. Cuellar
22 is a very prominent, influential individual
23 having been the Attorney General for the

15 (Pages 54 - 57)

CONFIDENTIAL

Page 58

1 nation, and this is a topic that I will share
2 with you later on as to my relationship with
3 him.
4    Q.  Why did you believe, though, that
5 Drummond would have any interest in what
6 happens to you as it relates to the
7 investigation into the union leaders'
8 murders?
9        MR. WELLS:  Object to the form.
10       THE INTERPRETER:  Interpreter needs a
11 minute to gather her thoughts.
12    A.  I will reframe from answering this
13 question because I was very clear that during
14 this deposition the only topics that I would
15 be addressing will be the bribes and also the
16 defamation that's taking place here.
17       Now, there is a process already in
18 place under the 251st prosecution, and I am
19 already scheduled to testify on January the
20 16th of next year in regards to the topics
21 that right now are being --
22       THE INTERPRETER:  The interpreter needs
23 to ask Mr. Blanco to please repeat the very

Page 59

1 last part of his answer.
2    A.  So as I have already stated, I am
3 scheduled to testify on January the 16th of
4 next year in regards to the issues that have
5 to do with the accusations against the
6 president of Drummond, and this is going to
7 be held at the 251st office of the prosecutor
8 that deals with consultations.
9    Q.  Between July or August of 2001 when
10 your contract was terminated and September of
11 2010 when you were detained, did you have any
12 conversations written or oral with anyone at
13 Drummond about the reason your contract was
14 terminated?
15       And before you answer, I just want to
16 make sure that our translation is between
17 2001 and 2010.
18    A.  Well, as I already explained, I did
19 visit with Doctor -- I'm sorry, Attorney
20 Jaime Bernal Cuellar at the same building,
21 that is if they are still using the building.
22 Normally, these visits took after 7:00 p.m.
23 or after 8:00 p.m., and so it was twice that

Page 60

1 I visited with Attorney Jaime Bernal Cuellar.
2    Q.  Between the date you were detained in
3 2010 and when you sent this e-mail which is
4 in Defendant's Exhibit 2 to Mr. Collingsworth
5 in February of 2011, did you make any
6 statements to the authorities accusing
7 Drummond of playing any role in the death of
8 the union leaders?
9    A.  Well, I don't remember exactly having
10 sent this e-mail as I have already stated in
11 February of 2011.
12       But before we go into that, I would
13 like to give a little bit of background about
14 my detention.
15    Q.  Well, before you do that, let me ask
16 you this:  Are you aware or do you recall
17 that the declaration you signed in October of
18 2013 -- 2011, excuse me, accuses Drummond of
19 having some role in the death of the union
20 leaders; do you recall that?
21    A.  Well, I don't want you to cut me off
22 because I would like to give a chronological
23 rendition.  But if you stop me by asking

Page 61

1 another question, then I cannot complete my
2 natural explanation of the events, that's why
3 I had suggested speaking in chunks for the
4 interpretation to take place.
5       I don't know, give me ten minutes,
6 fifteen minutes, five minutes, two minutes,
7 and then in turn I will be answering your
8 question.
9    Q.  I understand, Mr. Blanco.
10 Unfortunately, that's not how this process
11 works, so I'm going to have to keep asking
12 you some questions but I am going to try to
13 let you provided the information you want.
14 Okay?
15       My simple question is in October of
16 2011, you signed this declaration accuses
17 Drummond of having some role in the death of
18 the union leaders; correct?
19    A.  Correct.
20    Q.  Thank you.  And in your October 2011
21 declaration, you also accused Drummond of
22 funneling money to the AUC through your
23 business, ISA; correct?

16 (Pages 58 - 61)

CONFIDENTIAL

Page 62

1     MR. WELLS:  Object to the form.
2     A.  That is correct, and that is the truth
3  that has been proven in the legal system in
4  Colombia -- the judicial system in Colombia.
5     Q.  (BY MR. PAULK)  When did you decide to
6  begin accusing Drummond of having a role in
7  the deaths of the union members or in
8  funneling money to the AUC?
9     A.  Well, I decided to do this about two or
10  three moments after I had been detained.
11  This was in the beginning or in late 2010.
12     The objective, which I will explain to
13  you eventually, was -- the reason why I
14  decided to change my plan, my defense plan
15  that is, instead of defending myself, I
16  decided to go the way of confessing.  So if
17  it is pertinent, I would like to clarify
18  about something about this later on.
19     But as an individual, legally I am free
20  to change my defense at any time pursuant to
21  the laws in the Constitution of Colombian as
22  I am allowed or committed by the laws and the
23  Constitution of Colombia.

Page 63

1     Q.  Why did you decide to change your plan?
2     A.  Well, this is going to be a little bit
3  longer, but ask that you trust me.
4     When I was detained, I was able to
5  locate Mr. Cuellar, Attorney Cuellar, and I
6  was able to find him through another inmate
7  who was there.  So that's how I started
8  having conversations with Cuellar hoping that
9  he would able to help me in my sentencing
10  process of his power and his influence.
11     So in the process of having these
12  conversations, my wife, she got me
13  photocopies of the very voluminous process
14  that was going on, the accusatory process
15  that going on in the 12th Prosecutor's Office
16  for human rights.
17     So I slept very little.  I would stay
18  up all night reading these documents and
19  double-checking this process that was going
20  on.
21     And then there was one day during the
22  early morning hours that I found the document
23  proving that everything Jaime Cuellar was

Page 64

1  telling me was a lie.
2     There was in this document, which I
3  happen to have here, that an individual, Mr.
4  Jose Miguel Linares, he told prosecutors that
5  this contract was ended unilaterally and it
6  was based because of the bad quality of my
7  services contrary to the document that
8  contained the transactional issues, the sale
9  and purchase at the time.
10     So this is when I realized that they
11  were telling lies about me and I did not
12  proceed to file any charges or accusations
13  against Attorney Linares because my
14  understanding is that this was a manipulation
15  that led these persons -- this individual to
16  come up and say -- tell of these lies.
17     So if you read my -- the sentencing
18  justification or sentencing written by the
19  judge, in this document he argues and he uses
20  this document that contains some of this
21  false information, these lies which lack the
22  truth.
23     So at that point, the prosecution, what

Page 65

1  they did, they used that against me in order
2  to sentence me saying that the reason behind
3  the termination of my contract was because of
4  the poor quality of the food which was not
5  something that was present at all.
6     MR. PAULK:  We're going to take just a
7  short break for a minute.  We will be back in
8  a few minutes.
9     VIDEOGRAPHER:  We're off the record at
10  11:14 a.m.
11     (Short recess was had.)
12     VIDEOGRAPHER:  We are on the record at
13  11:21 p.m.
14     Q.  (BY MR. PAULK)  Mr. Blanco, before we
15  go on, I just want to ask you about a couple
16  of documents.  These are a few of the ones
17  that I understand you provided to
18  Collingsworth yesterday.
19     The first for our exhibit coordinator
20  is Tab 32.  Is this the document that you
21  testified earlier resulted in the termination
22  of your contract with Drummond?
23     A.  Yes, that is correct.  The title of it

17 (Pages 62 - 65)

CONFIDENTIAL

Page 66

1 is a Transaction and Purchase and Sale
2 Agreement.
3    Q. Before we move on, is that the lawyer
4 from JEP, Mr. Blanco?  Can you --
5       MR. PAULK:  Let's go off the record for
6 just a second, please.
7       VIDEOGRAPHER:  Off the record at 12:23
8 p.m.
9       (OFF-THE-RECORD.)
10      VIDEOGRAPHER:  On the record at 12:24
11 p.m.
12      MR. PAULK:  All right.  We have a new
13 lawyer that has joined and I'm going to allow
14 him to identify himself and explain why you
15 are here.
16      MR. PINILLA:  Good morning, everyone.
17 My name is Cesar Pinilla.  I am the lawyer
18 for the Special Jurisdiction of Peace.  I am
19 representing Mr. Blanco in the deposition I'm
20 here because I want to be here in this
21 process.  I will be with him for whatever we
22 need.
23      MR. PAULK:  Gracias.

Page 67

1       And Gregg, can you pull up Tab 32 again
2 that we had open?
3    Q. (BY MR. PAULK)  Mr. Blanco, you were
4 saying this is the document that ended your
5 relationship with Drummond; correct, business
6 relationship with Drummond?
7    A. Now, this contract is what put an end
8 to the business relationship.
9       Now, there is a part here of this
10 contract that I know someone who can see it
11 where it states that it's a termination -- an
12 agreement for the transaction in the sale and
13 purchase, and that it is a mutual agreement
14 by both parties because Drummond has
15 consistently stated -- or lying rather, they
16 have been always lying and they insist that
17 the termination of the contract was
18 unilateral.  And for that reason, the
19 prosecution used those motives to accuse me
20 and sentence for these charges.
21      MR. WELLS:  We move to strike
22 everything after him identifying that it is
23 the contract.

Page 68

1    Q. (BY MR. PAULK) Mr. Blanco, if our
2 exhibit coordinator is able to scroll through
3 this agreement, will you be able to identify
4 the provision that you're talking about
5 regarding the mutual decision to terminate
6 the agreement?
7       If you would like, you can read through
8 it during our lunch break if that would be
9 easier if you haven't read it in awhile.
10   A. Okay.  It's there, it is in print and
11 it's clear keeping in mind the title of this
12 document is agreement, it's an agreement for
13 a transaction for the sale and purchase.
14      So underline the word agreement which
15 is an accord between two parties.
16   Q. I'm going to come back to this.
17      MR. PAULK:  Gregg, can you pull up Tab
18 33 please?
19   Q. Mr. Blanco, is this the document that
20 you were testifying earlier about that you
21 saw after you had been detained that started
22 to cause you some concern?
23      MR. WELLS:  Just for the record, this

Page 69

1 is one of the documents that was only
2 produced late last night that we have an
3 objection to and we can have continuing
4 objection to any questions on this document.
5       MR. PAULK:  Can the court reporter
6 repeat my question, or the translator, do you
7 gave it?
8       THE INTERPRETER:  Yes.
9    A. Yes, this is my document which
10 fundamental for my four hundred and
11 fifty-five month service and I have read it
12 and I have read it multiple times.
13      There is a document there that is
14 executed by Jose Linares.  I know who is
15 behind this document.  The person that is
16 behind this document is Attorney Cuellar.
17 And together with the prosecutor, Cuellar
18 says that the reason why the contract was
19 taken away from me or terminated, there was
20 an unilateral decision and that the reason
21 behind it was because of the bad quality of
22 the service and there is -- and it says so
23 very clearly.

18 (Pages 66 - 69)

CONFIDENTIAL

Page 70

1      And also, there is a letter, a closing
2  letter of the contract which apparently got
3  lost or never existed.
4      This is false, this information is
5  completely truly untrue, that -- and I have
6  made my peace with God and I decided that I'm
7  not going to file charges against Attorney
8  Linares, but this is what led to the sentence
9  that I received.  And if you look at the
10  document where it contains the comment is
11  completely false.
12      MR. WELLS:  Move to strike everything
13  after identifying the document.
14      Q.  (BY MR. PAULK) When did you first see
15  this document?
16      A.  I did when -- there were all of these
17  copies, all of these pleadings because here
18  in Colombia what they do is they have a
19  process that is called --
20      THE INTERPRETER:  I'm sorry, the
21  interpreter needs to ask for clarification.
22      A.  I saw this document because of a letter
23  that I was allowed by the prosecution -- they

Page 71

1  allowed me to remove and look at this letter
2  and that's how I found out about it.  I found
3  out about it because I was going through
4  hundreds of pages because this is the process
5  that they use in Colombia, the prosecution
6  office.  They hold all of the pleadings, all
7  of the communications that has to do with the
8  Drummond case.
9      So it was one night I was looking at
10  the documents, and it was approximately
11  December 2010, it had just been about two or
12  three months since I had been detained when I
13  realized that this document was there.  And
14  if anybody has any doubt as to this document,
15  this is a document that the prosecution has
16  in their filings of your pleadings here in
17  Colombia.
18      MR. PAULK:  Before I forget, Gregg, I
19  would like to mark this as Defendant's
20  Exhibit 7.
21      (Defendant's Exhibit 7 was marked and
22  attached.)
23      Q.  (BY MR. PAULK) And Mr. Blanco --

Page 72

1      MR. WELLS:  Note my objection.
2      Q.  (BY MR. PAULK) Mr. Blanco, why were you
3  concerned when you saw this document in
4  approximately in December of 2010?
5      A.  Because the strategy that I was going
6  to use in my defense, and this is something I
7  had discussed with Attorney Cuellar that it
8  was to defend me -- to help me defend myself.
9      So if an individual who has this
10  contract, they lied to the prosecution and
11  that is what we call a witch hunt because
12  they are telling lies.  They are saying
13  things that are not true.
14      And with all due respect because he is
15  a -- Attorney Jaime Bernal Cuellar being a
16  prestigious, very prestigious as he is, he
17  laid out a track for me.  This is a lie.  And
18  Linares, two years before that he had already
19  sent this document to the prosecution and
20  they were trying to take me for a fool or
21  something.
22      MR. COLLINGSWORTH:  Will you clarify
23  the exhibit?  Did you mark the termination

Page 73

1  agreement?
2      MR. PAULK:  No, but I will.
3      Q.  (BY MR. PAULK) Mr. Blanco, was it this
4  document that led you to believe that
5  Drummond may be throwing you under the bus?
6      MR. WELLS:  Object to the form.
7      A.  Perfect.  That's it.
8      Q.  (BY MR. PAULK) Did you see this
9  document before you ever met Terry
10  Collingsworth?
11      A.  Yes, yes.
12      THE INTERPRETER:  Sorry, the sound was
13  a little bit muffled, the interpreter is
14  asking would you please repeat the answer.
15  The interpreter was only able to hear yes,
16  yes.
17      Mr. Blanco is asking the question to be
18  repeated.  May the interpreter go ahead and
19  reinterpret the question?
20      MR. PAULK:  I will ask him again.
21      Q.  (BY MR. PAULK) Did you see this
22  document that is on your screen for the first
23  time before or after you met Mr.

19 (Pages 70 - 73)

Page 74

1 Collingsworth?
2    A. Well, let me see. I'm not clear about
3 it. But what I'm clear about is that this
4 was before making the statement that I gave
5 to the American authorities, the one that we
6 have been talking so much about already.
7       So this document I discovered it two
8 months into my imprisonment. And it had been
9 twelve years since then, so of course I'm not
10 going to have some of this information clear
11 in my head. But it was in late 2010 when I
12 found this document because that was the time
13 when my wife brought me the copies of the
14 prosecutor's pleadings.
15    Q. After you met with Mr. Collingsworth in
16 February of 2011, did you tell him that you
17 required any type of assistance or benefits
18 in order to sign a statement implicating
19 Drummond in either the union member deaths or
20 in supporting the AUC?
21    A. In late 2010, I made it clear that I
22 was cooperating with the prosecution. And as
23 a matter of fact, it is stated in an official

Page 75

1 document that is in the file. I think it was
2 documented either five or six.
3       So then when the prosecution answered
4 me at first in request of these documents of
5 January or February of 2011, what they said
6 to me was, Mr. Blanco, we're going to send
7 some investigators.
8       So they sent these investigators and I
9 told them everything, everything regarding
10 this investigation. So I was told that the
11 investigation of me was being closed, but
12 instead they will be opening up a file
13 wherein I admitted guilt, guilty of the
14 offense that I was charged with at the time,
15 and the documents are there for you to see
16 them.
17       So a new file was opened in regards to
18 my cooperation.
19    MR. WELLS: Move to strike as
20 nonresponsive and hearsay.
21    Q. (BY MR. PAULK) You told the prosecutor
22 that you were willing to cooperate in late
23 2010. Did you insist to anyone that you

Page 76

1 receive any type of benefit in order to
2 change your story and start cooperating?
3    A. Well, let me see. Let's conduct the
4 following analysis. All right. Well, let me
5 see. I went to the prosecution and the
6 prosecution carried out an inquiry. Now,
7 this inquiry can be modified, this is not
8 something that is testified to under oath,
9 but it can lead in a different direction. So
10 one possibility was that I would admit the
11 charges that I was being accused of and then
12 I did get some benefits that in effect I
13 would get was a lesser sentence. At the
14 time, that's when I made the decision to
15 cooperate with the prosecution.
16       Let me ask you -- let me ask you this
17 question: If someone is innocent, why would
18 somebody who is innocent plead guilty in
19 exchange for a gift that you are getting. I
20 mean, that is just -- it blows your mind. It
21 defies logic.
22       THE INTERPRETER: Sorry, the
23 interpreter is having trouble keeping

Page 77

1 up because there are so many proper names.
2       I'm going to ask the witness to please
3 pause and give the interpreter an opportunity
4 to convey that information.
5    A. When I was detained in Decoda
6 approximately ten years later, you know
7 people commented. For instance, there was
8 this person by the name of Pax Holland --
9    THE INTERPRETER: The interpreter needs
10 clarification.
11    A. Pax Holland, Ms Marie Moore, Mr. Ortega
12 and somebody from the Commission of Justice
13 and Peace, and that was when I met the
14 Attorney Zervos who I did not know at the
15 time that he was an attorney to handle
16 litigation. I was led to believe at the time
17 he was with an NGO and then I learned that
18 was working for a law firm in the United
19 States.
20       THE INTERPRETER: The interpreter is
21 just going through to review what the witness
22 said so he know where he left off.
23    MR. PAULK: And I think he may have at

CONFIDENTIAL

Page 78

1  some point said Pax, P-A-X, Holland, as in
2  the country Holland.
3      A.  Yes, it was Pax originally.  It's a NGO
4  and its name originally was Pax Christy, but
5  they did away with the religious affiliation
6  or name and instead they replaced it with Pax
7  Holland.
8          It was also the Commission of Justice
9  and Peace.  This is a NGO which is under the
10 person who is the Justice of the peace, the
11 person who is leaving this post now in
12 Colombia who is on his way out from his post.
13         And there were also two FBI agents, one
14 person by the name of Manuel Ortega and Mark
15 Barry.
16         So these two FBI detectives, they said
17 that they were --
18         THE INTERPRETER:  Sorry, the
19 interpreter needs to ask -- the
20 interpretation was not very clear to the
21 interpreter before she conveys her
22 interpretation.
23     A.  So these two FBI agents or detectives

Page 79

1  they said were part of this Commission led by
2  the Prosecutor Elizabeth Potea, P-O-T-E-A,
3  and they wanted to open up a criminal case as
4  they call it, a criminal case in the United
5  States.  I met up with them and I told them
6  my version of the story and then they left
7  for the United States.
8          So then subsequently about two months
9  later, they came back and they asked me if I
10 had any evidence in order to prove the story
11 that I had told them, the version of the
12 story that I told them because they would not
13 be able to open up a criminal case without
14 evidence.
15         I told them I did not have any
16 evidence.  After that, I had received a call
17 and I was told that the prosecutor said that
18 without evidence and with just testimony,
19 that they would not be able to open a
20 criminal case.
21     Q.  Mr. --
22         MR. WELLS:  Move to strike as
23 nonresponsive and also it appears Mr. Blanco

Page 80

1  is referring to notes sitting in front of
2  him.  He has looked down at them several
3  times during the last exchange.  I would like
4  to get a copy of the notes and attach them as
5  an exhibit when we break for lunch.
6          MR. PAULK:  That's fine.  I think he is
7  making notes as I ask him questions, but
8  that's perfectly fine.
9      Q.  (BY MR. PAULK) Mr. Blanco, let me ask
10 you a couple of very succinct questions here.
11         When you began cooperating with the
12 Fiscalia in 2010, did anyone offer to provide
13 you any type of financial benefits or
14 otherwise in exchange for cooperating with
15 the Fiscalia?
16         THE INTERPRETER:  Sorry, this is the
17 interpreter had a slight cutoff of the audio
18 and the interpreter couldn't hear what the
19 witness said right after everybody wanted to
20 see Drummond --
21     A.  Well, I will answer this question.
22 This is going to be the one million dollar
23 question and answer.  Everyone offered me

Page 81

1  assistance because body wanted to see
2  Drummond being punished for the death of the
3  union leaders; many people offered to help
4  me, NGOs as well as private individuals.
5          Now, Terry, who is sitting here for
6  this, he did help me, he did help me
7  financially for my defense.
8          And I'm telling you this to your face
9  as I'm looking at your faces today, that had
10 nothing, nothing whatsoever had to do with
11 the change of mind when I made the decision
12 to assist in the prosecution.  It had nothing
13 to do with that.
14         I don't remember how much it was that
15 Terry helped, how much help I got from Terry.
16         But as far as my decision, this is a
17 decision that I made that was already in the
18 works within me to cooperate in order to get
19 an early resolution sentence.
20     Q.  Mr. Blanco, I'm going to ask you
21 about --
22     A.  I'm not done.
23     Q.  Let me ask you a question.  I'm going

21 (Pages 78 - 81)

CONFIDENTIAL

Page 82

1 to let you talk about the assistance Mr.
2 Collingsworth provided in a moment.
3      My question is when you began
4 cooperating with the Fiscalia in late 2010,
5 had anyone offered to provide to you any type
6 of financial assistance in order for you to
7 cooperate with the Fiscalia?
8      MR. WELLS:  Object to the form.
9 A.  No.
10 Q.  (BY MR. PAULK) Now, tell me if you will
11 what conversations you had with Mr.
12 Collingsworth about assistance that you
13 wanted for your defense as it relates to you
14 signing of the declaration that we looked at
15 earlier.
16 A.  Well, I told Terry the whole truth
17 about this, then we decided to cooperate by
18 giving the statement, cooperate with the
19 United States in this process.
20      But now, this is not incident to what
21 is going on here.  It has nothing to do with
22 it because this has already been proven
23 through testimony, documentation, as well as

Page 83

1 technical evidence, so that didn't carry any
2 weight in being influenced to change my
3 defense, and that has been proven.  I mean, I
4 don't know what else.
5 Q.  Why did you tell Mr. Collingsworth that
6 you wanted assistance with your defense fees
7 before you would sign this declaration?
8      MR. WELLS:  The witness was reading
9 something on his phone.  Can we ask what he's
10 reading before his answer?
11      MR. PAULK:  Hold on.  Do you have my
12 question down first?
13      Do you have my question transcribed
14 first?
15      THE INTERPRETER:  Are you asking the
16 court reporter or --
17      MR. PAULK:  Yes, and the reporter.
18      (Reporter reads requested portion.)
19      MR. PAULK:  Now, before that question
20 is translated, Madam Interpreter, will you
21 please ask the witness what he was just
22 reading on his phone for the last five to ten
23 seconds or so.

Page 84

1 A.  Well, I'm going to read to you what I
2 was reading and what I was searching.
3      MR. WELLS:  He doesn't have to read it.
4      MR. PAULK:  Hold on.
5 A.  Okay.  I'm going to read to you.  I was
6 reading a paragraph and it has to do with the
7 resolution of an accusation against Augusto
8 Jiminez Mr. Linares, and this was a
9 resolution proved in the trial court in
10 Bogota which is something that helped the JEP
11 release me.  It said the follows --
12      MR. PAULK:  Let's pause there for a
13 minute.
14      MR. WELLS:  Let him read that.
15      MR. PAULK:  I agree he should.
16 Q.  (BY MR. PAULK) In the interest of time,
17 Mr. Blanco, I'm not your lawyer, but I would
18 ask that you don't read from your phone
19 during the deposition.
20      MR. PAULK:  Can you translate that,
21 please?
22 Q.  (BY MR. PAULK) I'm sure someone at some
23 point today might ask you about the document

Page 85

1 you are reading from and you will have a
2 chance to talk about it at that point.
3      THE INTERPRETER:  May the interpreter
4 interpret?
5      MR. WELLS:  It is completely improper
6 for a witness on the witness stand to be
7 reading anything from his phone in providing
8 his testimony.  We're going to object to that
9 and if we need to get Judge Proctor on the
10 phone, we need to stop the deposition right
11 now and do that because we're not going to
12 continue with him searching his phone to help
13 him testify.
14      MR. PAULK:  I just instructed him to
15 put his phone down, Trey.  Okay?  I can't
16 control him, he is not my witness.  If he
17 want to continue to do that, we will get the
18 Court on the phone.  This is the first time
19 he's done it.  I instructed him to put his
20 phone down.
21      You wanted him to read it and he read
22 it and then you stopped him because you
23 didn't like what he was reading.  Okay?

