FILED
2024 Apr-26 AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 6

# Ben Presley

| | |
|---|---|
| **From:** | Ben Presley |
| **Sent:** | Thursday, December 7, 2023 8:27 AM |
| **To:** | William Paulk; Bob Spotswood; Terrence Collingsworth; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com); albert@vanbilderbeek.com; Anil Mujumdar |
| **Cc:** | Tony Davis; Trey Wells; Brown, T. Michael; Miller, Carly |
| **Subject:** | Drummond v. Collingsworth |
| **Attachments:** | 2023.12.07 Drummond's Cross-Notice of Jaime Blanco's Deposition(2722546.1) (2739418.1).pdf |

All,

Attached please find Drummond's Cross-Notice of the Deposition of Jaime Blanco.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| DRUMMOND COMPANY, INC.<br><br>v.<br><br>TERRENCE P. COLLINGSWORTH, et al. | Case No. 2:11-cv-3695-RDP<br>(*Defamation*) |
| DRUMMOND COMPANY, INC., et al.<br><br>v.<br><br>TERRENCE P. COLLINGSWORTH, et al. | Case No. 2:15-cv-0506-RDP<br>(*RICO*) |

**CROSS-NOTICE OF DEPOSITION**

Pursuant to Paragraph 3 of the Amended Scheduling Orders in these cases (*RICO* Doc. 242; *Defamation* Doc. 748), please take notice that Drummond Company, Inc. and Drummond Ltd. (hereinafter "Drummond") hereby cross-notice the deposition of Jaime Blanco, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure before a notary public, or before some other officer authorized to administer oaths, for the purpose of discovery and/or for use as evidence in these actions. The deposition will be recorded by both stenographer and video:

**Place:** **Grand Hyatt Bogota**
**Calle 24 A #57-60**
**Bogota, Colombia 111321**

**Date:** **Monday, December 11, 2023**

**Time:** **9:00 a.m. COT**

2722546.1

*s/ Benjamin T. Presley*
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
Tel: (205) 868-6000 / Fax: (205) 868-6099

*Attorneys for Drummond Company, Inc. and Drummond Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, I served a copy of the foregoing on the following counsel of record via e-mail:

Robert K. Spotswood
William T. Paulk
SPOTSWOOD SANSOM &
SANSBURY LLC
Financial Center
505 20th Street N.
Birmingham, AL 35203
Telephone: (205) 986-3620
rks@spotswoodllc.com
wpaulk@spotswoodllc.com

Anil Mujumdar
DAGNEY LAW
2120 1st Ave. N.
Birmingham, Alabama 35203
Phone:  (205) 974-4860
Fax:  (205) 419-9701
anil@dagneylaw.com

Albert Van Bilderbeek
albert@vanbilderbeek.com

Terrence P. Collingsworth
621 Maryland Avenue NE
Washington, D.C. 20002
Phone:  (202) 255-2198
tc@iradvocates.org

Special Master T. Michael Brown
Carly Miller
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
mbrown@babc.com
camiller@babc.com

2722546.1

Ivan Otero
oteromivan@hotmail.com

*s/ Benjamin T. Presley*
Benjamin T. Presley

2722546.1