FILED
2024 Apr-26 AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| DRUMMOND COMPANY, INC.         ) <br> ) <br> vs.                                                             ) <br> ) <br> TERRENCE P. COLLINGSWORTH, et al.  ) <br> ) <br> _____ ) <br> ) <br> DRUMMOND COMPANY, INC., et al.   ) <br> ) <br> v.                                                              ) <br> ) <br> TERRENCE P. COLLINGSWORTH, et al. ) | Case No. 2:11-cv-3596-RDP <br> (*Defamation*) <br><br><br><br><br> Case No. 2:15-cv-0506-RDP <br> (*RICO*) |

**NOTICE OF TAKING DEPOSITION**

Please take notice that Conrad & Scherer, LLP and William R. Scherer, Jr., by and through their undersigned counsel of record, will take the deposition upon oral examination of the person or persons listed below at the time and place set forth below before a notary public or other officer authorized by law to administer oaths and take depositions.

**NAME:**     Jaime Blanco Maya

**DATE:**     December 11, 2023

**TIME:**     9:00 a.m. COT

**PLACE:**   Grand Hyatt Bogota
Calle 24 A #57 - 60
Bogotá, Colombia, 111321
+ 57 601 6541234
**(Federally certified court interpreter required)**

The deposition will continue from time to time until completed and will be recorded by stenographic, audio, and video means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes permitted by the Federal Rules of Civil Procedure.

1

2

/s/ William T. Paulk
William T. Paulk

**OF COUNSEL:**
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North
Suite 700
Birmingham, Alabama 35203
Phone:  (205) 986-3620
Fax:     (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of November, 2023, I served the foregoing on the following counsel of record and *pro se* by electronic mail:

| | |
|---|---|
| William Anthony Davis, III<br>H. Thomas Wells, III<br>Benjamin T. Presley<br>STARNES DAVIS FLORIE LLP<br>100 Brookwood Place, 7th Floor<br>Birmingham, AL 35209<br>(205) 868-6000<br>fax: (205) 868-6099<br>TDavis@starneslaw.com<br>TWells@starneslaw.com<br>bpresley@starneslaw.com | Terrence P. Collingsworth<br>621 Maryland Avenue NE<br>Washington, D.C. 20002<br>Phone:  (202) 255-2198<br>tc@iradvocates.org<br><br>Albert Van Bildberbeek<br>albert@vanbilderbeek.com<br><br>Ivan Alfredo Otero Mendoza<br>oteromivan@hotmail.com |

Sara E. Kropf
LAW OFFICE OF SARA KROPF PLLC
1001 G St. NW, Suite 800
Washington, DC 20001
(202) 627-6900
sara@kropf-law.com

Anil Mujumdar
anil@dagneylaw.com

Greg W. Foster
Foster Law Firm, P.C.
300 Vestavia Parkway, Suite 2300
Birmingham, AL 35216
Phone:  (205) 795-2073
Fax:  (888) 519-3341
gregfosterlawfirm@gmail.com

                                            /s/ William T. Paulk
                                            William Paulk