FILED
2024 Apr-26 AM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8

# Ben Presley

| | |
|---|---|
| **From:** | Ben Presley |
| **Sent:** | Tuesday, December 19, 2023 5:28 PM |
| **To:** | Brown, T. Michael; Miller, Carly; Bob Spotswood; William Paulk; Terrence Collingsworth; Anil Mujumdar; albert@vanbilderbeek.com; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) |
| **Cc:** | Tony Davis; Trey Wells |
| **Subject:** | Drummond v. Collingsworth |

Mike and Defendants,

We are writing regarding the deposition of Terry Collingsworth, the completion of the deposition of Jaime Blanco, and the deposition of Mike Tracy.

Mike - With respect to Mr. Collingsworth's deposition, we understand that the Chiquita trial has been continued and therefore no longer imposes an impediment to scheduling. Accordingly, Drummond asks that you please reach out to Judge Proctor and find out his availability for Mr. Collingsworth's deposition. The parties can then select the dates for this deposition from those offered by Judge Proctor.

Defendants - With regard to completing Jaime Blanco's deposition, please let us know what dates he is available to finish his deposition.

We are working on potential dates for Mike Tracy's deposition and will provide that information as soon as we have it.

Thanks,
Ben