# Exhibit 9

# Ben Presley

| | |
|---|---|
| **From:** | William Paulk <wpaulk@spotswood.com> |
| **Sent:** | Wednesday, January 3, 2024 8:54 AM |
| **To:** | Trey Wells; Ben Presley |
| **Cc:** | Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org); Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) |
| **Subject:** | RE: Drummond - Blanco deposition |

Ok, thanks.

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Wednesday, January 3, 2024 8:45 AM
**To:** William Paulk <wpaulk@spotswood.com>; Ben Presley <bpresley@starneslaw.com>
**Cc:** Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>
**Subject:** RE: Drummond - Blanco deposition

We have no problem with communications for the purposes of scheduling.  The agreement was more about substance of testimony.  Thanks.



H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Wednesday, January 3, 2024 8:43 AM
**To:** Trey Wells <TWells@starneslaw.com>; Ben Presley <bpresley@starneslaw.com>
**Cc:** Terrence Collingsworth - International Rights Advocates (tc@iradvocates.org) <tc@iradvocates.org>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>
**Subject:** Drummond - Blanco deposition

Trey and Ben,

Defendants are happy to consult with Blanco about his availability for completing his deposition. However, at the end of his deposition, we agreed not to consult with him regarding his testimony between then and his next deposition. If you are OK with defendants conferring with him about rescheduling, we will begin working on that. Otherwise, Drummond will have to consult with him about rescheduling.

Please let me know. Thanks.

William


## William Paulk

**Spotswood Sansom & Sansbury LLC**
Partner

Financial Center | 505 20th St N, Ste 700
Birmingham, AL 35203
Direct Dial: 205.986.3624 | <u>LinkedIn</u>



> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.