# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TERRENCE P. COLLINGSWORTH, et al., ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-3695-RDP <br> ("*Defamation*") |
| DRUMMOND COMPANY, INC., and ) <br> DRUMMOND LTD., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TERRENCE P. COLLINGSWORTH, et al., ) <br> ) <br> Defendants. ) | Case No. 2:15-cv-00506-RDP <br> ("*RICO*") |

### DEFENDANT CONRAD & SCHERER, LLP'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Conrad & Scherer, LLP ("C&S") requests leave to file the following documents under seal:

- An unredacted copy of C&S's Response to Drummond Company, Inc.'s Renewed Motion for Sanctions (filed on this date with redactions in the *Defamation* case at Doc. 790);

- An unredacted copy of C&S's Response to Plaintiffs' Motion for Spoliation Sanctions (filed on this date with redactions in the *Defamation* case at Doc. 791 and in the *RICO* case at Doc. 293); and

- Exhibits 5, 6, 10, 16, and 17 to C&S's Response to Plaintiffs' Motion for Spoliation Sanctions.

The redacted portions of C&S's responses quote from exhibits that have been filed under seal in one or both cases. Exhibits 5, 6, 16, and 17 contain information designated as "Confidential"

under the Protective Orders in these cases. Exhibit 10 is an expert report "Prepared for Dole Food Company and Drummond Company" that was filed under seal in *Perez v. Dole Food Co., Inc.*, CASE NO. BC412620 (L.A. County Sup. Ct., Cal.).

WHEREFORE, Conrad & Scherer respectfully requests that the Court GRANT its Motion for Leave to file Documents Under Seal.

Dated: May 1, 2024

Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Defendant Conrad & Scherer, LLP*

## **CERTIFICATE OF SERVICE**

  I certify that on May 1, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

              s/ *William T. Paulk*
              William T. Paulk