FILED

2024 May-10  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

# William Paulk

| | |
|---|---|
| **From:** | Ben Presley <bpresley@starneslaw.com> |
| **Sent:** | Thursday, December 7, 2023 8:27 AM |
| **To:** | William Paulk; Bob Spotswood; Terrence Collingsworth; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com); albert@vanbilderbeek.com; Anil Mujumdar |
| **Cc:** | Tony Davis; Trey Wells; Brown, T. Michael; Miller, Carly |
| **Subject:** | Drummond v. Collingsworth |
| **Attachments:** | 2023.12.07 Drummond's Cross-Notice of Jaime Blanco's Deposition(2722546.1)(2739418.1).pdf |

All,

Attached please find Drummond's Cross-Notice of the Deposition of Jaime Blanco.



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC. | ) ) ) | |
| v. | ) ) ) | Case No. 2:11-cv-3695-RDP (*Defamation*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) ) ) | |
| _____ | ) ) | |
| DRUMMOND COMPANY, INC., et al. | ) ) ) | |
| v. | ) ) ) | Case No. 2:15-cv-0506-RDP (*RICO*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) ) ) | |

## <u>CROSS-NOTICE OF DEPOSITION</u>

Pursuant to Paragraph 3 of the Amended Scheduling Orders in these cases (*RICO* Doc. 242; *Defamation* Doc. 748), please take notice that Drummond Company, Inc. and Drummond Ltd. (hereinafter "Drummond") hereby cross-notice the deposition of Jaime Blanco, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure before a notary public, or before some other officer authorized to administer oaths, for the purpose of discovery and/or for use as evidence in these actions.  The deposition will be recorded by both stenographer and video:

**Place:  Grand Hyatt Bogota**
**Calle 24 A #57-60**
**Bogota, Colombia 111321**

**Date:  Monday, December 11, 2023**

**Time:  9:00 a.m. COT**

*s/ Benjamin T. Presley*
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
Tel: (205) 868-6000 / Fax: (205) 868-6099

*Attorneys for Drummond Company, Inc. and Drummond Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I served a copy of the foregoing on the following counsel of record via e-mail:

Robert K. Spotswood
William T. Paulk
SPOTSWOOD SANSOM &
SANSBURY LLC
Financial Center
505 20th Street N.
Birmingham, AL 35203
Telephone: (205) 986-3620
rks@spotswoodllc.com
wpaulk@spotswoodllc.com

Anil Mujumdar
DAGNEY LAW
2120 1st Ave. N.
Birmingham, Alabama 35203
Phone:  (205) 974-4860
Fax:  (205) 419-9701
anil@dagneylaw.com

Albert Van Bilderbeek
albert@vanbilderbeek.com

Terrence P. Collingsworth
621 Maryland Avenue NE
Washington, D.C. 20002
Phone:  (202) 255-2198
tc@iradvocates.org

Special Master T. Michael Brown
Carly Miller
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
mbrown@babc.com
camiller@babc.com

Ivan Otero
oteromivan@hotmail.com

_s/ Benjamin T. Presley_
Benjamin T. Presley