# EXHIBIT 2

CONFIDENTIAL

Page 1

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION

DRUMMOND COMPANY, INC.,

      Plaintiff,

Vs.                          2:11-CV-3596 RDP

TERRENCE P. COLLINGSWORTH,

et al.,

      Defendants.
            ***
DRUMMOND COMPANY, INC.

et al.,

Vs.

TERRENCE P. COLLINGSWORTH,

et al.,

              CONFIDENTIAL

     DEPOSITION OF JAIME BLANCO MAYA

            DECEMBER 11, 2023


                STIPULATION

     IT IS STIPULATED AND AGREED, by and

between the parties through their respective

counsel, that the deposition of JAIME BLANCO
```

CONFIDENTIAL

Page 2

1   MAYA, taken before Susan Masters Goldman,
2   Alabama Certified Court Reporter, License
3   Number 83, and Notary Public, at Grand Hyatt
4   Bogota, Calle 24 A #57 - 60, Bogata, Colombia
5   111321, on December 11, 2023, at or about
6   9:33 a.m.
7           IT IS FURTHER STIPULATED AND AGREED
8   that the signature to and the reading of the
9   deposition by the witness is waived, the
10  deposition to have the same force and effect
11  as if full compliance had been had with all
12  laws and rules of Court relating to the
13  taking of deposition.
14          IT IS FURTHER STIPULATED AND AGREED
15  that it shall not be necessary for any
16  objections to be made by counsel as to any
17  questions, except as to form or leading
18  questions, and that counsel for the parties
19  may make objections and assign grounds at the
20  time of the trial, or at the time said
21  deposition is offered in evidence, or prior
22  thereto.
23          IT IS FURTHER STIPULATED AND AGREED

CONFIDENTIAL

Page 3

1  that notice of the filing of the deposition
2  by the Commissioner is waived.
3
4                    INDEX
5  EXAMINATION BY                        PAGE NO.
6  Mr. Paulk                                12
7  Mr. Collingsworth                        139
8
9                   EXHIBITS
10 DEFENDANT'S EXHIBIT NO:                 PAGE
11 Exhibit 1   Statement                    31
12 Exhibit 2   E-mail                       33
13 Exhibit 3   Contract                     47
14 Exhibit 4   Offer                        47
15 Exhibit 5   Offer                        48
16 Exhibit 6   Contract                     48
17 Exhibit 7   Letter                       71
18 Exhibit 8   Agreement                    97
19 Exhibit 9   Declaration                  102
20 Exhibit 10  Sentencing Document          106
21 Exhibit 11  Plea Document                114
22 Exhibit 12  10/15 Report                 118
23 Exhibit 13  Judicial Police Report       119

CONFIDENTIAL

Page 4

1   EXHIBITS CONTINUED:
2   Exhibit 14   Reports                125
3   Exhibit 15   Document               125
4   Exhibit 16   JEP Document           126
5   Exhibit 17   Resolution 5015        129
6   Exhibit 18   JEP Resolution         137
7   Exhibit 19   Video                  140
8   Exhibit 20   Resolution             146

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

CONFIDENTIAL

Page 5

```
 1                APPEARANCES
 2   BEFORE:
 3      Susan Masters Goldman, Alabama Certified
 4      Court Reporter, License Number 83, and
 5      Notary Public (Via Zoom)
 6   APPEARING ON BEHALF OF THE PLAINTIFFS:
 7      William Anthony Davis, III, Esq. (Via Zoom)
 8      H. Thomas Wells, III
 9      Benjamin T. Presley, Esq.
10      Blake Andrews, Esq.
11      Anna Katherine Sherman, Esq. (Via Zoom)
12      Starnes Davis & Florie, LLP
13      100 Brookwood Place, 7th Floor
14      Birmingham, Alabama 35209
15   APPEARING OF BEHALF OF THE DEFENDANT:
16      William T. Paulk, Esq.
17      Spotswood Sansom & Sansbury, LLC
18      700 Financial Center
19      Birmingham, Alabama 35203
20
21      Terrence P. Collingsworth Esq.
22      621 Maryland Avenue NE
23      Washington, D.C. 20002
```

CONFIDENTIAL

Page 6

1  ALSO PRESENT VIA ZOOM:
2       Gregg Holderman Concierge
3       Claudia Villalbe, Interpreter
4       Michail Yakovlev, Videographer
5  ALSO PRESENT:
6       ==Augusto Jimenez==
7       ==Jose Miguel Linares==
8       ==Maria Serna==
9       Ivan Otero
10      Juan Compo
11      Cesar Pinilla
12      ==Paula Cadavid==
13      Eric Hager