FILED

2024 May-10  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

## William Paulk

| | |
|---|---|
| **From:** | Ben Presley <bpresley@starneslaw.com> |
| **Sent:** | Thursday, November 2, 2023 4:14 PM |
| **To:** | William Paulk; Terrence Collingsworth; Trey Wells |
| **Cc:** | Greg Foster; Anil Mujumdar; Tony Davis; Brown, Mike; Miller, Carly; Albert@vanbilderbeek.com; Bob Spotswood |
| **Subject:** | RE: Drummond v. Collingsworth - C&S correspondence |

William,

December 11 works for Drummond on Blanco's deposition.  Please keep us apprised of the start time, location, etc. of this deposition.  For your planning purposes, we anticipate that there will be 3 or 4 in-person attendees for Drummond.  Consistent with past practice, please provide a Zoom link for remote participants.

With respect to C&S's October 30th letter regarding discovery issues, we will provide a written response to that letter by next Wednesday, November 8th.

Thanks,
Ben



Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Tuesday, October 31, 2023 12:39 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>; Trey Wells <TWells@starneslaw.com>
**Cc:** Ben Presley <bpresley@starneslaw.com>; Greg Foster <greg@fosterlawnow.com>; Anil Mujumdar <anil@dagneylaw.com>; Tony Davis <TDavis@starneslaw.com>; Brown, Mike <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>; Albert@vanbilderbeek.com; Bob Spotswood <rks@spotswood.com>
**Subject:** RE: Drummond v. Collingsworth - C&S correspondence

Trey, responding to your question below regarding Nov. 27-29, I was speaking just for C&S.