FILED
2024 May-10 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4





REPUBLIC OF COLOMBIA

SPECIAL JURISDICTION FOR PEACE

COURTS OF JUSTICE

ROOM FOR DEFINITION OF LEGAL SITUATIONS

**Resolution No. 1747**

**Bogotá DC, May 6, 2024**

| | |
|---|---|
| **SAJ File Number:** | 9001430-56.2019.0.00.0001 |
| **Requester:** | Jaime Blanco Maya |
| **Legal status:** | Convicted/released |
| **Crimes:** | Aggravated homicide/conspiracy to commit a crime |

## AFFAIR

The substantiating office proceeds to request the completion of a risk study of Mr. Jaime Blanco Maya identified with CC No 12,719,347, to the Investigation and Accusation Unit -UIA- of the JEP.

## BACKGROUND

1. Through letter filed Conti No. 202401028090 of April 8, 2024[1]. Dr. César Arnulfo Pinilla Orejarana, identified with CC No. 91,516,651, acting as attorney for Mr. Jaime Blanco Maya, identified with CC No. 12,719,347, informed the investigating office about some

security situations that, "related to contributions to the truth in the JEP and in ordinary justice, compromise the safety, life and integrity of Mr. Jaime Blanco Maya and his family." Therefore, he asked the titular magistrate to order the Investigation and Prosecution Unit of the JEP to carry out a new study of

---

[1] JEP. Legal File No 9001430-56.2019.0.00.0001. Fls. 9698-9706

Page **1** of



JEP | SALA DE DEFINICIÓN DE SITUACIONES JURÍDICAS

COMPARENT: JAIM EBL ANC OMAYA
RADICADO EXPEDIENTE LEGALI: 9001430-56.2019.0.00.0001

security and security measures compatible with its current risk level are adopted, improved and implemented.

2. With official letter No 1922 GPVTI-UIA dated April 9, 2024, communicated to the investigating office via email, the UIA requested information within the framework of the risk reassessment due to temporary employment of Mr. Jaime Blanco Maya. The office responded to said request through an official letter filed Conti No. 202403018367 of May 6, 2024.

## CONSIDERATIONS

3. The office of Judge Mauricio García Cadena as a member of the Special Subchamber of Knowledge and Decision for voluntary appearances and, for paramilitary commanders functionally and materially incorporated into the public force -SUBCVCP Group A of the SDSJ, through SDSJ Resolution No 1683 of April 25 of 2024, delegated to the undersigned Magistrate some acts of judicial collaboration to support jurisdictional activity, the promotion of cases, procedures and procedures in relation to the matters assigned and reassigned by distribution through the Judicial Secretariat of the SDSJ. The delegated acts included: requesting the carrying out of risk studies or medical-legal assessments to the Investigation and Prosecution Unit -UIA- of the JEP.

4. In response to the request made by Mr. Blanco Maya's attorney and the needs of the procedure, the Group for the Protection of Victims, Witnesses and other Participants of the Investigation and Prosecution Unit will be requested to carry out a risk study in accordance with the current situation of the judicial process and the relevance of its truth contributions, in accordance with articles 17 and 87 literal b) of Law 1957 of 2019.

In light of the above, the substantiating office of the Definition Chamber of Legal Situations of the Special Jurisdiction for Peace,

## SOLVE

**FIRST: REQUEST** the Group for the Protection of Victims, Witnesses and Interveners of the Investigation and Accusation Unit – UIA of the JEP who



Machine Translated by Google

Case 2:11-cv-03695-RDP   Document 799-4   Filed 05/10/24   Page 4 of 7

**JEP** | JURISDICCIÓN ESPECIAL PARA LA PAZ

C OMAPPEARING : AR TURO THE Í AS VE LANDIA NA RV Á EZ
R ADICADO EX PEDIENTE LE GALI : 9 0 0 2 5 1 7 - 4 7 2019.0.00.0001

fls. 9781

carry out a risk study on Mr. Jaime Blanco Maya identified with CC No. 12,719,347, in accordance with what was stated by the substantiating office in official document with file Conti No. 202403018367 of May 6, 2024.

**SECOND: ORDER** the Judicial Secretariat of the Chamber for Defining Legal Situations **to COMMUNICATE** this decision to the Group for the Protection of Victims, Witnesses and Interveners of the Investigation and Prosecution Unit – UIA of the JEP, Mr. Jaime Blanco Maya and his representative César Arnulfo Pinilla Orejarana.

