# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC. et al.,** } | |
| } | |
|     **Plaintiffs,** } | |
| } | |
| **v.** } | **Case No.: 2:11-cv-3695-RDP** |
| } | |
| **TERRENCE P. COLLINGSWORTH,** } | |
| **et al.,** } | |
| } | |
|     **Defendants.** } | |

| | |
|---|---|
| **DRUMMOND COMPANY, INC., et al.,** } | |
| } | |
|     **Plaintiffs,** } | |
| } | |
| **v.** } | **Case No.: 2:15-cv-506-RDP** |
| } | |
| **TERRENCE P. COLLINGSWORTH, et** } | |
| **al.,** } | |
| } | |
|     **Defendants.** } | |

## **ORDER**

This matter is before the court on Drummond's Motion to Exclude Jaime Blanco Maya's Testimony. (Case No.: 2:11-cv-3695-RDP, Doc. # 785; Case No.: 2:15-cv-506-RDP, Doc. # 289). In response to the Motion, Defendants contend that the Motion is moot and/or premature in light of the court's recent Order granting Defendants' Motion to Extend Dispositive Motion Deadline. (Case No.: 2:11-cv-3695-RDP, Doc. # 799; Case No.: 2:15-cv-506-RDP, Doc. # 301). In the Order on Defendants' Motion to Extend Dispositive Motion Deadline, the court noted that, "unless Jaime Blanco Maya's deposition is **COMPLETED** (*i.e.* Drummond is able to cross-examine him with

regard to his recent letters rogatory deposition) [on or before May 31, 2024] Blanco's testimony **SHALL NOT** be used in relation to dispositive motions." (Case No.: 2:11-cv-3695-RDP, Doc. # 798; Case No.: 2:15-cv-506-RDP, Doc. # 300). Thus, the court has already set the boundaries under which Blanco's testimony may be used in relation to the soon-to-be filed dispositive motions.

There is much to be litigated between now and a time this court will again be called upon to rule on the admissibility of witnesses' testimony for other purposes. Circumstances may change during that time. Therefore, the court agrees that the best course of action is to deny without prejudice the pending Motion to exclude Blanco's testimony for purposes other than dispositive motions.

Therefore, the Motion to Exclude Jaime Blanco Maya's Testimony. (Case No.: 2:11-cv-3695-RDP, Doc. # 785; Case No.: 2:15-cv-506-RDP, Doc. # 289) is **DENIED WITHOUT PREJUDICE** to being refiled, if appropriate, at a later date.

**DONE** and **ORDERED** this May 16, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE