FILED

2024 Jun-17  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| DRUMMOND COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRENCE P. COLLINGSWORTH, individually )<br>and as an agent of Conrad & Scherer, LLP; and )<br>CONRAD & SCHERER, LLP, )<br>)<br>Defendants. ) | Case No. 2:11-cv-3695-RDP |

**CONRAD & SCHERER, LLP'S EVIDENTIARY MATERIALS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Defendant Conrad & Scherer, LLP submits the following revised chart of evidence

supporting its motion for summary judgment, which includes the CM/ECF numbers of evidence

cited in the motion. The chart is otherwise identical to the one C&S filed on June 14, 2024, Doc.

816.

| DX | Description | CM/ECF No. |
|---|---|---|
| 1 | Declaration of William R. Scherer, Jr. | Doc. 816-1 |
| 2 | May 3, 2010 Attorney-Client Agreement between Terrence P. Collingsworth and Albert Van Bilderbeek (CS000891) | Doc. 816-2 |
| 3 | Declaration of Matthew R. Mantro | Doc. 816-3 |
| 4 | August 2010 email correspondence between Terrence P. Collingsworth and Albert Van Bilderbeek (CSWRS-017301) | Doc. 816-4 |
| 5 | December 2010 email correspondence between Terrence P. Collingsworth and Albert Van Bilderbeek (CS001028) | Doc. 816-5 |
| 6 | January 18, 2011 correspondence from Terrence P. Collingsworth to the Dutch Government (DCI v. TC 000001) | Doc. 816-6 |

| 7 | January 18, 2011 email correspondence from Terrence P. Collingsworth to the Dutch Government (IRA-010247) | Doc. 816-7 |
|---|---|---|
| 8 | February 4, 2011 correspondence from Terrence P. Collingsworth to the Dutch Government (DCI v. TC 000040) | Doc. 816-8 |
| 9 | Itochu Corp. Press Release | Doc. 816-9 |
| 10 | June 17, 2011 email correspondence between Terrence P. Collingsworth and Albert Van Bilderbeek (CS001034) | Doc. 816-10 |
| 11 | Compilation exhibit of NICOX agreements | Doc. 816-11 |
| 12 | September 19, 2011 correspondence from Terrence P. Collingsworth to Itochu (CS001177) | Doc. 816-12 |
| 13 | May 23, 2012 memorandum from James F. Carroll (CSWRS-001188) | Doc. 816-13 |
| 14 | July 2013 email correspondence between William R. Scherer, III, Terrence P. Collingsworth, and Bradley J. Smith (CS_BSMITH-0000620) | Doc. 816-14 |
| 15 | Drummond's Motion for Protective Order (*Balcero* Doc. 125) | Doc. 816-15 |

Dated: June 17, 2024

Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Defendant Conrad & Scherer, LLP*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 17, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

s/ *William T. Paulk*
William T. Paulk