# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC. et al.,** } | |
| } | |
| Plaintiffs, } | |
| } | |
| v. } | **Case No.: 2:11-cv-3695-RDP** |
| } | |
| **TERRENCE P. COLLINGSWORTH,** } | |
| et al., } | |
| } | |
| Defendants. } | |

| | |
|---|---|
| **DRUMMOND COMPANY, INC., et al.,** } | |
| } | |
| Plaintiffs, } | |
| } | |
| v. } | **Case No.: 2:15-cv-506-RDP** |
| } | |
| **TERRENCE P. COLLINGSWORTH, et** } | |
| al., } | |
| } | |
| Defendants. } | |

## **ORDER**

On February 15, 2024, Drummond filed a Renewed Motion for Sanctions in the defamation case (Case No.: 2:11-cv-3695-RDP, Doc. # 775) and a Motion for Spoliation Sanctions in both of these cases. (Case No.: 2:11-cv-3695-RDP, Doc. # 776; Case No.: 2:15-cv-506-RDP, Doc. # 278). Drummond's Renewed Motion for Sanctions in the defamation case asks the court to hold Defendants in contempt of court and enter default judgment against them on the issue of liability. (Case No.: 2:11-cv-3695-RDP, Doc. # 775 at 66). The Motions for Spoliation Sanctions ask the court to either enter a default judgment against Defendants or give an adverse inference jury

instruction should these cases go to trial due to Defendant Collingsworth's missing emails. (Case No.: 2:11-cv-3695-RDP, Doc. # 776 at 15; Case No.: 2:15-cv-506-RDP, Doc. # 278 at 15).

However, also before the court are the parties' respective Motions for Summary Judgment or Partial Summary Judgment. (Case No.: 2:11-cv-3695-RDP, Docs. # 818, 819, 821; Case No.: 2:15-cv-506-RDP, Docs. # 321, 323, 324). The court believes the better course of action is to rule upon the merits motions before addressing the sanctions motions. *See, e.g.*, *Robinson v. Holman*, 2024 WL 2860221, at *1 (11th Cir. June 6, 2024) (it was not an abuse of discretion for the district court to have ruled on motions for summary judgment before a motion for sanctions).

Thus, in the interest of judicial economy, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** the sanctions motions (Case No.: 2:11-cv-3695-RDP, Docs. # 775 and 776; Case No.: 2:15-cv-506-RDP, Doc. # 278). The sanctions motions may be reinstated, as appropriate, following the court's resolution of the motions for summary judgment.

**DONE** and **ORDERED** this July 5, 2024.

                                              **R. DAVID PROCTOR**
                                              CHIEF U.S. DISTRICT JUDGE