FILED

2025 Jan-07  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| DRUMMOND COMPANY, INC. | ) ) ) ) | |
| v. | ) ) ) | Case No. 2:11-cv-3695-RDP (*Defamation*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) ) ) | |
| _____ | ) ) ) | |
| DRUMMOND COMPANY, INC., et al. | ) ) ) | |
| v. | ) ) ) | Case No. 2:15-cv-0506-RDP (*RICO*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) ) ) ) | |

**DRUMMOND'S MOTION TO REINSTATE ITS RENEWED MOTION FOR
SANCTIONS AND ITS MOTIONS FOR SPOLIATION SANCTIONS**

William Anthony Davis, III
H. Thomas Wells, III
Benjamin T. Presley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099

Sara E. Kropf
Kropf Moseley PLLC
1001 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900

*Attorneys for Drummond Company, Inc. and Drummond Ltd*

3075722.1

COME NOW the Plaintiff Drummond Company, Inc. ("Drummond" or "Plaintiff") and, pursuant to this Court's Orders (*Defamation* Doc. 824 and *RICO* Doc. 334), requests that the Court reinstate Drummond's Renewed Motion for Sanctions (*Defamation* Doc. 775) and Drummond's Motions for Spoliation Sanctions (*Defamation* Doc. 776 and *RICO* Doc. 278). As grounds for this request, Drummond states as follows.

1.  On February 15, 2024, Drummond filed a Renewed Motion for Sanctions in the *Defamation* case (*Defamation* Doc. 775) and Motions for Spoliation Sanctions in both the *Defamation* and *RICO* cases (*Defamation* Doc. 776; *RICO* Doc. 278). These three motions are collectively referred to below as "Drummond's Sanctions Motions."

2.  Drummond's Sanctions Motions were then briefed by the parties. *See Defamation* Docs. 789, 790, 803, and 804; *RICO* Docs. 293 and 305.

3.  On July 5, 2024, this Court administratively terminated Drummond's Sanctions Motions and instructed that "[t]he sanctions motions may be reinstated, as appropriate, following the court's resolution of the motions for summary judgment." *Defamation* Doc. 824 at 2; *RICO* Doc. 334 at 2.

4.  On December 10, 2024, this Court issued orders and accompanying memorandum opinions on the parties' cross motions for summary judgment. *Defamation* Doc. 841; *Defamation* Doc. 842; *RICO* Doc. 363; *RICO* Doc. 364. Those orders denied the Defendants' summary judgment motions in the *Defamation* case and denied in part the Defendants' summary judgment motions in the *RICO* case. *Id.*

WHEREFORE, Drummond respectfully requests that the Court reinstate its Sanctions Motions. The relief requested in Drummond's Sanctions Motions—in addition to being supported by the law and the facts—will significantly narrow the scope of issues to be tried in these cases

3075722.1

and will impact trial strategy for all parties.  Accordingly, the reinstatement of and rulings on Drummond's Sanctions Motions will serve judicial economy and materially advance the conclusion of this case.[1]

Respectfully submitted,

/s/ Benjamin T. Presley
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099

/s/ Sara E. Kropf
Sara E. Kropf
Kropf Moseley PLLC
1100 H. Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900

*Attorneys for Drummond Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 7, 2025**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Benjamin T. Presley
Benjamin T. Presley (ASB-0136-I71P)

---

[1] Should the Court need Drummond to re-file or re-submit any of its sanctions briefing or associated exhibits, it will promptly do so.

3075722.1