FILED
2025 Sep-11  PM 08:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC. | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:11-cv-3695-RDP |
| TERRENCE P. COLLINGSWORTH, et al. | ) | (*Defamation*) |
| | ) | |
| _____ | ) | |
| | ) | |
| DRUMMOND COMPANY, INC., et al. | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-0506-RDP |
| | ) | (*RICO*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF PAT MARKEY**

I, Pat Markey, hereby declare under penalty of perjury under the laws of the United States of America:

1.     I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2.     I have worked for over thirty-four (34+) years in the Global Energy and Mining sectors internationally in a wide variety of roles.  In 2014, I started my own Advisory/Consulting business in Singapore named Sierra Vista Resources Pte. Ltd. (www.svrltd.com), which specializes in providing advisory services to the commodity industry in a variety of different roles, including acting as Expert witness for clients in commodity disputes.  Having spent a significant amount of my time working in both the Energy and Mining sectors, I served as the Executive General Manager of Marketing and a member of the Executive Management Committee for Whitehaven Coal Limited, which is a large Australian Thermal and Metallurgical coal producer,

1

from 2012 to 2014.  Prior to Whitehaven, I worked as the Chief Operating Officer (COO) and Head of Front Office for Global Coal Limited ("globalCOAL"), which operates an over-the-counter physical and financial commodity marketplace promoting the commoditization of coal internationally.

Prior to globalCOAL, I worked in commodity trading for Enron Capital & Trade Resources both in the United States and Singapore in the Crude Oil and Refined Product trading group.  I started out my career working for Conoco, Inc., which is an integrated Oil company based in the United States.  My roles at Conoco, Inc. included the following: Strategic Planning, Supply and Trading, Engineering, and Internal Consulting.  During my career I have managed international teams in multiple countries.  I have a strong understanding of the coal market, including how the International seaborne thermal coal market functions and how to value different grades of Thermal coal.

3.      I graduated with honors with a Bachelors in Science in Mechanical Engineering from Oklahoma State University in 1987 and I graduated with honors with a Master's in Business Administration (MBA) in Finance from the University of North Carolina's Kenan-Flagler Business School in 1999.

4.      Appendix 1 to my report dated March 8, 2024, is a compilation of historical coal index pricing data for the API#2 index, the API#4 index, and the Baltic Exchange – Route 7 (BCI7) index.  This historical pricing data was provided to give context to Drummond's coal contracts which I analyzed as part of my work and which had price clauses tied to one or more of these indices.

5.      Appendices 2 and 3 to my report are publicly available coal industry publications called the McCloskey Energy Thermal Coal and Petcoke Methodology and the Argus Coal Daily

International Methodology and Specifications Guide that I gathered specifically for purposes of my report.

6.      Appendices 4-23 are Excel worksheets created specifically for my expert analysis. The data summarized in those spreadsheets includes the pertinent tenor, effective date, quality parameters, volume, pricing mechanism, International Commodity Terms (Incoterms), and other criteria from Drummond's coal sales contracts which my analysis identified as the "Matched" contracts.

7.      Appendices 24-33 are copies of Drummond's coal sales contracts with the Affected Clients.

8.      In performing my analysis, I examined more than 260 of Drummond's coal sales contracts and identified the "Matched" contracts based on the pertinent tenor, effective date, quality parameters, volume, pricing mechanism, International Commodity Terms (Incoterms), and other criteria from Drummond's coal sales contracts.  The valuation method I applied in my analysis is an accepted valuation method that I have used in numerous commercial settings, including (i) when valuing coal for new mines that are about to start production; (ii) when serving as a professional advisor for clients, including foreign governments, on pricing mechanisms and coal supply contracts; (iii) when selling or trading coal for an international coal mining company; and (iv) when serving as a consultant for commercial buyers in their coal procurement process.

9.      Based on my decades of experience in the seaborne international coal market in both buying and selling coal, ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████

      I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  September 11, 2025.

_____

Pat Markey

4

3345661.1