IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
United States District Court
Northern District of Alabama
JAN 15 2026
Judge R. David Proctor

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | )   Case No. 2:11-cv-3695-RDP |
|   | )   (*Defamation*) |
| TERRENCE P. COLLINGSWORTH, et al., | ) |
| Defendants. | ) |

### JURY VERDICT - DEFAMATION CLAIM

**QUESTION 1**: Did Drummond prove the following by preponderance of the evidence:

  a. That Collingsworth made a false statement about Drummond

     YES  ✓       NO ____

  b. That the statement was defamatory

     YES  ✓       NO ____

  c. That Collingsworth published the statement to another person

     YES  ✓       NO ____

**QUESTION 2**: Did Drummond prove by clear and convincing evidence that Collingsworth made the statement with actual malice

     YES  ✓       NO ____

If you answered YES to all questions above, then proceed to QUESTION 3.

If you answered NO to any question above, then STOP.

**QUESTION 3**: Did Collingsworth prove by a preponderance of the evidence his statements were substantially true?

     YES ____    NO  ✓

If you answered NO to QUESTION 3, then proceed to QUESTION 4.

If you answered YES to QUESTION 3, then STOP.

1

**QUESTION 4**: We the jury award Drummond Company, Inc. the following damages:

$ __2.6 Million__    in presumed compensatory damages; and

$ __2.6 million__    in punitive damages.

SO SAY WE ALL.