FILED

2026 Jun-17  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.:  2:11-cv-3695-RDP** |
| | ) |
| **TERRENCE P. COLLINGSWORTH,** | ) |
| | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

This matter is before the court on (1) the jury's January 15, 2026 jury verdict (Doc. # 1194) and (2) the court's Order regarding set-off. (Doc. # 1274).

On January 15, 2026, the jury: (1) found that Plaintiff Drummond Company, Inc. had proven each of the elements necessary to establish its defamation claim against Defendant Terrence P. Collingsworth by either a preponderance of the evidence or, where appliable, clear and convincing evidence; (2) found that Defendant Collingsworth did not prove any affirmative defense by a preponderance of the evidence; and (3) awarded Plaintiff Drummond Company, Inc. $26,000,000 in presumed compensatory damages and $26,000,000 in punitive damages. (*Id.*).

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Drummond Company, Inc. **SHALL** have and recover from Defendant Terrence P. Collingsworth the sum of $52,000,000, set-off by the amounts specified in sealed Document numbers 1036 (Doc. # 1036)

and 1271 (Doc. # 1271 at 7), plus interest as provided by law, and their costs[1] in this action.

      **DONE** and **ORDERED** this June 17, 2026.

                                           **R. DAVID PROCTOR**
                                         SENIOR U.S. DISTRICT JUDGE

---

[1] The parties have agreed, and the court **ORDERS**, that issues regarding fees and costs will be stayed pending an anticipated appeal. Issues regarding prejudgment interest will be addressed separately.