22 (Pages 82 - 85)

CONFIDENTIAL

Page 86

1    We are going to continue with the
2 deposition, I've asked him to put his phone
3 down.  If he refuses my instructions, there
4 is nothing I can to about it.
5    I'm going to continue with the
6 deposition.
7    Madam Court Reporter, will you please
8 ask -- reiterate for the witness that counsel
9 is asking him to not read from his phone
10 during his deposition.
11    MR. WELLS, as long as we have an
12 agreement that the witness will not be
13 reading from his phone during his testimony,
14 we do not have to get the Judge on the phone.
15 I understand your statement, you do not
16 control him.  If he continues to do that,
17 then we will get the Judge on the phone and
18 THE Judge does have some ability to control
19 him.
20    Q. (By MR. PAULK)  All right.  Mr. Blanco,
21 let me re-ask my question again.  Why did you
22 tell Mr. Collingsworth that you wanted
23 assistance with your criminal defense fees

Page 87

1 before you would sign a declaration for him?
2    A. WELL, that was the agreement between
3 Terry and I and I do not remember having a
4 problem that I would sign -- that I would do
5 this before signing the statement.  So I did
6 ask him for help, and I did get the help that
7 I asked for in order to change the strategy
8 of my defense.  That, I do admit.
9    Now, I'm going back to what I was
10 reading before.
11    Q. Hold on.  What type of help did you get
12 as it related to your defense from Mr.
13 Collingsworth?
14    A. It was money.  I don't remember the
15 number or the amount right now, but it was
16 money.
17    Q. Did that money go to you or to someone
18 else?
19    A. I abstain from answering right now
20 telling who received the money because I'm
21 not going to self-incriminate myself.
22    Q. Did the money go to the lawyer that
23 represented you?

Page 88

1    A. Yes, the money went to a few of the
2 attorneys that I had at the time.
3    Q. And can you tell us their names?
4    A. I cannot.
5    Q. Do you know who was providing the money
6 that went to a few of the attorneys?  Do you
7 know -- strike that.
8    Do you know where the money was coming
9 from that went to the attorneys?
10    A. I don't have the slightest idea.
11    Q. When you signed your first declaration
12 in October of 2011, which is Defendant's
13 Exhibit 1 that we've looked at, had your
14 attorneys already received some funds from
15 Mr. Collingsworth or someone associated with
16 him?
17    A. I don't remember.  But I think that the
18 monies, that was afterwards, but I really
19 don't remember.
20    Q. Did Mr. Collingsworth or anyone
21 associated with Mr. Collingsworth ever tell
22 you that they could not give you money for
23 signing your declaration.

Page 89

1    A. Well, there is something that I do want
2 you to understand.  There was nothing that
3 influenced my decision or made me change my
4 defense strategy related to the money that
5 Terry gave me.  Terry, he gave me pennies.  I
6 have always been a successful businessman.
7 Even when the contract was terminated with
8 the company, I pocketed $600,000.
9    And in exchange for a forty-year
10 sentence, just pennies, That doesn't make any
11 sense.  But they do -- they do want to make
12 it look like I changed my mind and my version
13 of the events in exchange for forty years of
14 prison.  I mean, how much can you pay for
15 that?  There is nothing you can pay for -- to
16 get forty years in prison.
17    Q. When you testified during your
18 deposition in the Balsaro case in April and
19 May of 2012, were you aware at that point
20 that you had reached some agreement with
21 Collingsworth for assistance with your
22 criminal defense fees?
23    A. Yes, I knew that by then, but this was

23 (Pages 86 - 89)

CONFIDENTIAL

Page 90

1 a decision that I had already made by late
2 2011.
3    Q. Mr. Blanco, you were asked during your
4 deposition, I'm quoting from Page 16, Line 21
5 to Page 17, Line 1, "Have you had any
6 promises or benefits provided to you?"  And
7 your answer, Line 17, Page 2, was "No, no
8 kind whatsoever."
9      Do you remember that testimony?
10    A. No, I don't remember.
11    Q. Do you know why you answered no, that
12 you had not received any benefits or promises
13 when, in fact, you had reached an agreement
14 with Mr. Collingsworth for help with your
15 criminal defense fees?
16    A. No, I don't remember.
17    Q. Has Drummond acting through anyone ever
18 offered you money not to make any negative
19 statements about Drummond?
20    A. That's a legal question.
21      I have been a kind person, I have been
22 a good person, but not filing any complaints
23 or denouncing Drummond for things that they

Page 91

1 done to me.
2      Now, the one person that did over money
3 and they offered an astronomical figure, was
4 Jaime Bernal Cuellar when he came to visit me
5 in prison.
6      The prosecution, if they have all the
7 information and having all the knowledge, I
8 don't know why they have not filed a case for
9 conspiracy to commit offenses against them
10 because -- because what was proposed to me,
11 was that -- they made this offer and that I
12 would keep my mouth shut and I wouldn't tell
13 -- I haven't said that to the prosecution.
14      So the arrangement that was made, I
15 don't understand why he hadn't been tried for
16 procedural fraud which took place in my case.
17      And, yes, there are many people who did
18 offer me money, so I don't know if it was
19 through Drummond or Mr. Cuellar on his very
20 own he made these offers so I wouldn't tell
21 the truth.
22      I was facing forty years, so what other
23 alternative did I have?  But I choose the

Page 92

1 path to tell the truth and for the truth to
2 be proven in the Colombian justice system.
3      In regard to that paragraph that I was
4 reading before in regards to the accusation
5 of these individuals, this is something that
6 has been verified by the Court in Bogota.
7      So this paragraph can be found in those
8 documents and this deals with my 5015
9 resolution by which I was granted freedom by
10 the JEP where it says that Jaime Blanco's
11 plea was not entered into in exchange for any
12 kind of economical gain, but everything that
13 he has stated can be proven and it can be
14 corroborated.
15    Q. And Mr. Blanco, I'm -- after lunch, I'm
16 going to show you some documents that relate
17 to your release, that relates to your
18 sentencing, that relates to your acceptance
19 in the JEP, okay, and you will have an
20 opportunity then to talk about those
21 documents.  Okay?
22      Before we break for lunch, I want to
23 ask you what was the proposal or arrangement

Page 93

1 that Mr. Cuellar made for you not to talk
2 about Drummond, I think as you said to keep
3 your mouth shut?
4    A. Well, in my conversations with him, I
5 told him -- well, let's see.  That in order
6 to sentence -- to go to be sentenced rather
7 as the person who gave the orders for these
8 homicides, in the eyes of the laws in
9 Colombia, this would be more an issue between
10 a contractor and a union.
11      So if I were to be sentenced as the
12 person who gave the orders to kill these
13 individuals, then it would be a matter
14 between Jaime Blanco as a contractor versus
15 the union, and then Drummond would be out of
16 it.
17      So the promise that was made was that
18 he would negotiate a sentence that would not
19 -- a lesser sentence that would not exceed
20 more that five years and that I was going to
21 receive ten thousand U.S. dollars for each
22 month I spent in custody, plus two hundred
23 million -- two million dollars upon release.

24 (Pages 90 - 93)

Page 94

1     This was supposed to be an agreement
2  with Cuellar.  But and then once I found out
3  that he was telling lies to the prosecution,
4  then I broke off this deal with him.
5     I didn't want to -- at this point, I
6  didn't want to talk to the authorities or to
7  the JEP about this because I didn't have any
8  evidence, but it was a conversation between
9  him and I at the jail and Camilo Gomez was
10  also present as the former Pax Christy now
11  known as Pax Holland.
12     This gentleman, he would go by
13  different jails and visits jails and he would
14  leave no trace at all.
15     When he went to visit me, I noticed on
16  my list or ledger of visitors, his name
17  didn't even appear on it.
18     The name --
19     THE INTERPRETER:  I'm sorry, there is
20  something in the background.  The interpreter
21  would like to start again.
22     A.  This gentleman, he used to go by
23  different jails and he would leave no trace

Page 95

1  behind.  And when I went to look at my
2  visitor ledger, his name had disappeared.
3  The name that appeared was of an attorney by
4  the last name of Castro who subsequently came
5  to visit me.
6     So it would boil down to his word
7  against mine, and the JEP would not consider
8  this without any evidence if he was to be
9  tried for conspiracy because of the dealings
10  and all the arrangements that he made because
11  he was a very, very prestigious attorney.  I
12  would say that he was a very good swindler.
13     Q.  Mr. Blanco --
14     MR. COLLINGSWORTH:  I think she
15  misinterpreted who Camilo Gomez was.  She
16  said he was Pax Holland.  I don't think
17  that's the case.
18     MR. PAULK:  Let me ask one clarifying
19  question.
20     Q.  (BY MR. PAULK) You referenced a lawyer
21  named Camilo Gomez.  Do you know who he
22  represented?
23     A.  My understanding is that he worked --

Page 96

1  he was an outside lawyer for --
2     THE INTERPRETER:  Sorry, the
3  interpreter would like to make a correction.
4     A.  Gomez worked for Drummond as a contract
5  or independent attorney.  This is my
6  understanding because my understanding is
7  that during the process there was a petition
8  or motion that was filed by Attorney Camilo
9  Gomez on behalf of Drummond as an outside
10  attorney.
11     MR. PAULK:  Thank you.
12     We need to break for lunch.  But before
13  we do, a couple of housekeeping things, I
14  want to stay on the record.
15     Gregg, could you pull up Tab 32 again,
16  please?
17     Q.  (BY MR. PAULK) Mr. Blanco, this is the
18  agreement we looked at after our last break;
19  right?
20     A.  Yes.  I don't have to look at it.  I
21  have seen the document about a thousand
22  times, so I know it.
23     MR. PAULK:  We want to mark that as

Page 97

1  Exhibit 8.  And at some point, we don't have
2  to do it now, but now that we have the
3  electronic exhibits ready, Gregg, we will
4  need to get those marked also.  I'm happy to
5  do that off the record if we can agree to
6  that, otherwise we will do it when we come
7  back from lunch.
8     (Defendant's Exhibit 8 was marked and
9  attached.)
10     MR. WELLS:  That is subject to my
11  previous objection as to these late provided
12  documents.
13     MR. PAULK:  All right.  We're going to
14  take -- how long do we want to go?
15     MR. WELLS:  Before we go off the
16  record, I would like for us to get a -- we
17  can taken a picture of it, we can both do it
18  to make sure both have a copy so that no one
19  accuses anyone of having adulterating it, but
20  don't I want everyone to leave this room
21  before we get a copy of that document.
22     MR. PAULK:  All right.  Let's -- can we
23  go off the record, get it copied before he

25 (Pages 94 - 97)

Veritext Legal Solutions
877-373-3660                                      800.808.4958

CONFIDENTIAL

Page 98

1 leaves with that? In other words, let's go
2 off the record and we will get a copy. Once
3 have a copy, we will introduce it when we
4 come back from the break, how about that?
5      MR. COLLINGSWORTH: That's fine with
6 me.
7      MR. PAULK: I'm just saying get a copy
8 and we'll come back after lunch and we'll
9 introduce the copy.
10      MR. WELLS: Okay.
11      MR. PAULK: Good. All right. So we're
12 going off. How long do we want to go? I
13 mean, I don't need very long. Thirty, forty
14 minutes?
15      MR. COLLINGSWORTH: Yes.
16      MR. PAULK: There's a cafe downstairs.
17      All right. Give us about thirty or
18 forty minutes.
19      VIDEOGRAPHER: Off the record at 1:40
20 p.m.
21      (Lunch recess was had.)
22      VIDEOGRAPHER: On the record 2:40 p.m.
23      Q. (BY MR. PAULK) Mr. Blanco, before

Page 99

1 lunch you mentioned some meetings that you
2 had with FBI agents. Do you recall when
3 those meetings occurred?
4      A. I don't know the exact date, but it was
5 in late 2010, the beginning of -- early 2011.
6      MR. PAULK: Gregg, if you will pull
7 back up Tab 32, which was Defendant's Exhibit
8 8, please.
9      Q. Mr. Blanco, before lunch you mentioned
10 that the agreement that ended your business
11 relationship with Drummond had some
12 provisions talking about a mutual decision in
13 the agreement and on the screen is that
14 agreement.
15      Can you point me to any of the
16 paragraphs that discuss this being a mutual
17 decision?
18      A. I don't understand the question. I
19 don't have it here, it's not on my screen.
20      Q. Do you need him to scroll down?
21      A. I see it. That's good -- go down a
22 bit.
23      Go in the opposite direction. I see

Page 100

1 it, that's good.
2      Well, here -- this document, I have
3 read it so many times. There's really
4 nothing that one can make up. So I'm going
5 to ahead and read it to you. So the title is
6 Transaction and Signed Purchase Agreement.
7      Q. Mr. Blanco, I guess what I'm asking you
8 is are their particular provisions of this
9 agreement that you recall seeing or that you
10 can point us to that speak to this agreement
11 being a mutual decision?
12      I don't want you to read the whole
13 document?
14      A. No, I'm not going to read the whole
15 document. It's just that in the introduction
16 it states what this document is all about.
17 I'm only going to read the four-line
18 paragraph.
19      It says -- well, after the description
20 of the signatories of this document and the
21 people holding the contract, both the
22 contract issuer and the contract recipient, I
23 am going to read to you what it says

Page 101

1 literally, and it says in quotes.
2      THE INTERPRETER: Let me find the spot
3 where the witness reads.
4      A. Parties will be known as the parties
5 and it has been agreed to carry out the here
6 going agreement of transaction and sale and
7 purchase from here forward as the agreement
8 or the agreement of transaction and purchase
9 and sale which will be guided by the
10 following description -- before the follow
11 considerations.
12      So it is clear, it is very clear that
13 it is a mutual agreement. It cannot be more
14 clear. It's a lot clearer than water as you
15 say.
16      THE INTERPRETER: May the interpreter
17 asks the witness to please perhaps point or
18 give a quote to the interpreter as to where
19 it was read just to make it easier for the
20 interpretation?
21      MR. PAULK: Yes.
22      A. It is the last four paragraphs where it
23 states as follows: "We will be called the

26 (Pages 98 - 101)

CONFIDENTIAL

1  contracting parties and who together with the
2  contractor will be here and referred to as
3  the parties, and it has been agreed," and the
4  word agreed has been repeated here about four
5  times, "have agreed to carry out the
6  agreement of Transaction and Sale and
7  Purchase herein from here on known as, in
8  quotes, 'agreements' or, in quotes,
9  'agreement as to the transaction and sale and
10  purchase which will be guided pursuant to the
11  following clauses before the following
12  considerations.'"
13      Q.  Mr. Blanco, I'm going to hand you what
14  I'm marking as Defendant's Exhibit 9.
15          This is Defendant's Tab 4.
16          (Defendant's Exhibit 9 was marked and
17  attached.)
18      Q.  (BY MR. PAULK) This is another
19  declaration that you signed in, turn to the
20  very last page, February of 2012, several
21  months --
22          THE INTERPRETER: I'm sorry.  Go ahead,
23  Counselor.

1      Q.  -- several months after you signed your
2  first declaration October of 2011?
3          MR. PAULK:  Gregg, I think we got the
4  wrong -- we need Defendant's Tab 4, that's
5  not the right document.
6          That's not the right document.  Don't
7  worry about puling it up.
8      Q.  My simple question is this:  Mr.
9  Blanco, do you recall why you signed another
10  declaration action a few months after signing
11  the original declaration?
12      A.  No, I don't remember.  I was just
13  stating the same that I had already stated in
14  the first statement, and it has been many
15  years since.
16          THE INTERPRETER:  This is the
17  interpreter speaking.  The interpreter is
18  afraid there was a slight loss of audio that
19  the interpreter was able to render the
20  interpretation as to what she was able to
21  hear.
22      Q.  Other than the assistance with your
23  criminal defense fees that we have already

1  talked about today, did anyone offer you any
2  kind of benefits to sign this declaration
3  which is Defendant's Exhibit 9 in February
4  2012?
5      A.  Many friends, they did help me out
6  through -- more or less about the case, but
7  these were my personal friends who didn't
8  have anything to do with the topic that we're
9  dealing with here today.
10      Q.  A more direct question, did Mr.
11  Collingsworth or anyone associated with Mr.
12  Collingsworth offer you any benefits or any
13  type of assistance to encourage you to sign
14  what I have marked as Defendant's Exhibit 9,
15  your declaration?
16      A.  Oh, would you repeat the question,
17  again, please?  I apologize, I did not
18  understand the name of the individual.
19      Q.  I asked whether Mr. Collingsworth or
20  anyone associated with Mr. Collingsworth
21  offered or gave you any type of benefits or
22  assistance to encourage you to sign this
23  declaration?

1      A.  No, no one.
2          MR. WELLS:  Paula Cadavid has just
3  joined as counsel for --
4          MR. PAULK:  Did you get that?
5          THE INTERPRETER:  The interpreter could
6  not hear that.
7          MR. WELLS:  Did our court reporter get
8  that?
9          THE REPORTER:  That Ms. Cadavid is
10  there.
11          MR. COLLINGSWORTH:  Why don't you
12  repeat it, Trey?
13          THE INTERPRETER:  Yes.  Will you kindly
14  move closer to the microphone.
15          MR. PRESLEY:  I would ask while we're
16  making a record of who all is here, Juan
17  Otero has been here since the beginning of
18  the deposition.  I don't believe that was on
19  the record.
20          We just had someone join the room, it's
21  Paula Cadavid who is counsel for Jose Linares
22  and Augusto Jimenez.
23          (Defendant's Exhibit 10 was marked and

27 (Pages 102 - 105)

CONFIDENTIAL

Page 106

1 attached.)
2    Q. (BY MR. PAULK)  Mr. Blanco, I'm handing
3 you what I've marked as Defendant's Exhibit
4 10.
5       MR. PAULK:  It's going to be Tab 5,
6 Defendant's Tab 5.
7    Q. Do you recognize this document?
8    A. Yes, I do recognize it.  This is a
9 document from the trial court which sentences
10 me to four hundred and fifty-five months in
11 prison for my participation in the homicide
12 of the union representatives of the
13 multi-national company.
14    Q. Will you turn to Page 10 of the
15 document, please?  At the bottom of the
16 paragraph that begins si bien, there is a
17 sentence that says -- well, why don't you do
18 this:  Can you read me the last paragraph of
19 that paragraph?
20       THE INTERPRETER:  Counselor, this is
21 the interpreter asking, the interpreter
22 hasn't been able to locate that part of the
23 document.  Can you kindly direct my attention

Page 107

1 to it?
2       MR. PAULK:  It begins si bien.
3       THE INTERPRETER:  Oh, okay.  Thank you.
4 The interpreter misunderstood.
5    A. This was part of the documents in my
6 sentencing file.  Yes, it is true, and I did
7 testify as to this in the preparatory hearing
8 before the Judge and before the prosecutor
9 who was prosecuting me for these charges.
10       Yes, it is true, I did have a close
11 relationship with the self-defense group.
12    Q. Do you know what August 28th, 2001
13 police officer report that this is referring
14 to, do you know what agreement -- what report
15 that's referring to?
16       This paragraph references a report
17 dated of August 28th, 2001 signed by a police
18 officer.  Do you know what report this
19 paragraph refers to?
20    A. Yes.  This police report refers to the
21 overcharging or the high or elevated charges
22 to my contract that were being funneled to
23 the activity.

Page 108

1    Q. Have you seen a copy of that police
2 report?
3    A. This is a police report that was
4 uploaded to the process before the JEP.  So
5 let me see.  This is in regards to the
6 contract or the agreement the JEP wherein all
7 of the documentation that was collected
8 during the ordinary court proceedings were
9 then transferred over to these special peace
10 court.  So they had the files in a program
11 that is called Legalese.  And as a user, I
12 can go in there and I can look at these
13 documents that have been -- that have been
14 filed as part of the proceedings in order to
15 corroborate the truth as to what I testified
16 before the JEP.
17    Q. Were you aware in August of 2001 that
18 there was a police report characterizing you
19 as being an ally of self-defense groups?
20    A. Yes, I had knowledge of that.  I do
21 know both of those documents.
22    Q. Do you know if in August or September
23 of 2001 Drummond was aware of that police

Page 109

1 report?
2       MR. WELLS:  Object to the form.
3    Q. (BY MR. PAULK) If you will, sir, just
4 read to yourself the first sentence of the
5 second full paragraph, that begins no --
6    A. So we don't waste any time here, I
7 would like to shed some light on this.
8       Well, every time they talk about this
9 sentence here, they are talking about the
10 transitional truth that has been proven.  I
11 admitted to all of that and I'm still
12 admitting to it.  I am not going to
13 contradict what a judicial officer says as
14 part of this sentence.
15       So this is considered a case that was
16 already tried, so my answers in this instance
17 are always going to be the same.
18    Q. Is it true as it's stated here in this
19 sentence that you read that Valmore Locarno
20 was receiving death threats a few months
21 before his death?
22    A. It is truth that has been proven.
23 There is no way I can debate this.  It is as

28 (Pages 106 - 109)

CONFIDENTIAL

Page 110

1 it is.
2    Q.  Would you please turn to Page 43 of the
3 document in front of you about the middle of
4 the paragraph -- I'm sorry, in the page, will
5 you please read to yourself the paragraph
6 that begins, entre las declaraciones?
7    A.  That's true.
8    Q.  Everything in that paragraph is true?
9    A.  Yes.
10    Q.  And this paragraph says that
11 paramilitaries were entering the La Loma
12 Casino.  Does La Loma Casino refer to the
13 area where you provided food services?
14    A.  Yes.  It goes by the name of casino,
15 but in actuality it is a food processing
16 center or a dining room.
17    Q.  Was it also true that paramilitaries
18 kept their vehicles there and displayed
19 weapons there?
20    A.  As to the weapons, I'm not quite sure
21 about that, but as to vehicles, yes, they
22 would keep vehicles there.
23    Q.  Turn to Page 45, please, and read the

Page 111

1 last paragraph of that page to yourself,
2 please, and over to the next page, too.
3        This paragraph talks about sworn
4 statements being made in 2001 in which it was
5 public knowledge that you assisted
6 paramilitaries in the area including around
7 the La Loma Casino.
8        My question is whether you know any of
9 the individuals that are named in this
10 paragraph on Page 45 and over to 46?
11        MR. WELLS:  Object to the form.
12    A.  Well, I know this person, this lady by
13 the name of Janeth Esther, I believe she was
14 the wife of one of the union members.  There
15 is a gentleman by the name of Orlando --
16        THE INTERPRETER:  Counselor, would you
17 kindly go to the next page for the benefit of
18 the interpreter to read off the names?
19    Q.  Let's hold on for a minute.  Our
20 witness needs a short break.
21        THE INTERPRETER:  Okay.
22        VIDEOGRAPHER:  Off the record at 3:17
23 p.m.