**Communicate and comply,**

*Rocio A. martinez A.*

**ROCÍO ANGÉLICA MARTÍNEZ ARAUJO**
Itinerant Assistant Magistrate
Functions in the Legal Situation Definition Room-SUBCVCP



Page **3** of





REPÚBLICA DE COLOMBIA
JURISDICCIÓN ESPECIAL PARA LA PAZ
SALAS DE JUSTICIA
SALA DE DEFINICIÓN DE SITUACIONES JURÍDICAS

**Resolución No. 1747**
**Bogotá D.C., 06 de mayo de 2024**

| | |
|---|---|
| **Número de Expediente SAJ:** | 9001430-56.2019.0.00.0001 |
| **Solicitante:** | Jaime Blanco Maya |
| **Situación jurídica:** | Condenado / en libertad |
| **Delitos:** | Homicidio agravado/Concierto para delinquir |

## ASUNTO

Procede el despacho sustanciador a solicitar la realización de estudio de riesgo del señor Jaime Blanco Maya identificado con CC No 12.719.347, a la Unidad de Investigación y Acusación -UIA- de la JEP.

## ANTECEDENTES

1. Mediante oficio con radicado Conti No 202401028090 de 08 de abril de 2024[1], el doctor César Arnulfo Pinilla Orejarana identificado con CC No 91.516.651, obrando como apoderado del señor Jaime Blanco Maya identificado con CC No 12.719.347, informó al despacho sustanciador sobre algunas situaciones de seguridad que, "relacionadas con los aportes a la verdad en la JEP y en la justicia ordinaria, comprometen la seguridad, vida e integridad del señor Jaime Blanco Maya y su familia". Por lo que solicitó al magistrado titular ordenar a la Unidad de Investigación y Acusación de la JEP, realizar un nuevo estudio de

---

[1] JEP. Expediente Legali No 9001430-56.2019.0.00.0001. Fls. 9698-9706

Página **1** de **3**

seguridad y se adopten, mejoren e implementen medidas de seguridad compatibles con su nivel de riesgo actual.

2. Con oficio No 1922 GPVTI-UIA de 09 de abril de 2024, allegado al despacho sustanciador a través de correo electrónico, la UIA solicitó información en el marco de la reevaluación de riesgo por temporalidad del señor Jaime Blanco Maya. El despacho respondió dicha solicitud mediante oficio con radicado Conti No. 202403018367 del 06 de mayo de 2024.

## CONSIDERACIONES

3. El despacho del Magistrado Mauricio García Cadena como integrante de la Subsala Especial de Conocimiento y Decisión para comparecientes voluntarios y, para comandantes paramilitares incorporados funcional y materialmente a la fuerza pública -SUBCVCP Grupo A de la SDSJ, mediante Resolución SDSJ No 1683 de 25 de abril de 2024, delegó en la suscrita Magistrada algunos actos de colaboración judicial para apoyar la actividad jurisdiccional, el impulso de los casos, trámites y procedimientos en relación con los asuntos que tiene asignados y reasignados por reparto a través de la Secretaría Judicial de la SDSJ. Entre los actos delegados incluyó: solicitar la realización de estudios de riesgo o de valoración de médico legal a la Unidad de Investigación y Acusación -UIA- de la JEP.

4. En atención a la solicitud elevada por el apoderado del señor Blanco Maya y a las necesidades del trámite, se solicitará al Grupo de Protección a Víctimas, Testigos y demás Intervinientes de la Unidad de Investigación y Acusación, realizar estudio de riesgo de acuerdo con la situación actual del proceso judicial y la relevancia de sus aportes de verdad, de conformidad con los artículos 17 y 87 literal b) de la Ley 1957 de 2019.

En mérito de lo expuesto, el despacho sustanciador de la Sala de Definición de Situaciones Jurídicas de la Jurisdicción Especial para la Paz,

## RESUELVE

**PRIMERO: SOLICITAR** al Grupo de Protección a Víctimas, Testigos e Intervinientes de la Unidad de Investigación y Acusación – UIA de la JEP que



Página **2** de **3**

adelante un estudio de riesgo al señor Jaime Blanco Maya identificado con CC No. 12.719.347, de conformidad con lo expuesto por el despacho sustanciador en oficio con radicado Conti No. 20240301 8367 de 06 de mayo de 2024.

**SEGUNDO: ORDENAR** a la Secretaría Judicial de la Sala de Definición de Situaciones Jurídicas **COMUNICAR** esta decisión al Grupo de Protección a Víctimas, Testigos e Intervinientes de la Unidad de Investigación y Acusación – UIA de la JEP, al señor Jaime Blanco Maya y su apoderado César Arnulfo Pinilla Orejarana.

**Comuníquese y cúmplase,**

*Rocío A. martinez A.*

**ROCÍO ANGÉLICA MARTÍNEZ ARAUJO**
Magistrada Auxiliar Itinerante
Funciones en la Sala de Definición de Situaciones Jurídicas-SUBCVCP