Page 112

1        (Short recess was had.)
2        VIDEOGRAPHER:  We're going on the
3 record at 3:22 p.m.
4    A.  Janeth Esther, who I believe is the
5 wife of a union member.  Orlando Ortiz
6 Sanchez; Marlon Enrique Aramendiz, who was an
7 investigator with the CTI, someone who gave a
8 report regarding my case; Jose Aristides
9 Peinado worked in the casino and he was more
10 a surveillance individual who was there
11 twenty-four hours.  He was in charge of
12 opening the garage.  And then there was Jairo
13 de Jesus Charris Castro, he was a security
14 officer in the casino and he was in charge of
15 keeping an eye on the raw materials so they
16 wouldn't be stolen.
17    Q.  Can you tell me again who Orlando Ortiz
18 Sanchez is?
19    A.  I don't remember.
20    Q.  Marlon Enrique Campo Aramendiz, he was
21 an investigator for CTI.  What is CTI?
22    A.  That is the judicial police of the
23 General Attorney's office in Colombia --

Page 113

1 Attorney General in Colombia.  Sorry.
2    Q.  If you will, look at Page 47 -- can you
3 please ask him to turn to Page 47?  And just
4 below the block quote at the top, can you
5 read that paragraph to yourself?
6    A.  (Witness complies.)  Yes, yes, yes.
7 There is clarification that I need to make in
8 regards to that.
9    Q.  My first question -- let me ask you a
10 question first.  Is this paragraph finding
11 that an aggravating factor that laid into
12 your sentence was the fact that you promoted,
13 assisted, and financed the Juan Andres
14 Alvarez front of the AUC?
15    A.  What I wanted to clarify about this
16 paragraph is that it mentions Commander --
17 also known as Tolemaida, and he was the
18 second in command -- I'm sorry, he was the
19 person in command who came in during the
20 second semester of 2000 in place of Enrique
21 who was captured who was the previous
22 commander.
23        So, yes, that is true, I just wanted to

29 (Pages 110 - 113)

CONFIDENTIAL

Page 114

1 make that clarification.
2    Q.  Thank you.  And the remainder of this
3 paragraph about you promoting, assisting, and
4 financing the Juan Andres Alvarez front, is
5 that also true?
6    A.  Yes, that is true.
7    Q.  I'm handing you what I'm marking as
8 Defendant's Exhibit 11, which is Defendant's
9 11 -- excuse me Defendant's Tab 6.
10       (Defendant's Exhibit 11 was marked and
11 attached.)
12    Q.  (BY MR. PAULK) Do you recognize this
13 document, Mr. Blanco?
14    A.  Yes.  I absolutely recognize what this
15 is.
16       So this is a document which states that
17 if you render a plea or give a statement
18 before the Court and -- Supreme Court, and
19 this was under the prosecution of human
20 rights, one can acquire the benefit by
21 cooperating pursuant to Article 413 of
22 Statute 600.  If you cooperate by telling the
23 truth, then you -- the benefit you will

Page 115

1 receive will be with a reduction of the
2 initial stated sentence.
3       So this is a process I attended and
4 this was together with the investigators who
5 went back to Drummond and they obtained
6 certain documentation that was reported on
7 the police report.  This report was something
8 that led to a favorable decision on my part.
9       So at that given moment this
10 information that I gave that did not lead to
11 a reduction in my sentence because the
12 accusations therein didn't really have to do
13 anything with the statement given.
14    Q.  And --
15       MR. WELLS:  Move to strike that last
16 part as nonresponsive.
17    Q.  (BY MR. PAULK) Who was present when you
18 made this statement?
19    A.  There were four people present when the
20 statement was given.  As it says it here,
21 there was the attorney, Maria Eslava, Jaime
22 Blanco was present, and an investigator by
23 the name of Barreto and an assistant; they

Page 116

1 were all present.
2    Q.  Was Mr. Collingsworth present?
3    A.  He had no idea about this.  This is
4 something that I did privately in order to
5 obtain a reduction of my almost four-year
6 sentence which I was sentenced here.  So this
7 is something that I did in my own defense in
8 order to try to reduce my serious sentence
9 since I had already been sentenced to four
10 hundred and fifty-five months and I was not
11 really sentenced until late 2013, that was
12 during the first four months of 2013.
13    Q.  Did you tell the truth in this
14 statement?
15       MR. WELLS:  Object to the form.
16    A.  Well, I started out with my truth in my
17 preparatory hearing which is the first
18 hearing when you are being prosecuted.  So
19 the first one was in 2012.  Then, it was
20 corroborated here.  And then after that one,
21 I was in custody, prosecutor Number 247 came
22 to the prison.
23       So here is the truth, and the truth

Page 117

1 here opened up the way in Colombia and this
2 was corroborated and they agreed with me not
3 just in the regular court of justice, but
4 also in the transitional and restorative
5 justice system.
6    Q.  Would you please turn to Page 3 of
7 Defendant's Exhibit 11, and you can take as
8 much time as you would like to read Page 3.
9 My question about Page 3 is going to be does
10 this basically describe the arrangements that
11 you had with Drummond for funneling money
12 through your business to the AUC?
13       MR. WELLS:  Object to the form.
14    A.  Well, everything that this states is
15 clear to me.  Well, I spent many times
16 analyzing this as it appears here on this
17 statement, and then I turned this over to the
18 authorities, to the prosecution.  And then,
19 the prosecution in turn provided reports,
20 technical evidence and certain orders stating
21 that they concurred with me.
22       This topic is a matter of an exercise
23 in numbers.  There was a forensic accounting

30 (Pages 114 - 117)

CONFIDENTIAL

Page 118

1 expert, and it was determined that what I was
2 saying was the truth.
3      MR. PAULK: Gregg, will you pull up Tab
4 37?
5      Q. Mr. Blanco, the document that is going
6 to be appearing on your screen in a moment is
7 one of the ones that you provided to Mr.
8 Collingsworth yesterday.
9      Is this one of the forensic accounting
10 reports that you just mentioned?
11      MR. WELLS: Object to the form and
12 object to the document and any questions on
13 it as previously stated.
14      Q. (BY MR. PAULK) You may answer.
15      A. Yes, yes, that is one of the official
16 police reports and this is the product of the
17 investigation that was carried out by the
18 prosecution.
19      MR. PAULK: I would like to mark that
20 as Exhibit 12.
21      (Defendant's Exhibit 12 was marked and
22 attached.)
23      MR. PAULK: And, Gregg, if you will

Page 119

1 then pull up Tab 36.
2      Q. (BY MR. PAULK) Mr. Blanco, this another
3 document that you provided to Mr.
4 Collingsworth yesterday. It's not quite on
5 your screen yet. What is this document?
6      MR. WELLS: Same objection.
7      A. It's a report of the statement of
8 October 15th, prosecutor 118 had this report
9 created. This is a report that the
10 prosecution has to present before the Supreme
11 Court.
12      The judicial police issued this report
13 wherein it says -- it tells Attorney
14 Fernandez that the finding must be favorable
15 in my case because it matches the truth.
16      Q. All right. I'm going to mark that as
17 Exhibit 13.
18      MR. WELLS: Again, note my objection.
19      (Defendant's Exhibit 13 was marked and
20 attached.)
21      MR. PAULK: Gregg, will you please pull
22 up Tab 38.
23      Q. (BY MR. PAULK) Mr. Blanco, a document

Page 120

1 that is going to appear on your screen in a
2 moment is another one you provided to Mr.
3 Collingsworth yesterday.
4      MR. WELLS: Same objection.
5      Q. (BY MR. PAULK) What is this document?
6      A. Well, this is an explanation that I
7 would like to give in regard to the two
8 previous documents: These reports from the
9 judicial police, these documents do not
10 constitute any kind of evidence by
11 themselves, instead as some kind of guide in
12 order for the prosecuting attorney to make a
13 decision.
14      The attorney for the victims submitted
15 a memorandum to Prosecutor 247. The
16 memorandum was in reference to that there was
17 enough evidence in order to take Drummond to
18 trial based on those reports written by the
19 judicial police.
20      The prosecutor, though, said that these
21 reports would not be considered evidence, but
22 there had to be a finding made when this was
23 analyzed more in depth in order to issue

Page 121

1 these findings and these reports corroborated
2 all of those things that were said before in
3 those reports.
4      MR. WELLS: Move to strike, no
5 foundation and hearsay.
6      Q. (BY MR. PAULK) You had something else
7 to clarify about the document I asked you
8 what it was.
9      A. Well, as I already explained before,
10 these reports by the judicial police are not
11 considered evidence. However, this order is
12 based on scientific evidence and therefore it
13 was ratified. Now, this is technical
14 evidence provided by the forensic
15 accountants, therefore it's considered
16 technical evidence.
17      Now, the attorney, Terrence
18 Collingsworth, they went ahead and they hired
19 an auditor here the U.S. by the name of
20 Crawl.
21      THE INTERPRETER: The interpreter is
22 repeating this phonetically.
23      A. They hired him in order to impeach the

31 (Pages 118 - 121)

CONFIDENTIAL

Page 122

1 documents, but the document had already been
2 ratified in the process, in the courts in
3 Bogota as technical evidence which could not
4 be disputed.
5     MR. WELLS: Same objection, I move to
6 strike on all the same bases.
7     In addition, Mr. Blanco is apparently
8 testifying about a reserved document in
9 Colombia in a proceeding in which he is not a
10 participant, so it is unclear how he could
11 possibly know about that document legally.
12     Q. (BY MR. PAULK) Do you know -- well,
13 strike that.
14     You mentioned that the document had
15 already been ratified. Do you know what
16 conclusions were drawn by the prosecutors or
17 the court system relating to these expert
18 reports that we have been looking at?
19     MR. WELLS: Same objection.
20     A. All reports, absolutely all reports
21 from the judicial police and the order that
22 was issued, they all -- the finding that they
23 all have is that it was an overcharge of two

Page 123

1 million dollars that was charged to the
2 multi-national company by my company.
3     MR. WELLS: Object on all the same
4 bases.
5     THE INTERPRETER: I'm sorry, could
6 you --
7     Q. (BY MR. PAULK) What was the purpose of
8 the overcharge that you made to Drummond?
9     A. Well, this was monies that were
10 funneled to the illegal groups in this
11 overcharge. It was something aside from my
12 -- my expenses. This was something that
13 stemmed from the food portion that were
14 served -- the services that was being
15 provided to the multi-national company.
16     Q. Who at Drummond helped you set up his
17 agreement under which you would overcharge
18 Drummond and then send the overcharges to the
19 AUC?
20     MR. WELLS: Object to form.
21     THE INTERPRETER: The interpreter is
22 asking for clarification.
23     A. The only person who handled this topic

Page 124

1 with me was the one person for whom there an
2 arrest warrant out from the prosecution and
3 this is a gringo by the name of Jim Lee
4 Adkins, a former C.I.A. agent who worked in
5 security for the multi-national company
6 Drummond.
7     Q. (BY MR. PAULK) Do you know if anyone at
8 Drummond was aware of this arrangement that
9 you and Mr. Adkins made?
10     A. Look, in regards to this topic, I only
11 dealt directly with him and he was the one
12 who would go and get the necessary approvals.
13     Now, they were -- whether or not I knew
14 for sure whether it was this guy or this
15 other person, I have no knowledge, but all
16 people -- they all used to say that they all
17 knew about this, but I never dealt in this
18 kind of negotiation with anybody else, with
19 no executive citizens of Colombia, just with
20 him directly, and he is going to have to be
21 the one to explain this to the authorities.
22     Q. Did you, in fact, provide money that
23 you received from Drummond under your

Page 125

1 contract to the AUC?
2     A. Yes, and this was from the overcharges.
3 There is no argument there. And I turned in
4 this document and this is something that was
5 turned in to the Attorney General of the
6 nation, and this is one of those things that
7 is considered a proven truth.
8     MR. PAULK: Before we move on, you
9 don't need to translate this, Gregg, I want
10 to make sure we marked Tab 38, the last
11 document we had up as Defendant's Exhibit 14.
12     MR. WELLS: Please note my objection.
13     (Defendant's Exhibit 14 was marked and
14 attached.)
15     Q. (BY MR. PAULK) Mr. Blanco, I'm going to
16 hand you what I'm marking Defendant's Exhibit
17 15, which is Tab 7.
18     (Defendant's Exhibit 15 was marked and
19 attached.)
20     Q. (BY MR. PAULK) Do you know what this
21 document is?
22     A. This is the first time I'm seeing it.
23 I have no knowledge about this.

32 (Pages 122 - 125)

CONFIDENTIAL

Page 126

1    Q. I will take that from you.
2    A. I don't know what this is about,
3 I don't remember it. If there was a point
4 I saw it, I don't remember.
5    Q. I'm now going to hand you what
6 I'm marking as Defendant's Exhibit 16, Tab 8.
7       (Defendant's Exhibit 16 was marked and
8 attached.)
9    Q. (BY MR. PAULK) Do you recognize this
10 document?
11    A. Let me see what this is because I have
12 somewhere between twenty-five and thirty
13 documents from the JEP.
14       These are the findings which after
15 verifying the evidence for years, they
16 finally decided to accept me in their court.
17    Q. And this is the document reflecting
18 that you are being accepted into the JEP?
19       MR. WELLS: Hold on. Hold on.
20    A. Yes.
21       MR. WELLS: Object. This is not a
22 Blanco document, nor does it appear to be
23 signed by anyone.

Page 127

1       So I object to any questioning on this
2 unauthenticated document.
3    Q. (BY MR. PAULK) Mr. Blanco, have you
4 seen this document before, before today?
5    A. Well, go figure. This is the winning
6 prize of my freedom. This is November 26th,
7 2019. It has been -- let's see. '19, '20,
8 '21 -- it's been four years, but this
9 document was the one that was given to me.
10 I'm sure when it was given to me, at the time
11 I read it well because this is the document
12 in which I am granted the right to appear
13 before the -- before the restorative justice.
14    Q. When the JEP issues documents like this
15 relating to you, do they send you copies of
16 those documents?
17    A. The verification must be done in
18 person. Normally, this kind of document
19 requires personal notification. So somebody
20 will come to -- from the JEP will come to
21 either the place where you are incarcerated
22 or where you are or to the registered address
23 they had in order to give you the document.

Page 128

1 And then, you have to sign a receipt as
2 evidence that you were served with this
3 document.
4       And also, you can disagree with what
5 the document says, and you can appeal it, and
6 that is the reason why this must be received
7 in person.
8    Q. Mr. Blanco, if you lied during the JEP
9 proceedings or if you lied to the JEP, do you
10 risk getting kicked out of the JEP program?
11       MR. WELLS: Object to the form.
12    A. No, I don't run the risk. They will
13 kick me out. Why would I start lying? Look,
14 they are very demanding as to their standards
15 of truth. Many people try to infiltrate --
16       THE INTERPRETER: Just one second.
17    A. Many people try to --
18       THE INTERPRETER: Can you hear me? I'm
19 so sorry.
20       MR. PAULK: Yes.
21       THE INTERPRETER: The interpreter will
22 start again.
23    A. Look, they are very demanding. The JEP

Page 129

1 is very demanding as to their standards of
2 truth. They are many people who try to
3 infiltrate by telling lies. But, again, they
4 have to undergo this verification process by
5 which they verify that the people have indeed
6 told the truth.
7       And if you notice here, these findings
8 of acceptance is dated 11/26/2019, but yet
9 the acceptance release is dated October 19,
10 2021, that's two years later.
11    Q. (BY MR. PAULK) And, Mr. Blanco, I'm
12 going to hand you what I'm marking as
13 Defendant's Exhibit Number 17 which is Tab 9.
14       (Defendant's Exhibit 17 was marked and
15 attached.)
16    Q. (BY MR. PAULK) Do you recognize this
17 document?
18       MR. WELLS: Same objection as to this
19 document, it is unsigned and not a document
20 offered by Mr. Blanco. So I object as to
21 lack of foundation, hearsay, among other
22 things.
23    A. Well, this is Resolution 5015 of the

33 (Pages 126 - 129)

CONFIDENTIAL

Page 130

1 JEP and this is once everything was
2 corroborated and this is an early granting of
3 release because I was able to surpass the
4 truth standards that had been established.
5      And I'm going to ask you to allow me
6 to make reference to Page 31, the paragraph
7 where it continues talking about this
8 resolution.
9    Q.  (BY MR. PAULK) Let me ask you a couple
10 questions about this document, Mr. Blanco.
11 If you will, please turn to Page 24,
12 Paragraph 56.
13      MR. WELLS:  William, can I have a
14 continuing objection to these documents so I
15 don't have to object every time you ask a
16 question?
17      MR. PAULK:  Yes.
18    Q.  (BY MR. PAULK) Did you find Paragraph
19 56?
20    A.  Yes, and this is true.
21    Q.  And in particular Subparagraph 56 A, B,
22 and C, have you agreed and have you, in fact,
23 told the truth about the topics in Paragraph

Page 131

1 56 A, B, and C?
2    A.  This would be basically the sign, the
3 most important part of the truth as presented
4 to the JEP.
5      I do not want to make any reference to
6 this, as I said in the very beginning of this
7 hearing because I find myself with my hands
8 tied as to accusations of false testimony
9 here in Colombia and other charges as well in
10 the United States.
11      So, no, we do not want to.
12    Q.  Will you turn to Paragraph 72, please,
13 and I would like for you to read aloud and
14 then after you finish reading, have our
15 translator translate all of Paragraph 72.
16      MR. WELLS:  Object to the form.
17    A.  This is what the judges say in court
18 and this is what it says, we already
19 mentioned the process is still in stages,
20 trial stages before the regular jurisdiction
21 of this court.  This court will only indicate
22 that information that has been submitted by
23 the moving party is in the process and this

Page 132

1 information was also presented -- was also
2 presented to the authorities in the regular
3 judicial system, and that these are a
4 fundamental support --
5      THE INTERPRETER:  Can the interpreter
6 see the next page?
7    A.  -- fundamental support that will be
8 part of the ones there's a finding or a
9 decision as to issuing an accusation.
10      Likewise, it shall be highlighted that
11 those things that have already been expressed
12 by the moving party before the JEP and the
13 regular jurisdiction in regards to his role
14 as an intermediary in financing -- between
15 the AUC from the Drummond Company are
16 consistent and there's no contradiction.
17      MR. WELLS:  I move to strike on all the
18 bases already stated.
19    Q.  (BY MR. PAULK) Please turn to Paragraph
20 81.
21    A.  Well, since we are on Page 31, why
22 don't we read what I wanted to read, please?
23    Q.  Okay.

Page 133

1      MR. WELLS:  Objection.
2    A.  On Page 31 after Subparagraph 73 --
3      THE INTERPRETER:  I'm sorry, the
4 interpreter needs a break.  I'm having an
5 emergency right now.
6      MR. PAULK:  Absolutely, of course.
7      VIDEOGRAPHER:  Off the record at 4:21
8 p.m.
9      (Short recess was had.)
10      VIDEOGRAPHER:  On the record at 4:33
11 p.m.
12    Q.  (BY MR. PAULK) Mr. Blanco, before we
13 break -- before we took that last break, I
14 was directing your attention to Paragraph 81
15 of the document in front of you.  Could you
16 flip there, please?
17    A.  Well, this is what I proposed to get
18 out of the way, Paragraph 73, and then we can
19 go with what you're saying.
20    Q.  Let me ask you about 81 first and we
21 will go back to 73, how about that?
22    A.  All right.
23    Q.  And please read Paragraph 81 to

CONFIDENTIAL

1 yourself.
2      My question, Mr. Blanco, is whether
3 that paragraph is finding that the testimony
4 you have given about Drummond's financing of
5 the AUC, the motive for the murder of the
6 union members has been corroborated with
7 other evidence?
8      MR. WELLS:  Same objection.
9   A.  Well, this is a topic that has been
10 maturing during the last twenty-two years.
11 So there is no doubt in the minds of the
12 Colombian authorities that this is true.
13 It's just that this -- the whole burden has
14 been placed on my shoulders, and it's not
15 just me saying this, but it's everyone who is
16 saying this.
17      Well, I was in the detention center.
18 The JEP came to visit me, and it's something
19 within the Colombian society that there is
20 indeed the perception that Drummond indeed
21 committed a violation of human rights.
22      MR. WELLS:  Object to the form.  Move
23 to strike, non-responsive and lack of

1 foundation.
2   Q.  (BY MR. PAULK) What did you want to
3 tell me become Paragraph 73?
4      MR. WELLS:  Object to the form.
5   A.  I'm going to be brief because we are
6 running out of time and would like to give
7 the attorney for Drummond the opportunity to
8 ask whatever questions they have to ask.
9      Now, in regards to Paragraph 73 -- I am
10 just going to read the main parts of it
11 because I do not want to extend myself.
12      THE INTERPRETER:  The interpreter needs
13 a minute to be able to interpret.
14      I'm sorry, this is the interpreter
15 speaking.  It has been many hours, and the
16 interpreter is mentally exhausted.
17      This was a very length utterance by the
18 witness, but the interpreter is going to
19 render the interpretation to the best of her
20 ability.
21   A.  Pursuant to the special Jurisdiction
22 for Peace and the resolution that was
23 ratified in the second trial court, this is

1 what it states verbatim.  It states in regard
2 to the statements made by Jaime Blanco Maya,
3 there is no -- there is nothing that supports
4 that the questioning conducted does not match
5 the reality of the offense and are the
6 product of the illegal financial benefits.
7      Therefore, in regards to everything
8 that has been stated by Blanco Maya, it
9 concurs with the other evidence that has been
10 obtained through other means.
11      So basically what this is saying is
12 that what it says here it is what the JEP
13 concluded as well, that Blanco said, and this
14 is what Blanco refers to as the proven truth
15 which is the same --
16      MR. WELLS:  Move to strike.
17   A.  -- thing which was concluded by the JEP
18 during their investigation.
19   Q.  (BY MR. PAULK) Thank you, Mr. Blanco.
20      (Defendant's Exhibit 18 was marked and
21 attached.)
22   Q.  (BY MR. PAULK) I'm going to hand you
23 one more document that I have marked

1 Defendant's Exhibit 18, Tab 10.
2      Do you recognize this document, Mr.
3 Blanco?
4      MR. WELLS:  I would object as to lack
5 of foundation, authenticity, and hearsay.
6      THE INTERPRETER:  Sorry, the
7 interpreter wasn't capable of understanding
8 what the witness was saying because there was
9 some echo in the background.
10      MR. PAULK:  Let me ask him again.
11   Q.  (BY MR. PAULK) Mr. Blanco, do you
12 recognize this document?
13   A.  Yes, I do, I do recognize it.
14   Q.  What is it?
15      MR. WELLS:  Same objection.
16   Q.  (BY MR. PAULK) Can you explain what
17 this document is?
18      MR. WELLS:  Same objection.
19   A.  Yes.  Basically, this is a resolution
20 issued by the JEP by Justice Mauricio Garcia
21 Cadena, and this document acknowledges that
22 the union Grumo indeed is the victim.
23      So the JEP says so in this document.

Veritext Legal Solutions

CONFIDENTIAL

Page 138

1     I scanned over this document because
2 this document is very formal and also the JEP
3 also sends many resolutions.
4         MR. PAULK:  I don't have any further
5 questions at this time.
6         MR. COLLINGSWORTH:  I have a few
7 questions before you get started.
8         MR. WELLS:  Before we get going, was
9 there a time the witness was wanting to stop?
10        THE WITNESS:  Well, the idea was to
11 complete this deposition today.
12        Well, my concern is the gentlemen from
13 Drummond have not had an opportunity to
14 testify, so I ask for Terry to please be as
15 brief as possible in order to give them that
16 opportunity.
17        I am tired, but the idea was to
18 conclude this deposition today.
19        THE INTERPRETER:  The interpreter
20 couldn't quite hear well if Mr. Blanco said
21 anything health related; perhaps somebody in
22 the room can clarify.
23        VIDEOGRAPHER:  Can we go off the record

Page 139

1 for one second just to make sure the sound is
2 still working perfectly because when Mr.
3 Paulk moved the computer, it's a little bit
4 weird, the sound.
5         MR. PAULK:  Yes, we can go off.
6         VIDEOGRAPHER:  Off the record at 4:49
7 p.m.
8         (Short recess was had.)
9         VIDEOGRAPHER:  Please stand by.
10 Recording in multiple places.
11        On the record at 4:51 p.m.
12
13 EXAMINATION BY MR. COLLINGSWORTH:
14    Q.  Mr. Blanco, you know I'm Terrence
15 Collingsworth.  I just have a few quick
16 questions for you and thank you for all your
17 holding up for today.
18    I'm going to show you my computer
19 screen which is a list of ten documents, and
20 I want you to just look at that and tell me
21 if those are the ten documents you gave me
22 yesterday?
23    A.  These were the documents.

Page 140

1         THE INTERPRETER:  For the record, the
2 interpreter did not interpret Mr. Blanco's
3 reading of the documents unless the parties
4 need that on the record, and then we will go
5 back and ask him to read those names again so
6 I can interpret them.
7         MR. COLLINGSWORTH:  I think we are
8 fine.  He's identified the ten documents that
9 I represented that I provided to Drummond
10 yesterday.
11    Q.  (BY MR. COLLINGSWORTH) William covered
12 most of those documents.  I want to ask you
13 about the two that he did not cover.
14    A.  Correct.
15        MR. COLLINGSWORTH:  Gregg, can you pull
16 Tab 34 of the Defendant's exhibits, please.
17    Q.  (BY MR. COLLINGSWORTH) Mr. Blanco, this
18 is what on my Document Number 3M.  We are
19 going to mark it as Exhibit 19.
20        (Defendant's Exhibit 19 was marked and
21 attached.)
22    Q.  (BY MR. COLLINGSWORTH) Can you identify
23 that document?

Page 141

1         MR. WELLS:  Same objection.
2    A.  Yes.  This is a document in which the
3 prosecuting party at the time after I had had
4 a telephone conversation with this individual
5 and after the CTI experts came to visit me at
6 the detention facility, I was informed that
7 the file containing the accusatory procedure
8 against me was reaching a closing point and
9 that a new file will be opened in order of
10 cooperation.  So this document was issued by
11 prosecutor on 2/28/11.
12    Q.  And what is the significance of the
13 document; what occurred as a result of this
14 document?
15        MR. WELLS:  Object as to foundation.
16        THE INTERPRETER:  The interpreter would
17 like to say there was a portion of the answer
18 that the audio got cut off and she will go
19 ahead and render the interpretation of what
20 she heard.
21    A.  Well, let me see.  Looking through all
22 the files, and I already have this memorized
23 because I must have read this about a

CONFIDENTIAL

Page 142

1 thousand times. Now, the significance of
2 this document was that after the first
3 statement that I gave to the United States, I
4 had already said that I wished to confess in
5 order an early sentencing -- early
6 resolution of the case.
7        THE INTERPRETER: That was all the
8 interpreter heard, everything was cut off
9 after that.
10    A. Well, what I was trying to say was that
11 I wanted to tell the U.S. authorities that
12 before I gave the statement to the American
13 authorities I had already expressed to the
14 prosecution my desire to obtain or get this
15 early sentence or to confess, in other words.
16    Q. And what does this Exhibit 19 result in
17 your efforts to confess?
18        MR. WELLS: Object to the form.
19    A. Well, there was no result because the
20 Attorney General's office of the nation did
21 not accept my proposal because the way I was
22 charged in the charging documents, I was
23 being charged as the individual who ordered

Page 143

1 these homicides instead of being an
2 accomplice or just somebody who knew about
3 it.
4        So according to this Resolution 600,
5 the charging document with the accusations,
6 they indicated that I was the one ordering
7 these homicides.
8        And therefore, I could not accept or
9 admit these accusations that I was the person
10 ordering the homicides.
11       So apparently what I think happened was
12 that my confession was manipulated in such a
13 way in regards to this topic of being
14 considered as one of the individuals who
15 ordered these murders, as if it was -- as if
16 that was the way that these events took
17 place.
18    Q. (BY MR. COLLINGSWORTH) This document is
19 dated February 28th, 2011. When did you
20 first approach the Fiscalia about willing to
21 cooperate and confess?
22    A. I don't remember the exact date, but I
23 know it was late December of 2010. By then,

Page 144

1 I had already been in custody for two or
2 three months.
3    Q. And is that when you made up your mind
4 that you were going to try to cooperate and
5 confess?
6        MR. WELLS: Objection to leading.
7    A. Well, the decision was pursuant to the
8 infamous letter in which Mr. Jose Miguel
9 Linares was telling lies to the prosecution.
10       So at that point, I did not think that
11 my conversations with Attorney Bernal were
12 serious.
13       And so then at that point I decided to
14 tell the truth to the prosecuting attorney in
15 order to obtain a lesser sentence, one that
16 was not as harsh which I did not get.
17    Q. (BY MR. COLLINGSWORTH) Thank you. Now,
18 please look at the document Number 4 that's
19 on my -- was on my screen. I just wanted --
20 that is not a document, it's an audio file;
21 correct?
22    A. A video, an audio? Yes, it is a video
23 with audio.

Page 145

1    Q. And can you just briefly tell us what
2 that is, what's is on that?
3        MR. WELLS: Objection.
4    A. Well, this video is about a hearing
5 that took place during my prosecution. This
6 is where I tried to explain to the
7 prosecution and to the judge that Jose
8 Linares lied in his letter. What he said was
9 the contract was taken away from me because
10 of the bad quality of the service I was
11 providing.
12       So the prosecution, they summoned this
13 lady by the name of Jenn Pena, an employee of
14 Drummond in charge of supervising my
15 contract, and her testimony was that that was
16 not so, that was not the case, that the
17 quality of the services I provided were
18 acceptable.
19       And, in fact, the new company that I
20 has the contract now, Compass, they were
21 having more issues than I was having with my
22 contract.
23       So I wanted to be able to show this to

37 (Pages 142 - 145)

CONFIDENTIAL

Page 146

1 the prosecution, but it didn't go any farther
2 than that.
3      MR. WELLS:  Move to strike as
4 nonresponsive.
5      Q.  (BY MR. COLLINGSWORTH)  Thank you.  Now,
6 the last document I am going to ask you
7 about, and this will be my last area of
8 questions is what we have as Number 9 here,
9 and it is Tab 39.
10      MR. COLLINGSWORTH:  Can you put that on
11 the screen, please, and we are going to label
12 that as Exhibit 20, Tab 39?
13      (Defendant's Exhibit was marked and
14 attached.)
15      MR. WELLS:  We object to this document
16 and the questioning on it, lack of
17 foundation, hearsay, and it was just provided
18 to us last night.
19      MR. COLLINGSWORTH:  Well, actually, the
20 document has been in the records since
21 December 16th, 2020.  I'm sure you have seen
22 it.
23      Q.  (BY MR. COLLINGSWORTH) Can you identify

Page 147

1 this document, Mr. Blanco?
2      MR. WELLS:  Object to the form.
3      A.  Yes.  This is document this is a
4 resolution of the charging document naming
5 the individuals in management by Prosecutor
6 251.
7      This document, I did read it, but it
8 was a very, very long time ago when I did.
9 In this document the, prosecution is
10 summarizing with details all of the evidence
11 to justify the final decision.  So these
12 pages, they simply make reference to the
13 justification that they found in order to
14 make their decision against the president of
15 multi-national company.  So it's not quite,
16 quite clear to me.  I did read it, but it's
17 not something that I have completely clear in
18 my head.
19      MR. COLLINGSWORTH:  Can we scroll down
20 to Page 125?
21      MR. WELLS:  May we have a continuing
22 objection to the questioning on this
23 document?

Page 148

1      MR. COLLINGSWORTH:  Yes, of course.
2      Q.  (BY MR. COLLINGSWORTH) Can you please
3 read the paragraph --
4      MR. COLLINGSWORTH:  And to the
5 translator, this will be my last question.
6 I'm sorry to put you through this.
7      Q.  Can you read the second paragraph
8 beginning sobre las declaraciones?
9      A.  Well, you can read it there.  I barely
10 see it because the print is so small, but it
11 says in regards to the statements given by
12 Jaime Blanco Maya there are no reasons to
13 support that the inquiries do not concur with
14 the reality of the facts and the mutual
15 benefits.  Therefore, in each part of the
16 statements made by Mr. Blanco Maya, they are
17 in agreement that they are is consistent with
18 the other means that were utilized in order
19 to prove this; stemming from the relationship
20 that he had with Alfredo Araujo, the incident
21 on the premises of the casino and the
22 Drummond mine.  His contract -- I'm sorry,
23 correction, his conduct with James Lee

Page 149

1 Adkins, financing of the setup for ISA
2 payment period of the contract and the
3 favorable conditions of the termination of
4 the contract and the overcharging of and the
5 contact with those who financed the armed
6 group.
7      Q.  (BY MR. COLLINGSWORTH) Is everything in
8 that statement true?
9      MR. WELLS:  Object to form.
10      A.  Correct, yes.
11      Q.  Thank you, Mr. Blanco, I have no
12 further questions.
13      MR. WELLS:  Let's take a quick break.
14      VIDEOGRAPHER:  Off the record at 5:15
15 p.m.
16      (Short recess was had.)
17      VIDEOGRAPHER:  Back on the record at
18 5:26 p.m.
19      MR. WELLS:  So we just had a discussion
20 off the record.  It is approaching 5:30 local
21 time.  Our interpreter is tiring and is
22 concerned about the accuracy throughout the
23 entirety of the cross-examination of Mr.

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1 Blanco has raised some medical concerns about
2 continuing as long as the cross-examination
3 would take.
4     I believe we have an agreement amongst
5 counsel that we will find a new date for Mr.
6 Blanco's cross-examination that we will work
7 with everyone's schedules to make sure that
8 can be accomplished without inconvenience to
9 anyone.
10     MR. PAULK: Yes. I will say on the
11 record that defendants are in agreement with
12 that, as well as any additional time for
13 recross.
14     I will also note that defendants
15 reserve their right to challenge the
16 designation of the transcript by Drummond as
17 confidential because it's ambiguous under the
18 protective order whether a party may
19 designate the testimony of a third-party as
20 confidential where the third-party has not
21 himself expressed their intent to treat the
22 testimony as confidential. So we are
23 reserving that right now.

Page 151

1     VIDEOGRAPHER: Would you like to go off
2 the record, Mr. Paulk, at this time?
3     MR. WELLS: And do we also have an
4 agreement amongst counsel, at least counsel
5 in this case, that there will be no
6 consultation with Mr. Blanco regarding his
7 testimony between now and the time of his
8 next testimony?
9     Obviously, he is welcome to consult
10 with his own counsel, but I don't believe any
11 counsel involved in this case should be
12 discussing it with him.
13     MR. PAULK: On behalf of Conrad and
14 Scherer and Bill Scherer, I can agree to
15 that.
16     MR. WELLS: Does Mr. Otero agree to
17 that?
18     All right. Court Reporter, did you get
19 all of that?
20     THE REPORTER: I did.
21     I didn't hear an answer from Mr. Otero,
22 though.
23     Did Mr. Otero agree?

Page 152

1     MR. PAULK: He did and he said yes, he
2 agreed to that.
3     THE REPORTER: I have one other
4 question. How do I handle the confidential;
5 do I or do I not?
6     MR. PAULK: You can designate it as
7 confidential now and we are just reserving
8 our right to immediately oppose that.
9     THE REPORTER: Okay. That's all I
10 have.
11     MR. PAULK: Anything else? I think we
12 are finished. Thank you.
13     VIDEOGRAPHER: Off the record at 5:30
14 p.m. This concludes today's testimony given
15 by Jaime Blanco Maya.
16
17
18
19
20
21
22
23

Page 153

1     C E R T I F I C A T E
2
3     I, SUSAN MASTERS GOLDMAN, certified
4 Court Reporter, License Number 83, and Notary
5 Public, hereby certify that the above and
6 foregoing deposition was taken down by me on
7 Computerized Stenotype, and the questions and
8 answers thereto were transcribed by me, and
9 that the foregoing represents a true and
10 correct transcript of the deposition given by
11 said witness upon said hearing.
12     I further certify that I am neither
13 attorney or counsel for, nor related to or
14 employed by any of the parties to the action
15 in which this deposition is taken.
16
17
18 Susan Masters Goldman
19 CCR #83, Expires 09/30/24
20 Commissioner for the
21 State of Alabama at Large
22 My Commission Expires: 08/30/26
23

39 (Pages 150 - 153)

**[& - 36]**  Page 154

**&**

**&** 5:12,17

**0**

**08/30/26** 153:22
**09/30/24** 153:19

**1**

**1** 3:11 8:2 31:15
  31:18 32:19
  88:13 90:5
**10** 3:20 105:23
  106:4,14 137:1
**10/15** 3:22
**100** 5:13
**102** 3:19
**106** 3:20
**10:00** 13:22
**11** 1:18 2:5 3:21
  7:8 114:8,9,10
  117:7
**11/26/2019**
  129:8
**111321** 2:5 7:8
**114** 3:21
**118** 3:22 119:8
**119** 3:23
**11:21** 65:13
**11th** 7:15
**12** 3:6,22 118:20
  118:21
**125** 4:2,3 147:20
**126** 4:4
**129** 4:5
**12th** 39:13,17
  39:18 40:2 41:1

55:11 63:15
**13** 3:23 119:17
  119:19
**137** 4:6
**139** 3:7
**14** 4:2 125:11,13
**140** 4:7
**146** 4:8
**15** 4:3 125:17,18
**150,000** 53:8
**15th** 119:8
**16** 4:4 33:21,22
  90:4 126:6,7
**16th** 58:20 59:3
  146:21
**17** 4:5 90:5,7
  129:13,14
**18** 4:6 136:20
  137:1
**18338** 153:17
**19** 4:7 36:19,22
  127:7 129:9
  140:19,20
  142:16
**1996** 45:10
  46:20 48:17
**1:00** 19:5

**2**

**2** 3:12 33:21,23
  60:4 90:7
**2,500** 25:7
**2/19/2011** 34:13
**2/28/11** 141:11
**20** 4:8 127:7
  146:12

**2000** 113:20
**20002** 5:23
**2001** 39:12,13
  39:17,18 40:2
  41:2 45:11
  46:21 51:8 56:2
  59:9,17 107:12
  107:17 108:17
  108:23 111:4
**2008** 56:8,11
**2010** 55:23 56:3
  59:11,17 60:3
  62:11 71:11
  72:4 74:11,21
  75:23 80:12
  82:4 99:5
  143:23
**2011** 21:22 33:8
  36:19,22 38:5
  60:5,11,18
  61:16,20 74:16
  75:5 88:12 90:2
  99:5 103:2
  143:19
**2012** 21:5 22:6
  38:19 89:19
  102:20 104:4
  116:19
**2013** 22:4 60:18
  116:11,12
**2019** 127:7
**2020** 146:21
**2021** 17:17
  38:19 39:10
  129:10

**2023** 1:18 2:5
  7:8,15
**21** 90:4 127:8
**24** 2:4 7:7
  130:11
**247** 116:21
  120:15
**251** 147:6
**251st** 30:20
  58:18 59:7
**26th** 127:6
**27th** 17:17
**28th** 107:12,17
  143:19
**2:11** 1:6
**2:40** 98:22

**3**

**3** 3:13 31:19
  32:16 47:9,12
  117:6,8,9
**30** 7:4
**30th** 45:10
**31** 3:11 130:6
  132:21 133:2
**32** 65:20 67:1
  96:15 99:7
**33** 3:12 68:18
**34** 140:16
**350,000** 52:23
  53:4
**35203** 5:19
**35209** 5:14
**3596** 1:6
**36** 119:1

CONFIDENTIAL

**[37 - activity]**

| | | |
|---|---|---|
| **37** 118:4 | **600** 114:22 | **a** |
| **38** 119:22 | 143:4 | **a.m.** 2:6 7:9,14 |
| 125:10 | **600,000** 53:22 | 13:22 19:4 |
| **39** 146:9,12 | 89:8 | 43:23 44:3 |
| **3:22** 112:3 | **621** 5:22 | 65:10 |
| **3m** 140:18 | **6th** 55:23 | **ability** 36:12 |

| | |
|---|---|
| **4** | **7** |
| **4** 3:14 47:23 | **7** 3:17 71:20,21 |
| 48:3 102:15 | 125:17 |
| 103:4 144:18 | **7/13/1996** 49:14 |
| **413** 114:21 | **700** 5:18 |
| **43** 110:2 | **71** 3:17 |
| **45** 110:23 | **72** 131:12,15 |
| 111:10 | **73** 133:2,18,21 |
| **46** 111:10 | 135:3,9 |
| **47** 3:13,14 113:2 | **7:00** 59:22 |
| 113:3 | **7:45** 10:6 11:3 |
| **48** 3:15,16 | **7th** 5:13 |
| **4:51** 139:11 | |

| | |
|---|---|
| **5** | **8** |
| **5** 3:15 48:7,8 | **8** 3:18 97:1,8 |
| 106:5,6 | 99:8 126:6 |
| **5015** 4:5 92:8 | **81** 132:20 |
| 129:23 | 133:14,20,23 |
| **56** 130:12,19,21 | **83** 2:3 5:4 7:2 |
| 131:1 | 153:4,19 |
| **57** 2:4 7:7 | **8:00** 59:23 |
| **5:26** 149:18 | |
| **5th** 31:1,1,5 | **9** |

| | |
|---|---|
| **6** | **9** 3:19 102:14,16 |
| **6** 3:16 48:19,23 | 104:3,14 129:13 |
| 114:9 | 146:8 |
| **60** 2:4 7:7 | **97** 3:18 |
| | **9:33** 2:6 7:9,14 |

86:18 135:20
**able** 11:12 15:8
24:15 54:10
63:4,6,9 68:2,3
73:15 79:13,19
103:19,20
106:22 130:3
135:13 145:23
**above** 7:10
153:5
**absolutely**
114:14 122:20
133:6
**abstain** 87:19
**accept** 126:16
142:21 143:8
**acceptable**
145:18
**acceptance**
92:18 129:8,9
**accepted** 27:15
28:2,22 126:18
**access** 23:4,5
**accommodate**
13:5
**accomplice**
143:2
**accomplished**
150:8

**accord** 68:15
**accountants**
121:15
**accounting**
117:23 118:9
**accuracy** 35:17
149:22
**accurate** 37:20
**accurately**
31:22 39:4
**accusation** 84:7
92:4 132:9
**accusations**
15:22 45:19
46:10 59:5
64:12 115:12
131:8 143:5,9
**accusatory**
63:14 141:7
**accuse** 67:19
**accused** 61:21
76:11
**accuses** 60:18
61:16 97:19
**accusing** 38:7
40:20 60:6 62:6
**acknowledges**
137:21
**acquire** 114:20
**acting** 7:3 90:17
**action** 32:9,10
103:10 153:14
**actions** 41:10
**activity** 107:23

actuality   110:15
actually   22:13
  146:19
add   46:8
addition   122:7
additional
  150:12
address   34:21
  127:22
addressing
  37:10 58:15
adkins   124:4,9
  149:1
admit   76:10
  87:8 143:9
admitted   75:13
  109:11
admitting
  109:12
adulterating
  97:19
adversarial
  26:8 27:5,12
advised   9:22
  10:17
affiliation   78:5
afraid   103:18
age   12:14,22
agent   124:4
agents   78:13,23
  99:2
aggravating
  113:11
ago   15:11 147:8

agree   7:23
  84:15 97:5
  151:14,16,23
agreed   1:21 2:7
  2:14,23 45:11
  52:21 101:5
  102:3,4,5 117:2
  130:22 152:2
agreement   3:18
  26:2 41:6,15,18
  42:2 47:5,7 51:7
  51:13,15,15,16
  51:18,22 53:10
  53:15 54:13
  66:2 67:12,13
  68:3,6,12,12,14
  73:1 86:12 87:2
  89:20 90:13
  94:1 96:18
  99:10,13,14
  100:6,9,10
  101:6,7,8,13
  102:6,9 107:14
  108:6 123:17
  148:17 150:4,11
  151:4
agreements
  102:8
ahead   14:19
  46:6 50:16
  73:18 100:5
  102:22 121:18
  141:19
al   1:8,12,15 8:5
  8:5

alabama   1:2 2:2
  5:3,14,19 7:1,4
  153:21
alfredo   40:6
  148:20
allege   42:12
allie   34:19
allow   66:13
  130:5
allowed   62:22
  70:23 71:1
ally   108:19
aloud   131:13
alternative
  91:23
alvarez   113:14
  114:4
ambiguous
  150:17
american   21:20
  22:6,12 74:5
  142:12
amount   19:15
  25:7 41:20 42:2
  52:23 53:4
  87:15
analysis   52:15
  76:4
analyzed   120:23
analyzing
  117:16
andres   113:13
  114:4
andrews   5:10

anna   5:11 9:1
annulment
  26:14,19
answer   16:6
  24:3,6,18,21
  27:20,22 30:7
  37:5 42:11,11
  42:14 44:9,19
  44:22 59:1,15
  73:14 80:21,23
  83:10 90:7
  118:14 141:17
  151:21
answered   75:3
  90:11
answering
  58:12 61:7
  87:19
answers   24:8
  109:16 153:8
anthony   5:7
anybody   51:14
  51:19 71:14
  124:18
apologize   11:20
  13:6 44:20 52:7
  104:17
apologizes   42:6
apparently
  11:22 70:2
  122:7 143:11
appeal   128:5
appear   54:4
  94:17 120:1
  126:22 127:12

CONFIDENTIAL

**[appearances - aware]**

**appearances** 5:1
**appeared** 12:18
  12:23 95:3
**appearing** 5:6
  5:15 118:6
**appears** 47:5
  79:23 117:16
**appointed** 13:17
**appreciate**
  32:12 44:13
**apprehended**
  56:13
**approach**
  143:20
**approaching**
  149:20
**approvals**
  124:12
**approximately**
  13:22 71:10
  72:4 77:6
**april** 89:18
**aramendiz**
  112:6,20
**araujo** 40:6,21
  148:20
**area** 110:13
  111:6 146:7
**argues** 64:19
**argument** 125:3
**aristides** 112:8
**armed** 149:5
**arrangement**
  91:14 92:23
  124:8

**arrangements**
  95:10 117:10
**arrest** 124:2
**arrives** 14:4
**article** 114:21
**aside** 52:9
  123:11
**asked** 16:4 79:9
  86:2 87:7 90:3
  104:19 121:7
**asking** 30:12
  60:23 61:11
  73:14,17 83:15
  86:9 100:7
  106:21 123:22
**asks** 101:17
**assertions** 24:14
**assign** 2:19
**assigned** 14:10
  14:12
**assist** 14:13
  81:12
**assistance** 19:9
  19:22 20:16
  57:6 74:17 81:1
  82:1,6,12 83:6
  86:23 89:21
  103:22 104:13
  104:22
**assistant** 115:23
**assisted** 111:5
  113:13
**assisting** 114:3
**associated**
  20:17 88:15,21

  104:11,20
**assume** 46:15
**astronomical**
  91:3
**attach** 80:4
**attached** 31:16
  34:1 47:10 48:1
  48:9,20 71:22
  97:9 102:17
  106:1 114:11
  118:22 119:20
  125:14,19 126:8
  129:15 136:21
  140:21 146:14
**attaching** 25:15
  47:6 54:11
**attended** 115:3
**attention**
  106:23 133:14
**attorney** 13:18
  14:9,12 18:18
  54:20,21 55:3
  56:8,9 57:13,14
  57:23 59:19
  60:1 63:5 64:13
  69:16 70:7 72:7
  72:15 77:14,15
  95:3,11 96:5,8
  96:10 113:1
  115:21 119:13
  120:12,14
  121:17 125:5
  135:7 142:20
  144:11,14
  153:13

**attorney's**
  112:23
**attorneys** 9:14
  88:2,6,9,14
**auc** 61:22 62:8
  74:20 113:14
  117:12 123:19
  125:1 132:15
  134:5
**audio** 7:21 11:8
  80:17 103:18
  141:18 144:20
  144:22,23
**auditor** 121:19
**august** 45:10
  46:21 51:7 59:9
  107:12,17
  108:17,22
**augusto** 6:6
  84:7 105:22
**authenticity**
  137:5
**authorities** 13:1
  21:20 22:7,12
  25:12 60:6 74:5
  94:6 117:18
  124:21 132:2
  134:12 142:11
  142:13
**available** 52:6
**avenue** 5:22
**awaiting** 19:12
  22:8
**aware** 45:17
  60:16 89:19

108:17,23 124:8
**awhile** 68:9

**b**

**b** 130:21 131:1
**back** 21:14 22:5
24:19 37:22
38:19 40:2 65:7
68:16 79:9 87:9
97:7 98:4,8 99:7
115:5 133:21
140:5 149:17
**background**
60:13 94:20
137:9
**bad** 64:6 69:21
145:10
**balsaro** 29:11
29:12,22 30:1
31:11 89:18
**barely** 148:9
**barreto** 115:23
**barry** 78:15
**based** 25:19
32:23 37:8 64:6
120:18 121:12
**bases** 122:6
123:4 132:18
**basically** 20:6
117:10 131:2
136:11 137:19
**basis** 52:19
**beer** 16:19
**began** 46:9
80:11 82:3

**beginning** 12:17
28:7 62:11 99:5
105:17 131:6
148:8
**begins** 106:16
107:2 109:5
110:6
**behalf** 5:6,15
51:4,5 56:10
96:9 151:13
**belief** 38:6
**believe** 34:19
42:12 50:6 58:4
73:4 77:16
105:18 111:13
112:4 150:4
151:10
**ben** 8:22
**benefactors**
43:17
**benefit** 19:9,19
19:22 20:5,16
20:18 21:2 76:1
111:17 114:20
114:23
**benefits** 29:1
53:9 74:17
76:12 80:13
90:6,12 104:2
104:12,21 136:6
148:15
**benjamin** 5:9
**bernal** 54:20
55:3 56:8 57:12
59:20 60:1

72:15 91:4
144:11
**best** 44:15
135:19
**bien** 106:16
107:2
**bilateral** 51:22
**bill** 8:16 151:14
**birmingham**
5:14,19
**bit** 22:5 60:13
63:2 73:13
99:22 139:3
**blake** 5:10
**blanco** 1:17,23
7:9 8:3 9:9
11:18,20 12:4,7
12:9,13 24:23
29:8 37:4,22
38:1,4 40:5,15
42:20 44:13
45:15 46:17
47:1 52:3,9 54:6
58:23 61:9
65:14 66:4,19
67:3 68:1,19
71:23 72:2 73:3
73:17 75:6
79:23 80:9
81:20 84:17
86:20 90:3
92:15 93:14
95:13 96:17
98:23 99:9
100:7 102:13

103:9 106:2
114:13 115:22
118:5 119:2,23
122:7 125:15
126:22 127:3
128:8 129:11,20
130:10 133:12
134:2 136:2,8
136:13,14,19
137:3,11 138:20
139:14 140:17
147:1 148:12,16
149:11 150:1
151:6 152:15
**blanco's** 92:10
140:2 150:6
**blanco1999**
35:1
**block** 113:4
**blows** 76:20
**body** 81:1
**bogata** 2:4 7:8
**bogota** 2:4 7:7
84:10 92:6
122:3
**boil** 95:6
**bottom** 34:22
52:15 106:15
**boundaries**
20:13
**break** 13:3
43:19,21 45:15
46:18 65:7 68:8
80:5 92:22
96:12,18 98:4

**[break - clarify]**

111:20 133:4,13
133:13 149:13
**breaks** 46:4
**bribes** 30:8,15
58:15
**bribing** 15:23
**brief** 135:5
138:15
**briefly** 11:16
25:9 43:1 145:1
**broke** 94:4
**brookwood**
5:13
**brought** 74:13
**building** 59:20
59:21
**burden** 134:13
**burger** 18:16
19:6
**burial** 40:7
**bus** 35:11 36:10
36:16 42:13
73:5
**business** 41:17
47:19 51:3,4
54:13 61:23
67:5,8 99:10
117:12
**businessman**
89:6
**buy** 19:16,19

**c**

**c** 130:22 131:1
153:1,1

**c.i.a.** 124:4
**cadavid** 6:12
105:2,9,21
**cadena** 137:21
**cafe** 98:16
**call** 25:21 72:11
79:4,16
**calle** 2:4 7:7
**called** 26:7
70:19 101:23
108:11
**camera** 7:18
**camilo** 94:9
95:15,21 96:8
**campo** 112:20
**capable** 137:7
**captured**
113:21
**carried** 43:6
76:6 118:17
**carry** 83:1
101:5 102:5
**case** 14:7 21:5
21:23 22:12
26:4,16,21 27:7
28:20 29:8,11
29:12,14 30:2
31:3,11 32:5,5,6
51:17 57:17
71:8 79:3,4,13
79:20 89:18
91:8,16 95:17
104:6 109:15
112:8 119:15
142:6 145:16

151:5,11
**cases** 15:16 31:6
31:8
**casino** 110:12
110:12,14 111:7
112:9,14 148:21
**castro** 95:4
112:13
**cause** 7:10
68:22
**caused** 40:4
**causes** 10:21
**ccr** 153:19
**center** 5:18
110:16 134:17
**certain** 12:21
26:10 115:6
117:20
**certified** 2:2 5:3
7:2 153:3
**certify** 7:3 153:5
153:12
**cesar** 6:11 13:19
66:17
**challenge**
150:15
**chance** 85:2
**change** 62:14,20
63:1 76:2 81:11
83:2 87:7 89:3
**changed** 33:3
89:12
**characterizing**
108:18

**charge** 112:11
112:14 145:14
**charged** 75:14
123:1 142:22,23
**charges** 16:1
64:12 67:20
70:7 76:11
107:9,21 131:9
**charging** 142:22
143:5 147:4
**charris** 112:13
**checking** 63:19
**choose** 91:23
**christy** 78:4
94:10
**chronological**
60:22
**chunks** 61:3
**citizens** 124:19
**civil** 7:5 32:1,5,6
32:8
**clarification**
22:21 31:21
39:1,7,15,22
40:14 47:22
70:21 77:10
113:7 114:1
123:22
**clarified** 25:23
**clarify** 19:11,15
19:20 22:11
23:18 24:6 30:6
30:17 35:16
36:23 40:19,20
41:23 52:2 54:4

CONFIDENTIAL

**[clarify - concern]**                                      Page 160

62:17 72:22
113:15 121:7
138:22
**clarifying**  95:18
**clarity**  32:11
**claudia**  6:3 9:5
**clauses**  102:11
**clear**  17:11
21:19 38:11
51:11,21 53:18
57:1 58:13
68:11 74:2,3,10
74:21 78:20
101:12,12,14
117:15 147:16
147:17
**clearer**  101:14
**clearly**  33:15
34:17 69:23
**close**  107:10
**closed**  75:11
**closer**  105:14
**closing**  70:1
141:8
**collected**  108:7
**collingsworth**
1:7,14 3:7 5:21
8:5,18,19 10:7
11:4,15,16
16:14 17:2,15
18:14 21:6 23:8
23:9 29:10,14
33:11,14 34:8
35:2,12 36:7
42:17 43:18

46:8 60:4 65:18
72:22 73:10
74:1,15 82:2,12
83:5 86:22
87:13 88:15,20
88:21 89:21
90:14 95:14
98:5,15 104:11
104:12,19,20
105:11 116:2
118:8 119:4
120:3 121:18
138:6 139:13,15
140:7,11,15,17
140:22 143:18
144:17 146:5,10
146:19,23
147:19 148:1,2
148:4 149:7
**collingsworth's**
35:6
**colombia**  2:4
7:8 15:23 17:19
17:21 18:7 26:6
26:11,17 29:22
30:10,16 36:1
41:20 43:12
62:4,4,23 70:18
71:5,17 78:12
93:9 112:23
113:1 117:1
122:9 124:19
131:9
**colombian**
12:14 20:22

25:8,12 27:11
30:18 62:21
92:2 134:12,19
**columbia**  57:13
**come**  17:19 18:7
38:6 55:5 64:16
68:16 97:6 98:4
98:8 127:20,20
**coming**  88:8
**command**
113:18,19
**commander**
113:16,22
**comment**  70:10
**commented**
77:7
**commercial**
47:18
**commission**
77:12 78:8 79:1
153:22
**commissioner**
3:2 153:20
**commit**  30:22
91:9
**commitment**
15:3,13 30:10
**committed**
62:22 134:21
**common**  36:15
**communicate**
56:18
**communication**
18:13

**communicatio...**
71:7
**company**  1:4,11
8:4 35:10,14,21
36:9 41:3,18
45:8 50:5 89:8
106:13 123:2,2
123:15 124:5
132:15 145:19
147:15
**compass**  145:20
**compensation**
27:8 53:7,22
**complaints**
90:22
**complete**  37:19
61:1 138:11
**completely**  70:5
70:11 85:5
147:17
**completion**
21:22
**compliance**  2:11
**complied**  54:1
**complies**  113:6
**compo**  6:10
**component**  20:8
28:11
**computer**  34:9
34:15 139:3,18
**computerized**
153:7
**concern**  68:22
138:12

concerned  55:8
72:3 149:22
concerns  54:23
150:1
concierge  6:2
34:2 52:7
concisely  44:19
conclude  138:18
concluded
136:13,17
concludes
152:14
conclusion  38:6
conclusions
122:16
concur  148:13
concurred
117:21
concurs  136:9
conditions
149:3
conduct  76:3
148:23
conducted  7:17
8:6 52:15 136:4
confess  142:4,15
142:17 143:21
144:5
confessing
62:16
confession
143:12
confidential
1:16 9:17
150:17,20,22

152:4,7
confirm  20:12
26:13 40:12
conflict  13:21
27:10
confusion  39:9
connection  7:19
10:9
conrad  8:15,17
151:13
consequently
55:12
consider  95:7
considerations
101:11 102:12
considered
55:15 109:15
120:21 121:11
121:15 125:7
143:14
consistent
132:16 148:17
consistently
67:15
conspiracy
30:22 91:9 95:9
constitute
120:10
constitution
62:21,23
consult  151:9
consultation
151:6
consultations
59:8

contact  56:6
149:5
contain  48:12
contained  25:14
64:8
containing
141:7
contains  64:20
70:10
contents  36:4
continue  7:22
85:12,17 86:1,5
continued  4:1
continues  86:16
130:7
continuing  69:3
130:14 147:21
150:2
contract  3:13,16
41:4,17 42:21
43:2,3 45:7,9
46:19 47:3,5,8
47:13,14,16,21
48:13,15,16,23
49:1,2,4,12,13
49:18 50:1,4,7
50:13,22,23
51:3,6,9,12,20
51:20,23 52:12
52:16,19,22
53:9,13,19,19
54:1 56:1,5
59:10,13 64:5
65:3,22 67:7,10
67:17,23 69:18

70:2 72:10 89:7
96:4 100:21,22
100:22 107:22
108:6 125:1
145:9,15,20,22
148:22 149:2,4
contracting
102:1
contractor
93:10,14 102:2
contradict
109:13
contradiction
132:16
contrary  64:7
contrasting
28:20
control  85:16
86:16,18
conversation
94:8 141:4
conversations
59:12 63:8,12
82:11 93:4
144:11
convey  47:17
77:4
conveys  78:21
convicted  21:9
25:10
cooperate  75:22
76:15 81:18
82:7,17,18
114:22 143:21
144:4

CONFIDENTIAL

**[cooperating - deaths]**                                    Page 162

**cooperating**
74:22 76:2
80:11,14 82:4
114:21
**cooperation**
75:18 141:10
**coordinator**
31:19 52:5
65:19 68:2
**copied** 35:3,18
36:3 97:23
**copies** 70:17
74:13 127:15
**copy** 80:4 97:18
97:21 98:2,3,7,9
108:1
**corporate** 49:21
49:23
**correct** 12:16
21:11,18 22:14
22:15 29:5,7
33:9 34:23,23
35:1 42:23
43:13 46:22,23
55:22 61:18,19
61:23 62:2
65:23 67:5
140:14 144:21
149:10 153:10
**correction**
23:10,23 56:16
96:3 148:23
**corroborate**
15:8 24:7 28:9
28:17 108:15

**corroborated**
24:13 28:16
92:14 116:20
117:2 121:1
130:2 134:6
**counsel** 1:23
2:16,18 7:6 8:11
9:4 10:10 13:14
37:23 57:14
86:8 105:3,21
150:5 151:4,4
151:10,11
153:13
**counselor** 28:1
29:13 31:20
34:2 50:9
102:23 106:20
111:16
**country** 78:2
**couple** 65:15
80:10 96:13
130:9
**course** 15:17
33:2 74:9 133:6
148:1
**court** 1:1 2:2,12
5:4 7:2 8:9,13
9:7,22 21:16
26:9,10,18,18
31:1,7 44:17
45:2 69:5 83:16
84:9 85:18 86:7
92:6 105:7
106:9 108:8,10
114:18,18 117:3

119:11 122:17
126:16 131:17
131:21,21
135:23 151:18
153:4
**courts** 122:2
**cover** 140:13
**covered** 44:6
140:11
**crawl** 121:20
**created** 119:9
**criminal** 26:4
32:1,9 79:3,4,13
79:20 86:23
89:22 90:15
103:23
**cross** 149:23
150:2,6
**cs02596** 49:2
**cti** 112:7,21,21
141:5
**cuellar** 54:20
55:3 56:8 57:12
57:21 59:20
60:1 63:5,5,8,23
69:16,17 72:7
72:15 91:4,19
93:1 94:2
**current** 49:16
**currently** 15:2
**custody** 57:6
93:22 116:21
144:1
**cut** 60:21
141:18 142:8

**cutoff** 80:17
**cv** 1:6

**d**

**d.c.** 5:23
**daily** 43:5,6
**date** 7:4 21:19
37:8 38:12 56:1
60:2 99:4
143:22 150:5
**dated** 34:12
49:14 107:17
129:8,9 143:19
**dates** 39:9
**davis** 5:7,12
**day** 63:21
**days** 34:11
**de** 112:13
**deal** 49:23 94:4
**dealing** 15:21
30:14 55:11
104:9
**dealings** 55:1,6
95:9
**deals** 27:9 59:8
92:8
**dealt** 26:3 30:4
50:4 56:23
124:11,17
**death** 25:2
54:18 60:7,19
61:17 81:2
109:20,21
**deaths** 21:9 22:1
36:20 62:7
74:19

CONFIDENTIAL

**[debate - directing]**                                                Page 163

| | | | |
|---|---|---|---|
| **debate** 109:23 | **defendant** 5:15 | **definitely** 15:9 | **designation** |
| **december** 1:18 | 31:23 32:1,2,4,8 | **definitions** 39:4 | 150:16 |
| 2:5 7:8,15 71:11 | 32:9 35:10,13 | **delay** 13:6 | **desire** 142:14 |
| 72:4 143:23 | 35:21 36:9 | **delbert** 49:8 | **details** 147:10 |
| 146:21 | **defendant's** | **deliver** 35:8 | **detained** 17:23 |
| **decide** 62:5 63:1 | 3:10 31:15,18 | **demanding** | 54:23 55:9,20 |
| **decided** 62:9,14 | 32:16,19 33:21 | 128:14,23 129:1 | 55:21,22 56:2 |
| 62:16 70:6 | 33:22,23 47:9 | **denouncing** | 57:4,5,17,21 |
| 82:17 126:16 | 47:12,23 48:3,6 | 90:23 | 59:11 60:2 |
| 144:13 | 48:8,19,22 60:4 | **depends** 7:18 | 62:10 63:4 |
| **decision** 52:21 | 71:19,21 88:12 | **deposition** 1:17 | 68:21 71:12 |
| 68:5 69:20 | 97:8 99:7 | 1:23 2:9,10,13 | 77:5 |
| 76:14 81:11,16 | 102:14,15,16 | 2:21 3:1 7:16 | **detectives** 78:16 |
| 81:17 89:3 90:1 | 103:4 104:3,14 | 8:3,6 9:17,21 | 78:23 |
| 99:12,17 100:11 | 105:23 106:3,6 | 10:3,13 11:5 | **detention** 12:18 |
| 115:8 120:13 | 114:8,8,9,10 | 12:15,23 14:1 | 60:14 134:17 |
| 132:9 144:7 | 117:7 118:21 | 14:16 16:8 17:3 | 141:6 |
| 147:11,14 | 119:19 125:11 | 17:7,8 21:5,8 | **determinations** |
| **decisionmaker** | 125:13,16,18 | 29:9 30:4 31:11 | 25:21 |
| 25:20 50:3 | 126:6,7 129:13 | 58:14 66:19 | **determine** 27:7 |
| **declaraciones** | 129:14 136:20 | 84:19 85:10 | **determined** |
| 110:6 148:8 | 137:1 140:16,20 | 86:2,6,10 89:18 | 25:19 118:1 |
| **declaration** | 146:13 | 90:4 105:18 | **different** 32:8 |
| 3:19 31:12 | **defendants** 1:9 | 138:11,18 153:6 | 76:9 94:13,23 |
| 33:10 60:17 | 150:11,14 | 153:10,15 | **difficult** 10:22 |
| 61:16,21 82:14 | **defending** 62:15 | **depositions** | 44:22 |
| 83:7 87:1 88:11 | **defense** 62:14 | 12:19 | **difficulties** 13:7 |
| 88:23 102:19 | 62:20 72:6 81:7 | **depth** 27:7 | 57:7,10 |
| 103:2,10,11 | 82:13 83:3,6 | 120:23 | **digital** 8:7 |
| 104:2,15,23 | 86:23 87:8,12 | **describe** 117:10 | **dining** 110:16 |
| **decoda** 77:5 | 89:4,22 90:15 | **description** | **direct** 104:10 |
| **defamation** | 103:23 107:11 | 100:19 101:10 | 106:23 |
| 58:16 | 108:19 116:7 | **designate** 9:16 | **directing** |
| **defend** 72:8,8 | **defies** 76:21 | 150:19 152:6 | 133:14 |

**direction** 76:9
99:23
**directly** 124:11
124:20
**disagree** 128:4
**disappeared**
95:2
**discovered** 74:7
**discuss** 99:16
**discussed** 45:18
72:7
**discussing**
46:14 151:12
**discussion**
45:17 149:19
**discussions** 46:3
46:11 52:11
56:3
**displayed**
110:18
**disputed** 122:4
**district** 1:1,2
**division** 1:3
**doctor** 59:19
**document** 3:20
3:21 4:3,4 22:17
22:23 23:2
41:12,13,14
42:3 47:6 52:10
63:22 64:2,7,19
64:20 65:20
67:4 68:12,19
69:4,9,13,15,16
70:10,13,15,22
71:13,14,15

72:3,19 73:4,9
73:22 74:7,12
75:1 84:23
96:21 97:21
100:2,13,15,16
100:20 103:5,6
106:7,9,15,23
110:3 114:13,16
118:5,12 119:3
119:5,23 120:5
121:7 122:1,8
122:11,14 125:4
125:11,21
126:10,17,22
127:2,4,9,11,18
127:23 128:3,5
129:17,19,19
130:10 133:15
136:23 137:2,12
137:17,21,23
138:1,2 140:18
140:23 141:2,10
141:13,14 142:2
143:5,18 144:18
144:20 146:6,15
146:20 147:1,3
147:4,7,9,23
**documentation**
24:8,20 25:14
82:23 108:7
115:6
**documented**
75:2
**documents** 10:5
11:3,6,18 16:10

23:7 24:13 41:8
48:11,13,14,15
51:11 54:5,11
63:18 65:16
69:1 71:10 75:4
75:15 92:8,16
92:21 97:12
107:5 108:13,21
120:8,9 122:1
126:13 127:14
127:16 130:14
139:19,21,23
140:3,8,12
142:22
**dollar** 80:22
**dollars** 42:3
93:21,23 123:1
**dominos** 16:19
**double** 63:19
**doubt** 71:14
134:11
**doubts** 40:4
**downstairs**
98:16
**drawn** 122:16
**drink** 16:19
**drive** 24:1,2
41:9 52:10
**drummond** 1:4
1:11 8:4,20,23
9:2 15:16 21:6
22:12 29:10,16
29:18 35:22
36:2,20 38:7
41:3,12,19

42:13,22 43:11
47:13,14,17,20
48:18 49:5 50:6
50:8,12,14 51:2
51:5 52:12
53:14 54:12,14
54:21,22 55:4,7
56:4,10,18 57:2
57:9,16 58:5
59:6,13 60:7,18
61:17,21 62:6
65:22 67:5,6,14
71:8 73:5 74:19
80:20 81:2
90:17,19,23
91:19 93:2,15
96:4,9 99:11
108:23 115:5
117:11 120:17
123:8,16,18
124:6,8,23
132:15 134:20
135:7 138:13
140:9 145:14
148:22 150:16
**drummond's**
55:4 56:9 134:4
**due** 15:8 41:1,2
72:14
**duly** 9:10

---

**e**

**e** 3:12 11:2
34:10,16,21,22
35:2,6,18,20
36:3 42:8 60:3

CONFIDENTIAL

**[e - exhibit]**

60:10 79:2
153:1,1
**earlier**  65:21
68:20 82:15
**early**  41:4,16
53:8 63:22
81:19 99:5
130:2 142:5,5
142:15
**easier**  38:2 68:9
101:19
**eastern**  7:14
**echo**  137:9
**economical**
92:12
**edited**  33:3
**effect**  2:10
76:12
**efforts**  142:17
**eight**  23:11
**eighty**  23:3,12
**either**  46:21
74:19 75:2
127:21
**electronic**  97:3
**elevated**  107:21
**eleven**  34:11
**elizabeth**  79:2
**emergency**
133:5
**employed**
153:14
**employee**
145:13

**employees**
53:10,23
**encourage**
104:13,22
**ended**  45:10
46:10,20 54:15
64:5 67:4 99:10
**english**  11:22
13:10,12 18:12
32:22
**enjoy**  20:18
**enjoying**  29:1,1
**enrique**  112:6
112:20 113:20
**ensure**  37:19
**entered**  41:15
46:20 92:11
**entering**  110:11
**entirety**  149:23
**entity**  21:1
**entre**  110:6
**equivalent**
36:15
**eric**  6:13 8:17
**escorts**  20:21
**eslava**  115:21
**especially**  44:17
**esq**  5:7,9,10,11
5:16,21
**established**
130:4
**establishes**  49:3
**estate**  53:6,6
**esther**  111:13
112:4

**et**  1:8,12,15 8:5
8:5
**evening**  54:22
**events**  41:1,2
61:2 89:13
143:16
**eventually**
47:20 55:21
62:13
**everybody**
80:19
**everyone's**
150:7
**evidence**  2:21
55:17 79:10,14
79:16,18 83:1
94:8 95:8
117:20 120:10
120:17,21
121:11,12,14,16
122:3 126:15
128:2 134:7
136:9 147:10
**exact**  48:14 99:4
143:22
**exactly**  60:9
**examination**  3:5
7:11 12:8
139:13 149:23
150:2,6
**exceed**  93:19
**exceeded**  42:2
**exceeds**  41:20
**except**  2:17
42:11

**exchange**  52:22
76:19 80:3,14
89:9,13 92:11
**excuse**  60:18
114:9
**executed**  42:4
69:14
**executive**
124:19
**executives**  43:9
**exercise**  117:22
**exhausted**
135:16
**exhibit**  3:10,11
3:12,13,14,15
3:16,17,18,19
3:20,21,22,23
4:2,3,4,5,6,7,8
31:15,18 32:19
33:21,23 47:9
47:12,23 48:3,7
48:8,19,22 52:4
60:4 65:19 68:2
71:20,21 72:23
80:5 88:13 97:1
97:8 99:7
102:14,16 104:3
104:14 105:23
106:3 114:8,10
117:7 118:20,21
119:17,19
125:11,13,16,18
126:6,7 129:13
129:14 136:20
137:1 140:19,20

CONFIDENTIAL

**[exhibit - five]**                                                    Page 166

| | **f** | feel  56:17 | find  28:12 34:13 |
|---|---|---|---|
| 142:16 146:12 | | fees  83:6 86:23 | 63:6 101:2 |
| 146:13 | **f**  153:1 | 89:22 90:15 | 130:18 131:7 |
| **exhibits**  3:9 4:1 | **face**  81:8 | 103:23 | 150:5 |
| 32:3 34:3 52:5 | **faces**  81:9 | **fernandez** | **finding**  55:13 |
| 97:3 140:16 | **facility**  57:4 | 119:14 | 113:10 119:14 |
| **existed**  70:3 | 141:6 | **fifteen**  61:6 | 120:22 122:22 |
| **expect**  13:23 | **facing**  91:22 | **fifty**  22:3 25:5 | 132:8 134:3 |
| **expecting**  19:12 | **fact**  25:12 37:16 | 69:11 106:10 | **findings**  121:1 |
| **expelled**  28:19 | 40:7 74:23 | 116:10 | 126:14 129:7 |
| **expenses**  123:12 | 90:13 113:12 | **figure**  16:10 | **fine**  9:15 80:6,8 |
| **expert**  118:1 | 124:22 130:22 | 34:10 91:3 | 98:5 140:8 |
| 122:17 | 145:19 | 127:5 | **finish**  131:14 |
| **experts**  141:5 | **factor**  113:11 | **file**  11:9 23:15 | **finished**  152:12 |
| **expires**  153:19 | **facts**  148:14 | 64:12 70:7 75:1 | **firm**  77:18 |
| 153:22 | **fails**  12:22 | 75:12,17 107:6 | **first**  9:10 17:18 |
| **explain**  17:6 | **false**  15:21 30:9 | 141:7,9 144:20 | 22:17 26:8,9 |
| 25:9,13 43:1 | 30:15 31:3 | **filed**  21:6 91:8 | 33:13,16 34:7 |
| 62:12 66:14 | 64:21 70:4,11 | 96:8 108:14 | 35:5 37:5 44:6 |
| 124:21 137:16 | 131:8 | **files**  24:5 41:8 | 47:14 65:19 |
| 145:6 | **familiar**  45:20 | 108:10 141:22 | 70:14 73:22 |
| **explained**  59:18 | **family**  20:16 | **filing**  3:1 90:22 | 75:4 83:12,14 |
| 121:9 | **far**  14:21 27:3 | **filings**  71:16 | 85:18 88:11 |
| **explanation** | 81:16 | **final**  147:11 | 103:2,14 109:4 |
| 37:11,13 61:2 | **farther**  146:1 | **finalize**  39:6 | 113:9,10 116:12 |
| 120:6 | **favorable**  115:8 | **finally**  126:16 | 116:17,19 |
| **expressed** | 119:14 149:3 | **financed**  113:13 | 125:22 133:20 |
| 132:11 142:13 | **fbi**  78:13,16,23 | 149:5 | 142:2 143:20 |
| 150:21 | 99:2 | **financial**  5:18 | **fiscalia**  80:12,15 |
| **extend**  135:11 | **february**  36:19 | 80:13 82:6 | 82:4,7 143:20 |
| **extent**  10:2,21 | 36:22 38:5 60:5 | 136:6 | **five**  18:3 25:5 |
| **external**  23:20 | 60:11 74:16 | **financially**  81:7 | 41:20 42:2 |
| 24:1,5 | 75:5 102:20 | **financing**  114:4 | 43:19,21 61:6 |
| **eye**  112:15 | 104:3 143:19 | 132:14 134:4 | 69:11 75:2 |
| **eyes**  93:8 | **feed**  8:17 | 149:1 | 83:22 93:20 |

CONFIDENTIAL

106:10 116:10
126:12
**flip**  133:16
**floor**  5:13
**florie**  5:12
**fluent**  18:13
**follow**  38:12
101:10
**following**  7:11
21:21 37:6 76:4
101:10 102:11
102:11
**follows**  9:11
84:11 101:23
**food**  43:4 45:9
65:4 110:13,15
123:13
**fool**  72:20
**force**  2:10 26:10
**foregoing**  7:5
153:6,9
**forensic**  117:23
118:9 121:14
**forget**  71:18
**form**  2:17 27:18
28:6 29:6 36:11
38:10 47:15
51:10 58:9 62:1
73:6 82:8 109:2
111:11 116:15
117:13 118:11
123:20 128:11
131:16 134:22
135:4 142:18
147:2 149:9

**formal**  18:10
54:15 138:2
**former**  57:14
94:10 124:4
**forty**  89:9,13,16
91:22 98:13,18
**forward**  9:21
31:5 55:18
101:7
**found**  21:23
28:9 63:22 71:2
71:2 74:12 92:7
94:2 147:13
**foundation**
121:5 129:21
135:1 137:5
141:15 146:17
**four**  17:22 18:3
18:21 22:3 25:4
69:10 100:17
101:22 102:4
106:10 112:11
115:19 116:5,9
116:12 127:8
**fraud**  91:16
**free**  15:5 62:19
**freedom**  19:17
19:18 20:8 92:9
127:6
**friends**  16:16,17
104:5,7
**front**  32:21 80:1
110:3 113:14
114:4 133:15

**full**  2:11 12:11
12:13 109:5
**fundamental**
69:10 132:4,7
**funds**  88:14
**funneled**  107:22
123:10
**funneling**  61:22
62:8 117:11
**further**  2:7,14
2:23 46:3 56:3
138:4 149:12
153:12

## g

**gain**  92:12
**garage**  112:12
**garcia**  137:20
**gather**  58:11
**general**  57:14
57:14,23 112:23
113:1 125:5
**general's**
142:20
**gentleman**
94:12,22 111:15
**gentlemen**
138:12
**getting**  10:8
13:7 76:19
128:10
**gift**  76:19
**give**  23:3,14
28:5 37:13
60:13,22 61:5
77:3 88:22

98:17 101:18
114:17 120:7
127:23 135:6
138:15
**given**  15:16 20:3
20:15 27:8
115:9,13,20
127:9,10 134:4
148:11 152:14
153:10
**giving**  15:19,20
21:4 27:17 45:6
82:18
**go**  7:23 14:19
22:5 34:9,14
46:6 48:11
50:16 57:19
60:12 62:16
65:15 66:5
73:18 87:17,22
93:6 94:12,22
97:14,15,23
98:1,12 99:21
99:23 102:22
108:12 111:17
124:12 127:5
133:19,21
138:23 139:5
140:4 141:18
146:1 151:1
**goal**  20:8
**god**  70:6
**goes**  9:21 26:16
110:14

**going**  7:14
10:20 12:1
13:18 16:11
17:10 20:2
22:16 25:16
30:7,18 32:18
33:20 34:18
35:5,7 36:1
37:11 40:17
43:20 44:15
46:16 47:11
48:21,22 50:16
55:18,19 56:12
57:8 59:6 61:11
61:12 63:2,14
63:15,19 65:6
66:13 68:16
70:7 71:3 72:5
74:10 75:6 77:2
77:21 80:22
81:20,23 82:21
84:1,5 85:8,11
86:1,5 87:9,21
92:16 93:20
97:13 98:12
100:4,14,17,23
101:6 102:13
106:5 109:12,17
112:2 117:9
118:5 119:16
120:1 124:20
125:15 126:5
129:12 130:5
135:5,10,18
136:22 138:8

139:18 140:19
144:4 146:6,11
**goldman**  2:1 5:3
7:1 8:10 153:3
153:18
**gomez**  94:9
95:15,21 96:4,9
**good**  7:13 12:9
12:10 66:16
90:22 95:12
98:11 99:21
100:1
**governed**  50:7
50:13
**government**
20:22
**gracias**  66:23
**grand**  2:3 7:7
**granted**  92:9
127:12
**granting**  130:2
**great**  40:4
**greet**  16:23
**greetings**  34:18
**gregg**  6:2 67:1
68:17 71:18
96:15 97:3 99:6
103:3 118:3,23
119:21 125:9
140:15
**gringo**  124:3
**grounds**  2:19
**group**  107:11
149:6

**groups**  108:19
123:10
**grumo**  38:20
137:22
**guess**  100:7
**guide**  120:11
**guided**  101:9
102:10
**guilt**  75:13
**guilty**  75:13
76:18
**guy**  35:8 124:14

## h

**h**  5:8
**hager**  6:13 8:17
**hand**  9:6 32:18
33:20 47:11
48:21 102:13
125:16 126:5
129:12 136:22
**handing**  31:17
48:6 106:2
114:7
**handle**  9:20
77:15 152:4
**handled**  26:22
30:20,23 123:23
**handling**  48:2
**hands**  131:7
**happen**  64:3
**happened**  15:10
37:14 143:11
**happening**
27:10

**happens**  18:20
58:6
**happy**  97:4
**harsh**  144:16
**head**  74:11
147:18
**heading**  32:23
34:22 51:21
**health**  138:21
**hear**  10:23 53:2
73:15 80:18
103:21 105:6
128:18 138:20
151:21
**heard**  7:20
27:19 141:20
142:8
**hearing**  11:23
50:20 107:7
116:17,18 131:7
145:4 153:11
**hearsay**  75:20
121:5 129:21
137:5 146:17
**held**  26:21 59:7
**help**  57:18 63:9
72:8 81:3,6,6,15
85:12 87:6,6,11
90:14 104:5
**helped**  81:15
84:10 123:16
**hereto**  25:15
**high**  107:21
**highest**  26:16

| | | | |
|---|---|---|---|
| **highlighted** 132:10 | **hunt** 72:11 | **inconvenience** 150:8 | 91:7 115:10 131:22 132:1 |
| **hired** 121:18,23 | **hyatt** 2:3 7:7 | **incriminate** 87:21 | **informed** 141:6 |
| **hold** 32:14 38:22,22 52:3 71:6 83:11 84:4 87:11 111:19 126:19,19 | **i** | **independent** 96:5 | **initial** 49:4,18 50:13 115:2 |
| | **idea** 51:8 88:10 116:3 138:10,17 | **index** 3:4 | **injunction** 55:13,14 |
| **holderman** 6:2 | **identified** 33:4 140:8 | **indicate** 131:21 | **inmate** 18:1 63:6 |
| **holding** 100:21 139:17 | **identify** 66:14 68:3 140:22 146:23 | **indicated** 143:6 | **innocent** 76:17 76:18 |
| **holland** 77:8,11 78:1,2,7 94:11 95:16 | **identifying** 67:22 70:13 | **indicating** 32:22 | **inquiries** 148:13 |
| | **iii** 5:7,8 | **individual** 57:11,22 62:19 64:3,15 72:9 104:18 112:10 141:4 142:23 | **inquiry** 76:6,7 |
| **homicide** 30:5 30:22 106:11 | **illegal** 123:10 136:6 | | **insist** 67:16 75:23 |
| **homicides** 93:8 143:1,7,10 | **immediately** 152:8 | **individuals** 40:5 51:16 53:11 81:4 92:5 93:13 111:9 143:14 147:5 | **instance** 77:7 109:16 |
| **hope** 34:18 | **impeach** 121:23 | | **instruct** 37:17 |
| **hoping** 63:8 | **implicating** 36:20 74:18 | **induce** 19:23 | **instructed** 85:14,19 |
| **hotel** 19:3,6 | **important** 20:8 131:3 | **infamous** 144:8 | **instructing** 44:9 |
| **hours** 63:22 112:11 135:15 | **imprisonment** 74:8 | **infiltrate** 128:15 129:3 | **instructions** 86:3 |
| **housekeeping** 96:13 | **improper** 24:9 46:14,15 85:5 | **influence** 63:10 | **intends** 11:4 |
| **hugo** 21:10 | **incarcerated** 127:21 | **influenced** 83:2 89:3 | **intent** 150:21 |
| **human** 55:12 63:16 114:19 134:21 | **incarceration** 34:12 | **influential** 57:22 | **interest** 55:4 58:5 84:16 |
| **hundred** 22:3 25:4 41:21 42:3 69:10 93:22 106:10 116:10 | **incident** 82:20 148:20 | **informal** 17:5 | **intermediary** 132:14 |
| | **including** 43:8 111:6 | **information** 24:10 28:21,21 29:21 44:14,16 61:13 64:21 70:4 74:10 77:4 | **internet** 7:18 10:8 |
| **hundreds** 71:4 | | | **interpret** 10:12 10:23 85:4 135:13 140:2,6 |

**interpretation**
24:3 37:19 46:7
50:17 61:4
78:20,22 101:20
103:20 135:19
141:19
**interpreter**  6:3
9:7 10:10,11,12
14:18,19 18:23
19:1 21:12,16
22:20 23:12,17
23:17,22 26:12
26:12 27:19,19
27:23 29:13,17
29:19 31:20,21
32:6 35:15,15
36:22 37:2,3,4,9
37:10,15,16,21
38:14,16,16,23
38:23 39:2,6,12
39:17,19,19,23
40:10,10,13
41:22,22 42:5,5
44:7,10 45:1,2,3
46:5,5 49:7,7
50:9,10,15,15
50:19,20 53:1,2
56:16,21,21
58:10,10,22,22
69:8 70:20,21
73:12,13,15,18
76:22,23 77:3,9
77:9,20,20
78:18,19,21
80:16,17,18

83:15,20 85:3,3
94:19,20 96:2,3
101:2,16,16,18
102:22 103:16
103:17,17,19
105:5,5,13
106:20,21,21
107:3,4 111:16
111:18,21
121:21,21 123:5
123:21,21
128:16,18,21,21
132:5,5 133:3,4
135:12,12,14,16
135:18 137:6,7
138:19,19 140:1
140:2 141:16,16
142:7,8 149:21
**interpreter's**
38:2
**interpreting**
37:21 39:3
**introduce**  8:11
98:3,9
**introduction**
100:15
**investigated**
28:21
**investigation**
54:17 58:7
75:10,11 118:17
136:18
**investigator**
112:7,21 115:22

**investigators**
75:7,8 115:4
**involved**  151:11
**involving**  15:16
29:10 50:1
**isa**  41:12 61:23
149:1
**issue**  34:3 53:12
93:9 120:23
**issued**  119:12
122:22 137:20
141:10
**issuer**  100:22
**issues**  49:21,23
50:4 59:4 64:8
127:14 145:21
**issuing**  132:9
**ivan**  6:9 16:12
16:14 18:18,18

**j**

**jail**  94:9
**jails**  94:13,13,23
**jaime**  1:17,23
7:9 8:3 9:9
12:13 34:23
40:5 54:6,20
55:3 56:8 57:11
59:20 60:1
63:23 72:15
91:4 92:10
93:14 115:21
136:2 148:12
152:15
**jairo**  112:12

**james**  148:23
**janeth**  111:13
112:4
**january**  58:19
59:3 75:5
**jargon**  36:15
**jenn**  145:13
**jep**  4:4,6 11:10
13:16 14:8,10
15:1,3,7,14 17:9
17:13 20:6,14
27:1,3,16,17
28:2,5,8,12,15
28:19 29:4
30:11 31:6,6
66:4 84:10
92:10,19 94:7
95:7 108:4,6,16
126:13,18
127:14,20 128:8
128:9,10,23
130:1 131:4
132:12 134:18
136:12,17
137:20,23 138:2
**jep's**  14:11
**jesus**  112:13
**jim**  124:3
**jimenez**  6:6
105:22
**jiminez**  84:8
**job**  38:2
**join**  14:4 105:20
**joined**  66:13
105:3

**[jose - left]**                                                    Page 171

**jose** 6:7 49:17 50:23 54:9 64:4 69:14 105:21 112:8 144:8 145:7

**juan** 6:10 105:16 113:13 114:4

**judge** 22:9 64:19 85:9 86:14,17,18 107:8 145:7

**judges** 131:17

**judicial** 3:23 26:17 62:4 109:13 112:22 119:12 120:9,19 121:10 122:21 132:3

**july** 45:11 46:21 48:17 51:8 59:9

**jurisdiction** 16:3 20:4,5 24:12,15 28:8 31:7 66:18 131:20 132:13 135:21

**justice** 15:2,13 26:7,20,23 27:4 30:19 77:12 78:8,10 92:2 117:3,5 127:13 137:20

**justification** 64:18 147:13

**justify** 147:11

**k**

**katherine** 5:11 9:1

**keep** 61:11 91:12 93:2 110:22

**keeping** 68:11 76:23 112:15

**kept** 110:18

**kick** 128:13

**kicked** 128:10

**kill** 39:5 93:12

**killed** 38:20 39:21 40:4

**kind** 20:5 21:2 56:13,14 90:8 90:21 92:12 104:2 120:10,11 124:18 127:18

**kindly** 12:2 28:1 37:18 41:15 105:13 106:23 111:17

**knew** 55:17 56:13 89:23 124:13,17 143:2

**know** 11:23 13:4 29:20 35:12 36:7 42:14 46:13 49:18 54:22 55:19 56:12,14 57:2,9,16 61:5 67:10 69:14

77:6,14,22 83:4 88:5,7,8 90:11 91:8,18 95:21 96:22 99:4 107:12,14,18 108:21,22 111:8 111:12 122:11 122:12,15 124:7 125:20 126:2 139:14 143:23

**knowledge** 35:19,23 36:4,6 91:7 108:20 111:5 124:15 125:23

**known** 94:11 101:4 102:7 113:17

**knows** 11:17

**l**

**la** 110:11,12 111:7

**label** 146:11

**labor** 43:14

**lack** 64:21 129:21 134:23 137:4 146:16

**lady** 111:12 145:13

**laid** 72:17 113:11

**large** 153:21

**las** 110:6 148:8

**late** 10:17 45:11 46:21 62:11

69:2 74:11,21 75:22 82:4 90:1 97:11 99:5 116:11 143:23

**law** 77:18

**laws** 2:12 62:21 62:22 93:8

**lawyer** 13:23 56:18 66:3,13 66:17 84:17 87:22 95:20 96:1

**lead** 38:21 76:9 115:10

**leaders** 36:21 38:8 40:8 54:18 55:16 58:7 60:8 60:20 61:18 81:3

**leading** 2:17 28:11,14 144:6

**learned** 77:17

**leave** 94:14,23 97:20

**leaves** 98:1

**leaving** 78:11

**led** 64:15 70:8 73:4 77:16 79:1 115:8

**ledger** 94:16 95:2

**lee** 49:8 124:3 148:23

**left** 45:15 57:19 77:22 79:6

CONFIDENTIAL

**[legal - marie]**                                                      Page 172

**legal**   8:10 50:1,4
   57:2,7,10 62:3
   90:20
**legalese**   108:11
**legally**   62:19
   122:11
**length**   135:17
**lesser**   76:13
   93:19 144:15
**letter**   3:17 70:1
   70:2,22 71:1
   144:8 145:8
**license**   2:2 5:4
   7:2 153:4
**lie**   64:1 72:17
**lied**   72:10 128:8
   128:9 145:8
**lies**   64:11,16,21
   72:12 94:3
   129:3 144:9
**light**   109:7
**likewise**   132:10
**linares**   6:7
   49:16,17 50:18
   50:18 51:1
   52:20 53:20
   54:9 64:4,13
   69:14 70:8
   72:18 84:8
   105:21 144:9
   145:8
**line**   52:15 90:4
   90:5,7 100:17
**list**   94:16 139:19

**literally**   101:1
**litigation**   77:16
**little**   22:5 60:13
   63:2,17 73:13
   139:3
**llc**   5:17
**llp**   5:12
**local**   149:20
**locarno**   21:10
   22:1 25:2
   109:19
**locate**   63:5
   106:22
**logic**   76:21
**logical**   52:18,19
**loma**   110:11,12
   111:7
**long**   16:18
   18:21 23:3
   37:11 44:22
   54:19 86:11
   97:14 98:12,13
   147:8 150:2
**longer**   63:3
**look**   27:6 32:15
   34:14 35:18
   39:23 51:14,14
   51:20 70:9 71:1
   89:12 95:1
   96:20 108:12
   113:2 124:10
   128:13,23
   139:20 144:18
**looked**   40:11
   80:2 82:14

   88:13 96:18
**looking**   32:17
   71:9 81:9
   122:18 141:21
**looks**   33:7
**loss**   103:18
**lost**   31:13 70:3
**lot**   44:13 101:14
**lunch**   19:4 68:8
   80:5 92:15,22
   96:12 97:7 98:8
   98:21 99:1,9
**lying**   67:15,16
   128:13

**m**

**machine**   43:15
**madam**   21:16
   83:20 86:7
**made**   2:16 15:3
   15:22 25:20
   28:19 29:4
   30:10 70:6
   74:21 76:14
   81:11,17 89:3
   90:1 91:11,14
   91:20 93:1,17
   95:10 111:4
   115:18 120:22
   123:8 124:9
   136:2 144:3
   148:16
**mail**   3:12 11:2
   34:21,22 35:2,6
   35:18,20 36:3
   60:3,10

**mails**   34:10,16
**main**   28:11,13
   135:10
**make**   2:19
   23:22 39:3,20
   59:16 60:5
   89:10,11 90:18
   96:3 97:18
   100:4 101:19
   113:7 114:1
   120:12 125:10
   130:6 131:5
   139:1 147:12,14
   150:7
**makes**   38:2
**making**   24:14
   45:19 46:10
   74:4 80:7
   105:16
**man**   15:5
**management**
   147:5
**manager**   49:11
**manipulated**
   143:12
**manipulation**
   64:14
**manuel**   78:14
**march**   38:19
   39:13,16,17,18
   40:2 41:1
**maria**   6:8
   115:21
**marie**   77:11

CONFIDENTIAL

**mark** 32:3
48:22 71:19
72:23 78:14
96:23 118:19
119:16 140:19
**marked** 31:15
31:18 32:19
33:23 47:9,23
48:8,19 71:21
97:4,8 102:16
104:14 105:23
106:3 114:10
118:21 119:19
125:10,13,18
126:7 129:14
136:20,23
140:20 146:13
**marking** 33:20
47:12 102:14
114:7 125:16
126:6 129:12
**marlon** 112:6
112:20
**maryland** 5:22
**masters** 2:1 5:3
7:1 153:3,18
**match** 136:4
**matches** 119:15
**materials**
112:15
**matter** 8:4
37:15 40:7
74:23 93:13
117:22

**matters** 50:1
**maturing**
134:10
**mauricio** 137:20
**maximum** 19:15
**maya** 1:17 2:1
7:9 8:4 9:9
12:13 40:5 42:9
136:2,8 148:12
148:16 152:15
**mean** 43:4,7
76:20 83:3
89:14 98:13
**meaning** 15:21
30:15 41:11
43:8,13 54:6
**means** 22:21
39:21 40:11
136:10 148:18
**meant** 36:8,14
45:1
**media** 8:2
**medical** 150:1
**meet** 16:7,15,18
16:23 17:1,14
18:14,21 33:11
**meeting** 17:5
18:9,17
**meetings** 99:1,3
**member** 74:19
112:5
**members** 20:17
52:17 62:7
111:14 134:6

**memorandum**
23:1 120:15,16
**memorized**
141:22
**memory** 23:19
23:20,20 24:2,5
**mentally** 135:16
**mentioned**
16:13 42:21
99:1,9 118:10
122:14 131:19
**mentions**
113:16
**met** 16:12,13
17:5 33:13,17
34:7 54:19,21
73:9,23 74:15
77:13 79:5
**michail** 6:4 8:8
**microphone**
105:14
**mid** 9:22 10:17
**middle** 110:3
**miguel** 6:7
49:17 64:4
144:8
**mike** 42:4 53:21
**million** 80:22
93:23,23 123:1
**mind** 12:22
17:11 68:11
76:20 81:11
89:12 144:3
**minds** 134:11

**mine** 95:7
148:22
**mines** 43:15
49:11
**mining** 43:11
**minute** 23:21
26:13 38:17
43:19,21 56:22
58:11 65:7
84:13 111:19
135:13
**minutes** 22:17
61:5,6,6,6 65:8
98:14,18
**misinterpreted**
95:15
**misstating**
42:18
**mistaken** 25:6
**misunderstood**
107:4
**modified** 76:7
**moment** 20:19
36:13 82:2
115:9 118:6
120:2
**moments** 62:10
**money** 19:12,12
19:16,19,21
53:3,14,17
61:22 62:8
87:14,16,17,20
87:22 88:1,5,8
88:22 89:4
90:18 91:2,18

117:11 124:22
**monies** 88:18
123:9
**month** 34:11
69:11 93:22
**monthly** 25:7
**months** 16:21
18:4 22:3,18
25:1,5 71:12
74:8 79:8
102:21 103:1,10
106:10 109:20
116:10,12 144:2
**moore** 77:11
**morning** 7:13
11:8 12:9,10
63:22 66:16
**motion** 96:8
**motive** 134:5
**motives** 67:19
**mouth** 91:12
93:3
**move** 42:10,15
45:12 66:3
67:21 70:12
75:19 79:22
105:14 115:15
121:4 122:5
125:8 132:17
134:22 136:16
146:3
**moved** 139:3
**moves** 14:8
**moving** 131:23
132:12

**muffled** 73:13
**multi** 41:3 45:8
48:18 51:2
106:13 123:2,15
124:5 147:15
**multiple** 69:12
139:10
**murder** 134:5
**murders** 38:9
55:16 58:8
143:15
**mutual** 47:7
51:7,13,15,18
67:13 68:5
99:12,16 100:11
101:13 148:14
**mutually** 52:20

**n**

**name** 8:8 12:12
12:13 13:19
16:13 30:1
66:17 77:8 78:4
78:6,14 94:16
94:18 95:2,3,4
104:18 110:14
111:13,15
115:23 121:19
124:3 145:13
**named** 95:21
111:9
**names** 77:1 88:3
111:18 140:5
**naming** 147:4
**narrative** 38:13
38:18 45:6

**nation** 57:15
58:1 125:6
142:20
**national** 41:3
45:8 48:18 51:2
106:13 123:2,15
124:5 147:15
**natural** 61:2
**nature** 27:13
**ne** 5:22
**necessary** 2:15
22:22 124:12
**need** 9:5 10:12
13:3 17:7 22:20
32:15,15 34:3
44:7 66:22 85:9
85:10 96:12
97:4 98:13
99:20 103:4
113:7 125:9
140:4
**needs** 26:12
31:21 38:16,23
39:23 50:10
56:21 58:10,22
70:21 77:9
78:19 111:20
133:4 135:12
**negative** 90:18
**negotiate** 93:18
**negotiated** 41:2
**negotiation**
124:18
**negotiations**
41:11

**neither** 18:7
35:19 153:12
**never** 70:3
124:17
**new** 66:12 75:17
141:9 145:19
150:5
**nexus** 22:1
**ngo** 77:17 78:3
78:9
**ngos** 81:4
**night** 10:6 11:3
63:18 69:2 71:9
146:18
**nine** 10:5 11:3
**non** 24:22 27:14
53:6 134:23
**nonresponsive**
45:13 75:20
79:23 115:16
146:4
**normally** 59:22
127:18
**northern** 1:2
**notaries** 54:8
**notary** 2:3 5:5
7:3 153:4
**note** 7:16 72:1
119:18 125:12
150:14
**notes** 80:1,4,7
**notice** 3:1 129:7
**noticed** 94:15
**notification**
127:19

**november**  127:6
**number**  2:3 5:4
  7:2 9:21 40:4
  49:2 87:15
  116:21 129:13
  140:18 144:18
  146:8 153:4
**numbers**  117:23

**o**

**o**  42:8 79:2
**oath**  76:8
**object**  10:3,23
  11:5,13 27:18
  28:6 29:6 36:11
  38:10 42:17
  47:15 51:10
  58:9 62:1 73:6
  82:8 85:8 109:2
  111:11 116:15
  117:13 118:11
  118:12 123:3,20
  126:21 127:1
  128:11 129:20
  130:15 131:16
  134:22 135:4
  137:4 141:15
  142:18 146:15
  147:2 149:9
**objection**  27:20
  69:3,4 72:1
  97:11 119:6,18
  120:4 122:5,19
  125:12 129:18
  130:14 133:1
  134:8 137:15,18

141:1 144:6
  145:3 147:22
**objections**  2:16
  2:19 9:20 10:13
  10:15 12:5 44:8
**objective**  62:12
**observing**  13:18
**obtain**  116:5
  142:5,14 144:15
**obtained**  19:18
  19:18 20:7
  115:5 136:10
**obviously**  151:9
**occasionally**
  54:19
**occur**  46:4
**occurred**  99:3
  141:13
**october**  17:16
  33:8 60:17
  61:15,20 88:12
  103:2 119:8
  129:9
**offense**  30:22
  75:14 136:5
**offenses**  91:9
**offer**  3:14,15
  48:10 57:6
  80:12 91:11,18
  104:1,12
**offered**  2:21
  19:8,10,21 20:4
  20:15 80:23
  81:3 82:5 90:18
  91:3 104:21

129:20
**offers**  47:17,18
  47:19,19 48:4,5
  48:12 91:20
**office**  30:21
  31:2,5 59:7
  63:15 71:6
  112:23 142:20
**officer**  107:13
  107:18 109:13
  112:14
**officers**  41:19
  41:19
**offices**  54:22
**official**  74:23
  118:15
**oh**  29:19 49:5
  49:13 104:16
  107:3
**okay**  13:5,9
  29:12 61:14
  68:10 84:5
  85:15,23 92:19
  92:21 98:10
  107:3 111:21
  132:23 152:9
**once**  12:21 14:4
  94:2 98:2 130:1
**ones**  65:16
  118:7 132:8
**ongoing**  26:4
  54:17
**online**  32:18
**open**  51:19 67:2
  79:3,13,19

**opened**  75:17
  117:1 141:9
**opening**  75:12
  112:12
**operations**
  43:12 49:10
**operators**  43:7
  43:16
**opportunity**
  77:3 92:20
  135:7 138:13,16
**oppose**  152:8
**opposite**  99:23
**oral**  7:10 59:12
**orcasita**  21:10
  22:2 25:3
**order**  9:18
  14:12 16:22
  19:22 27:7,15
  28:2,15 34:13
  37:13 41:3 65:1
  74:18 76:1
  79:10 81:18
  82:6 87:7 93:5
  108:14 116:4,8
  120:12,17,23
  121:11,23
  122:21 127:23
  138:15 141:9
  142:5 144:15
  147:13 148:18
  150:18
**ordered**  25:7
  142:23 143:15

**ordering** 143:6
143:10
**orders** 93:7,12
117:20
**ordinary** 26:7
30:19 108:8
**original** 42:11
47:13 50:7 51:3
103:11
**originally** 78:3
78:4
**orlando** 111:15
112:5,17
**ortega** 77:11
78:14
**ortiz** 112:5,17
**otero** 6:9 16:12
16:14,15 17:1
18:18,19 45:16
105:17 151:16
151:21,23
**outside** 15:6
96:1,9
**overcharge**
122:23 123:8,11
123:17
**overcharges**
123:18 125:2
**overcharging**
107:21 149:4
**overseeing** 14:7
**own** 12:17
91:20 116:7
151:10

**p**

**p** 1:7,14 5:21
78:1 79:2
**p.m.** 19:5 59:22
59:23 65:13
66:8,11 98:20
98:22 111:23
112:3 133:8,11
139:7,11 149:15
149:18 152:14
**page** 3:5,10 33:6
90:4,5,7 102:20
106:14 110:2,4
110:23 111:1,2
111:10,17 113:2
113:3 117:6,8,9
130:6,11 132:6
132:21 133:2
147:20
**pages** 23:3,11
23:13 33:3 71:4
147:12
**paid** 53:9
**paragraph** 84:6
92:3,7 100:18
106:16,18,19
107:16,19 109:5
110:4,5,8,10
111:1,3,10
113:5,10,16
114:3 130:6,12
130:18,23
131:12,15
132:19 133:14
133:18,23 134:3

135:3,9 148:3,7
**paragraphs**
99:16 101:22
**paramilitaries**
110:11,17 111:6
**part** 37:9 55:18
59:1 67:9 79:1
106:22 107:5
108:14 109:14
115:8,16 131:3
132:8 148:15
**participant**
122:10
**participants**
43:4,5,6
**participate**
11:21
**participates**
7:19
**participating**
10:20 23:4
41:11
**participation**
106:11
**particular**
100:8 130:21
**parties** 1:22
2:18 7:23 8:12
12:5 23:2 37:17
41:10 45:11,23
47:4,7 51:13,22
67:14 68:15
101:4,4 102:1,3
140:3 153:14

**parts** 135:10
**party** 131:23
132:12 141:3
150:18,19,20
**past** 57:15
**path** 92:1
**paula** 6:12
105:2,21
**paulk** 3:6 5:16
8:15,15 9:15
12:3,8 14:20
21:14 24:23
27:15,22 28:3
29:3,8,16,18
31:17 32:3,13
32:17 34:5
36:18 37:1 38:3
38:14,22 39:8
39:16 42:8,20
43:20 44:4,11
44:12 45:3
46:17 47:11
48:2,10,21 52:4
52:9 62:5 65:6
65:14 66:5,12
66:23 67:3 68:1
68:17 69:5
70:14 71:18,23
72:2 73:2,3,8,20
73:21 75:21
77:23 80:6,9
82:10 83:11,17
83:19 84:4,12
84:15,16,20,22
85:14 86:20

CONFIDENTIAL

**[paulk - point]**                                                    Page 177

95:18,20 96:11
96:17,23 97:13
97:22 98:7,11
98:16,23 99:6
101:21 102:18
103:3 105:4
106:2,5 107:2
109:3 114:12
115:17 118:3,14
118:19,23 119:2
119:21,23 120:5
121:6 122:12
123:7 124:7
125:8,15,20
126:9 127:3
128:20 129:11
129:16 130:9,17
130:18 132:19
133:6,12 135:2
136:19,22
137:10,11,16
138:4 139:3,5
150:10 151:2,13
152:1,6,11
**pause**  37:12,18
  77:3 84:12
**pax**  77:8,11
  78:1,3,4,6 94:10
  94:11 95:16
**pay**  25:6,7
  53:14,15 89:14
  89:15
**payment**  149:2
**peace**  66:18
  70:6 77:13 78:9

78:10 108:9
  135:22
**peinado**  112:9
**pena**  145:13
**pennies**  89:5,10
**people**  28:15
  29:22 35:3 40:8
  43:14,16 77:7
  81:3 91:17
  100:21 115:19
  124:16 128:15
  128:17 129:2,5
**perception**
  134:20
**perfect**  49:1
  73:7
**perfectly**  80:8
  139:2
**performing**
  43:11
**period**  54:16
  149:2
**permitted**  45:23
**person**  10:1
  11:10 21:1
  36:17 49:12
  56:6 69:15 77:8
  78:10,11,14
  90:21,22 91:2
  93:7,12 111:12
  113:19 123:23
  124:1,15 127:18
  128:7 143:9
**personal**  104:7
  127:19

**personally**  14:6
**persons**  64:15
**pertinent**  62:17
**petition**  96:7
**phone**  83:9,22
  84:18 85:7,10
  85:12,15,18,20
  86:2,9,13,14,17
**phonetically**
  49:8 121:22
**photocopies**
  63:13
**phrase**  19:1
**physically**  10:18
**picture**  97:17
**pinilla**  6:11
  13:19 66:16,17
**place**  5:13 7:23
  37:14 44:18
  58:16,18 61:4
  91:16 113:20
  127:21 143:17
  145:5
**placed**  134:14
**places**  139:10
**plaintiff**  1:5
**plaintiffs**  5:6
  8:21,23 9:2 30:2
**plan**  20:19,19
  62:14,14 63:1
**play**  16:18
**playing**  60:7
**plea**  3:21 92:11
  114:17

**plead**  76:18
**pleadings**  70:17
  71:6,16 74:14
**please**  7:16 8:11
  12:3,11 13:4
  14:17,20 21:12
  21:15 26:13
  31:5 38:17
  44:18 47:1,2
  50:10 58:23
  66:6 68:18
  73:14 77:2
  83:21 84:21
  86:7 96:16 99:8
  101:17 104:17
  106:15 110:2,5
  110:23 111:2
  113:3 117:6
  119:21 125:12
  130:11 131:12
  132:19,22
  133:16,23
  138:14 139:9
  140:16 144:18
  146:11 148:2
**plus**  93:22
**pocket**  23:1
**pocketed**  89:8
**point**  13:4 14:1
  25:23 26:22,22
  37:5 64:23 78:1
  84:23 85:2
  89:19 94:5 97:1
  99:15 100:10
  101:17 126:3

141:8 144:10,13
**police**  3:23
    107:13,17,20
    108:1,3,18,23
    112:22 115:7
    118:16 119:12
    120:9,19 121:10
    122:21
**poor**  65:4
**portion**  21:17
    83:18 123:13
    141:17
**possibility**
    76:10
**possible**  30:3
    44:19 138:15
**possibly**  122:11
**post**  78:11,12
**potea**  79:2
**power**  63:10
**precisely**  45:5
**prefer**  14:3
**preliminary**
    9:19 12:4
**premises**  148:21
**preparation**
    16:7 17:2
**preparatory**
    107:7 116:17
**prepare**  14:15
    14:22 17:8
**preparing**  14:21
**present**  6:1,5
    10:10,18 14:1
    14:13 18:19

65:5 94:10
    115:17,19,22
    116:1,2 119:10
**presented**  48:16
    131:3 132:1,2
**presenting**
    41:14
**president**  38:19
    38:20 40:3,3
    49:10,16,20,21
    49:22 59:6
    147:14
**presley**  5:9 8:22
    8:22 105:15
**prestigious**
    57:13 72:16,16
    95:11
**presume**  35:20
    36:1
**previous**  97:11
    113:21 120:8
**previously**
    11:11 21:4 29:9
    118:13
**prices**  48:12
**print**  68:10
    148:10
**prior**  2:21 15:15
**prison**  16:22
    17:16 25:1,5
    55:5 89:14,16
    91:5 106:11
    116:22
**private**  81:4

**privately**  116:4
**prize**  127:6
**problem**  87:4
**procedural**
    91:16
**procedure**  7:5
    26:15 141:7
**proceed**  16:11
    64:12
**proceeding**
    122:9
**proceedings**
    7:12 11:21
    13:19 14:4,5,14
    30:18 35:23
    108:8,14 128:9
**process**  11:10
    13:2 16:5,11
    23:5 45:20
    55:18 58:17
    61:10 63:10,11
    63:13,14,19
    66:21 70:19
    71:4 82:19 96:7
    108:4 115:3
    122:2 129:4
    131:19,23
**processing**
    110:15
**proctor**  85:9
**produced**  11:19
    69:2
**product**  20:9
    41:6 118:16
    136:6

**program**  108:10
    128:10
**prominent**
    57:22
**promise**  93:17
**promises**  90:6
    90:12
**promoted**
    113:12
**promoting**
    114:3
**pronunciation**
    42:6
**proper**  77:1
**property**  53:6
**proposal**  92:23
    142:21
**propose**  37:12
**proposed**  91:10
    133:17
**prosecuted**
    116:18
**prosecuting**
    107:9 120:12
    141:3 144:14
**prosecution**
    31:2,4 55:11
    58:18 64:23
    67:19 70:23
    71:5,15 72:10
    72:19 74:22
    75:3 76:5,6,15
    81:12 91:6,13
    94:3 114:19
    117:18,19

118:18 119:10
124:2 142:14
144:9 145:5,7
145:12 146:1
147:9
**prosecution's**
31:5
**prosecutor**
55:11 59:7
69:17 75:21
79:2,17 107:8
116:21 119:8
120:15,20
141:11 147:5
**prosecutor's**
30:20 31:2
63:15 74:14
**prosecutors**
64:4 122:16
**protection**
20:23
**protective** 9:18
150:18
**prove** 79:10
148:19
**proved** 84:9
**proven** 24:11
25:22 62:3
82:22 83:3 92:2
92:13 109:10,22
125:7 136:14
**provide** 80:12
82:5 124:22
**provided** 7:4
11:2,11 20:20

20:22 36:19
61:13 65:17
82:2 90:6 97:11
110:13 117:19
118:7 119:3
120:2 121:14
123:15 140:9
145:17 146:17
**providing** 21:2
45:9 85:7 88:5
145:11
**proving** 10:16
63:23
**provision** 43:3
68:4
**provisions**
99:12 100:8
**public** 2:3 5:5
7:3 111:5 153:5
**puling** 103:7
**pull** 67:1 68:17
96:15 99:6
118:3 119:1,21
140:15
**punished** 81:2
**purchase** 41:7
53:5 64:9 66:1
67:13 68:13
100:6 101:7,8
102:7,10
**purpose** 28:12
28:13,14 53:2
123:7
**purposes** 45:22

**pursuant** 9:17
25:21 62:20
102:10 114:21
135:21 144:7
**pursuit** 51:12
**put** 56:22 67:7
85:15,19 86:2
146:10 148:6

## q

**quality** 7:17,18
10:2 64:6 65:4
69:21 145:10,17
**quashing** 26:14
**question** 21:13
24:9 27:21 28:2
34:5 42:12 47:2
47:3 50:11
58:13 61:1,8,15
69:6 73:17,19
76:17 80:21,23
81:23 82:3
83:12,13,19
86:21 90:20
95:19 99:18
103:8 104:10,16
111:8 113:9,10
117:9 130:16
134:2 148:5
152:4
**questioning**
127:1 136:4
146:16 147:22
**questions** 2:17
2:18 11:6 16:4
24:7,19 30:7,13

38:4 44:16,19
61:12 69:4 80:7
80:10 118:12
130:10 135:8
138:5,7 139:16
146:8 149:12
153:7
**quick** 139:15
149:13
**quickly** 17:12
**quite** 16:17
110:20 119:4
138:20 147:15
147:16
**quote** 101:18
113:4
**quotes** 101:1
102:8,8
**quoting** 90:4

## r

**r** 42:8 153:1
**rafts** 29:23,23
**raise** 9:6
**raised** 150:1
**rally** 40:17
**rather** 19:13
20:12 26:22
47:19 67:15
93:6
**ratified** 121:13
122:2,15 135:23
**raw** 112:15
**rdp** 1:6
**reach** 12:21

**[reached - registered]**                                        Page 180

reached  41:16
89:20 90:13
reaching  141:8
read  13:10
21:14 35:5
64:17 68:7,9
69:11,12 84:1,3
84:5,14,18
85:21,21 86:9
100:3,5,12,14
100:17,23
101:19 106:18
109:4,19 110:5
110:23 111:18
113:5 117:8
127:11 131:13
132:22,22
133:23 135:10
140:5 141:23
147:7,16 148:3
148:7,9
reading  2:8
63:18 83:8,10
83:22 84:2,6
85:1,7,23 86:13
87:10 92:4
131:14 140:3
reads  21:17
83:18 101:3
ready  97:3
real  53:5,6
reality  25:19
136:5 148:14
realized  24:16
64:10 71:13

really  12:19
36:5 37:13 54:7
88:18 100:3
115:12 116:11
reason  28:23
42:1 52:18
59:13 62:13
65:2 67:18
69:18,20 128:6
reasons  148:12
recall  21:4
31:10 33:13
36:18 38:5
50:12 60:16,20
99:2 100:9
103:9
receipt  128:1
receive  53:17
76:1 93:21
115:1
received  10:5
11:8,17 34:10
52:22 53:4,21
70:9 79:16
87:20 88:14
90:12 124:23
128:6
receiving
109:20
recess  44:1
65:11 98:21
112:1 133:9
139:8 149:16
recipient  100:22

recognize  106:7
106:8 114:12,14
126:9 129:16
137:2,12,13
recollection
34:6
record  7:14 8:1
23:23 43:22
44:2,5 45:15
65:9,12 66:5,7,9
66:10 68:23
96:14 97:5,16
97:23 98:2,19
98:22 105:16,19
111:22 112:3
133:7,10 138:23
139:6,11 140:1
140:4 149:14,17
149:20 150:11
151:2 152:13
recorded  7:21
8:3 42:19 45:21
recording  7:17
139:10
recordings  7:22
records  146:20
recross  150:13
reduce  116:8
reduction  115:1
115:11 116:5
refer  29:11,11
110:12
reference
120:16 130:6
131:5 147:12

referenced
95:20
references
107:16
referred  102:2
referring  24:1
27:1 32:4 35:13
35:22 39:11
43:10 80:1
107:13,15
refers  25:16
107:19,20
136:14
reflecting
126:17
reframe  58:12
refreshes  34:6
refuses  86:3
regard  13:16
92:3 120:7
136:1
regarding  15:12
68:5 75:9 112:8
151:6
regards  15:12
15:20 41:16
57:7 58:20 59:4
75:17 92:4
108:5 113:8
124:10 132:13
135:9 136:7
143:13 148:11
registered
127:22

| | | | |
|---|---|---|---|
| **regular** 117:3 | 87:14 88:17,19 | 9:7,13,23 10:8 | **reserve** 150:15 |
| 131:20 132:2,13 | 90:9,10,16 | 10:19 21:16,17 | **reserved** 122:8 |
| **reinterpret** | 103:12 112:19 | 31:13 44:17 | **reserving** |
| 73:19 | 126:3,4 143:22 | 45:2 69:5 83:16 | 150:23 152:7 |
| **reiterate** 86:8 | **remembering** | 83:17,18 86:7 | **resolution** 4:5,6 |
| **relate** 92:16 | 33:15 | 105:7,9 151:18 | 4:8 81:19 84:7,9 |
| **related** 30:4 | **remote** 10:1 | 151:20 152:3,9 | 92:9 129:23 |
| 87:12 89:4 | **remotely** 8:6 | 153:4 | 130:8 135:22 |
| 138:21 153:13 | 10:21 | **reports** 4:2 | 137:19 142:6 |
| **relates** 58:6 | **remove** 71:1 | 117:19 118:10 | 143:4 147:4 |
| 82:13 92:17,18 | **render** 46:6 | 118:16 120:8,18 | **resolutions** |
| **relating** 2:12 | 103:19 114:17 | 120:21 121:1,3 | 138:3 |
| 122:17 127:15 | 135:19 141:19 | 121:10 122:18 | **respect** 72:14 |
| **relationship** | **rendition** 60:23 | 122:20,20 | **respective** 1:22 |
| 49:4 50:8,14 | **repeat** 14:17,19 | **represent** 8:12 | **respond** 11:16 |
| 54:14,15 58:2 | 20:2 21:13 28:1 | **representation** | **responsibility** |
| 67:5,6,8 99:11 | 29:14 35:16 | 14:11 51:1 | 38:8 |
| 107:11 148:19 | 50:10,16 53:3 | **representatives** | **responsible** |
| **relationships** | 58:23 69:6 | 106:12 | 14:7 |
| 55:7 | 73:14 104:16 | **represented** | **responsive** |
| **release** 15:10 | 105:12 | 11:9,17 13:14 | 24:22 27:14 |
| 17:22 84:11 | **repeated** 73:18 | 87:23 95:22 | 134:23 |
| 92:17 93:23 | 102:4 | 140:9 | **rest** 19:7 |
| 129:9 130:3 | **repeating** | **representing** | **restating** 10:15 |
| **released** 15:5 | 121:22 | 8:19 14:6 66:19 | **restoration** |
| 16:20,22 18:5,6 | **replaced** 78:6 | **represents** 55:4 | 13:17 |
| **religious** 78:5 | **report** 3:22,23 | 153:9 | **restorative** 15:1 |
| **remainder** | 107:13,14,16,18 | **request** 26:19 | 15:13 27:4,13 |
| 114:2 | 107:20 108:2,3 | 46:3 75:4 | 117:4 127:13 |
| **remember** | 108:18 109:1 | **requested** 21:17 | **result** 141:13 |
| 12:19,23 13:1 | 112:8 115:7,7 | 31:4 83:18 | 142:16,19 |
| 21:7 31:14 | 119:7,8,9,12 | **required** 28:3 | **resulted** 65:21 |
| 33:16,17 37:7 | **reported** 115:6 | 53:15 74:17 | **return** 57:20 |
| 48:14 49:6,9 | **reporter** 2:2 5:4 | **requires** 127:19 | **review** 11:13 |
| 60:9 81:14 87:3 | 7:2 8:9,13 9:3,5 | | 15:15 32:20 |

77:21
**reviewed**  14:23
   15:9 16:9 17:12
**right**  9:6 10:16
   12:7 42:22
   58:21 66:12
   76:4 80:19
   85:10 86:20
   87:15,19 96:19
   97:13,22 98:11
   98:17 103:5,6
   119:16 127:12
   133:5,22 150:15
   150:23 151:18
   152:8
**rights**  55:12
   63:16 114:20
   134:21
**risk**  128:10,12
**role**  21:9 25:2
   50:2 60:7,19
   61:17 62:6
   132:13
**roles**  43:6
**room**  45:16
   97:20 105:20
   110:16 138:22
**rude**  44:21
**rule**  7:4
**rules**  2:12 7:5
**run**  128:12
**running**  135:6

**s**

**s**  42:8
**sake**  32:11
   39:23
**salaries**  25:8
**sale**  41:7 64:8
   66:1 67:12
   68:13 101:6,9
   102:6,9
**sanchez**  112:6
   112:18
**sansbury**  5:17
**sansom**  5:17
**sat**  12:15 52:20
**satisfactorily**
   53:18 54:2
**saw**  17:18,21
   68:21 70:22
   72:3 126:4
**saying**  46:9,11
   65:2 67:4 72:12
   98:7 118:2
   133:19 134:15
   134:16 136:11
   137:8
**says**  34:17 35:8
   35:13 36:8 49:3
   52:11 69:18,22
   92:10 100:19,23
   101:1 106:17
   109:13 110:10
   115:20 119:13
   128:5 131:18
   136:12 137:23
   148:11

**scanned**  138:1
**schedule**  13:20
**scheduled**  58:19
   59:3
**schedules**  150:7
**scheduling**
   13:20
**scherer**  8:16,16
   8:17 151:14,14
**scientific**  121:12
**screaming**  40:9
   40:9,16
**screen**  7:21
   73:22 99:13,19
   118:6 119:5
   120:1 139:19
   144:19 146:11
**scroll**  68:2
   99:20 147:19
**searching**  84:2
   85:12
**second**  16:13
   26:9 44:12 66:6
   109:5 113:18,20
   128:16 135:23
   139:1 148:7
**seconds**  83:23
**security**  20:19
   112:13 124:5
**see**  16:23 21:18
   26:6 29:21 33:6
   33:8 34:15 37:7
   49:5 52:14
   54:11 67:10
   70:14 73:8,21

74:2 75:15 76:3
   76:5 80:20 81:1
   93:5 99:21,23
   108:5 126:11
   127:7 132:6
   141:21 148:10
**seeing**  100:9
   125:22
**seems**  44:20
**seen**  7:20 96:21
   108:1 127:4
   146:21
**self**  14:11 87:21
   107:11 108:19
**semester**  113:20
**send**  75:6
   123:18 127:15
**sends**  138:3
**senior**  40:15
**sense**  89:11
**sent**  31:8 34:14
   34:16 35:2 60:3
   60:10 72:19
   75:8
**sentence**  23:6
   25:11,13,16,18
   25:18 26:1 35:5
   65:2 67:20 70:8
   76:13 81:19
   89:10 93:6,18
   93:19 106:17
   109:4,9,14,19
   113:12 115:2,11
   116:6,8 142:15
   144:15

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **sentenced** 22:3 22:13,19 25:1,4 25:6,10 26:8 93:6,11 116:6,9 116:11 | **short** 44:1 65:7 65:11 111:20 112:1 133:9 139:8 149:16 | **significance** 141:12 142:1 | 53:1 56:16 59:19 70:20 73:12 76:22 78:18 80:16 94:19 96:2 |
| **sentences** 106:9 | **shortly** 11:19 | **signing** 33:10 82:14 87:5 88:23 103:10 | 102:22 110:4 |
| **sentencing** 3:20 22:8,16 63:9 64:17,18 92:18 107:6 142:5 | **shoulders** 134:14 | **similar** 28:8 | 113:1,18 123:5 128:19 133:3 135:14 137:6 148:6,22 |
| | **show** 22:16,23 23:1 92:16 139:18 145:23 | **simple** 61:15 103:8 | |
| **september** 55:23 59:10 108:22 | **shut** 91:12 93:3 | **simply** 20:1,11 22:8 26:1 147:12 | **sort** 19:8,22 |
| | **si** 106:16 107:2 | | **sought** 57:12 |
| **series** 38:4 | **sign** 74:18 83:7 87:1,4 104:2,13 104:22 128:1 131:2 | **sir** 33:12 109:3 | **sound** 73:12 139:1,4 |
| **serious** 116:8 144:12 | | **sitting** 80:1 81:5 | |
| | | **situation** 57:3 57:17 | **southern** 1:3 |
| **serna** 6:8 | **signatories** 100:20 | | **spanish** 11:12 18:8,11 32:7,20 |
| **served** 123:14 128:2 | **signature** 2:8 33:1,1 153:17 | **six** 75:2 | |
| | | **sixteen** 34:11 | **speak** 11:22 13:12 18:8,11 18:12 34:3 45:23 100:10 |
| **service** 69:11,22 145:10 | **signatures** 50:23 54:4 | **slept** 63:17 | |
| **services** 18:10 41:5 64:7 110:13 123:14 145:17 | **signed** 31:12,12 33:7 34:19 41:18 45:9 48:17 49:6,12 49:15,19 50:6 50:12,18,23 51:2,4,5 53:20 53:21 54:8,12 60:17 61:16 88:11 100:6 102:19 103:1,9 107:17 126:23 | **slight** 80:17 103:18 | |
| | | **slightest** 88:10 | **speaking** 10:11 37:3 49:7 56:11 61:3 103:17 135:15 |
| **set** 123:16 | | **small** 148:10 | |
| **setup** 149:1 | | **sobre** 148:8 | |
| **seventy** 12:14 | | **society** 134:19 | **special** 20:3 24:12,15 66:18 108:9 135:21 |
| **several** 80:2 102:20 103:1 | | **solutions** 8:10 | |
| | | **somebody** 36:16 76:18 77:12 127:19 138:21 143:2 | **spent** 93:22 117:15 |
| **share** 38:18 44:14 58:1 | | | **spoke** 56:9,10 |
| | | **somewhat** 17:5 | **spot** 101:2 |
| **shed** 109:7 | | **son** 18:19 | **spotswood** 5:17 |
| **sherman** 5:11 9:1,2 | | **sooner** 55:19 | **stage** 21:23 |
| | | **sorry** 18:18,23 23:12 29:13,17 39:12 50:9,19 | |

CONFIDENTIAL

**[stages - system]**                                              Page 184

stages   131:19,20
stand   85:6
   139:9
standard   7:15
standards
   128:14 129:1
   130:4
starnes   5:12
start   76:2 94:21
   128:13,22
started   11:23
   14:3 57:5 63:7
   68:21 116:16
   138:7
starting   22:4
starts   32:22
state   21:2 45:14
   153:21
stated   20:14
   37:22 59:2
   60:10 67:15
   74:23 92:13
   103:13 109:18
   115:2 118:13
   132:18 136:8
statement   3:11
   15:18 17:9
   24:11 33:4
   55:10 74:4,18
   82:18 86:15
   87:5 103:14
   114:17 115:13
   115:18,20
   116:14 117:17
   119:7 142:3,12

149:8
statements
   15:11 17:12
   27:17 28:4,16
   28:18 29:3
   36:20 44:23
   60:6 90:19
   111:4 136:2
   148:11,16
states   1:1 16:1
   30:9 45:21
   67:11 77:19
   79:5,7 82:19
   100:16 101:23
   114:16 117:14
   131:10 136:1,1
   142:3
stating   103:13
   117:20
statute   114:22
stay   63:17 96:14
stemmed   123:13
stemming
   148:19
stenotype   153:7
step   15:6 16:2
stepping   20:13
stipulated   1:21
   2:7,14,23
stipulation   1:20
stipulations   7:6
   9:13
stolen   112:16
stop   37:12 60:23
   85:10 138:9

stopped   85:22
stopping   44:21
story   76:2 79:6
   79:10,12
strategy   72:5
   87:7 89:4
street   19:5
strike   24:21
   27:14 42:10,16
   45:12 67:21
   70:12 75:19
   79:22 88:7
   115:15 121:4
   122:6,13 132:17
   134:23 136:16
   146:3
subject   97:10
submit   47:20
submitted   26:1
   120:14 131:22
submitting   41:9
subparagraph
   130:21 133:2
subsequently
   79:8 95:4
successful   89:6
succinct   80:10
suggested   61:3
sum   53:7
summarize   45:6
summarizing
   147:10
summoned
   145:12

supervising
   145:14
support   24:19
   132:4,7 148:13
supporting
   74:20
supports   136:3
supposed   94:1
supposing   33:2
supreme   26:17
   26:18 114:18
   119:10
sure   18:3 39:3
   39:20 59:16
   84:22 97:18
   110:20 124:14
   125:10 127:10
   139:1 146:21
   150:7
surpass   130:3
surveillance
   112:10
susan   2:1 5:3
   7:1 8:9 153:3,18
swear   8:13 9:5
swears   9:7
swindler   95:12
sworn   9:10
   111:3
system   14:11
   26:8,17 27:5
   30:19 62:3,4
   92:2 117:5
   122:17 132:3

CONFIDENTIAL

**[t - think]**                                                    Page 185

| t |
|---|

**t**  5:9,16 79:2
  153:1,1
**tab**  31:19 32:14
  32:16 33:21,22
  65:20 67:1
  68:17 96:15
  99:7 102:15
  103:4 106:5,6
  114:9 118:3
  119:1,22 125:10
  125:17 126:6
  129:13 137:1
  140:16 146:9,12
**take**  7:22 43:18
  43:20 51:13
  61:4 65:6 72:20
  97:14 117:7
  120:17 126:1
  149:13 150:3
**taken**  2:1 69:19
  97:17 145:9
  153:6,15
**talk**  18:2 82:1
  85:2 92:20 93:1
  94:6 109:8
**talked**  18:6
  33:17 104:1
**talking**  23:18,19
  31:23,23 33:18
  35:20 36:2 37:4
  68:4 74:6 99:12
  109:9 130:7
**talks**  111:3

**technical**  13:7
  23:20 83:1
  117:20 121:13
  121:16 122:3
**technology**  8:7
**telephone**  141:4
**tell**  12:3,11 15:4
  17:20 21:21
  22:18 27:16
  28:4 36:17
  38:12 64:16
  74:16 82:10
  83:5 86:22 88:3
  88:21 91:12,20
  92:1 112:17
  116:13 135:3
  139:20 142:11
  144:14 145:1
**telling**  20:9
  46:18 64:1,11
  72:12 81:8
  87:20 94:3
  114:22 129:3
  144:9
**tells**  119:13
**ten**  24:4 61:5
  77:6 83:22
  93:21 139:19,21
  140:8
**term**  26:13
  31:22 32:8
  36:14 40:1,11
**terminate**  51:18
  51:23 52:19,21
  68:5

**terminated**  51:7
  51:9,12,17
  52:13 56:2
  59:10,14 69:19
  89:7
**termination**
  41:16 52:16
  53:8,13,15
  54:13 56:4 65:3
  65:21 67:11,17
  72:23 149:3
**terrence**  1:7,14
  5:21 8:5,18
  11:15 121:17
  139:14
**terry**  10:6 11:3
  16:14 73:9 81:5
  81:15,15 82:16
  87:3 89:5,5
  138:14
**testified**  9:10
  21:20 22:6,11
  31:10 65:21
  76:8 89:17
  108:15
**testify**  19:23
  58:19 59:3
  85:13 107:7
  138:14
**testifying**  19:9
  46:1 68:20
  122:8
**testimony**  11:9
  15:15,19,22
  30:9,16 31:3

**42**:18 46:1,4,12
  79:18 82:23
  85:8 86:13 90:9
  131:8 134:3
  145:15 150:19
  150:22 151:7,8
  152:14
**thank**  13:3,8
  22:10 29:19
  32:7,11,13 37:2
  38:1 39:14
  44:11,23 45:4
  47:22 61:20
  96:11 107:3
  114:2 136:19
  139:16 144:17
  146:5 149:11
  152:12
**thereto**  2:22
  153:8
**thing**  17:10
  136:17
**things**  15:1,6,7
  15:9 16:2 27:10
  30:5 40:21 44:4
  72:13 90:23
  96:13 121:2
  125:6 129:22
  132:11
**think**  10:16
  17:18 18:2
  32:15 39:8,10
  39:16 42:14
  44:6,7 46:14
  49:21 75:1

CONFIDENTIAL

**[think - true]**

77:23 80:6
88:17 93:2
95:14,16 103:3
140:7 143:11
144:10 152:11
**third**   150:19,20
**thirty**   98:13,17
126:12
**thomas**   5:8
**thoughts**   56:22
58:11
**thousand**   41:21
42:3 93:21
96:21 142:1
**threats**   109:20
**three**   16:21
62:10 71:12
144:2
**throw**   42:13
**throwing**   35:10
36:9,16 73:5
**thumb**   24:1
41:8 52:10
**tied**   131:8
**time**   2:20,20
7:15 15:8 16:18
17:18,21 21:3
33:5,16 34:7,20
35:22 49:20
50:2,3 52:15
54:16,19 57:1
62:20 64:9
73:23 74:12
75:14 76:14
77:15,16 84:16

85:18 88:2
109:6,8 117:8
125:22 127:10
130:15 135:6
138:5,9 141:3
147:8 149:21
150:12 151:2,7
**times**   33:18
69:12 80:3
96:22 100:3
102:5 117:15
142:1
**tired**   138:17
**tiring**   149:21
**title**   65:23 68:11
100:5
**today**   11:5
13:15 14:2,16
16:8 17:15
18:20 19:9,23
23:5 25:17 29:2
29:12 44:14
81:9 84:23
104:1,9 127:4
138:11,18
139:17
**today's**   152:14
**together**   17:2
18:16 48:11
56:22 69:17
102:1 115:4
**told**   15:7 17:4
24:17 41:13
46:19 56:7 64:4
75:9,10,21 79:5

79:11,12,15,17
82:16 93:5
129:6 130:23
**tolemaida**
113:17
**took**   26:18
37:14 54:18
59:22 91:16
133:13 143:16
145:5
**top**   34:22 113:4
**topic**   30:8,14
56:23 58:1
104:8 117:22
123:23 124:10
134:9 143:13
**topics**   15:12,20
17:6 26:2 30:4
58:14,20 130:23
**town**   16:17
**trace**   94:14,23
**track**   72:17
**transaction**
66:1 67:12
68:13 100:6
101:6,8 102:6,9
**transactional**
64:8
**transactions**
41:7
**transcribed**
83:13 153:8
**transcript**
150:16 153:10

**transferred**
108:9
**transitional**
26:20,23 27:2,3
27:13 28:8
109:10 117:4
**translate**   12:2
35:7 44:8 84:20
125:9 131:15
**translated**
83:20
**translating**
31:22
**translation**
23:10 32:21
59:16
**translator**   9:23
10:20 18:11
34:20 35:6 69:6
131:15 148:5
**treat**   150:21
**trey**   8:20 10:14
85:15 105:12
**trial**   2:20 20:11
21:23 22:8 26:9
26:9 45:22,22
46:2 84:9 106:9
120:18 131:20
135:23
**tried**   91:15 95:9
109:16 145:6
**trouble**   50:20
56:13,15 76:23
**true**   27:9 72:13
107:6,10 109:18

110:7,8,17
113:23 114:5,6
130:20 134:12
149:8 153:9
**truly** 70:5
**trust** 63:3
**truth** 15:4 20:10
24:17 25:22
27:16 28:4,13
28:14,22,22
36:17 62:2
64:22 82:16
91:21 92:1,1
108:15 109:10
109:22 114:23
116:13,16,23,23
118:2 119:15
125:7 128:15
129:2,6 130:4
130:23 131:3
136:14 144:14
**truthful** 29:4
**truthfulness**
28:18
**try** 44:15,18
61:12 116:8
128:15,17 129:2
144:4
**trying** 16:10
72:20 142:10
**turn** 23:15 24:4
61:7 102:19
106:14 110:2,23
113:3 117:6,19
130:11 131:12

132:19
**turned** 26:20
117:17 125:3,5
**turning** 25:17
**twelve** 74:9
**twenty** 112:11
126:12 134:10
**twice** 59:23
**two** 15:10 18:4
18:4 20:21
30:17 36:21
40:5,17,23 44:4
51:16 53:11
54:8 57:20 61:6
62:9 68:15
71:11 72:18
74:7 78:13,16
78:23 79:8
93:22,23 120:7
122:23 129:10
134:10 140:13
144:1
**type** 20:15
74:17 76:1
80:13 82:5
87:11 104:13,21

**u**

**u.s.** 13:1 30:15
42:3 54:7 93:21
121:19 142:11
**unauthenticated**
127:2
**unclear** 122:10
**under** 15:2
35:10 36:10,16

42:13 58:18
73:5 76:8 78:9
114:19 123:17
124:23 150:17
**undergo** 129:4
**undergoing**
15:2
**underline** 68:14
**understand**
10:23 12:21
13:2 36:8,12
61:9 65:17
86:15 89:2
91:15 99:18
104:18
**understanding**
64:14 95:23
96:6,6 137:7
**understands**
35:9
**unfortunately**
61:10
**unilateral** 67:18
69:20
**unilaterally**
64:5
**union** 36:21
38:8 40:8 52:17
54:18 55:16
58:7 60:8,19
61:18 62:7
74:19 81:3
93:10,15 106:12
111:14 112:5
134:6 137:22

**unit** 8:2
**united** 1:1 16:1
30:9 45:21
77:18 79:4,7
82:19 131:10
142:3
**unproduced**
11:6
**unsigned**
129:19
**unstable** 10:9
**untrue** 70:5
**unusable** 10:3
10:22
**uploaded** 108:4
**use** 10:4 11:1,4
11:5,13 18:10
26:10 54:7 71:5
72:6
**used** 34:20
36:14 39:2,20
47:17 65:1
67:19 94:22
124:16
**user** 108:11
**uses** 64:19
**using** 8:7 59:21
**usual** 9:13
**utilized** 148:18
**utterance**
135:17
**utterances**
37:18

| v | | | |
|---|---|---|---|
| **v** 42:8 | 43:22 44:2 65:9 | 85:17 89:1,11 | **weapons** 110:19 |
| **valledupar** | 65:12 66:7,10 | 92:22 94:5,6 | 110:20 |
| 16:21 | 98:19,22 111:22 | 96:14,23 97:14 | **wear** 30:12 |
| **valmore** 21:10 | 112:2 133:7,10 | 97:20 98:12 | **week** 9:22 10:17 |
| 109:19 | 138:23 139:6,9 | 100:12 125:9 | **weight** 83:2 |
| **vehicle** 20:21 | 149:14,17 151:1 | 131:5,11 135:2 | **weird** 139:4 |
| **vehicles** 110:18 | 152:13 | 135:11 139:20 | **welcome** 151:9 |
| 110:21,22 | **villalbe** 6:3 | 140:12 | **wells** 5:8 8:20 |
| **venezuela** 57:20 | **vindication** 28:9 | **wanted** 19:19 | 8:20 9:4,16 |
| **verbatim** 136:1 | **violation** 134:21 | 22:10 56:14 | 10:14,14 11:17 |
| **verification** | **visit** 16:21 18:1 | 57:2,16 79:3 | 24:21 27:14,18 |
| 127:17 129:4 | 55:5 57:3 59:19 | 80:19 81:1 | 28:6 29:6 36:11 |
| **verified** 92:6 | 91:4 94:15 95:5 | 82:13 83:6 | 38:10 39:10 |
| **verify** 20:12 | 134:18 141:5 | 85:21 86:22 | 42:10 45:12 |
| 24:16 129:5 | **visited** 33:18 | 113:15,23 | 46:9 47:15 |
| **verifying** | 60:1 | 132:22 142:11 | 51:10 58:9 62:1 |
| 126:15 | **visiting** 57:5 | 144:19 145:23 | 67:21 68:23 |
| **veritext** 8:10 | **visitor** 95:2 | **wanting** 138:9 | 70:12 72:1 73:6 |
| **version** 20:2 | **visitors** 94:16 | **wants** 39:3 | 75:19 79:22 |
| 79:6,11 89:12 | **visits** 59:22 | 41:22 51:14,19 | 82:8 83:8 84:3 |
| **versus** 8:5 32:9 | 94:13 | **warrant** 124:2 | 84:14 85:5 |
| 40:17 93:14 | **voluminous** | **washington** | 86:11 97:10,15 |
| **vice** 38:20 40:3 | 63:13 | 5:23 | 98:10 105:2,7 |
| 49:10,21,22 | **voluntary** 41:10 | **waste** 109:6 | 109:2 111:11 |
| **victim** 137:22 | 55:10 | **watch** 20:6 | 115:15 116:15 |
| **victims** 27:9 | **vs** 1:6,13 | **water** 29:23 | 117:13 118:11 |
| 28:10 120:14 | | 101:14 | 119:6,18 120:4 |
| **victor** 21:10 | w | **way** 10:22 40:21 | 121:4 122:5,19 |
| **video** 4:7 7:22 | **wait** 49:5 | 48:15 62:16 | 123:3,20 125:12 |
| 8:3 10:2,22 | **waived** 2:9 3:2 | 78:12 109:23 | 126:19,21 |
| 144:22,22 145:4 | **want** 10:11 20:6 | 117:1 133:18 | 128:11 129:18 |
| **videographer** | 22:17 30:6 37:8 | 142:21 143:13 | 130:13 131:16 |
| 6:4 7:13 8:9 | 44:14 51:13 | 143:16 | 132:17 133:1 |
| 9:23 10:19 | 54:4 57:9 59:15 | **we've** 88:13 | 134:8,22 135:4 |
| | 60:21 61:13 | | 136:16 137:4,15 |
| | 65:15 66:20 | | |

137:18 138:8
141:1,15 142:18
144:6 145:3
146:3,15 147:2
147:21 149:9,13
149:19 151:3,16
**went**   19:3,5,7
28:15 76:5 88:1
88:6,9 94:15
95:1 115:5
121:18
**whatsoever**
81:10 90:8
**wife**   63:12 74:13
111:14 112:5
**william**   5:7,16
8:15 31:13
130:13 140:11
**willing**   75:22
143:20
**winning**   127:5
**wished**   142:4
**witch**   72:11
**witness**   2:9 7:10
7:20 8:14 19:2
22:21 23:18,23
27:20 37:17
39:2 40:12 44:9
50:21 53:3 77:2
77:21 80:19
83:8,21 85:6,6
85:16 86:8,12
101:3,17 111:20
113:6 135:18
137:8 138:9,10

153:11
**witnesses**   45:22
54:8
**word**   39:1,21
68:14 95:6
102:4
**words**   98:1
142:15
**work**   43:16
150:6
**worked**   13:7
43:11,14 95:23
96:4 112:9
124:4
**workers**   43:7,10
43:15
**working**   12:5
52:8 77:18
139:2
**works**   13:2
61:11 81:18
**worry**   103:7
**written**   59:12
64:18 120:18
**wrong**   32:14
103:4

**x**

**x**   78:1

**y**

**yahoo.com**   35:1
**yakovlev**   6:4 8:8
**year**   24:14
58:20 59:4 89:9
116:5

**years**   12:14,20
15:11 17:22
18:3,4 34:11
57:20 72:18
74:9 77:6 89:13
89:16 91:22
93:20 103:15
126:15 127:8
129:10 134:10
**yesterday**   11:18
18:15,22 23:8
23:14,15 65:18
118:8 119:4
120:3 139:22
140:10

**z**

**z**   42:8
**zervos**   42:7,8
53:21 54:5
77:14
**zoom**   5:5,7,11
6:1 7:17 8:16
9:1

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.